IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA <br> ex. rel. VICTOR E. BIBBY and <br> BRIAN J. DONNELLY, <br> <br> Plaintiff, <br> <br> v. <br> <br> WELLS FARGO BANK, NATIONAL <br> ASSOCIATION (INC.), individually <br> and as s/b/m with WELLS FARGO HOME <br> MORTGAGE, INC., et al., <br> <br> Defendants. | CIVIL ACTION FILE NO. <br> <br> 1:06-cv-0547-MHS <br> <br> **FILED EX PARTE** <br> **AND UNDER SEAL** |

### ORDER

The United States having notified the Court that it is not intervening in this action at this time, pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4),

IT IS HEREBY ORDERED that:

1. The Complaint, First Amended Complaint, and Second Amended Complaint filed by relators Victor E. Bibby and Brian J. Donnelly ("relators") be unsealed;

2. The Second Amended Complaint filed by relators be served by relators upon the defendants named in that Second Amended Complaint;

3. All other contents of the Court's file in this action

1

shall remain under seal and not be made public or served upon the defendants, with the exceptions of this Order and the Notice of the United States That It Is Not Intervening At This Time;

4. Relators Victor E. Bibby and Brian J. Donnelly shall serve this Order and the Notice of the United States That It Is Not Intervening At This Time upon the defendants named in relators' Second Amended Complaint only after service of the relators' Second Amended Complaint upon those defendants;

5. The seal shall be lifted as to all other matters occurring in this action after the date of this Order;

6. Henceforth relators and defendants named in relators' Second Amended Complaint shall serve all pleadings, motions, or other documents filed in this action, including supporting memoranda, upon the United States, as provided for in 31 U.S.C. § 3730(c)(3), by mailing true copies thereof, by first class mail, to:

    Daniel A. Caldwell
    Assistant United States Attorney
    Northern District of Georgia
    600 Richard B. Russell Building
    75 Spring Street, S.W.,
    Suite 600,
    Atlanta, Georgia 30303; and

Alan S. Gale
Trial Attorney
United States Department of Justice
Civil Division
Commercial Litigation Branch
Fraud Section
P.O. Box 261
Ben Franklin Station
Washington, DC 20044

7. The United States may order any deposition transcripts;

8. The United States is entitled to intervene in this action, for good cause, at any time;

9. The parties shall serve all notices of appeal on the United States;

10. All orders of this Court shall be sent to the United States; and

11. Should relators Victor E. Bibby and Brian J. Donnelly or any of the defendants named in relators' Second Amended Complaint propose that this action be dismissed, settled, or otherwise discontinued, the Court will solicit the written consent of the

United States before ruling or granting its approval regarding any such proposal.

SO ORDERED, this 3 day of _____, 2011

_____
MARVIN H. SHOOB
SENIOR UNITED STATES DISTRICT JUDGE

Submitted by:

_____
DANIEL A. CALDWELL
ASSISTANT U.S. ATTORNEY
Georgia Bar No. 102510

4