Local Form 440 (12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
NORTHERN District of GEORGIA

UNITED STATES OF AMERICA, ex rel.,
VICTOR E. BIBBY and BRIAN J. DONNELLY  )
                                       )
_____      )
            *Plaintiff*                )
                                       )
               v.                      )   Civil Action No. 1:06-CV-0547-MHS
                                       )
WELLS FARGO BANK, NATIONAL ASSOCIATION (INC.), et al.  )
                                       )
_____      )
            *Defendant*                )

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

FIRST TENNESSEE BANK NATIONAL ASSOCIATION (INC.), which acquired and is a s/b/m with
FIRST HORIZON LOAN CORPORATION
c/o Its Registered Agent, C T Corporation System
1201 Peachtree Street, N.E.
Atlanta, GA 30361

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

James E. Butler, Jr.
Butler, Wooten & Fryhofer, LLP
2719 Buford Highway
Atlanta, GA  30324

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

JAMES N. HATTEN
*CLERK OF COURT*

Date: 05 OCT 2011

*Signature of Clerk or Deputy Clerk*

Local Form 440 (12/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section must be filed with the court unless exempted by Fed. R. Civ. P. 4 (l).)*

This summons for *(name of individual and title, if any)* FIRST TENNESSEE BANK NATIONAL ASSOCIATION (INC.), which acquired and is a s/b/m with FIRST HORIZON LOAN CORPORATION

was received by me on *(date)* October 17, 2011.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Pattie L. Hardy at C T Corporation System, who is designated by law to accept service of process on behalf of *(name of organization)* FIRST TENNESSEE BANK NATIONAL ASSOCIATION (INC.), which acquired and is a s/b/m with FIRST HORIZON LOAN CORPORATION on *(date)* October 24, 2011 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*: _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: Oct 24, 2011

*Server's signature*

Danny Agan, Investigator
*Printed name and title*

2719 Buford Highway, Atlanta, GA 30324
*Server's address*

Additional information regarding attempted service, etc: