# THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA *ex rel.*, VICTOR E. BIBBY and BRIAN J. DONNELLY, | * * * * | **CIVIL ACTION FILE NO.** |
| RELATORS/PLAINTIFFS, | * * | **1:06-CV-0547-MHS** |
| vs. | * * | |
| WELLS FARGO BANK, NATIONAL ASSOCIATION (INC.), individually and as s/b/m with WELLS FARGO HOME MORTGAGE, INC.; COUNTRYWIDE HOME LOANS, INC.; COUNTRYWIDE HOME LOANS SERVICING, LP n/k/a BAC HOME LOANS SERVICING, LP; BANK OF AMERICA CORPORATION; JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, which acquired and is a s/b/m with CHASE HOME FINANCE, LLC s/b/m with CHASE MANHATTAN MORTGAGE CORP.; JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, which acquired and is a s/b/m with WASHINGTON MUTUAL BANK f/k/a WASHINGTON MUTUAL BANK, FA; MORTGAGE INVESTORS CORPORATION (OHIO); PNC BANK, NATIONAL ASSOCIATION s/b/m with NATIONAL CITY REAL ESTATE SERVICES, LLC s/b/m with | * * * * * * * * * * * * * * * * * * * * * * * | **STIPULATION** |

| | |
|---|---|
| NATIONAL CITY MORTGAGE, INC., | * |
| f/k/a NATIONAL CITY MORTGAGE CO., | * |
| which also did business as | * |
| COMMONWEALTH UNITED | * |
| MORTGAGE CO.; | * |
| JPMORGAN CHASE BANK n/k/a | * |
| JPMORGAN CHASE BANK, | * |
| NATIONAL ASSOCIATION; | * |
| FIRST TENNESSEE BANK | * |
| NATIONAL ASSOCIATION (INC.), | * |
| which acquired and is a s/b/m with | * |
| FIRST HORIZON HOME LOAN | * |
| CORPORATION; | * |
| IRWIN MORTGAGE CORPORATION; | * |
| SUNTRUST MORTGAGE, INC.; | * |
| NEW FREEDOM MORTGAGE | * |
| CORPORATION n/k/a IFREEDOM | * |
| DIRECT CORPORATION; | * |
| GMAC MORTGAGE CORPORATION | * |
| n/k/a GMAC MORTGAGE, LLC, | * |
| a subsidiary of GMAC INC., acquired by | * |
| and n/k/a ALLY FINANCIAL INC.; and | * |
| CITIMORTGAGE, INC. | * |
| | * |
| DEFENDANTS. | * |

## STIPULATION

WHEREAS, Relators/Plaintiffs Victor E. Bibby and Brian J. Donnelly ("Relators/Plaintiffs") have named as a defendant herein "Countrywide Home Loans Servicing, LP n/k/a BAC Home Loans Servicing, LP";

WHEREAS, Relators/Plaintiffs served the Summons and Second Amended Complaint ("Complaint") herein on "Countrywide Home Loans Servicing, LP

2

n/k/a BAC Home Loans Servicing, LP," through CT Corporation System, on October 6, 2011;

WHEREAS, BAC Home Loans Servicing, LP was merged into Bank of America, N.A., effective as of July 1, 2011; and

WHEREAS, the party named in the Complaint as "Countrywide Home Loans Servicing, LP n/k/a BAC Home Loans Servicing, LP" is, as a result of the above-referenced merger, properly now to be identified as Bank of America, N.A.;

NOW, THEREFORE, it is hereby stipulated and agreed by and among the undersigned parties, by their respective counsel, that:

1. Bank of America, N.A. will treat Relators/Plaintiffs' service of the Summons and Complaint herein on "Countrywide Home Loans Servicing, LP n/k/a BAC Home Loans Servicing, LP" as service on Bank of America, N.A. Bank of America, N.A. will not require Relators/Plaintiffs to re-serve the Summons and Complaint on Bank of America, N.A. and will not object to the sufficiency of service on the grounds that service was made on "Countrywide Home Loans Servicing, LP n/k/a BAC Home Loans Servicing, LP" rather than on Bank of America, N.A.

2. Bank of America, N.A. will not object to an amendment of the Complaint to substitute for "Countrywide Home Loans Servicing, LP n/k/a BAC

Home Loans Servicing, LP," in the caption of the Complaint and in its substantive allegations, "Bank of America, N.A. as successor by merger to Bank of America Home Loans Servicing, LP f/k/a Countrywide Home Loans Servicing, LP."

3. Bank of America, N.A. agrees and will not contest that it is the successor by July 1, 2011 de jure merger to the party named in the Complaint as "Countrywide Home Loans Servicing, LP n/k/a BAC Home Loans Servicing, LP."

SIGNATURES BEGIN ON NEXT PAGE

FOR PLAINTIFFS/RELATORS

| | |
|---|---|
| BUTLER, WOOTEN & FRYHOFER, LLP | WILBANKS & BRIDGES, LLP |
| BY: s/ James E. Butler, Jr. | BY: s/ Marlan B. Wilbanks |
| JAMES E. BUTLER, JR.<br>  jim@butlerwooten.com<br>  Georgia Bar No. 099625<br>LEIGH MARTIN MAY<br>  leigh@butlerwooten.com<br>  Georgia Bar No. 473389<br>BRANDON L. PEAK<br>  brandon@butlerwooten.com<br>  Georgia Bar No. 141605<br>SAMANTHA A. DiPOLITO<br>  samantha@butlerwooten.com<br>  Georgia Bar No. 203011<br>2719 Buford Highway<br>Atlanta, Georgia  30324<br>(404) 321-1700<br>(404) 32101713 Fax | MARLAN B. WILBANKS<br>  mbw@wilbanks-bridgeslaw.com<br>  Georgia Bar No. 758223<br>TY M. BRIDGES<br>  tmb@wilbanks-bridgeslaw.com<br>  Georgia Bar No. 081500<br>3414 Peachtree Street, N.E., Ste. 1075<br>Atlanta, Georgia 30326<br>(404) 842-1075<br>(404) 842-0559 Fax<br><br>PHILLIPS & COHEN<br><br>BY: s/ Mary Louise Cohen<br>MARY LOUISE COHEN<br>  mlc@phillipsandcohen.com<br>  DC Bar No. 298299<br>TIMOTHY McCORMACK<br>  tmccormack@phillipsand cohen.com<br>  DC Bar No. 493692<br>2000 Massachusetts Avenue, N.W.<br>Washington, DC 20036<br>(202) 833-4567<br>(202) 833-1815 Fax<br><br>Attorneys for Relators/Plaintiffs |

FOR BANK OF AMERICA, N.A.


NELSON MULLINS RILEY &
SCARBOROUGH LLP

BY: s/ Richard K. Hines V
RICHARD K. HINES V
  richard.hines@nelsonmullins.com
  Georgia Bar No. 356300
201 17th Street, NW
Suite 1700
Atlanta, Georgia 30363
(404) 322-6080
(404) 322-6321 Fax

Attorney for Bank of America, N.A.

## **CERTIFICATE OF SERVICE**

This is to certify that on October 25, 2011, I electronically filed the foregoing STIPULATION with the Clerk of the Court using the CM/ECF system.

I certify that I have mailed by United States Postal Service the document to the following:

>Daniel A. Caldwell
>Assistant U.S. Attorney
>600 U.S. Courthouse
>75 Spring Street, S.W.
>Atlanta, GA  30303
>
>Alan S. Gale
>United States Department of Justice
>Civil Division
>P.O. Box 261
>Ben Franklin Station
>Washington, DC  20044

>BY: s/ Richard K. Hines, V
>RICHARD K. HINES, V
>  richard.hines@nelsonmullins.com
>  Georgia Bar No. 356300
>201 17th Street NW
>Suite 1700
>Atlanta, GA 30363
>(404) 322-6080
>(404) 322-6321 Fax