# THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA *ex rel.*, VICTOR E. BIBBY and BRIAN J. DONNELLY, | * * * * | **CIVIL ACTION FILE NO.** |
| RELATORS/PLAINTIFFS, | * * | **1:06-CV-0547-MHS** |
| vs. | * * | |
| WELLS FARGO BANK, NATIONAL ASSOCIATION (INC.), individually and as s/b/m with WELLS FARGO HOME MORTGAGE, INC.; COUNTRYWIDE HOME LOANS, INC.; COUNTRYWIDE HOME LOANS SERVICING, LP n/k/a BAC HOME LOANS SERVICING, LP; BANK OF AMERICA CORPORATION; JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, which acquired and is a s/b/m with CHASE HOME FINANCE, LLC s/b/m with CHASE MANHATTAN MORTGAGE CORP.; JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, which acquired and is a s/b/m with WASHINGTON MUTUAL BANK f/k/a WASHINGTON MUTUAL BANK, FA; MORTGAGE INVESTORS CORPORATION (OHIO); PNC BANK, NATIONAL ASSOCIATION s/b/m with NATIONAL CITY REAL ESTATE SERVICES, LLC s/b/m with | * * * * * * * * * * * * * * * * * * * * * * * * * | **CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT** |

| | |
|---|---|
| NATIONAL CITY MORTGAGE, INC., | * |
| f/k/a NATIONAL CITY MORTGAGE CO., | * |
| which also did business as | * |
| COMMONWEALTH UNITED | * |
| MORTGAGE CO.; | * |
| JPMORGAN CHASE BANK n/k/a | * |
| JPMORGAN CHASE BANK, | * |
| NATIONAL ASSOCIATION; | * |
| FIRST TENNESSEE BANK | * |
| NATIONAL ASSOCIATION (INC.), | * |
| which acquired and is a s/b/m with | * |
| FIRST HORIZON HOME LOAN | * |
| CORPORATION; | * |
| IRWIN MORTGAGE CORPORATION; | * |
| SUNTRUST MORTGAGE, INC.; | * |
| NEW FREEDOM MORTGAGE | * |
| CORPORATION n/k/a IFREEDOM | * |
| DIRECT CORPORATION; | * |
| GMAC MORTGAGE CORPORATION | * |
| n/k/a GMAC MORTGAGE, LLC, | * |
| a subsidiary of GMAC INC., acquired by | * |
| and n/k/a ALLY FINANCIAL INC.; and | * |
| CITIMORTGAGE, INC. | * |
| | * |
| DEFENDANTS. | * |

## CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

COME NOW Defendant Countrywide Home Loans, Inc. and Defendant

Bank of America, N.A. (sued herein as "Countrywide Home Loans Servicing, LP

n/k/a BAC Home Loans Servicing, LP"), by their undersigned counsel, and file

2

this Certificate of Interested Persons and Corporate Disclosure Statement pursuant to Federal Rule of Civil Procedure 7.1 and Local Civil Rule 3.3.

1. The undersigned counsel of record for Defendant Countrywide Home Loans, Inc. and Defendant Bank of America, N.A. (sued herein as "Countrywide Home Loans Servicing, LP n/k/a BAC Home Loans Servicing, LP") certifies that to the best of his knowledge, and except as provided below, the caption of this Disclosure Statement provides a full and complete list of all parties presently named in this action. The undersigned further certifies that to the best of his knowledge, the parent corporations and/or publicly held corporations that own 10% or more of the stock of either Defendant Countrywide Home Loans, Inc. or Defendant Bank of America, N.A. are as follows:

(a) The defendant described in the complaint as "Countrywide Home Loans Servicing, LP n/k/a BAC Home Loans Servicing, LP" was merged with and into Defendant Bank of America, N.A. ("BANA") effective July 1, 2011. BANA is a wholly-owned subsidiary of BANA Holding Corporation, which is in turn wholly-owned by BAC North America Holding Company. BAC North America Holding Company is wholly-owned by NB Holdings Inc. ("NB"). NB is a wholly-owned direct subsidiary of Bank of America Corporation ("BAC"), a separate defendant

...
...

in this action. BAC is the only publicly-held corporation that owns 10% or more of NB.

(b) Countrywide Home Loans, Inc. is a wholly-owned subsidiary of Countrywide Financial Corporation ("CFC"). CFC is a wholly-owned direct BAC subsidiary. BAC is the only publicly held corporation that owns 10% or more of CFC.

2. The undersigned further certifies that other than the entities listed in Paragraph 1 above, and other than the interest counsel for Relators/Plaintiffs may have in the outcome of the case, the undersigned is presently unaware of any other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case.

3. The undersigned further certifies that the following is a full and complete list of all persons presently serving as attorneys for Defendants Countrywide Home Loans, Inc. and BANA in this proceeding:

Richard K. Hines, V
Mark Nash
Nelson Mullins Riley & Scarborough LLP
201 17th Street NW
Suite 1700
Atlanta, GA 30363

4. The undersigned further certifies that the following is a full and complete list of all persons presently serving as attorneys for Relators/Plaintiffs in this proceeding:

>James E. Butler, Jr.
>Leigh Martin May
>Brandon L. Peak
>Samantha A. Dipolito
>Butler, Wooten & Fryhofer, LLP
>2719 Buford Highway
>Atlanta, Georgia 30324
>
>Marlan B. Wilbanks
>Ty M. Bridges
>Wilbanks & Bridges, LLP
>3414 Peachtree Street, N.E., Ste. 1075
>Atlanta, Georgia 30326
>
>Mary Louise Cohen
>Timothy McCormack
>Phillips & Cohen LLP
>2000 Massachusetts Avenue, N.W.
>Washington, DC 20036
>
>Daniel A. Caldwell
>Assistant U.S. Attorney
>600 U.S. Courthouse
>75 Spring Street, S.W.
>Atlanta, GA 30303
>
>Alan S. Gale
>United States Department of Justice
>Civil Division
>P.O. Box 261
>Ben Franklin Station
>Washington, DC 20044

The foregoing is a complete listing of attorneys presently known to the undersigned to be serving as attorneys for the parties in this proceeding.

This 25th day of October, 2011.

                NELSON MULLINS RILEY & SCARBROUGH LLP

                BY: *s/ Richard K. Hines V*
                RICHARD K. HINES V
                  richard.hines@nelsonmullins.com
                  Georgia Bar No. 356300
                201 17th Street, NW
                Suite 1700
                Atlanta, Georgia 30363
                (404) 322-6080
                (404) 322-6321 Fax

                Attorney for Defendants Countrywide Home Loans, Inc. and Bank of America, N.A.

## **CERTIFICATE OF SERVICE**

This is to certify that on October 25, 2011, I electronically filed the foregoing CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT with the Clerk of the Court using the CM/ECF system with service to:

> James E. Butler, Jr.
> Leigh Martin May
> Brandon L. Peak
> Samantha A. Dipolito
> Butler, Wooten & Fryhofer, LLP
> 2719 Buford Highway
> Atlanta, Georgia 30324
>
> Marlan B. Wilbanks
> Ty M. Bridges
> Wilbanks & Bridges, LLP
> 3414 Peachtree Street, N.E., Ste. 1075
> Atlanta, Georgia 30326
>
> Mary Louise Cohen
> Timothy McCormack
> Phillips & Cohen LLP
> 2000 Massachusetts Avenue, N.W.
> Washington, DC 20036
>
> Daniel A. Caldwell
> Assistant U.S. Attorney
> 600 U.S. Courthouse
> 75 Spring Street, S.W.
> Atlanta, GA  30303

Alan S. Gale
United States Department of Justice
Civil Division
P.O. Box 261
Ben Franklin Station
Washington, DC  20044

BY: *s/ Richard K. Hines V*
RICHARD K. HINES V
   richard.hines@nelsonmullins.com
   Georgia Bar No. 356300
201 17th Street, NW
Suite 1700
Atlanta, Georgia 30363
(404) 322-6080
(404) 322-6321 Fax

Attorney for Defendants Countrywide Home Loans, Inc. and Bank of America, N.A.