THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.*, VICTOR E. BIBBY and BRIAN J. DONNELLY, <br><br>  RELATORS/PLAINTIFFS, <br><br> vs. <br><br> WELLS FARGO BANK, NATIONAL ASSOCIATION (INC.), individually and as s/b/m with WELLS FARGO HOME MORTGAGE, INC.; COUNTRYWIDE HOME LOANS, INC.; COUNTRYWIDE HOME LOANS SERVICING, LP n/k/a BAC HOME LOANS SERVICING, LP; BANK OF AMERICA CORPORATION; JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, which acquired and is a s/b/m with CHASE HOME FINANCE, LLC s/b/m with CHASE MANHATTAN MORTGAGE CORP.; JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, which acquired and is a s/b/m with WASHINGTON MUTUAL BANK f/k/a WASHINGTON MUTUAL BANK, FA; MORTGAGE INVESTORS CORPORATION (OHIO); PNC BANK, NATIONAL ASSOCIATION s/b/m with NATIONAL CITY REAL ESTATE SERVICES, LLC s/b/m with | **CIVIL ACTION FILE NO.** <br><br> **1:06-CV-0547-MHS** <br><br><br><br> **ORDER** |

```
NATIONAL CITY MORTGAGE, INC.,           *
f/k/a NATIONAL CITY MORTGAGE CO.,       *
which also did business as              *
COMMONWEALTH UNITED                     *
MORTGAGE CO.;                           *
JPMORGAN CHASE BANK n/k/a               *
JPMORGAN CHASE BANK,                    *
NATIONAL ASSOCIATION;                   *
FIRST TENNESSEE BANK                    *
NATIONAL ASSOCIATION (INC.),            *
which acquired and is a s/b/m with      *
FIRST HORIZON HOME LOAN                 *
CORPORATION;                            *
IRWIN MORTGAGE CORPORATION;             *
SUNTRUST MORTGAGE, INC.;                *
NEW FREEDOM MORTGAGE                    *
CORPORATION n/k/a IFREEDOM              *
DIRECT CORPORATION;                     *
GMAC MORTGAGE CORPORATION               *
n/k/a GMAC MORTGAGE, LLC,               *
a subsidiary of GMAC INC., acquired by  *
and n/k/a ALLY FINANCIAL INC.; and      *
CITIMORTGAGE, INC.                      *
                                        *
        DEFENDANTS.                     *
```

## ORDER

The Court having reviewed the Motion to Extend Deadlines for Defendant Wells Fargo, it is hereby **GRANTED**. Accordingly, the following deadlines shall be extended as listed below.

2

1) The deadline for Defendant Wells Fargo's Response to Plaintiffs' Complaint shall be extended so that it is due on December 2, 2011; and

1) The deadline for Plaintiffs' Response to Defendant Wells Fargo's Motion to Dismiss or other similar pleading filed in response to Plaintiffs' Complaint shall be extended so that it is due on January 5, 2012.

SO ORDERED this 24 day of Oct, 2011.

_____
Hon. Marvin H. Shoob
Senior Judge, United States District Court

**Presented by:**

| | |
|---|---|
| BUTLER, WOOTEN & FRYHOFER, LLP | WILBANKS & BRIDGES, LLP |
| BY: s/ James E. Butler, Jr. | BY: s/ Marlan B. Wilbanks |
| JAMES E. BUTLER, JR. | MARLAN B. WILBANKS |
| jim@butlerwooten.com | mbw@wilbanks-bridgeslaw.com |
| Georgia Bar No. 099625 | Georgia Bar No. 758223 |
| LEIGH MARTIN MAY | TY M. BRIDGES |
| leigh@butlerwooten.com | tmb@wilbanks-bridgeslaw.com |
| Georgia Bar No. 473389 | Georgia Bar No. 081500 |
| BRANDON L. PEAK | 3414 Peachtree Street, N.E., Ste. 1075 |
| brandon@butlerwooten.com | Atlanta, Georgia 30326 |
| Georgia Bar No. 141605 | (404) 842-1075 |
| SAMANTHA A. DiPOLITO | (404) 842-0559 Fax |
| samantha@butlerwooten.com | |
| Georgia Bar No. 203011 | PHILLIPS & COHEN |
| 2719 Buford Highway | |
| Atlanta, Georgia 30324 | |
| (404) 321-1700 | BY: s/ Mary Louise Cohen |
| (404) 32101713 Fax | MARY LOUISE COHEN |
| | mlc@phillipsandcohen.com |
| | DC Bar No. 298299 |
| | TIMOTHY McCORMACK |
| | tmccormack@phillipsand cohen.com |
| | DC Bar No. 493692 |
| | 2000 Massachusetts Avenue, N.W. |
| | Washington, DC 20036 |
| | (202) 833-4567 |
| | (202) 833-1815 Fax |

Attorneys for Relators/Plaintiffs