THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.*, VICTOR E. BIBBY and BRIAN J. DONNELLY,<br><br>RELATORS/PLAINTIFFS,<br><br>vs.<br><br>WELLS FARGO BANK, NATIONAL ASSOCIATION (INC.), individually and as s/b/m with WELLS FARGO HOME MORTGAGE, INC.; COUNTRYWIDE HOME LOANS, INC.; COUNTRYWIDE HOME LOANS SERVICING, LP n/k/a BAC HOME LOANS SERVICING, LP; BANK OF AMERICA CORPORATION; JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, which acquired and is a s/b/m with CHASE HOME FINANCE, LLC s/b/m with CHASE MANHATTAN MORTGAGE CORP.; JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, which acquired and is a s/b/m with WASHINGTON MUTUAL BANK f/k/a WASHINGTON MUTUAL BANK, FA; MORTGAGE INVESTORS CORPORATION (OHIO); PNC BANK, NATIONAL ASSOCIATION s/b/m with NATIONAL CITY REAL ESTATE SERVICES, LLC s/b/m with | **CIVIL ACTION FILE NO.**<br><br>**1:06-CV-0547-MHS**<br><br><br><br>**ORDER** |

| | |
|---|---|
| NATIONAL CITY MORTGAGE, INC., f/k/a NATIONAL CITY MORTGAGE CO., which also did business as COMMONWEALTH UNITED MORTGAGE CO.; JPMORGAN CHASE BANK n/k/a JPMORGAN CHASE BANK, NATIONAL ASSOCIATION; FIRST TENNESSEE BANK NATIONAL ASSOCIATION (INC.), which acquired and is a s/b/m with FIRST HORIZON HOME LOAN CORPORATION; IRWIN MORTGAGE CORPORATION; SUNTRUST MORTGAGE, INC.; NEW FREEDOM MORTGAGE CORPORATION n/k/a IFREEDOM DIRECT CORPORATION; GMAC MORTGAGE CORPORATION n/k/a GMAC MORTGAGE, LLC, a subsidiary of GMAC INC., acquired by and n/k/a ALLY FINANCIAL INC.; and CITIMORTGAGE, INC. | * * * * * * * * * * * * * * * * * * * * * |
| DEFENDANTS. | * |

## ORDER

The Court having reviewed the Agreed Motion to Extend Deadlines for Defendant JPMorgan, it is hereby **GRANTED**. Accordingly, the following deadlines shall be extended as listed below.

1) The deadline for Defendant JPMorgan Chase Bank, N.A., in any alleged capacity, to answer, object, move with respect to, or otherwise respond to Plaintiffs' Complaint shall be extended to and through December 5, 2011; and

2) The deadline for Plaintiffs' Response to Defendant JPMorgan's Motion to Dismiss or other similar pleading filed in response to Plaintiffs' Complaint shall be extended so that it is due on January 9, 2012.

SO ORDERED this 25 day of Oct, 2011.

_____
Hon. Marvin H. Shoob
Senior Judge, United States District Court

**Presented by:**

BUTLER, WOOTEN & FRYHOFER, LLP

BY: s/ James E. Butler, Jr.
JAMES E. BUTLER, JR.
  jim@butlerwooten.com
  Georgia Bar No. 099625
LEIGH MARTIN MAY
  leigh@butlerwooten.com
  Georgia Bar No. 473389
BRANDON L. PEAK
  brandon@butlerwooten.com
  Georgia Bar No. 141605
SAMANTHA A. DiPOLITO
  samantha@butlerwooten.com
  Georgia Bar No. 203011
2719 Buford Highway
Atlanta, Georgia  30324
(404) 321-1700
(404) 32101713 Fax

WILBANKS & BRIDGES, LLP

BY: s/ Marlan B. Wilbanks
MARLAN B. WILBANKS
  mbw@wilbanks-bridgeslaw.com
  Georgia Bar No. 758223
TY M. BRIDGES
  tmb@wilbanks-bridgeslaw.com
  Georgia Bar No. 081500
3414 Peachtree Street, N.E., Ste. 1075
Atlanta, Georgia 30326
(404) 842-1075
(404) 842-0559 Fax

PHILLIPS & COHEN

BY: s/ Mary Louise Cohen
MARY LOUISE COHEN
  mlc@phillipsandcohen.com
  DC Bar No. 298299
TIMOTHY McCORMACK
  tmccormack@phillipsand cohen.com
  DC Bar No. 493692
2000 Massachusetts Avenue, N.W.
Washington, DC 20036
(202) 833-4567
(202) 833-1815 Fax

Attorneys for Relators/Plaintiffs