THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.*, VICTOR E. BIBBY and BRIAN J. DONNELLY, <br><br> RELATORS/PLAINTIFFS, <br><br> vs. <br><br> WELLS FARGO BANK, NATIONAL ASSOCIATION (INC.), individually and as s/b/m with WELLS FARGO HOME MORTGAGE, INC.; COUNTRYWIDE HOME LOANS, INC.; COUNTRYWIDE HOME LOANS SERVICING, LP n/k/a BAC HOME LOANS SERVICING, LP; BANK OF AMERICA CORPORATION; JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, which acquired and is a s/b/m with CHASE HOME FINANCE, LLC s/b/m with CHASE MANHATTAN MORTGAGE CORP.; JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, which acquired and is a s/b/m with WASHINGTON MUTUAL BANK f/k/a WASHINGTON MUTUAL BANK, FA; MORTGAGE INVESTORS CORPORATION (OHIO); PNC BANK, NATIONAL ASSOCIATION s/b/m with NATIONAL CITY REAL ESTATE SERVICES, LLC s/b/m with | **CIVIL ACTION FILE NO.** <br><br> **1:06-CV-0547-MHS** <br><br><br> **ORDER** |

| | |
|---|---|
| NATIONAL CITY MORTGAGE, INC., | * |
| f/k/a NATIONAL CITY MORTGAGE CO., | * |
| which also did business as | * |
| COMMONWEALTH UNITED | * |
| MORTGAGE CO.; | * |
| JPMORGAN CHASE BANK n/k/a | * |
| JPMORGAN CHASE BANK, | * |
| NATIONAL ASSOCIATION; | * |
| FIRST TENNESSEE BANK | * |
| NATIONAL ASSOCIATION (INC.), | * |
| which acquired and is a s/b/m with | * |
| FIRST HORIZON HOME LOAN | * |
| CORPORATION; | * |
| IRWIN MORTGAGE CORPORATION; | * |
| SUNTRUST MORTGAGE, INC.; | * |
| NEW FREEDOM MORTGAGE | * |
| CORPORATION n/k/a IFREEDOM | * |
| DIRECT CORPORATION; | * |
| GMAC MORTGAGE CORPORATION | * |
| n/k/a GMAC MORTGAGE, LLC, | * |
| a subsidiary of GMAC INC., acquired by | * |
| and n/k/a ALLY FINANCIAL INC.; and | * |
| CITIMORTGAGE, INC. | * |
| | * |
| DEFENDANTS. | * |

## ORDER

The Court having reviewed the Agreed Motion to Extend Deadlines for Defendant Bank of America Corporation, it is hereby **GRANTED**. Accordingly, the following deadlines shall be extended as listed below.

1) The deadline for Defendant Bank of America Corporation to respond to Relators/Plaintiffs' Complaint shall be extended to and including December 2, 2011; and

2) The deadline for Relators/Plaintiffs' Response to Defendant Bank of America Corporation's Motion to Dismiss or other similar pleading filed in response to Relators/Plaintiffs' Complaint shall be extended to and including January 5, 2012.

SO ORDERED this 25th day of Oct, 2011.

_____
Hon. Marvin H. Shoob
Senior Judge, United States District Court

**Presented by:**

| | |
|---|---|
| BUTLER, WOOTEN & FRYHOFER, LLP | WILBANKS & BRIDGES, LLP |

BY: s/ James E. Butler, Jr.
JAMES E. BUTLER, JR.
  jim@butlerwooten.com
  Georgia Bar No. 099625
LEIGH MARTIN MAY
  leigh@butlerwooten.com
  Georgia Bar No. 473389
BRANDON L. PEAK
  brandon@butlerwooten.com
  Georgia Bar No. 141605
SAMANTHA A. DiPOLITO
  samantha@butlerwooten.com
  Georgia Bar No. 203011
2719 Buford Highway
Atlanta, Georgia 30324
(404) 321-1700
(404) 32101713 Fax

BY: s/ Marlan B. Wilbanks
MARLAN B. WILBANKS
  mbw@wilbanks-bridgeslaw.com
  Georgia Bar No. 758223
TY M. BRIDGES
  tmb@wilbanks-bridgeslaw.com
  Georgia Bar No. 081500
3414 Peachtree Street, N.E., Ste. 1075
Atlanta, Georgia 30326
(404) 842-1075
(404) 842-0559 Fax

PHILLIPS & COHEN

BY: s/ Mary Louise Cohen
MARY LOUISE COHEN
  mlc@phillipsandcohen.com
  DC Bar No. 298299
TIMOTHY McCORMACK
  tmccormack@phillipsand cohen.com
  DC Bar No. 493692
2000 Massachusetts Avenue, N.W.
Washington, DC 20036
(202) 833-4567
(202) 833-1815 Fax

Attorneys for Relators/Plaintiffs