THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.*, VICTOR E. BIBBY and BRIAN J. DONNELLY, <br><br>  RELATORS/PLAINTIFFS, <br><br> vs. <br><br> WELLS FARGO BANK, NATIONAL ASSOCIATION (INC.), individually and as s/b/m with WELLS FARGO HOME MORTGAGE, INC.; COUNTRYWIDE HOME LOANS, INC.; COUNTRYWIDE HOME LOANS SERVICING, LP n/k/a BAC HOME LOANS SERVICING, LP; BANK OF AMERICA CORPORATION; JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, which acquired and is a s/b/m with CHASE HOME FINANCE, LLC s/b/m with CHASE MANHATTAN MORTGAGE CORP.; JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, which acquired and is a s/b/m with WASHINGTON MUTUAL BANK f/k/a WASHINGTON MUTUAL BANK, FA; MORTGAGE INVESTORS CORPORATION (OHIO); PNC BANK, NATIONAL ASSOCIATION s/b/m with NATIONAL CITY REAL ESTATE SERVICES, LLC s/b/m with | **CIVIL ACTION FILE NO.** <br><br> **1:06-CV-0547-MHS** <br><br><br><br> **ORDER** |

| | |
|---|---|
| NATIONAL CITY MORTGAGE, INC., | * |
| f/k/a NATIONAL CITY MORTGAGE CO., | * |
| which also did business as | * |
| COMMONWEALTH UNITED | * |
| MORTGAGE CO.; | * |
| JPMORGAN CHASE BANK n/k/a | * |
| JPMORGAN CHASE BANK, | * |
| NATIONAL ASSOCIATION; | * |
| FIRST TENNESSEE BANK | * |
| NATIONAL ASSOCIATION (INC.), | * |
| which acquired and is a s/b/m with | * |
| FIRST HORIZON HOME LOAN | * |
| CORPORATION; | * |
| IRWIN MORTGAGE CORPORATION; | * |
| SUNTRUST MORTGAGE, INC.; | * |
| NEW FREEDOM MORTGAGE | * |
| CORPORATION n/k/a IFREEDOM | * |
| DIRECT CORPORATION; | * |
| GMAC MORTGAGE CORPORATION | * |
| n/k/a GMAC MORTGAGE, LLC, | * |
| a subsidiary of GMAC INC., acquired by | * |
| and n/k/a ALLY FINANCIAL INC.; and | * |
| CITIMORTGAGE, INC. | * |
| | * |
| DEFENDANTS. | * |

## ORDER

The Court having reviewed the Motion to Extend Deadlines, it is hereby **GRANTED**. Accordingly, the following deadlines shall be extended as listed below.

1) The deadline for Defendant Countrywide Home Loans, Inc. and Defendant Bank of America, N.A. (sued herein as Countrywide Home Loans Servicing, LP n/k/a BAC Home Loans Servicing, LP) to respond to Relators/Plaintiffs' Complaint shall be extended to and including December 2, 2011; and

2) The deadline for Relators/Plaintiffs' Response to Defendant Countrywide Home Loans, Inc.'s and Defendant Bank of America, N.A.'s (sued herein as Countrywide Home Loans Servicing, LP n/k/a BAC Home Loans Servicing, LP) Motion to Dismiss or other similar pleading filed in response to Relators/Plaintiffs' Complaint shall be extended to and including January 5, 2012.

SO ORDERED this ___ day of _____, 2011.

_____
Hon. Marvin H. Shoob
Senior Judge, United States District Court

**Presented by:**

| | |
|---|---|
| BUTLER, WOOTEN & FRYHOFER, LLP | WILBANKS & BRIDGES, LLP |
| | |
| BY: s/ James E. Butler, Jr. | BY: s/ Marlan B. Wilbanks |
| JAMES E. BUTLER, JR. | MARLAN B. WILBANKS |
|   jim@butlerwooten.com |   mbw@wilbanks-bridgeslaw.com |
|   Georgia Bar No. 099625 |   Georgia Bar No. 758223 |
| LEIGH MARTIN MAY | TY M. BRIDGES |
|   leigh@butlerwooten.com |   tmb@wilbanks-bridgeslaw.com |
|   Georgia Bar No. 473389 |   Georgia Bar No. 081500 |
| BRANDON L. PEAK | 3414 Peachtree Street, N.E., Ste. 1075 |
|   brandon@butlerwooten.com | Atlanta, Georgia 30326 |
|   Georgia Bar No. 141605 | (404) 842-1075 |
| SAMANTHA A. DiPOLITO | (404) 842-0559 Fax |
|   samantha@butlerwooten.com | |
|   Georgia Bar No. 203011 | PHILLIPS & COHEN |
| 2719 Buford Highway | |
| Atlanta, Georgia 30324 | |
| (404) 321-1700 | BY: s/ Mary Louise Cohen |
| (404) 32101713 Fax | MARY LOUISE COHEN |
| |   mlc@phillipsandcohen.com |
| |   DC Bar No. 298299 |
| | TIMOTHY McCORMACK |
| |   tmccormack@phillipsand cohen.com |
| |   DC Bar No. 493692 |
| | 2000 Massachusetts Avenue, N.W. |
| | Washington, DC 20036 |
| | (202) 833-4567 |
| | (202) 833-1815 Fax |
| | |
| | Attorneys for Relators/Plaintiffs |

CONSENTED TO:

NELSON MULLINS RILEY &
SCARBOROUGH LLP

BY: s/ Richard K. Hines, V
RICHARD K. HINES, V
 richard.hines@nelsonmullins.com
 Georgia Bar No. 356300
201 17th Street NW
Suite 1700
Atlanta, GA 30363
(404) 322-6080
(404) 322-6321 Fax

Attorney for Defendant Countrywide
Home Loans, Inc. and Defendant
Bank of America, N.A.