Local Form 440 (12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

NORTHERN District of GEORGIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel., VICTOR E. BIBBY and BRIAN J. DONNELLY <br> *Plaintiff* <br> v. <br> WELLS FARGO BANK, NATIONAL ASSOCIATION (INC.), et al. <br> *Defendant* | ) ) ) ) ) ) ) ) ) Civil Action No. 1:06-CV-0547-MHS |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

GMAC MORTGAGE CORPORATION n/k/a GMAC MORTGAGE, LLC, a subsidiary of GMAC, INC., acquired by and n/k/a ALLY FINANCIAL INC.,
c/o Ally Financial Inc.'s Registered Agent
Corporation Process Company
2180 Satellite Blvd., Suite 400, Duluth GA 30097

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

James E. Butler, Jr.
Butler, Wooten & Fryhofer, LLP
2719 Buford Highway
Atlanta, GA 30324

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

JAMES N. HATTEN

*CLERK OF COURT*

Date: 05 OCT 2011

*Signature of Clerk or Deputy Clerk*

Local Form 440 (12/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section must be filed with the court unless exempted by Fed. R. Civ. P. 4 (l).)*

This summons for *(name of individual and title, if any)* GMAC MORGAGE CORPORATION n/k/a GMAC MORTGAGE, LLC, a subsidiary of GMAC, INC., acquired by and n/k/a ALLY FINANCIAL INC.
was received by me on *(date)* Oct 24, 2011.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Linda Banks at Corporation Process Company, who is designated by law to accept service of process on behalf of *(name of organization)* GMAC MORTGAGE CORPORATION n/k/a GMAC MORTGAGE, LLC, a subsidiary of GMAC, INC., acquired by and n/k/a ALLY FINANCIAL INC. on *(date)* Oct 31, 2011 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):* _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under penalty of perjury that this information is true.

Date: Oct 31, 2011

*Server's signature*

Danny Agan, Investigator
*Printed name and title*

2719 Buford Highway, Atlanta, GA 30324
*Server's address*

Additional information regarding attempted service, etc: