Local Form 440 (12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
NORTHERN District of GEORGIA

UNITED STATES OF AMERICA, ex rel.,
VICTOR E. BIBBY and BRIAN J. DONNELLY                )
                                                     )
_____                    )
            *Plaintiff*                              )
                                                     )
                v.                                   )   Civil Action No. 1:06-CV-0547-MHS
                                                     )
WELLS FARGO BANK, NATIONAL ASSOCIATION (INC.), et al.)
                                                     )
_____                    )
            *Defendant*                              )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

IRWIN MORTGAGE CORPORATION
c/o Fred C. Caruso, President
Irwin Mortgage Corporation
6375 Riverside Drive, Suite 200
Dublin, Ohio 43017

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

James E. Butler, Jr.
Butler, Wooten & Fryhofer, LLP
2719 Buford Highway
Atlanta, GA 30324

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

JAMES N. HATTEN
*CLERK OF COURT*

Date: 05 OCT 2011

*Signature of Clerk or Deputy Clerk*

Local Form 440 (12/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section must be filed with the court unless exempted by Fed. R. Civ. P. 4 (l).)*

This summons for *(name of individual and title, if any)* _____IRWIN MORTGAGE CORPORATION_____

was received by me on *(date)* _____October 5, 2011_____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):*   I served the Summons and Relators' Second Amended Complaint by Restatement on Fred C. Caruso, President,

Irwin Mortgage Corporation, 6375 Riverside Dr., Ste. 200, Dublin, OH 43017 via Certified Mail, Return Receipt Requested No. 7196 9008 9111 0422 4530

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____October 24, 2011_____

*Server's signature*

Beth Telgenhoff, Legal Assistant
*Printed name and title*

**Certified Article Number**
7196 9008 9111 0422 4530
**SENDERS RECORD**

2719 Buford Highway, Atlanta, GA 30324
*Server's address*

Additional information regarding attempted service, etc:

See attachment for return of service by certified mail

dated October 26, 2011.

| 2. Article Number | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| 7196 9008 9111 0422 4530 | A. Received by (Please Print Clearly): JAN VANOVER | B. Date of Delivery: 10-26-11 |
| | C. Signature: X [signature] | ☑ Agent ☐ Addressee |
| 3. Service Type  CERTIFIED MAIL™ | D. Is delivery address different from item 1? If YES, enter delivery address below: | ☐ Yes ☐ No |
| 4. Restricted Delivery? (Extra Fee) ☐ Yes | | |
| 1. Article Addressed to:<br>Fred C. Caruso, President<br>Irwin Mortgage Corporation<br>6375 Riverside Drive<br>Suite 200<br>Dublin, OH 43017 | **Reference Information**<br><br>Bibby<br><br>James E. Butler III | |
| PS Form 3811, January 2005 | Domestic Return Receipt | |