THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.*, VICTOR E. BIBBY and BRIAN J. DONNELLY, | **CIVIL ACTION FILE NO.** |
| | **1:06-CV-0547-MHS** |
| RELATORS/PLAINTIFFS, | |
| vs. | |
| WELLS FARGO BANK, NATIONAL ASSOCIATION (INC.), individually and as s/b/m with WELLS FARGO HOME MORTGAGE, INC.; COUNTRYWIDE HOME LOANS, INC.; COUNTRYWIDE HOME LOANS SERVICING, LP n/k/a BAC HOME LOANS SERVICING, LP; BANK OF AMERICA CORPORATION; JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, which acquired and is a s/b/m with CHASE HOME FINANCE, LLC s/b/m with CHASE MANHATTAN MORTGAGE CORP.; JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, which acquired and is a s/b/m with WASHINGTON MUTUAL BANK f/k/a WASHINGTON MUTUAL BANK, FA; MORTGAGE INVESTORS CORPORATION (OHIO); PNC BANK, NATIONAL ASSOCIATION s/b/m with NATIONAL CITY REAL ESTATE SERVICES, LLC s/b/m with | **ORDER** |

NATIONAL CITY MORTGAGE, INC., \*
f/k/a NATIONAL CITY MORTGAGE CO., \*
which also did business as            \*
COMMONWEALTH UNITED                   \*
MORTGAGE CO.;                         \*
JPMORGAN CHASE BANK n/k/a             \*
JPMORGAN CHASE BANK,                  \*
NATIONAL ASSOCIATION;                 \*
FIRST TENNESSEE BANK                  \*
NATIONAL ASSOCIATION (INC.),          \*
which acquired and is a s/b/m with    \*
FIRST HORIZON HOME LOAN               \*
CORPORATION;                          \*
IRWIN MORTGAGE CORPORATION;           \*
SUNTRUST MORTGAGE, INC.;              \*
NEW FREEDOM MORTGAGE                  \*
CORPORATION n/k/a IFREEDOM            \*
DIRECT CORPORATION;                   \*
GMAC MORTGAGE CORPORATION             \*
n/k/a GMAC MORTGAGE, LLC,             \*
a subsidiary of GMAC INC., acquired by \*
and n/k/a ALLY FINANCIAL INC.; and    \*
CITIMORTGAGE, INC.                    \*
                                      \*
    DEFENDANTS.                  \*

## **ORDER**

The Court having reviewed the Agreed Motion to Extend Deadlines for Defendant SunTrust Mortgage, Inc., it is hereby **GRANTED**. Accordingly, the following deadlines shall be extended as listed below.

1) The deadline for Defendant SunTrust Mortgage, Inc. to respond to Relators/Plaintiffs' Complaint shall be extended to and including December 19, 2011; and

2) The deadline for Relators/Plaintiffs' Response to Defendant SunTrust Mortgage Inc.'s Motion to Dismiss or other similar pleading filed in response to Relators/Plaintiffs' Complaint shall be extended to and including January 17, 2012.

SO ORDERED this ___ day of _____, 2011.

_____
Hon. Marvin H. Shoob
Senior Judge, United States District Court

**Presented by:**

BUTLER, WOOTEN & FRYHOFER, LLP

BY: s/ James E. Butler, Jr.
JAMES E. BUTLER, JR.
  jim@butlerwooten.com
  Georgia Bar No. 099625
LEIGH MARTIN MAY
  leigh@butlerwooten.com
  Georgia Bar No. 473389
BRANDON L. PEAK
  brandon@butlerwooten.com
  Georgia Bar No. 141605
SAMANTHA A. DiPOLITO
  samantha@butlerwooten.com
  Georgia Bar No. 203011
2719 Buford Highway
Atlanta, Georgia 30324
(404) 321-1700
(404) 32101713 Fax

WILBANKS & BRIDGES, LLP

BY: s/ Marlan B. Wilbanks
MARLAN B. WILBANKS
  mbw@wilbanks-bridgeslaw.com
  Georgia Bar No. 758223
TY M. BRIDGES
  tmb@wilbanks-bridgeslaw.com
  Georgia Bar No. 081500
3414 Peachtree Street, N.E., Ste. 1075
Atlanta, Georgia 30326
(404) 842-1075
(404) 842-0559 Fax

PHILLIPS & COHEN

BY: s/ Mary Louise Cohen
MARY LOUISE COHEN
  mlc@phillipsandcohen.com
  DC Bar No. 298299
TIMOTHY McCORMACK
  tmccormack@phillipsand cohen.com
  DC Bar No. 493692
2000 Massachusetts Avenue, N.W.
Washington, DC 20036
(202) 833-4567
(202) 833-1815 Fax

Attorneys for Relators/Plaintiffs