**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel, VICTOR E. BIBBY and BRIAN J. DONNELLY,<br><br>    Relators/Plaintiffs,<br><br>    v.<br><br>WELLS FARGO BANK, N.A, *et al.*,<br><br>    Defendants. | Civil Action No.:<br><br>1:06-cv-00547-MHS |

**DEFENDANT MORTGAGE INVESTORS
CORPORATION'S CERTIFICATE OF INTERESTED PERSONS**

Defendant Mortgage Investors Corporation ("Mortgage Investors"), pursuant to Rule 3.3 of the Civil Local Rules for the Northern District of Georgia, submits its Certificate of Interested Persons:

1.    The undersigned counsel of record for Mortgage Investors states that to the best of his knowledge, and except as provided below, the caption of the Second Amended Complaint (Dkt. 54) provides a full and complete list of all parties presently named in this action. The undersigned further certifies that to the

1

best of his knowledge, Mortgage Investors has no parent company, and no publicly held corporation owns more than 10% of Mortgage Investors' stock. Mortgage Investors is majority-owned by William Edwards. The undersigned further certifies that to the best of his knowledge, the only other person, association, firm, partnership, or corporation with a substantial financial interest in this case are Relators' counsel and their law firms.

2.   The undersigned certifies that the signature blocks of this Certificate list all persons presently serving as attorneys for Mortgage Investors in this proceeding.

3.   The undersigned reserves the right to amend this *Certificate of Interested Persons* should further individuals, entities or attorneys become known to any party or their counsel in the future

Dated:  November 7, 2011          Respectfully submitted,

**TAYLOR ENGLISH DUMA LLP**

/s/ Matthew R. Rosenkoff
Matthew R. Rosenkoff, Esq.
Georgia Bar No. 842117
1600 Parkwood Circle – Suite 400
Atlanta, Georgia 30339
(770) 434-6868
(770) 434-7376 (Facsimile)

    mrosenkoff@taylorenglish.com

    Mitchel H. Kider (*Pro Hac Vice* forthcoming)
    David M. Souders (*Pro Hac Vice* forthcoming)
    Scott D. Burke (*Pro Hac Vice* forthcoming)
    Michael Y. Kieval (*Pro Hac Vice* forthcoming)
    WEINER BRODSKY SIDMAN KIDER PC
    1300 19th Street, NW, Fifth Floor
    Washington, DC 20036
    Telephone: (202) 628-2000
    Facsimile: (202) 628-2011
    kider@wbsk.com
    souders@wbsk.com
    burke@wbsk.com
    kieval@wbsk.com

    *Attorneys for Defendant Mortgage Investors Corporation*

## **LOCAL RULE 7.1D CERTIFICATION**

    I hereby certify that the foregoing certificate complies with the font and point requirements of LR 5.1, to wit, this brief was prepared in Times New Roman font, 14-point type.

    /s/ Matthew R. Rosenkoff
    Matthew R. Rosenkoff, Esq.
    Georgia Bar No. 842117
    TAYLOR ENGLISH DUMA LLP
    1600 Parkwood Circle – Suite 400
    Atlanta, Georgia 30339
    (770) 434-6868
    (770) 434-7376 (Facsimile)
    mrosenkoff@taylorenglish.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 7th day of November, 2011, a copy of the foregoing was served upon the following counsel of record via electronic notification:

James E. Butler, Jr.
Leigh Martin May
Brandon L. Peak
Samantha A. DiPolito
Butler, Wooten & Freyhofer, LLP
2719 Buford Highway
Atlanta, GA 30324
*Counsel for Relators/Plaintiffs*

Marlan B. Wilbanks
Ty M. Bridges
WILBANKS & BRIDGES, LLP
3414 Peachtree Street, N.E., Ste. 1075
Atlanta, GA 30326
*Counsel for Relators/Plaintiffs*

Mary Louise Cohen
Timothy McCormack
PHILLIPS & COHEN
2000 Massachusetts Ave., N.W.
Washington, DC 20036
*Counsel for Relators/Plaintiffs*

Richard Kennon Hines, V
Nelson Mullins Riley & Scarborough
Site 1700
201 17th Street, N.W.
Atlanta, GA 30363
*Counsel for Bank of America, N.A.
and Countrywide Home Loans, Inc.*

And via U.S. mail, first-class, postage pre-paid upon:

| | |
|---|---|
| Daniel A. Cladwell<br>Amy L. Berne<br>Laura Kennedy Bonader<br>Assistant United States Attorneys<br>Northern District of Georgia<br>600 Richard B. Russell Building<br>75 Spring Street, S.W., Suite 600<br>Atlanta, Georgia 30303 | Alan S. Gale, Trial Attorney<br>United States Department of Justice<br>Civil Division<br>Commercial Litigation Branch<br>Fraud Section<br>P.O. Box 261<br>Ben Franklin Station<br>Washington, DC 20044 |
| Wells Fargo Bank, National Association Inc.<br>c/o Corporation Service Company<br>40 Technology Parkway South<br>Suite 300<br>Norcross, GA 30092 | GMAC Mortgage Corporation<br>c/o Corporation Service Company<br>40 Technology Parkway South<br>Suite #300<br>Norcross, GA 30092 |
| PNC Bank, National Association<br>PNC Financial Services Group, Inc.<br>249 Fifth Ave.,<br>One PNC Plaza<br>Pittsburgh, PA 15222 | First Tennessee Bank<br>National Association<br>c/o CT Corporation System<br>1201 Peachtree Street, NE<br>Atlanta, GA 30361 |
| New Freedom Mortgage Corporation<br>c/o CT Corporation System /<br>Shakinah Edwards<br>1201 Peachtree Street, NE<br>Atlanta, GA 30361 | Suntrust Mortgage, Inc.<br>c/o Corporation Service Company Inc.<br>40 Technology Parkway South, #300<br>Norcross, GA 30092 |
| Citimortgage, Inc.<br>c/o Corporation System<br>1201 Peachtree Street, NE<br>Atlanta, GA 30361 | Irwin Mortgage Corporation<br>6375 Riverside Drive<br>Suite 200<br>Dublin, OH 43017 |

5

Here:
Output:

/s/ Matthew R. Rosenkoff
Matthew R. Rosenkoff, Esq.
Georgia Bar No. 842117
TAYLOR ENGLISH DUMA LLP
1600 Parkwood Circle – Suite 400
Atlanta, Georgia 30339
(770) 434-6868
(770) 434-7376 (Facsimile)
mrosenkoff@taylorenglish.com