## THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA *ex rel.*, | * | **CIVIL ACTION FILE NO.** |
| VICTOR E. BIBBY and BRIAN J. | * | |
| DONNELLY, | * | |
| | * | **1:06-CV-0547-MHS** |
| RELATORS/PLAINTIFFS, | * | |
| | * | |
| vs. | * | |
| | * | |
| WELLS FARGO BANK, NATIONAL | * | |
| ASSOCIATION (INC.), individually and | * | |
| as s/b/m with WELLS FARGO | * | **PLAINTIFFS' RESPONSE** |
| HOME MORTGAGE, INC.; | * | **TO MOTION TO SEVER** |
| COUNTRYWIDE HOME LOANS, INC.; | * | **FILED BY DEFEDANT** |
| COUNTRYWIDE HOME LOANS | * | **MORTGAGE** |
| SERVICING, LP n/k/a BAC HOME | * | **INVESTORS** |
| LOANS SERVICING, LP; | * | **CORPORATION** |
| BANK OF AMERICA CORPORATION; | * | |
| JPMORGAN CHASE BANK, | * | |
| NATIONAL ASSOCIATION, which | * | |
| acquired and is a s/b/m with | * | |
| CHASE HOME FINANCE, LLC s/b/m | * | |
| with CHASE MANHATTAN | * | |
| MORTGAGE CORP.; | * | |
| JPMORGAN CHASE BANK, | * | |
| NATIONAL ASSOCIATION, which | * | |
| acquired and is a s/b/m with | * | |
| WASHINGTON MUTUAL BANK f/k/a | * | |
| WASHINGTON MUTUAL BANK, FA; | * | |
| MORTGAGE INVESTORS | * | |
| CORPORATION (OHIO); | * | |
| PNC BANK, NATIONAL ASSOCIATION | * | |
| s/b/m with NATIONAL CITY REAL | * | |
| ESTATE SERVICES, LLC s/b/m with | * | |

NATIONAL CITY MORTGAGE, INC.,     *
f/k/a NATIONAL CITY MORTGAGE CO., *
which also did business as       *
COMMONWEALTH UNITED         *
MORTGAGE CO.;                *
JPMORGAN CHASE BANK n/k/a      *
JPMORGAN CHASE BANK,        *
NATIONAL ASSOCIATION;        *
FIRST TENNESSEE BANK         *
NATIONAL ASSOCIATION (INC.),    *
which acquired and is a s/b/m with   *
FIRST HORIZON HOME LOAN      *
CORPORATION;                *
IRWIN MORTGAGE CORPORATION;   *
SUNTRUST MORTGAGE, INC.;      *
NEW FREEDOM MORTGAGE      *
CORPORATION n/k/a IFREEDOM    *
DIRECT CORPORATION;         *
GMAC MORTGAGE CORPORATION   *
n/k/a GMAC MORTGAGE, LLC,      *
a subsidiary of GMAC INC., acquired by *
and n/k/a ALLY FINANCIAL INC.; and *
CITIMORTGAGE, INC.           *
                                  *
     DEFENDANTS.         *

## PLAINTIFFS' RESPONSE TO MOTION TO SEVER
## FILED BY DEFENDANT MORTGAGE INVESTORS CORPORATION

      Defendant Mortgage Investors Corporation ("Mortgage Investors") filed an

Answer to Relators' Second Amended Complaint and a Motion to Sever the claims

against itself from those against the other Defendant lenders.  Relators do not

oppose Defendant Mortgage Investors' Motion to Sever.

As a very practical matter, discovery in this case cannot be consolidated. With twelve Defendants, even scheduling a deposition would be impossible were discovery consolidated.  Moreover, there is no reason for Relators or a Defendant to copy all other Defendants on discovery requests and discovery responses as to one Defendant.

The Court may, however, elect to consolidate hearings, since the claims against the various Defendants do involve common issues of law and fact, and it is likely many Defendants will be filing similar motions making identical, or at least very similar, legal arguments.

Although unnecessary to resolution of the instant Motion, since Relators are not opposing the Motion, we are constrained to note that some assertions made by Mortgage Investors in its Motion are, in Relators' view, simply incorrect.   For example, Defendant Mortgage Investors appears to argue that *because* only a single example of its fraud is detailed in Exhibit 9 to Plaintiffs' Second Amended Complaint (Doc. 54), the fraud committed by it is somehow dissimilar from the fraud committed by the other Defendant lenders.  That is not correct.  Relators are in possession of other examples of Defendant Mortgage Investors' fraud.  At this stage of the case, however, it was unnecessary for Relators to allege more.  By electing not to oppose Defendant Mortgage Investors' Motion to Sever, Relators

are not agreeing with, consenting to, or ratifying such assertions made by Defendant Mortgage Investors.

Relators' consent to severance at this point does not dispose of the issue, which may need to be addressed later, whether trial against all Defendants should be consolidated pursuant to F.R.C.P. 42 (a).  That issue has not been raised, so it is not discussed herein.  By not opposing Mortgage Investors' Motion to Sever, Relators are in no way waiving their right to later insist on consolidation for trial.

SIGNATURES ARE CONTINUED ON THE NEXT PAGE

Respectfully submitted this 10th day of November, 2011.

BUTLER, WOOTEN &
FRYHOFER, LLP


BY: s/ James E. Butler, Jr.
JAMES E. BUTLER, JR.
  jim@butlerwooten.com
  Georgia Bar No. 099625
LEIGH MARTIN MAY
  leigh@butlerwooten.com
  Georgia Bar No. 473389
BRANDON L. PEAK
  brandon@butlerwooten.com
  Georgia Bar No. 141605
SAMANTHA A. DiPOLITO
  samantha@butlerwooten.com
  Georgia Bar No. 203011
2719 Buford Highway
Atlanta, Georgia  30324
(404) 321-1700
(404) 32101713 Fax

WILBANKS & BRIDGES, LLP


BY: s/ Marlan B. Wilbanks
MARLAN B. WILBANKS
  mbw@wilbanks-bridgeslaw.com
  Georgia Bar No. 758223
TY M. BRIDGES
  tmb@wilbanks-bridgeslaw.com
  Georgia Bar No. 081500
3414 Peachtree Street, N.E., Ste. 1075
Atlanta, Georgia 30326
(404) 842-1075
(404) 842-0559 Fax


PHILLIPS & COHEN


BY: s/ Mary Louise Cohen
MARY LOUISE COHEN
  mlc@phillipsandcohen.com
  DC Bar No. 298299
TIMOTHY McCORMACK
  tmccormack@phillipsand cohen.com
  DC Bar No. 493692
2000 Massachusetts Avenue, N.W.
Washington, DC 20036
(202) 833-4567
(202) 833-1815 Fax

Attorneys for Relators/Plaintiff

## <u>CERTIFICATE OF SERVICE</u>

       This is to certify that on December 10, 2011, I electronically filed
PLAINTIFFS' RESPONSE TO MOTION TO SEVER FILED BY DEFENDANT
MORTGAGE INVESTORS CORPORATION with the Clerk of the Court using
the CM/ECF system which will automatically send email notification of such filing
to the following attorneys of record:

Richard K. Hines V
Nelson Mullins Riley & Scarborough
201 17th Street, Suite 1700
Atlanta, Ga. 30363

Matthew R. Rosenkoff
Taylor English Duma LLP
1600 Parkwood Circle – Suite 400
Atlanta, GA 30339

Mitchel H. Kider
David M. Souders
Weiner Brodsky Sidman Kider PC
1300 19th Street, NW, Fifth Floor
Washington, DC 20036

       I certify that I have mailed by United States Postal Service the document to
the following:

Robert J. Conlan, Jr.
Sidley Austin LLP
1501 K Street, N.W.
Washington, DC  20005

Douglas A. Axel
Sidley Austin LLP
555 West Fifth Street
Los Angeles, CA  90013

William V. Custer
Bryan Cave LLP
One Atlantic Center, Fourteenth Floor
1201 W. Peachtree St., N.W.
Atlanta, GA 30309

Amy P. Williams
K & L Gates, LLP
Hearst Tower
214 North Tryon Street, 47th Floor
Charlotte, NC 28202

Jonathan Rosenberg
William J. Sushon
Asher L. Rivner
O'Melveny & Myers LLP
7 Times Square
New York, NY  10036

M. Robert Thornton
King & Spalding
1180 Peachtree Street, N.E.
Atlanta, GA  30309

Michael Brown
Alston & Bird LLP
1201 West Peachtree St,
Atlanta, GA 30309

Erin K. Sullivan
Bradley Arandt Boult Cummings LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203-2119

Robert B. Berner
Bailey Cavalieri LLC
Kettering Tower
40 North Main Street, Suite 1250
Dayton, OH 45423

Irene Freidel, Esq.
Jennifer J. Nagle, Esq.
K&L Gates LLP
One Lincoln Street
Boston, MA  02111

Aaron P.M. Tady
Coles Barton LLP
9 Lumpkin Street, Suite 200
Lawrenceville, GA  30046

Citimortgage, Inc.
c/o C T Corporation System
1201 Peachtree Street, NE
Atlanta, GA 30361

Daniel A. Caldwell
Assistant U.S. Attorney
600 U.S. Courthouse
75 Spring Street, S.W.
Atlanta, GA  30303

Alan S. Gale
United States Department of Justice
P.O. Box 261
Ben Franklin Station
Washington, DC  20044

This 10th day of November, 2011.

BY: s/  James E. Butler, Jr.
JAMES E. BUTLER, JR.
  Georgia Bar No. 099625
LEIGH MARTIN MAY
  Georgia Bar No. 473389

BRANDON L. PEAK
  Georgia Bar No. 141605
SAMANTHA A. DiPOLITO
  Georgia Bar No. 203011
Butler, Wooten & Fryhofer, LLP
2719 Buford Highway
Atlanta, Georgia 30324
(404) 321-1700
(404) 321-1713 Fax