IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ex rel., VICTOR E. BIBBY and BRIAN J. DONNELLY,<br><br>Plaintiffs,<br><br>v.<br><br>WELLS FARGO BANK, NATIONAL ASSOCIATION (INC.), et al.,<br><br>Defendants. | : : : : : : : : : : : : : : | CASE NO. 1:06-CV-0547-MHS |

## **NOTICE OF APPEARANCE OF COUNSEL**

COMES NOW H. Wayne Phears of the law firm McGuireWoods LLP, and hereby gives notice of his appearance as counsel for Defendant GMAC Mortgage, LLC in the above-captioned case. All notices, pleadings, orders, and other papers in this matter should henceforth be served upon the above-identified counsel at the address listed below.

Respectfully submitted this 10th day of November, 2011.

/s/ H. Wayne Phears
H. Wayne Phears
Georgia Bar No. 575250

                                                McGuireWoods LLP
Suite 2100, Promenade II
1230 Peachtree Street NE
Atlanta, GA 30309
Telephone: 404-443-5500
Telecopier: 404-443-5599
wphears@mcguirewoods.com

*Attorneys for GMAC Mortgage, LLC, a wholly owned indirect subsidiary of Ally Financial Inc. f/k/a GMAC Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing was filed via electronic filing (CM/ECF) on this 10th day of November, 2011, with an automatic copy being routed to the following:

| | |
|---|---|
| James E. Butler, Jr.<br>jim@butlerwooten.com | Marlan B. Wilbanks<br>mbw@wilbanks-bridgeslaw.com |
| Leigh Martin May<br>leigh@butlerwooten.com | Ty M. Bridges<br>tmb@wilbanks-bridgeslaw.com |
| Brandon L. Peak<br>Brandon@butlerwooten.com | Mary L. Coyhen<br>mlc@phillipsandcohen.com |
| Samantha A. DiPolito<br>Samantha@butlerwooten.com | Timothy McCormack<br>tmccormack@phillipsandcohen.com |
| *Attorneys for Relators/Plaintiffs* | *Attorneys for Relators/Plaintiffs* |
| Richard K. Hines, V<br>Richard.hines@nelsonmullins.com | Matthew R. Rosenkoff<br>mrosenkoff@taylorenglish.com |
| Mark R. Nash<br>Mark.nash@nelsonmullins.com | *Attorneys for Defendant Mortgage Investors Corporation (Ohio)* |
| *Attorneys for Defendants Bank of America, N.A. and Countrywide Home Loans, Inc.* | |

I further certify that I have served counsel and parties by depositing a copy of same into the United States mail, with sufficient postage affixed thereto, addressed as follows:

Daniel A. Caldwell, III
Amy L. Berne
Laura K. Bonader
OFFICE OF U.S. ATTORNEY
Northern District of Georgia
600 U.S. Courthouse
75 Spring Street SW
Atlanta, GA 30303
*Attorneys for U.S.A. ex rel.*

Alan S. Gale
U.S. DEPARTMENT OF JUSTICE
Civil Division
P.O. Box 261, Ben Franklin Station
Washington, DC 20044
*Attorneys for U.S.A. ex rel.*

Matthew T. Schaeffer, Esquire
BAILEY CAVALIERI LLC
Suite 2100, 10 West Broad Street
Columbus, OH 43215
*Attorney for Irwin Mortgage*
*Corporation in Chapter 11 Bankruptcy*

Wells Fargo Bank, N.A., Inc.
c/o Corporation Service Company
Suite 300
40 Technology Parkway South
Norcross, GA 30092
*Defendant*

New Freedom Mortgage Corporation
c/o CT Corporation System
Shakinah Edwards
1201 Peachtree street NE
Atlanta, GA 30361
*Defendant*

PNC Bank, N.A.
PNC Financial Services Group, Inc.
One Plaza, 249 Fifth Avenue
Pittsburgh, PA 15222
*Defendant*

First Tennessee Bank, NA
c/o CT Corporation System
1201 Peachtree Street Ne
Atlanta, GA 30361
*Defendant*

Citimortgage, Inc.
c/o Corporation System
1201 Peachtree Street NE
Atlanta, GA 30361
*Defendant*

Irwin Mortgage Corporation
Suite 200
6375 Riverside Drive
Dublin, OH 43017
*Defendant*

SunTrust Mortgage, Inc.
c/o Corporation Services Company
Suite 300
40 Technology Parkway South
Norcross, GA 30092
*Defendant*

        /s/ H. Wayne Phears
        H. Wayne Phears
        Georgia Bar No. 575250

MCGUIREWOODS LLP
Suite 2100, Promenade II
1230 Peachtree Street NE
Atlanta, GA 30309
Telephone: 404-443-5500
Telecopier: 404-443-5599
wphears@mcguirewoods.com

        *Attorneys for GMAC Mortgage, LLC, a wholly owned indirect subsidiary of Ally Financial Inc. f/k/a GMAC Inc.*

\34852744.1