IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel., VICTOR E. BIBBY and BRIAN J. DONNELLY,<br><br>Plaintiffs,<br><br>v.<br><br>WELLS FARGO BANK, NATIONAL ASSOCIATION (INC.), et al.,<br><br>Defendants. | CASE NO. 1:06-CV-0547-MHS |

**DEFENDANT'S CERTIFICATE OF INTERESTED PERSONS
AND CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.3, Defendant GMAC Mortgage, LLC ("GMACM") provides the following statement:

1. GMACM is a wholly owned indirect subsidiary of Ally Financial Inc. f/k/a GMAC Inc. ("Ally"). Ally is not publicly held. No publicly held corporation owns more than 10% of the common stock of Ally.

2. GMACM's subsidiaries are GMAC Mortgage USA Corp., ditech LLC, CAP RE of Vermont LLC, Ladue Associates, Inc., Executive Trustee Services, LLC, Residential Consumer Services, LLC, GMACR Mortgage

Products, LLC, Residential Mortgage Real Estate Holdings, LLC, and Passive Asset Transactions, LLC.

3. The undersigned further certifies that the following is a full and complete list of all persons presently serving as attorneys for Defendant GMACM in this Proceeding:

> H. Wayne Phears
> MCGUIREWOODS LLP
> Suite 2100, Promenade II
> 1230 Peachtree Street NE
> Atlanta, GA 30309

4. The undersigned further certifies that the following is a full and complete list of all persons presently serving as attorneys for Relators/Plaintiffs in this Proceeding:

> James E. Butler, Jr.
> Samantha DiPolito
> Leigh M. May
> Brandon L. Peak
> BUTLER, WOOTEN & FRYHOFER, LLP
> 2719 Buford Highway
> Atlanta, GA 30324
>
> Tyrone M. Bridges
> Marlan B. Wilbanks
> WILBANKS & BRIDGES, LLP
> Suite 1057, 3414 Peachtree Street NE
> Atlanta, GA 30326

>Mary Louise Cohen (Pro Hac Vice)
>Timothy P. McCormack
>PHILLIP & COHEN LLP
>2000 Massachusetts Avenue, NW
>Washington, DC 20036
>Telephone: 202-833-4567
>
>Daniel A. Caldwell, III
>Amy L. Berne
>Laura K. Bonader
>OFFICE OF U.S. ATTORNEY
>Northern District of Georgia
>600 U.S. Courthouse
>75 Spring Street SW
>Atlanta, GA 30303
>
>Alan S. Gale
>U.S. Department of Justice
>Civil Division
>P.O. Box 261, Ben Franklin Station
>Washington, DC 20044

5.   The undersigned further certifies that the following is a full and complete list of all persons presently serving as attorneys for the following Defendants in this Proceeding:

For Defendant <u>Countrywide Home Loans, Inc. and Bank of America, N.A.</u>:

>Richard K. Hines, V
>Mark R. Nash
>NELSON MULLINS RILEY & SCARBOROUGH-ATL
>Suite 1700, 201 17th Street NW
>Atlanta, GA 30363

For Defendant <u>Mortgage Investors Corporation</u>:

    Mathew R. Rosenkoff
    TAYLOR ENGLISH DUMA LLP
    Suite 400, 1600 Parkwood Circle
    Atlanta, GA 30339

For Defendant <u>Irwin Mortgage Corporation</u>:

    Matthew T. Schaeffer, Esquire
    BAILEY CAVALIERI LLC
    Suite 2100, 10 West Broad Street
    Columbus, OH 43215

Respectfully submitted this 10th day of November, 2011.

    <u>/s/ H. Wayne Phears</u>
    H. Wayne Phears
    Georgia Bar No. 575250
    MCGUIREWOODS LLP
    Suite 2100, Promenade II
    1230 Peachtree Street NE
    Atlanta, GA 30309
    Telephone: 404-443-5500
    Telecopier: 404-443-5599
    wphears@mcguirewoods.com

    *Attorneys for GMAC Mortgage, LLC, a wholly owned indirect subsidiary of Ally Financial Inc. f/k/a GMAC Inc.*

- 5 -

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing was filed via electronic filing (CM/ECF) on this 10th day of November, 2011, with an automatic copy being routed to the following:

| | |
|---|---|
| James E. Butler, Jr. <br> jim@butlerwooten.com | Marlan B. Wilbanks <br> mbw@wilbanks-bridgeslaw.com |
| Leigh Martin May <br> leigh@butlerwooten.com | Ty M. Bridges <br> tmb@wilbanks-bridgeslaw.com |
| Brandon L. Peak <br> Brandon@butlerwooten.com | Mary L. Coyhen <br> mlc@phillipsandcohen.com |
| Samantha A. DiPolito <br> Samantha@butlerwooten.com | Timothy McCormack <br> tmccormack@phillipsandcohen.com |
| *Attorneys for Relators/Plaintiffs* | *Attorneys for Relators/Plaintiffs* |
| Richard K. Hines, V <br> Richard.hines@nelsonmullins.com | Matthew R. Rosenkoff <br> mrosenkoff@taylorenglish.com |
| Mark R. Nash <br> Mark.nash@nelsonmullins.com | *Attorneys for Defendant Mortgage Investors Corporation (Ohio)* |
| *Attorneys for Defendants Bank of America, N.A. and Countrywide Home Loans, Inc.* | |

I further certify that I have served counsel and parties by depositing a copy of same into the United States mail, with sufficient postage affixed thereto, addressed as follows:

Daniel A. Caldwell, III
Amy L. Berne
Laura K. Bonader
OFFICE OF U.S. ATTORNEY
Northern District of Georgia
600 U.S. Courthouse
75 Spring Street SW
Atlanta, GA 30303
*Attorneys for U.S.A. ex rel.*

Alan S. Gale
U.S. DEPARTMENT OF JUSTICE
Civil Division
P.O. Box 261, Ben Franklin Station
Washington, DC 20044
*Attorneys for U.S.A. ex rel.*

Matthew T. Schaeffer, Esquire
BAILEY CAVALIERI LLC
Suite 2100, 10 West Broad Street
Columbus, OH 43215
*Attorney for Irwin Mortgage*
*Corporation in Chapter 11 Bankruptcy*

Wells Fargo Bank, N.A., Inc.
c/o Corporation Service Company
Suite 300
40 Technology Parkway South
Norcross, GA 30092
*Defendant*

New Freedom Mortgage Corporation
c/o CT Corporation System
Shakinah Edwards
1201 Peachtree street NE
Atlanta, GA 30361
*Defendant*

PNC Bank, N.A.
PNC Financial Services Group, Inc.
One Plaza, 249 Fifth Avenue
Pittsburgh, PA 15222
*Defendant*

First Tennessee Bank, NA
c/o CT Corporation System
1201 Peachtree Street Ne
Atlanta, GA 30361
*Defendant*

Citimortgage, Inc.
c/o Corporation System
1201 Peachtree Street NE
Atlanta, GA 30361
*Defendant*

Irwin Mortgage Corporation
Suite 200
6375 Riverside Drive
Dublin, OH 43017
*Defendant*

SunTrust Mortgage, Inc.
c/o Corporation Services Company
Suite 300
40 Technology Parkway South
Norcross, GA 30092
*Defendant*

                                        <u>/s/ H. Wayne Phears</u>
                                        H. Wayne Phears
                                        Georgia Bar No. 575250

MCGUIREWOODS LLP
Suite 2100, Promenade II
1230 Peachtree Street NE
Atlanta, GA 30309
Telephone: 404-443-5500
Telecopier: 404-443-5599
wphears@mcguirewoods.com

                                        *Attorneys for GMAC Mortgage, LLC, a wholly owned indirect subsidiary of Ally Financial Inc. f/k/a GMAC Inc.*

\34871435.1