# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. VICTOR E. BIBBY and BRIAN J. DONNELLY,<br><br>    Relators/Plaintiffs,<br><br>    v.<br><br>WELLS FARGO BANK, N.A, *et al.*,<br><br>    Defendants. | Civil Action No.:<br><br>1:06-cv-00547-MHS |

## DEFENDANT MORTGAGE INVESTORS CORPORATION'S MOTION FOR SUMMARY JUDGMENT

Defendant Mortgage Investors Corporation ("Mortgage Investors"), pursuant to Fed. R. Civ. P. 56 and 21 and Local Rule 56, hereby moves for summary judgment on the sole count of the Second Amended Complaint, for the reasons set forth more fully in the accompanying Memorandum of Law.

Dated: November 15, 2011                    Respectfully submitted,

**TAYLOR ENGLISH DUMA LLP**

<u>/s/ Matthew R. Rosenkoff</u>
Matthew R. Rosenkoff, Esq.
Georgia Bar No. 842117
1600 Parkwood Circle – Suite 400
Atlanta, Georgia 30339
(770) 434-6868
(770) 434-7376 (Facsimile)
mrosenkoff@taylorenglish.com

Mitchel H. Kider (*Pro Hac Vice* forthcoming)
David M. Souders (*Pro Hac Vice* forthcoming)
WEINER BRODSKY SIDMAN KIDER PC
1300 19th Street, NW, Fifth Floor
Washington, DC 20036
Telephone: (202) 628-2000
Facsimile: (202) 628-2011
kider@wbsk.com
souders@wbsk.com

*Attorneys for Defendant Mortgage Investors Corporation*

## **LOCAL RULE 7.1D CERTIFICATION**

I hereby certify that the foregoing Motion complies with the font and point requirements of LR 5.1, to wit, this Motion was prepared in Times New Roman font, 14-point type.

/s/ Matthew R. Rosenkoff
Matthew R. Rosenkoff, Esq.
Georgia Bar No. 842117
TAYLOR ENGLISH DUMA LLP
1600 Parkwood Circle – Suite 400
Atlanta, Georgia 30339
(770) 434-6868
(770) 434-7376 (Facsimile)
mrosenkoff@taylorenglish.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 15th day of November, 2011, a copy of the foregoing Motion for Summary Judgment was served upon the following counsel of record via electronic notification:

James E. Butler, Jr.
Leigh Martin May
Brandon L. Peak
Samantha A. DiPolito
Butler, Wooten & Freyhofer, LLP
2719 Buford Highway
Atlanta, GA  30324
*Counsel for Relators/Plaintiffs*

Mary Louise Cohen
Timothy McCormack
PHILLIPS & COHEN
2000 Massachusetts Ave., N.W.
Washington, DC  20036
*Counsel for Relators/Plaintiffs*

Marlan B. Wilbanks
Ty M. Bridges
WILBANKS & BRIDGES, LLP
3414 Peachtree Street, N.E., Ste. 1075
Atlanta, GA  30326
*Counsel for Relators/Plaintiffs*

Richard Kennon Hines, V
Nelson Mullins Riley & Scarborough
Site 1700
201 17th Street, N.W.
Atlanta, GA  30363
*Counsel for Bank of America, N.A.*
*and Countrywide Home Loans, Inc.*

Harold Wayne Phears
MCGUIREWOODS LLP
Suite 2100, Promenade II
1230 Peachtree Street NE
Atlanta, GA 30309
*Counsel for GMAC Mortgage, LLC*

And via U.S. mail, first-class, postage pre-paid upon:

| | |
|---|---|
| Daniel A. Caldwell<br>Amy L. Berne<br>Laura Kennedy Bonader<br>Assistant United States Attorneys<br>Northern District of Georgia<br>600 Richard B. Russell Building<br>75 Spring Street, S.W., Suite 600<br>Atlanta, Georgia 30303 | Alan S. Gale, Trial Attorney<br>United States Department of Justice<br>Civil Division<br>Commercial Litigation Branch<br>Fraud Section<br>P.O. Box 261<br>Ben Franklin Station<br>Washington, DC 20044 |
| Wells Fargo Bank, National Association Inc.<br>c/o Corporation Service Company<br>40 Technology Parkway South<br>Suite 300<br>Norcross, GA 30092 | Michael Schaeffer<br>Bailey Cavalieri, LLC<br>One Columbus<br>10 West Broad Street, Suite 2100<br>Columbus, Ohio 43215-3422<br>Attorney for Irwin Mortgage Corporation |
| PNC Bank, National Association<br>PNC Financial Services Group, Inc.<br>249 Fifth Ave.,<br>One PNC Plaza<br>Pittsburgh, PA 15222 | First Tennessee Bank<br>National Association<br>c/o CT Corporation System<br>1201 Peachtree Street, NE<br>Atlanta, GA 30361 |
| New Freedom Mortgage Corporation<br>c/o CT Corporation System /<br>Shakinah Edwards<br>1201 Peachtree Street, NE<br>Atlanta, GA 30361 | Suntrust Mortgage, Inc.<br>c/o Corporation Service Company Inc.<br>40 Technology Parkway South, #300<br>Norcross, GA 30092 |
| Citimortgage, Inc.<br>c/o Corporation System<br>1201 Peachtree Street, NE<br>Atlanta, GA 30361 | Mary Louise Cohen<br>Timothy P. McCormack<br>Phillips & Cohen<br>2000 Massachusetts Avenue, NW<br>Washington, DC 20036 |

<u>/s/ Matthew R. Rosenkoff</u>
Matthew R. Rosenkoff, Esq.
Georgia Bar No. 842117
TAYLOR ENGLISH DUMA LLP
1600 Parkwood Circle – Suite 400
Atlanta, Georgia 30339
(770) 434-6868
(770) 434-7376 (Facsimile)
mrosenkoff@taylorenglish.com
