## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

UNITED STATES OF AMERICA ex rel,
VICTOR E. BIBBY and BRIAN J.
DONNELLY,

      Relators/Plaintiffs,

v.

WELLS FARGO BANK, N.A, *et al.*,

      Defendants.

Civil Action No.:

1:06-cv-00547-MHS

### DECLARATION OF PHILIP L. PLESKA, ESQ.

I, Philip L. Pleska, pursuant to 28 U.S.C. § 1746, declare:

1.     I am over 21 years of age, a resident of the State of Georgia, and an attorney licensed to practice in Georgia.

2.     I have personal knowledge of the following facts and, if called upon to testify, I could and would testify competently thereto.

3.     I was the principal of Pleska and Associates, LLC (a Georgia limited liability company) and I have possession, custody and control of the business records and documents of Pleska and Associates, LLC.



4.     I conducted the closing for the loan from Mortgage Investors Corporation ("Mortgage Investors") to Patrick and Sondra Belless, Loan No. 459268, Mortgage Investors No. 16-16-6-0798278, which closed on April 15, 2004, and which is the subject of Relators' claim against Mortgage Investors in the Second Amended Complaint in the above-captioned matter.

5.     My combined fee for the title search and title examination in that case was $450.00, consistent with the list of fees, attached hereto as Exhibit 1.

6.     The document attached hereto as Exhibit 1 accurately reflects the fees that Pleska and Associates, LLC, charged in transactions for Mortgage Investors beginning October 8, 2003, and reflects the changes to those fees on June 3, 2004. This fee included all title agent services required in the transaction, exclusive of attorney's fees for preparing and conducting the closing and title insurance premiums.

7.     My title fees for other clients at that time varied according to the requirements of the lender making the loan, but $450.00 was my lowest available fee at the time for the type of title search and title examination work provided to Mortgage Investors Corporation.

8.     The fee for the title search and the title examination covered both the title search and abstract, which was prepared for me by an outside vendor, and the

2

title examination, which is the process of preparing and giving a legal opinion regarding the status of title including the title agent function of issuing a commitment to insure.

9. The fee for the title search and the title examination did not include my legal fee for conducting the loan closing.

10. My fee for conducting the loan closing was $350.00, which Mortgage Investors paid to Pleska and Associates, LLC outside of closing. Patrick and Sondra Belless were not charged for the closing.

11. No part of the $450.00 fee for the title search and title examination was returned to Mortgage Investors in any way.

12. Mortgage Investors never asked me to increase my title search and title examination fees for any reason, and I did not charge other clients a lower fee for title search and title examination during the time that the attached fee schedule was in effect, except that, on rare occasions, a lower price may have been agreed to for a particular loan based on that transaction's unique circumstances.

I declare under the penalty of perjury that the foregoing is true and correct. Executed on this 7th day of November, 2011.

Philip L. Pleska, Esq.

3

# GA~~/~~

~~10/08/03~~06/03/04

## PLESKA & ASSOCIATES, LLC
900 Circle 75 Parkway, Suite 210
Atlanta, GA 30339
Phone 770-933-9009
Fax 770-933-0304

Recording - $4~~46~~6.00
    Sub - $10.00 1st/$2.00 each additional page
    Riders
     - ARM                                                $6.00    *[Formatted: Bullets and Numbering]*

     - ~~ARM~~                          ~~$6.00~~
     - PUD/CONDO          $6.00
     - MANUFACTURED HOME   $6.00
     - 1-4 FAM/INV            $8.00

CLOSING FEE                              $200.00 (POC)
OUT OF OFFICE CLOSING      ADD $150.00 (POC)

TITLE SEARCH     LINE 1102/1103    $450.00
**TITLE PREMIUM**                          **SEE CHART +**   *[Formatted]*
**$40.00********   *[Formatted]*

RELEASE FEE         LINE 1111          $10.00
~~FILE MAINTENANCE FEE  LINE 1112         $75.00~~
RESIDENTIAL LOAN FEE  LINE 1113         $6.50

**INTANGIBLES – ROUND LOAN UP TO NEAREST $500 X .003**

TAXES – DUE BY COUNTY AND/OR CITY – SEE CHART

FILE # = BORROWER'S LAST NAME

**PLEASE MAKE A COPY OF THE NOTICE TO BORROWER – RIGHT TO SELECT AND ATTORNEY FOR THE NONMOD'S**