**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. VICTOR E. BIBBY and BRIAN J. DONNELLY,<br><br>　　　　Relators/Plaintiffs,<br><br>　　v.<br><br>WELLS FARGO BANK, N.A, *et al.*,<br><br>　　　　Defendants. | Civil Action No.:<br><br>1:06-cv-00547-MHS |

**DEFENDANT MORTGAGE INVESTORS
CORPORATION'S STATEMENT OF MATERIAL
<u>FACTS AS TO WHICH THERE IS NO GENUINE DISPUTE</u>**

1. Relators Victor E. Bibby and Brian J. Donnelly ("Relators") filed this action on March 8, 2006. Complaint, ECF No. 1.

2. Only a single loan in the operative complaint, the Second Amended Complaint ("SAC"), involved Mortgage Investors, the April 10, 2004 loan bearing VA Case Number 16-16-6-0798278 (the "Mortgage Investors Loan"). SAC ¶ 102, Ex. B.

3. The closing and title work in connection with the Mortgage Investors Loan was conducted by Phillip Pleska of Pleska & Associates. Declaration of Philip L. Pleska ¶ 4 (Ex. B);[1] Declaration of Thomas J. Carpenter ¶ 12 (Ex. A).

4. The "attorney closing fee" for the Mortgage Investors Loan was paid by Mortgage Investors outside of closing, and not by the borrowers. SAC, Ex. B; Pleska Declaration ¶ 10 (Ex. B); Carpenter Declaration ¶ 12 (Ex. A).

5. The prohibition on charging borrowers for certain costs in addition to the lender's flat 1% charge does not include attorneys' fees "for title work." VA Pamphlet 26-7 (Ex. 1 to Ex. A).

6. VA Regulations permit the borrower to be charged for title examination and title insurance, separate from the flat 1% charge. 38 C.F.R. § 36.4313(d).

7. Mortgage Investors does not use mortgage brokers to assist in the origination of VA loans, and has never used either of the Relators for assistance in originating any loans. Carpenter Declaration ¶ 6 (Ex. A).

8. $450.00 is a reasonable charge for the title services provided in connection with the Mortgage Investors Loan. It is the actual charge that was paid to Pleska & Associates, and is less than the usual and customary for a title

---

[1] All references to Exhibits (other than the exhibits to the Second Amended Complaint) refer to the Exhibits to Mortgage Investors' Memorandum of Law.

examination.  Carpenter Declaration ¶¶ 13-16 (Ex. A); Pleska Declaration ¶¶ 7-8, 12 (Ex. B).

9. At the time the Mortgage Investors loan was originated and submitted to the VA, Mortgage Investors reasonably believed that $450.00 was a reasonable and customary charge for the title work performed.  Carpenter Declaration ¶¶ 15-16 (Ex. A).

10. In the State of Georgia, a title examination consists of the preparation of a title abstract and the rendering of an opinion of title.  Carpenter Declaration ¶ 7 (Ex. A); Pleska Declaration ¶ 8 (Ex. B).

11. Mortgage Investors never asked the title agent to increase the cost of the title charges.  On the contrary, Mortgage Investors researched and obtained a rate for the title work, which was lower than other title agents were charging for similar work in Georgia during the same time period.  Pleska Declaration ¶¶ 7, 12 (Ex. B); Carpenter Declaration ¶¶ 14-16 (Ex. A).

12. Relator Donnelly filed a voluntary petition for bankruptcy under Chapter 7 on October 29, 2008.  *In re Donnelly*, No 08-23093-REB, Petition, Dkt. 1 (N.D. Ga. Bankr.) (Ex. C).

13. Relator Donnelly did not schedule or otherwise disclose this action, or any purported claim against any lender, in his bankruptcy. *In re Donnelly*, Petition, Schedule B, Dkt. 1 at 17-19 (Ex. C).

14. Relator Donnelly did disclose the existence of several other lawsuits to which he had been a party. *In re Donnelly*, Statement of Financial Affairs, Dkt. 1 at 10 (Ex. C).

15. Relator Donnelly's interest in this case was not administered in or abandoned by the bankruptcy estate. *In re Donnelly*, Petition, Schedule B, Dkt. 1 at 17-19 (Ex. C); Discharge of Debtor, Dkt. 20 (Ex. D).

16. Relator Donnelly received a no-assets discharge from bankruptcy on March 26, 2009. *In re Donnelly*, Discharge of Debtor, Dkt. 20 (Ex. D).

17. At the time of his bankruptcy filing, Relator Donnelly knew of the existence and pendency of this action. Complaint, ECF No. 1.

18. Relator Donnelly falsely certified "under penalty of perjury that" his Schedule B was "true and correct" to the best of his knowledge, information and belief. *In re Donnelly*, Declaration Concerning Debtor's Schedules, Dkt. 1 at 43 (Ex. C).

19. Relator Donnelly benefited from his failure to disclose this action in the bankruptcy. *In re Donnelly*, Discharge of Debtor, Dkt. 20 (Ex. D).

Dated:  November 15, 2011             Respectfully submitted,

**TAYLOR ENGLISH DUMA LLP**

/s/ Matthew R. Rosenkoff
Matthew R. Rosenkoff, Esq.
Georgia Bar No. 842117
1600 Parkwood Circle – Suite 400
Atlanta, Georgia 30339
(770) 434-6868
(770) 434-7376 (Facsimile)
mrosenkoff@taylorenglish.com

Mitchel H. Kider (*Pro Hac Vice* forthcoming)
David M. Souders (*Pro Hac Vice* forthcoming)
WEINER BRODSKY SIDMAN KIDER PC
1300 19th Street, NW, Fifth Floor
Washington, DC 20036
Telephone: (202) 628-2000
Facsimile: (202) 628-2011
souders@wbsk.com; kider@wbsk.com

*Attorneys for Defendant Mortgage Investors Corporation*

## **LOCAL RULE 7.1D CERTIFICATION**

I hereby certify that the foregoing Statement complies with the font and point requirements of LR 5.1, to wit, this Statement was prepared in Times New Roman font, 14-point type.

/s/ Matthew R. Rosenkoff
Matthew R. Rosenkoff, Esq.
Georgia Bar No. 842117
TAYLOR ENGLISH DUMA LLP
1600 Parkwood Circle – Suite 400
Atlanta, Georgia 30339
(770) 434-6868
(770) 434-7376 (Facsimile)
mrosenkoff@taylorenglish.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 15th day of November, 2011, a copy of the foregoing Statement of Undisputed Facts was served upon the following counsel of record via electronic notification:

| | |
|---|---|
| James E. Butler, Jr.<br>Leigh Martin May<br>Brandon L. Peak<br>Samantha A. DiPolito<br>Butler, Wooten & Freyhofer, LLP<br>2719 Buford Highway<br>Atlanta, GA  30324<br>*Counsel for Relators/Plaintiffs* | Mary Louise Cohen<br>Timothy McCormack<br>PHILLIPS & COHEN<br>2000 Massachusetts Ave., N.W.<br>Washington, DC  20036<br>*Counsel for Relators/Plaintiffs* |
| Marlan B. Wilbanks<br>Ty M. Bridges<br>WILBANKS & BRIDGES, LLP<br>3414 Peachtree Street, N.E., Ste. 1075<br>Atlanta, GA  30326<br>*Counsel for Relators/Plaintiffs* | Richard Kennon Hines, V<br>Nelson Mullins Riley & Scarborough<br>Site 1700<br>201 17th Street, N.W.<br>Atlanta, GA  30363<br>*Counsel for Bank of America, N.A.*<br>*and Countrywide Home Loans, Inc.* |
| Harold Wayne Phears<br>MCGUIREWOODS LLP<br>Suite 2100, Promenade II<br>1230 Peachtree Street NE<br>Atlanta, GA 30309<br>*Counsel for GMAC Mortgage, LLC* | |

And via U.S. mail, first-class, postage pre-paid upon:

| | |
|---|---|
| Daniel A. Caldwell<br>Amy L. Berne<br>Laura Kennedy Bonader<br>Assistant United States Attorneys<br>Northern District of Georgia<br>600 Richard B. Russell Building<br>75 Spring Street, S.W., Suite 600<br>Atlanta, Georgia 30303 | Alan S. Gale, Trial Attorney<br>United States Department of Justice<br>Civil Division<br>Commercial Litigation Branch<br>Fraud Section<br>P.O. Box 261<br>Ben Franklin Station<br>Washington, DC 20044 |
| Wells Fargo Bank, National Association Inc.<br>c/o Corporation Service Company<br>40 Technology Parkway South<br>Suite 300<br>Norcross, GA 30092 | Michael Schaeffer<br>Bailey Cavalieri, LLC<br>One Columbus<br>10 West Broad Street, Suite 2100<br>Columbus, Ohio 43215-3422<br>Attorney for Irwin Mortgage Corporation |
| PNC Bank, National Association<br>PNC Financial Services Group, Inc.<br>249 Fifth Ave.,<br>One PNC Plaza<br>Pittsburgh, PA 15222 | First Tennessee Bank<br>National Association<br>c/o CT Corporation System<br>1201 Peachtree Street, NE<br>Atlanta, GA 30361 |
| New Freedom Mortgage Corporation<br>c/o CT Corporation System /<br>Shakinah Edwards<br>1201 Peachtree Street, NE<br>Atlanta, GA 30361 | Suntrust Mortgage, Inc.<br>c/o Corporation Service Company Inc.<br>40 Technology Parkway South, #300<br>Norcross, GA 30092 |
| Citimortgage, Inc.<br>c/o Corporation System<br>1201 Peachtree Street, NE<br>Atlanta, GA 30361 | Mary Louise Cohen<br>Timothy P. McCormack<br>Phillips & Cohen<br>2000 Massachusetts Avenue, NW<br>Washington, DC 20036 |

/s/ Matthew R. Rosenkoff
Matthew R. Rosenkoff, Esq.
Georgia Bar No. 842117
TAYLOR ENGLISH DUMA LLP
1600 Parkwood Circle – Suite 400
Atlanta, Georgia 30339
(770) 434-6868
(770) 434-7376 (Facsimile)
mrosenkoff@taylorenglish.com