# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. VICTOR E. BIBBY and BRIAN J. DONNELLY,<br><br>    Relators/Plaintiffs,<br><br>    v.<br><br>WELLS FARGO BANK, N.A, *et al.*,<br><br>    Defendants. | Civil Action No.:<br><br>1:06-cv-00547-MHS |

## CERTIFICATE OF SERVICE[1]

I hereby certify that on this 15th day of November, 2011, a copy of 1) Application for Admission Pro Hac Vice for Mitchel H. Kider; 2) Application for Admission Pro Hac Vice for David M. Souders; 3) Application for Admission Pro Hac Vice for Scott D. Burke; and 4) Application for Admission Pro Hac Vice for Michael Y. Kieval were served upon the following counsel of record via electronic notification:

---

[1] I hereby certify that the instant Certificate complies with the font and point requirements of LR 5.1, to wit, this Certificate was prepared in Times New Roman font, 14-point type

| | |
|---|---|
| James E. Butler, Jr.<br>Leigh Martin May<br>Brandon L. Peak<br>Samantha A. DiPolito<br>Butler, Wooten & Freyhofer, LLP<br>2719 Buford Highway<br>Atlanta, GA  30324<br>*Counsel for Relators/Plaintiffs* | Mary Louise Cohen<br>Timothy McCormack<br>PHILLIPS & COHEN<br>2000 Massachusetts Ave., N.W.<br>Washington, DC  20036<br>*Counsel for Relators/Plaintiffs* |
| Marlan B. Wilbanks<br>Ty M. Bridges<br>WILBANKS & BRIDGES, LLP<br>3414 Peachtree Street, N.E., Ste. 1075<br>Atlanta, GA  30326<br>*Counsel for Relators/Plaintiffs* | Richard Kennon Hines, V<br>Nelson Mullins Riley & Scarborough<br>Site 1700<br>201 17th Street, N.W.<br>Atlanta, GA  30363<br>*Counsel for Bank of America, N.A.*<br>*and Countrywide Home Loans, Inc.* |

Harold Wayne Phears
MCGUIREWOODS LLP
Suite 2100, Promenade II
1230 Peachtree Street NE
Atlanta, GA 30309
*Counsel for GMAC Mortgage, LLC*

And via U.S. mail, first-class, postage pre-paid upon:

Daniel A. Caldwell
Amy L. Berne
Laura Kennedy Bonader
Assistant United States Attorneys
Northern District of Georgia
600 Richard B. Russell Building
75 Spring Street, S.W., Suite 600
Atlanta, Georgia 30303

Alan S. Gale, Trial Attorney
United States Department of Justice
Civil Division
Commercial Litigation Branch
Fraud Section
P.O. Box 261
Ben Franklin Station
Washington, DC 20044

Wells Fargo Bank, National Association Inc.
c/o Corporation Service Company
40 Technology Parkway South
Suite 300
Norcross, GA 30092

Michael Schaeffer
Bailey Cavalieri, LLC
One Columbus
10 West Broad Street, Suite 2100
Columbus, Ohio 43215-3422
Attorney for Irwin Mortgage Corporation

PNC Bank, National Association
PNC Financial Services Group, Inc.
249 Fifth Ave.,
One PNC Plaza
Pittsburgh, PA 15222

First Tennessee Bank
National Association
c/o CT Corporation System
1201 Peachtree Street, NE
Atlanta, GA 30361

New Freedom Mortgage Corporation
c/o CT Corporation System /
Shakinah Edwards
1201 Peachtree Street, NE
Atlanta, GA 30361

Suntrust Mortgage, Inc.
c/o Corporation Service Company Inc.
40 Technology Parkway South, #300
Norcross, GA 30092

Citimortgage, Inc.
c/o Corporation System
1201 Peachtree Street, NE
Atlanta, GA 30361

Mary Louise Cohen
Timothy P. McCormack
Phillips & Cohen
2000 Massachusetts Avenue, NW
Washington, DC 20036

/s/ Matthew R. Rosenkoff
Matthew R. Rosenkoff, Esq.
Georgia Bar No. 842117
TAYLOR ENGLISH DUMA LLP
1600 Parkwood Circle – Suite 400
Atlanta, Georgia 30339
(770) 434-6868
(770) 434-7376 (Facsimile)
mrosenkoff@taylorenglish.com