**THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA *ex rel.*, VICTOR E. BIBBY and BRIAN J. DONNELLY, | * | **CIVIL ACTION FILE NO.** |
| | * | **1:06-CV-0547-MHS** |
| RELATORS/PLAINTIFFS, | * | |
| vs. | * | |
| WELLS FARGO BANK, NATIONAL ASSOCIATION (INC.), individually and as s/b/m with WELLS FARGO HOME MORTGAGE, INC.; COUNTRYWIDE HOME LOANS, INC.; COUNTRYWIDE HOME LOANS SERVICING, LP n/k/a BAC HOME LOANS SERVICING, LP; BANK OF AMERICA CORPORATION; JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, which acquired and is a s/b/m with CHASE HOME FINANCE, LLC s/b/m with CHASE MANHATTAN MORTGAGE CORP.; JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, which acquired and is a s/b/m with WASHINGTON MUTUAL BANK f/k/a WASHINGTON MUTUAL BANK, FA; MORTGAGE INVESTORS CORPORATION (OHIO); PNC BANK, NATIONAL ASSOCIATION s/b/m with NATIONAL CITY REAL ESTATE SERVICES, LLC s/b/m with | * | **ORDER** |

NATIONAL CITY MORTGAGE, INC., *
f/k/a NATIONAL CITY MORTGAGE CO., *
which also did business as *
COMMONWEALTH UNITED *
MORTGAGE CO.; *
JPMORGAN CHASE BANK n/k/a *
JPMORGAN CHASE BANK, *
NATIONAL ASSOCIATION; *
FIRST TENNESSEE BANK *
NATIONAL ASSOCIATION (INC.), *
which acquired and is a s/b/m with *
FIRST HORIZON HOME LOAN *
CORPORATION; *
IRWIN MORTGAGE CORPORATION; *
SUNTRUST MORTGAGE, INC.; *
NEW FREEDOM MORTGAGE *
CORPORATION n/k/a IFREEDOM *
DIRECT CORPORATION; *
GMAC MORTGAGE CORPORATION *
n/k/a GMAC MORTGAGE, LLC, *
a subsidiary of GMAC INC., acquired by *
and n/k/a ALLY FINANCIAL INC.; and *
CITIMORTGAGE, INC. *
*
DEFENDANTS. *

**ORDER**

The Court having reviewed the Agreed Motion to Extend Deadlines for Defendant CitiMortgage, Inc., it is hereby **GRANTED**. Accordingly, the following deadlines shall be extended as listed below.

1) The deadline for Defendant CitiMortgage, Inc. to respond to Relators/Plaintiffs' Complaint shall be extended to and including December 28, 2011; and

2) The deadline for Relators/Plaintiffs' Response to CitiMortgage Inc.'s Motion to Dismiss or other similar pleading filed in response to Relators/Plaintiffs' Complaint shall be extended to and including January 31, 2012.

SO ORDERED this 15 day of Nov, 2011.

Hon. Marvin H. Shoob
Senior Judge, United States District Court

**Presented by:**

BUTLER, WOOTEN &
FRYHOFER, LLP

BY: s/ James E. Butler, Jr.
JAMES E. BUTLER, JR.
jim@butlerwooten.com
Georgia Bar No. 099625
LEIGH MARTIN MAY
leigh@butlerwooten.com
Georgia Bar No. 473389
BRANDON L. PEAK
brandon@butlerwooten.com
Georgia Bar No. 141605
SAMANTHA A. DiPOLITO
samantha@butlerwooten.com
Georgia Bar No. 203011
2719 Buford Highway
Atlanta, Georgia 30324
(404) 321-1700
(404) 32101713 Fax

WILBANKS & BRIDGES, LLP

BY: s/ Marlan B. Wilbanks
MARLAN B. WILBANKS
mbw@wilbanks-bridgeslaw.com
Georgia Bar No. 758223
TY M. BRIDGES
tmb@wilbanks-bridgeslaw.com
Georgia Bar No. 081500
3414 Peachtree Street, N.E., Ste. 1075
Atlanta, Georgia 30326
(404) 842-1075
(404) 842-0559 Fax

PHILLIPS & COHEN

BY: s/ Mary Louise Cohen
MARY LOUISE COHEN
mlc@phillipsandcohen.com
DC Bar No. 298299
TIMOTHY McCORMACK
tmccormack@phillipsand cohen.com
DC Bar No. 493692
2000 Massachusetts Avenue, N.W.
Washington, DC 20036
(202) 833-4567
(202) 833-1815 Fax

Attorneys for Relators/Plaintiffs