# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.*, VICTOR E. BIBBY and BRIAN J. DONNELLY,<br><br>    Realtors/Plaintiffs,<br><br>vs.<br><br>WELLS FARGO BANK, NATIONAL ASSOCIATION (INC.); et al.,<br><br>    Defendants. | Civil Action No. 1:06-CV-0547-MHS |

## NOTICE OF APPEARANCE

Notice is hereby given that David L. Balser of the law firm of McKenna Long & Aldridge LLP hereby enters an appearance on behalf of Defendant Wells Fargo Bank, National Association (Inc.).

This 16th day of November, 2011.

>/s/ David L. Balser
>David L. Balser
>Georgia Bar No. 035835
>
>MCKENNA LONG & ALDRIDGE LLP
>303 Peachtree Street, Suite 5300
>Atlanta, Georgia  30308
>(404) 527-4000
>(404) 527-4198     (facsimile)
>dbalser@mckennalong.com

## CERTIFICATE OF SERVICE

This is to certify that on November 16, 2011, I electronically filed the foregoing NOTICE OF APPEARANCE with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to the following attorneys of record:

| | |
|---|---|
| Richard Kennon Hines, V | Brandon L. Peak |
| Tyrone M. Bridges | Marlan Bradley Wilbanks |
| James Edward Butler, Jr. | Harold Wayne Phears |
| Mary Louise Cohen | Matthew Robert Rosenkoff |
| Samantha DiPolito | Amy L. Berne |
| Leigh M. May | Daniel A. Caldwell |

I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

Timothy P. McCormack
Phillips & Cohen
2000 Massachusetts Avenue, NW
Washington, DC 20036

*/s/ David L. Balser*
David L. Balser
Georgia Bar No. 035835

MCKENNA LONG & ALDRIDGE LLP
303 Peachtree Street, Suite 5300
Atlanta, Georgia  30308
(404) 527-4000
(404) 527-4198 (facsimile)

*Attorney for Defendant Wells Fargo*