# THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA *ex rel.*, | * | **CIVIL ACTION FILE NO.** |
| VICTOR E. BIBBY and BRIAN J. | * | |
| DONNELLY, | * | |
| | * | **1:06-CV-0547-MHS** |
| RELATORS/PLAINTIFFS, | * | |
| | * | |
| vs. | * | |
| | * | |
| WELLS FARGO BANK, NATIONAL | * | |
| ASSOCIATION (INC.), individually and | * | |
| as s/b/m with WELLS FARGO | * | **STIPULATION** |
| HOME MORTGAGE, INC.; | * | |
| COUNTRYWIDE HOME LOANS, INC., | * | |
| COUNTRYWIDE HOME LOANS | * | |
| SERVICING, LP n/k/a BAC HOME | * | |
| LOANS SERVICING, LP; | * | |
| BANK OF AMERICA CORPORATION; | * | |
| JPMORGAN CHASE BANK, | * | |
| NATIONAL ASSOCIATION, which | * | |
| acquired and is a s/b/m with | * | |
| CHASE HOME FINANCE, LLC s/b/m | * | |
| with CHASE MANHATTAN | * | |
| MORTGAGE CORP.; | * | |
| JPMORGAN CHASE BANK, | * | |
| NATIONAL ASSOCIATION, which | * | |
| acquired and is a s/b/m with | * | |
| WASHINGTON MUTUAL BANK f/k/a | * | |
| WASHINGTON MUTUAL BANK, FA; | * | |
| MORTGAGE INVESTORS | * | |
| CORPORATION (OHIO); | * | |
| PNC BANK, NATIONAL ASSOCIATION | * | |
| s/b/m with NATIONAL CITY REAL | * | |
| ESTATE SERVICES, LLC s/b/m with | * | |

NATIONAL CITY MORTGAGE, INC.,          *
f/k/a NATIONAL CITY MORTGAGE CO.,      *
which also did business as             *
COMMONWEALTH UNITED                     *
MORTGAGE CO.;                           *
JPMORGAN CHASE BANK n/k/a               *
JPMORGAN CHASE BANK,                    *
NATIONAL ASSOCIATION;                   *
FIRST TENNESSEE BANK                    *
NATIONAL ASSOCIATION (INC.),            *
which acquired and is a s/b/m with      *
FIRST HORIZON HOME LOAN                 *
CORPORATION;                            *
IRWIN MORTGAGE CORPORATION;             *
SUNTRUST MORTGAGE, INC.;                *
NEW FREEDOM MORTGAGE                    *
CORPORATION n/k/a IFREEDOM              *
DIRECT CORPORATION;                     *
GMAC MORTGAGE CORPORATION               *
n/k/a GMAC MORTGAGE, LLC,               *
a subsidiary of GMAC INC., acquired by  *
and n/k/a ALLY FINANCIAL INC.; and      *
CITIMORTGAGE, INC.                      *
                                        *
        DEFENDANTS.                     *

## **STIPULATION**

WHEREAS, Relators/Plaintiffs Victor E. Bibby and Brian J. Donnelly

("Relators/Plaintiffs") have named as a defendant herein "First Tennessee Bank

National Association (Inc.), which acquired and is a s/b/m with First Horizon

Home Loan Corporation;"

WHEREAS, Relators/Plaintiffs served the Summons and Second Amended Complaint ("Complaint") herein on "First Tennessee Bank National Association (Inc.), which acquired and is a s/b/m with First Horizon Home Loan Corporation" (hereinafter "First Tennessee"), through CT Corporation System, on October 24, 2011;

WHEREAS, Relators/Plaintiffs refer to First Tennessee as a "foreign corporation" and a "financial services institution" in paragraph 17 of the Complaint;

WHEREAS, First Tennessee is neither a "foreign corporation" nor a "financial services institution" but rather a national banking association incorporated under the laws of the United States; and

WHEREAS, First Tennessee contends that the proper designation for said Defendant is "First Tennessee Bank National Association, s/b/m to First Horizon Home Loan Corporation;"

NOW, THEREFORE, it is hereby stipulated and agreed by and among the undersigned parties, by their respective counsel, that:

1.     First Tennessee acknowledges that Relators/Plaintiffs' service of the Summons and Complaint herein on "First Tennessee Bank National Association (Inc.), which acquired and is a s/b/m with First Horizon Home Loan Corporation,"

was service on the correct entity.   First Tennessee will not require Relators/Plaintiffs to re-serve the Summons and Complaint and will not object to the sufficiency of service.

2.      First Tennessee Bank National Association, s/b/m to First Horizon Home Loan Corporation agrees and will not contest that it is the party named in the Complaint as "First Tennessee Bank National Association (Inc.), which acquired and is a s/b/m with First Horizon Home Loan Corporation."

3.      First Tennessee Bank National Association, s/b/m to First Horizon Home Loan Corporation does not object to an amendment of the Complaint to substitute for "First Tennessee Bank National Association (Inc.), which acquired and is a s/b/m with First Horizon Home Loan Corporation," in the caption of the Complaint and in its substantive allegations, the following: "First Tennessee Bank National Association, s/b/m to First Horizon Home Loan Corporation."

4.      First Tennessee does not object to an amendment of the Complaint to substitute for "foreign corporation" and "financial services institution" in paragraph 17 of the Complaint the following: "national banking association incorporated under the laws of the United States."

This 17th day of November, 2011.

For Relators Victor E. Bibby & Brian J.
Donnelly,

For First Tennessee Bank National
Association, s/b/m to First Horizon Home
Loan Corporation,

/s/ James E. Butler, Jr.

JAMES E. BUTLER, JR.
  jim@butlerwooten.com
  Georgia Bar No. 099625
LEIGH MARTIN MAY
  leigh@butlerwooten.com
  Georgia Bar No. 473389
BRANDON L. PEAK
  brandon@butlerwooten.com
  Georgia Bar No. 141605
SAMANTHA A. DiPOLITO
  samantha@butlerwooten.com
  Georgia Bar No. 203011
BUTLER, WOOTEN & FRYHOFER, LLP
2719 Buford Highway
Atlanta, Georgia  30324
(404) 321-1700
(404) 32101713 Fax

MARLAN B. WILBANKS
  mbw@wilbanks-bridgeslaw.com
  Georgia Bar No. 758223
TY M. BRIDGES
  tmb@wilbanks-bridgeslaw.com
  Georgia Bar No. 081500
WILBANKS & BRIDGES, LLP
3414 Peachtree Street, N.E., Ste. 1075
Atlanta, Georgia 30326
(404) 842-1075
(404) 842-0559 Fax

MARY LOUISE COHEN
  mlc@phillipsandcohen.com
  DC Bar No. 298299
TIMOTHY McCORMACK
  tmccormack@phillipsand cohen.com
  DC Bar No. 493692
PHILLIPS & COHEN
2000 Massachusetts Avenue, N.W.
Washington, DC 20036
(202) 833-4567
(202) 833-1815 Fax

/s/ Irene C. Freidel

CHRISTOPHER S. ANULEWICZ
  (Georgia Bar No. 020914)
Balch & Bingham LLP
30 Ivan Allen, Jr. Blvd., NW
Suite 700
Atlanta, GA 30308
Telephone: (404) 962-3562
Facsimile:  (866) 320-6758
canulewicz@balch.com

IRENE C. FREIDEL (*pro hac vice to be filed*)
JENNIFER J. NAGLE (*pro hac vice to be filed*)
K&L GATES LLP
State Street Financial Center
One Lincoln Street
Boston, MA 02111
Telephone:  (617) 261-3100
Facsimile:  (617) 261-3175
irene.freidel@klgates.com
jennifer.nagle@klgates.com

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that on November 17, 2011, I electronically filed STIPULATION with the Clerk of the Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

Richard K. Hines V
Nelson Mullins Riley & Scarborough
201 17th Street, Suite 1700
Atlanta, Ga. 30363

Matthew R. Rosenkoff
Taylor English Duma LLP
1600 Parkwood Circle – Suite 400
Atlanta, GA 30339

H. Wayne Phears, Esq.
McGuire Woods LLP
Suite 2100, Promenade II
1230 Peachtree Street NE
Atlanta, GA 30309

Mitchel H. Kider
David M. Souders
Weiner Brodsky Sidman Kider PC
1300 19th Street, NW, Fifth Floor
Washington, DC 20036

David. L. Balser
McKenna Long  Aldridge LLP
303 Peachtree Street, Suite 5300
Atlanta, GA  30308

I certify that I have mailed by United States Postal Service the document to the following:

Robert J. Conlan, Jr.
Sidley Austin LLP
1501 K Street, N.W.
Washington, DC  20005

William V. Custer
Bryan Cave LLP
One Atlantic Center, Fourteenth Floor
1201 W. Peachtree St., N.W.
Atlanta, GA 30309

Douglas A. Axel
Sidley Austin LLP
555 West Fifth Street
Los Angeles, CA  90013

Jonathan Rosenberg
William J. Sushon
Asher L. Rivner
O'Melveny & Myers LLP
7 Times Square
New York, NY  10036

M. Robert Thornton
King & Spalding
1180 Peachtree Street, N.E.
Atlanta, GA  30309
Michael Brown
Alston & Bird LLP
1201 West Peachtree St,
Atlanta, GA 30309

Robert B. Berner
Bailey Cavalieri LLC
Kettering Tower
40 North Main Street, Suite 1250
Dayton, OH 45423
(*Courtesy Copy Only*)

Chris Willis, Esq.
Ballard Spahr LLP
999 Peachtree Street, Suite 1000
Atlanta, GA 30309

Irene Freidel, Esq.
Jennifer J. Nagle, Esq.
K&L Gates LLP
One Lincoln Street
Boston, MA  02111

Christopher S. Anulewicz
Balch & Bingham LLP
30 Ivan Allen, Jr. Blvd., N.W.
Suite 700
Atlanta, GA  30308

Aaron P.M. Tady
Coles Barton LLP
9 Lumpkin Street, Suite 200
Lawrenceville, GA  30046

Daniel A. Caldwell
Assistant U.S. Attorney
600 U.S. Courthouse
75 Spring Street, S.W.
Atlanta, GA  30303

Alan S. Gale
United States Department of Justice
P.O. Box 261
Ben Franklin Station
Washington, DC  20044

This 17th day of November, 2011.

BY: s/ James E. Butler, Jr.
JAMES E. BUTLER, JR.
  Georgia Bar No. 099625
LEIGH MARTIN MAY
  Georgia Bar No. 473389
BRANDON L. PEAK
  Georgia Bar No. 141605
SAMANTHA A. DiPOLITO
  Georgia Bar No. 203011
Butler, Wooten & Fryhofer, LLP
2719 Buford Highway
Atlanta, Georgia 30324
(404) 321-1700
(404) 321-1713 Fax