IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel., VICTOR E. BIBBY and BRIAN J. DONNELLY,<br><br>    Plaintiffs,<br><br>v.<br><br>WELLS FARGO BANK, NATIONAL ASSOCIATION (INC.), et al.,<br><br>    Defendants. | CASE NO. 1:06-CV-0547-MHS |

## **DEFENDANT GMAC MORTGAGE, LLC's MOTION TO DISMISS**

Pursuant to Federal Rules of Civil Procedure 9(b), 12(b)(6), and 20(a), Defendant GMAC Mortgage, LLC ("GMACM") moves this Court for an order dismissing Relators' Second Amended Complaint (D.E. 54). As explained in more detail in GMACM's accompanying Memorandum of Law in support of this Motion, the single Federal False Claims Act ("FCA") count pled by Relators fails because:

1.     Relators have not pled their FCA claim with particularity as required by Rule 9(b);

- 2 -

2. Relators have not alleged facts sufficient to state a viable claim under the FCA; and

3. Relators have improperly joined fourteen unrelated defendants in this action under Rule 20(a).

As such, GMACM respectfully requests that the Court grant this Motion and dismiss Relators' Second Amended Complaint in its entirety as to GMACM.

Respectfully submitted this 21st day of November, 2011.

/s/ H. Wayne Phears
H. Wayne Phears
Georgia Bar No. 575250
MCGUIREWOODS LLP
Suite 2100, Promenade II
1230 Peachtree Street NE
Atlanta, GA 30309
Telephone: 404-443-5500
Telecopier: 404-443-5599
wphears@mcguirewoods.com

*Attorney for GMAC Mortgage, LLC, a wholly owned indirect subsidiary of Ally Financial Inc. f/k/a GMAC Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing was filed via electronic filing (CM/ECF) on this 21st day of November, 2011, with an automatic copy being routed to the following:

| | |
|---|---|
| James E. Butler, Jr. <br> jim@butlerwooten.com | Marlan B. Wilbanks <br> mbw@wilbanks-bridgeslaw.com |
| Leigh Martin May <br> leigh@butlerwooten.com | Ty M. Bridges <br> tmb@wilbanks-bridgeslaw.com |
| Brandon L. Peak <br> Brandon@butlerwooten.com | Mary L. Coyhen <br> mlc@phillipsandcohen.com |
| Samantha A. DiPolito <br> Samantha@butlerwooten.com | Timothy McCormack <br> tmccormack@phillipsandcohen.com |
| *Attorneys for Relators/Plaintiffs* | *Attorneys for Relators/Plaintiffs* |
| Richard K. Hines, V <br> Richard.hines@nelsonmullins.com | Matthew R. Rosenkoff <br> mrosenkoff@taylorenglish.com |
| Mark R. Nash <br> Mark.nash@nelsonmullins.com | *Attorneys for Defendant Mortgage Investors Corporation (Ohio)* |
| *Attorneys for Defendants Bank of America, N.A. and Countrywide Home Loans, Inc.* <br> Christopher S. Aulewicz <br> canulewicz@balch.com | David L. Balser <br> dbalser@mckennalong.com |
| *Attorneys for First Tennessee Bank National Association (Inc.) s/b/m First Horizon Home Loan Corporation* | *Attorneys Wells Fargo Bank, N.A.* |

I further certify that I have served counsel and parties by depositing a copy of same into the United States mail, with sufficient postage affixed thereto, addressed as follows:

Daniel A. Caldwell, III
Amy L. Berne
Laura K. Bonader
OFFICE OF U.S. ATTORNEY
Northern District of Georgia
600 U.S. Courthouse
75 Spring Street SW
Atlanta, GA 30303
*Attorneys for U.S.A. ex rel.*

Alan S. Gale
U.S. DEPARTMENT OF JUSTICE
Civil Division
P.O. Box 261, Ben Franklin Station
Washington, DC 20044
*Attorneys for U.S.A. ex rel.*

Matthew T. Schaeffer, Esquire
BAILEY CAVALIERI LLC
Suite 2100, 10 West Broad Street
Columbus, OH 43215
*Attorney for Irwin Mortgage Corporation in Chapter 11 Bankruptcy*

New Freedom Mortgage Corporation
c/o CT Corporation System
Shakinah Edwards
1201 Peachtree street NE
Atlanta, GA 30361
*Defendant*

Citimortgage, Inc.
c/o Corporation System
1201 Peachtree Street NE
Atlanta, GA 30361
*Defendant*
Irwin Mortgage Corporation
Suite 200
6375 Riverside Drive
Dublin, OH 43017
*Defendant*

PNC Bank, N.A.
PNC Financial Services Group, Inc.
One Plaza, 249 Fifth Avenue
Pittsburgh, PA 15222
*Defendant*
SunTrust Mortgage, Inc.
c/o Corporation Services Company
Suite 300
40 Technology Parkway South
Norcross, GA 30092
*Defendant*

- 4 -

- 5 -

/s/ H. Wayne Phears
H. Wayne Phears
MCGUIREWOODS LLP
Suite 2100, Promenade II
1230 Peachtree Street NE
Atlanta, GA 30309
Telephone: 404-443-5500
Telecopier: 404-443-5599
wphears@mcguirewoods.com