**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| UNITED STATES *ex rel.* BIBBY, *et al.*, | |
| Relators, | **CIVIL ACTION NO.** |
| | **1:06-CV-0547-MHS** |
| v. | |
| WELLS FARGO BANK, N.A., *et al.*, | **REPLY IN SUPPORT OF MOTION FOR LEAVE TO FILE EXCESS PAGES** |
| Defendants. | |

**REPLY IN SUPPORT OF MOTION FOR LEAVE TO FILE EXCESS
PAGES BY DEFENDANT COUNTRYWIDE HOME LOANS, INC.
AND DEFENDANT BANK OF AMERICA, N.A.**

Defendants Countrywide Home Loans, Inc. ("CHL") and Bank of America, N.A. ("BANA") have moved for leave to file a consolidated memorandum in support of a motion to dismiss that will comprise 10 fewer pages in total than would be permitted if, as would be their right, they filed separate motions and memoranda in support. Relators, apparently believing more motions and more pages are better, oppose this efficiency. Their stated grounds are nonsensical.

First, as Relators recognize, CHL and BANA are separate entities. Opp. at

2-3 & n.1.[1]  They will share some, but not all, grounds for dismissal.  Counsel for all parties are experienced and sophisticated; briefing will be clear and there will be no difficulty "parsing out" (*id*. at 2) which arguments are made on behalf of which defendant.  Indeed, if anything, tracking which arguments are made on behalf of which defendant will be *simpler* with consolidated briefing.

Second, to the extent Relators are concerned with a multiplication of briefing pages with 13 defendants in the case, the number of defendants in the case is solely a matter of Relators' choosing.  In addition, what CHL and BANA are seeking is leave to file a consolidated memorandum that will *reduce* the number of briefing pages for the two defendants combined.

Third, Relators cannot seriously suggest that CHL and BANA, or any other defendant, should rely on *other* defendants to raise arguments applicable to them.  This suggestion is particularly strange in light of the fact that, early on in this case, Relators' counsel specifically rejected consideration of a consolidated briefing schedule that would have been applicable to all moving defendants.

Defendants Countrywide Home Loans, Inc. and Bank of America, N.A. therefore respectfully request that their motion for leave to file a consolidated

---

[1] The Stipulation to which Relators refer (Docket No. 78) has nothing to do with briefing.  As Relators know, CHL and BANA entered into the Stipulation solely as an accommodation to Relators, who had named and served a non-existent entity – BAC Home Loans Servicing, L.P.  The Stipulation obviated the need for Relators to re-file and re-serve the proper party.

memorandum in support of their motion to dismiss, not exceeding 40 pages, be granted.

      Respectfully submitted this 28th day of November, 2011.

| | |
|---|---|
| | By: *s/ Richard K. Hines V* |
| Mark D. Hopson | Richard K. Hines, V |
| (*pro hac vice* application filed) | NELSON MULLINS RILEY & |
| Robert. J. Conlan, Jr. | SCARBOROUGH LLP |
| (*pro hac vice* application filed) | 201 17th Street NW, Suite 1700 |
| Mark P. Guerrera | Atlanta GA  30363 |
| (*pro hac vice* application filed) | (404) 322-6154 |
| Sean C. Griffin | (404) 322-6050 (fax) |
| (*pro hac vice* application filed) | richard.hines@nelsonmullins.com |
| SIDLEY AUSTIN LLP | |
| 1501 K Street, N.W. | |
| Washington, DC  20005 | |
| (202) 736-8000 | |
| (202) 736-8711 (fax) | |
| mhopson@sidley.com | |
| rconlan@sidley.com | |
| mguerrera@sidley.com | |
| sgriffin@sidley.com | |

Douglas A. Axel
(*pro hac vice* application filed)
SIDLEY AUSTIN LLP
555 West Fifth Street
Los Angeles, CA  90013
(213) 896-6000
(213 896-6600 (fax)
daxel@sidley.com

    *Attorneys for Countrywide Home Loans, Inc. and Bank of America, N.A.*

## **CERTIFICATE OF SERVICE**

This is to certify that on November 28, 2011, I electronically filed the foregoing **REPLY IN SUPPORT OF MOTION FOR LEAVE TO FILE EXCESS PAGES BY DEFENDANT COUNTRYWIDE HOME LOANS, INC. AND DEFENDANT BANK OF AMERICA, N.A.** with the Clerk of the Court using the CM/ECF system with service to:

Amy L. Berne
Amy.Berne@usdoj.gov
Daniel A. Caldwell , III
dan.caldwell@usdoj.gov
OFFICE OF UNITED STATES ATTORNEY
Northern District of Georgia
75 Spring Street, S.W.
600 United States Courthouse
Atlanta, GA 30303

James E. Butler, Jr.
jim@butlerwooten.com
Leigh Martin May
Leigh@butlerwooten.com
Brandon L. Peak
brandon@butlerwooten.com
Samantha A. DiPolito
samantha@butlerwooten.com
BUTLER, WOOTEN & FRYHOFER, LLP
2719 Buford Highway
Atlanta, Georgia 30324

Marlan B. Wilbanks
mbw@wilbanks-bridgeslaw.com
Tyrone M. Bridges
tmb@wilbanks-bridgeslaw.com
WILBANKS & BRIDGES, LLP
3414 Peachtree Street, N.E., Ste. 1075
Atlanta, Georgia 30326

Mary Louise Cohen
mlc@phillipsandcohen.com
Timothy P. McCormack
PHILLIPS & COHEN LLP
2000 Massachusetts Avenue, N.W.
Washington, DC 20036

| | |
|---|---|
| Alan S. Gale<br>UNITED STATES DEPARTMENT OF JUSTICE<br>Civil Division<br>P.O. Box 261<br>Ben Franklin Station<br>Washington, DC  20044 | David Lewis Balser<br>MCKENNA LONG & ALDRIDGE<br>303 Peachtree Street, N.E.<br>One Peachtree Center, Suite 5300<br>Atlanta, GA 30308<br>dbalser@mckennalong.com |
| Nancy H. Baughan<br>nbaughan@phrd.com<br>Robert M. Brennan<br>bbrennan@phrd.com<br>Scott Eric Zweigel<br>szweigel@phrd.com<br>PARKER HUDSON RAINER & DOBBS<br>285 Peachtree Center Avenue, N.E.<br>1500 Marquis II Tower<br>Atlanta, GA 30303 | Matthew Robert Rosenkoff<br>TAYLOR ENGLISH DUMA<br>Suite 400<br>1600 Parkwood Circle<br>Atlanta, GA 30339<br>mrosenkoff@taylorenglish.com |
| Harold Wayne Phears<br>MCGUIRE WOODS LLP<br>1230 Peachtree Street, N.E.<br>Suite 2100, Promenade II<br>Atlanta, GA 30309<br>wphears@mcguirewoods.com | |

                                        *s/ Richard K. Hines V*
                                        Richard K. Hines, V

NELSON MULLINS RILEY & SCARBOROUGH LLP
201 17th Street NW, Suite 1700
Atlanta GA  30363
(404) 332-6080
(404) 332-6321 (fax)
richard.hines@nelsonmullins.com