# THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.*, VICTOR E. BIBBY and BRIAN J. DONNELLY, <br><br> RELATORS/PLAINTIFFS, <br><br> vs. <br><br> WELLS FARGO BANK, NATIONAL ASSOCIATION (INC.), individually and as s/b/m with WELLS FARGO HOME MORTGAGE, INC.; COUNTRYWIDE HOME LOANS, INC., COUNTRYWIDE HOME LOANS SERVICING, LP n/k/a BAC HOME LOANS SERVICING, LP; BANK OF AMERICA CORPORATION; JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, which acquired and is a s/b/m with CHASE HOME FINANCE, LLC s/b/m with CHASE MANHATTAN MORTGAGE CORP.; JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, which acquired and is a s/b/m with WASHINGTON MUTUAL BANK f/k/a WASHINGTON MUTUAL BANK, FA; MORTGAGE INVESTORS CORPORATION (OHIO); PNC BANK, NATIONAL ASSOCIATION s/b/m with NATIONAL CITY REAL ESTATE SERVICES, LLC s/b/m with NATIONAL CITY MORTGAGE, INC., | **CIVIL ACTION FILE NO.** <br><br> **1:06-CV-0547-RLV** |

165917.1

| | |
|---|---|
| f/k/a NATIONAL CITY MORTGAGE CO., | * |
| which also did business as | * |
| COMMONWEALTH UNITED | * |
| MORTGAGE CO.; | * |
| JPMORGAN CHASE BANK n/k/a | * |
| JPMORGAN CHASE BANK, | * |
| NATIONAL ASSOCIATION; | * |
| FIRST TENNESSEE BANK | * |
| NATIONAL ASSOCIATION (INC.), | * |
| which acquired and is a s/b/m with | * |
| FIRST HORIZON HOME LOAN | * |
| CORPORATION; | * |
| IRWIN MORTGAGE CORPORATION; | * |
| SUNTRUST MORTGAGE, INC.; | * |
| NEW FREEDOM MORTGAGE | * |
| CORPORATION n/k/a IFREEDOM | * |
| DIRECT CORPORATION; | * |
| GMAC MORTGAGE CORPORATION | * |
| n/k/a GMAC MORTGAGE, LLC, | * |
| a subsidiary of GMAC INC., acquired by | * |
| and n/k/a ALLY FINANCIAL INC.; and | * |
| CITIMORTGAGE, INC. | * |
| | * |
| DEFENDANTS. | * |

**CERTIFICATE OF INTERESTED PERSONS AND CORPORATE
DISCLOSURE STATEMENT OF DEFENDANT
FIRST TENNESSEE BANK NATIONAL ASSOCIATION,
S/B/M TO FIRST HORIZON HOME LOAN CORPORATION**

Pursuant to Local Rule 3.3 of the U.S. District Court for the Northern District of Georgia, Defendant First Tennessee Bank National Association, s/b/m to First Horizon Home Loan Corporation ("First Tennessee"), states as follows:

1.      The undersigned counsel of record for First Tennessee certifies that, to the best of his knowledge, the caption of the Second Amended Complaint (Docket No. 54) provides a full and complete list of all parties presently named in this action.[1]

The undersigned further states that First Tennessee is a wholly-owned subsidiary of First Horizon National Corporation, which is publicly-held. The undersigned does not have knowledge regarding the corporate ownership of the other named defendants in this action.

2.      The undersigned further certifies that to the best of his knowledge, the only other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case are Relators' counsel and their law firms.

3.      The undersigned further certifies that, to the best of First Tennessee's knowledge, the following is a full and complete list of all persons presently serving as attorneys in this proceeding:

---

[1] The undersigned further notes that the docket reflects two stipulations between Relators/Plaintiffs and certain defendants regarding stipulated changes to the proper naming of those defendants. See Docket Nos. 78, 111.

**Attorneys for Defendant First Tennessee Bank National Association, s/b/m to First Horizon Home Loan Corporation:**

Christopher S. Anulewicz , Esq.
Geremy Gregory, Esq.
Balch & Bingham LLP
30 Ivan Allen, Jr. Blvd., NW
Suite 700
Atlanta, GA 30308
canulewicz@balch.com
ggregory@balch.com

Irene C. Freidel (pro hac vice pending)
Jennifer J. Nagle (pro hac vice pending)
K&L Gates LLP
State Street Financial Center
One Lincoln Street
Boston, MA 02111
irene.freidel@klgates.com
jennifer.nagle@klgates.com

**Attorneys for Relators/Plaintiffs:**

Amy L. Berne, Esq.
Daniel A. Caldwell, III, Esq.
Office of the United States Attorney
Northern District of Georgia
75 Spring Street, S.W.
600 U.S. Courthouse
Atlanta, GA 30303
Amy.Berne@usdoj.gov
Dan.Caldwell@usdoj.gov

James Edward Butler, Jr., Esq.
Leigh M. May, Esq.
Samantha DiPolito, Esq.
Butler Wooten & Fryhofer, LLP
2719 Buford Highway
Atlanta, GA 30324
Jim@butlerwooten.com
Leigh@butlerwooten.com
Samantha@butlerwooten.com

Brandon L. Peak, Esq.
Butler Wooten & Fryhofer, LLP
P.O. Box 2766
105 13th Street
Columbus, GA 31902
Brandon@butlerwooten.com

Marlan Bradley Wilbanks, Esq.
Tyrone M. Bridges, Esq.
Wilbanks & Bridges, LLP
Suite 1075
3414 Peachtree Road, NE
mbw@wilbanks-bridgeslaw.com
tmb@wilbanks-bridgeslaw.com

Mary Louise Cohen, Esq.
Timothy P. McCormack, Esq.
Phillips & Cohen
2000 Massachusetts Avenue, NW
Washington, D.C. 20036
mlc@phillipsandcohen.com
tmccormack@phillipsandcohen.com

**Attorneys for Defendants**
**Countrywide Home Loans, Inc. and**
**Bank of America, N.A.:**

Mark P. Guerrera, Esq.
Mark D. Hopson, Esq.
Meghan Delaney Berroya, Esq.
Robert J. Conlan, Jr., Esq.
Sean C. Griffin, Esq.
Sidley Austin, LLP – DC
1501 K Street, NW
Washington, D.C. 20005
mguerrera@sidley.com
mhopson@sidley.com
mberroya@sidley.com
rconlan@sidley.com
sgriffin@sidley.com

Richard Kennon Hines, V, Esq.
Nelson Mullins Riley & Scarborough – ATL
Suite 1700
201 17th Street, NW
Atlanta, GA 30363
Richard.Hines@nelsonmullins.com

Douglas A. Axel, Esq.
Sidley Austin, LLP – Los Angeles
Suite 4000
555 West Fifth Street
Los Angeles, CA 90013
daxel@sidley.com

**Attorneys for Defendant Bank of America Corporation:**

| | |
|---|---|
| Asher L. Rivner, Esq. | Nancy H. Baughan, Esq. |
| Jonathan Rosenberg, Esq. | Robert M. Brennan, Esq. |
| William J. Sushon, Esq. | Scott Eric Zweigel, Esq. |
| O'Melveny & Myers, LLP – NY | Parker Hudson Rainer & Dobbs |
| 7 Times Square | 285 Peachtree Center Avenue, NE |
| Times Square Tower | 1500 Marquis II Tower |
| New York, NY 10036 | Atlanta, GA 30303 |
| arivner@omm.com | nbaughan@phrd.com |
| jrosenberg@omm.com | bbrennan@phrd.com |
| wsushon@omm.com | szweigel@phrd.com |

**Attorneys for Defendant Wells Fargo Bank, National Association (Inc.):**

| | |
|---|---|
| Amy Pritchard Williams, Esq. | Robert J. Sherry, Esq. |
| K&L Gates – NC | K&L Gates LLP – TX |
| 214 North Tryon Street | Suite 2800 |
| Charlotte, NC 28202 | 1717 Main Street |
| Amy.Williams@klgates.com | Dallas, TX 75201 |
| | Robert.Sherry@klgates.com |

David Lewis Balser, Esq.
McKenna Long & Aldridge, LLP – GA
303 Peachtree Street, NE
One Peachtree Center, Suite 5300
Atlanta, GA 30308
dbalser@mckennalong.com

**Attorneys for Defendant Mortgage Investors Corporation (Ohio):**

David M. Souders, Esq.
Michael Y. Kieval, Esq.
Mitchel H. Kider, Esq.
Scott D. Burke, Esq.
Weiner Brodsky Sidman Kider PC
1300 Nineteenth Street, NW
Fifth Floor
Washington, D.C. 20036-1609
souders@wbsk.com
kieval@wbsk.com
kider@wbsk.com
burke@wbsk.com

Matthew Robert Rosenkoff, Esq.
Taylor English Duma LLP
Suite 400
1600 Parkwood Circle
Atlanta, GA 30339
mrosenkoff@taylorenglish.com

**Attorney for Defendant PNC Bank, National Association:**

Martin Robert Thornton, Esq.
King & Spalding, LLP – ATL
1180 Peachtree Street, NE
Suite 1700
Atlanta, GA 30309-3521
bthornton@kslaw.com

**Attorney for Defendant GMAC Mortgage Corporation:**

Harold Wayne Phears, Esq.
McGuire Woods LLP – GA
1230 Peachtree Street, NE
Suite 2100, Promenade II
Atlanta, GA 30309
wphears@mcguirewoods.com

**Attorneys for Defendant
Citimortgage, Inc.:**

Unknown.

**Attorneys for Defendant Countrywide
Home Loans Servicing, LP:**

Unknown.

**Attorneys for Defendant JPMorgan
Chase Bank, National Association:**

Unknown.

**Attorneys for Defendant JPMorgan
Chase Bank:**

Unknown.

**Attorneys for Defendant SunTrust
Mortgage, Inc.:**

Unknown.

**Attorneys for Defendant New
Freedom Mortgage Corporation:**

Unknown.

Respectfully submitted this 30th day of November, 2011.

**/S/ Christopher S. Anulewicz**
Christopher S. Anulewicz
Georgia Bar No. 020914
Geremy Gregory
Georgia Bar No. 885342

**BALCH & BINGHAM LLP**
30 Ivan Allen Jr. Blvd. N.W., Suite 700
Atlanta, GA 30308
Telephone: (404) 261-6020
Facsimile: (404) 261-3656
canulewicz@balch.com
ggregory@balch.com

Irene Freidel  (pro hac vice pending)
Jennifer J. Nagle (pro hac vice pending)
**K&L GATES, LLP**
One Lincoln Street
Boston, MA 02111
Telephone: (617) 261-3100
Facsimile: (617) 261-3175
Irene.Freidel@klgates.com
Jennifer.Nagle@klgates.com

ATTORNEYS FOR FIRST TENNESSEE
BANK NATIONAL ASSOCIATION,
 S/B/M TO FIRST HORIZON HOME
LOAN CORPORATION

# CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of November, 2011, I caused a copy of the foregoing to be electronically filed with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to the following attorneys of record:

**Attorneys for Relators/Plaintiffs:**

Amy L. Berne, Esq.
Daniel A. Caldwell, III, Esq.
Office of the United States Attorney
Northern District of Georgia
75 Spring Street, S.W.
600 U.S. Courthouse
Atlanta, GA 30303
Amy.Berne@usdoj.gov
Dan.Caldwell@usdoj.gov

James Edward Butler, Jr., Esq.
Leigh M. May, Esq.
Samantha DiPolito, Esq.
Butler Wooten & Fryhofer, LLP
2719 Buford Highway
Atlanta, GA 30324
Jim@butlerwooten.com
Leigh@butlerwooten.com
Samantha@butlerwooten.com

Brandon L. Peak, Esq.
Butler Wooten & Fryhofer, LLP
P.O. Box 2766
105 13th Street
Columbus, GA 31902
Brandon@butlerwooten.com

Marlan Bradley Wilbanks, Esq.
Tyrone M. Bridges, Esq.
Wilbanks & Bridges, LLP
Suite 1075
3414 Peachtree Road, NE
mbw@wilbanks-bridgeslaw.com
tmb@wilbanks-bridgeslaw.com

Mary Louise Cohen, Esq.
Phillips & Cohen
2000 Massachusetts Avenue, NW
Washington, D.C. 20036
mlc@phillipsandcohen.com

**Attorneys for Defendants
Countrywide Home Loans, Inc. and
Bank of America, N.A.:**

Richard Kennon Hines, V, Esq.
Nelson Mullins Riley & Scarborough – ATL
Suite 1700
201 17th Street, NW
Atlanta, GA 30363
Richard.Hines@nelsonmullins.com

**Attorneys for Defendant Bank of
America Corporation:**

| | |
|---|---|
| Asher L. Rivner, Esq. | Nancy H. Baughan, Esq. |
| Jonathan Rosenberg, Esq. | Robert M. Brennan, Esq. |
| William J. Sushon, Esq. | Scott Eric Zweigel, Esq. |
| O'Melveny & Myers, LLP – NY | Parker Hudson Rainer & Dobbs |
| 7 Times Square | 285 Peachtree Center Avenue, NE |
| Times Square Tower | 1500 Marquis II Tower |
| New York, NY 10036 | Atlanta, GA 30303 |
| arivner@omm.com | nbaughan@phrd.com |
| jrosenberg@omm.com | bbrennan@phrd.com |
| wsushon@omm.com | szweigel@phrd.com |

**Attorneys for Defendant Wells Fargo
Bank, National Association (Inc.):**

David Lewis Balser, Esq.
McKenna Long & Aldridge, LLP – GA
303 Peachtree Street, NE
One Peachtree Center, Suite 5300
Atlanta, GA 30308
dbalser@mckennalong.com

**Attorneys for Defendant Mortgage Investors Corporation (Ohio):**

David M. Souders, Esq.
Michael Y. Kieval, Esq.
Mitchel H. Kider, Esq.
Scott D. Burke, Esq.
Weiner Brodsky Sidman Kider PC
1300 Nineteenth Street, NW
Fifth Floor
Washington, D.C. 20036-1609
souders@wbsk.com
kieval@wbsk.com
kider@wbsk.com
burke@wbsk.com

Matthew Robert Rosenkoff, Esq.
Taylor English Duma LLP
Suite 400
1600 Parkwood Circle
Atlanta, GA 30339
mrosenkoff@taylorenglish.com

**Attorney for Defendant PNC Bank, National Association:**

Martin Robert Thornton, Esq.
King & Spalding, LLP – ATL
1180 Peachtree Street, NE
Suite 1700
Atlanta, GA 30309-3521
bthornton@kslaw.com

**Attorney for Defendant GMAC Mortgage Corporation:**

Harold Wayne Phears, Esq.
McGuire Woods LLP – GA
1230 Peachtree Street, NE
Suite 2100, Promenade II
Atlanta, GA 30309
wphears@mcguirewoods.com

**SERVICE UPON THE FOLLOWING NON-CM/ECF SYSTEM RECIPIENTS BY U.S. MAIL:**

Amy Pritchard Williams, Esq.
K&L Gates – NC
214 North Tryon Street
Charlotte, NC 28202
Amy.Williams@klgates.com
(Attorney for Wells Fargo Bank,
National Association (Inc.))

Robert J. Sherry, Esq.
K&L Gates LLP – TX
Suite 2800
1717 Main Street
Dallas, TX 75201
Robert.Sherry@klgates.com
(Attorney for Wells Fargo Bank,
National Association (Inc.))

Mark P. Guerrera, Esq.
Mark D. Hopson, Esq.
Meghan Delaney Berroya, Esq.
Robert J. Conlan, Jr., Esq.
Sean C. Griffin, Esq.
Sidley Austin, LLP – DC
1501 K Street, NW
Washington, D.C. 20005
mguerrera@sidley.com
mhopson@sidley.com
mberroya@sidley.com
rconlan@sidley.com
sgriffin@sidley.com
(Attorneys for Countrywide Home
Loans, Inc. and Bank of America, N.A.)

Douglas A. Axel, Esq.
Sidley Austin, LLP – Los Angeles
Suite 4000
555 West Fifth Street
Los Angeles, CA 90013
daxel@sidley.com
(Attorney for Countrywide Home
Loans, Inc. and Bank of America, N.A.)

David M. Souders, Esq.
Mitchel H. Kider, Esq.
Weiner Brodsky Sidman Kider PC
1300 Nineteenth Street, NW
Fifth Floor
Washington, D.C. 20036-1609
souders@wbsk.com
kider@wbsk.com
(Attorneys for Mortgage Investors Corporation (Ohio))

Timothy P. McCormack, Esq.
Phillips & Cohen
2000 Massachusetts Avenue, NW
Washington, D.C. 20036
tmccormack@phillipsandcohen.com
(Attorney for Plaintiff)

William V. Custer, Esq.
Bryan Cave LLP
One Atlantic Center, 14th Floor
1201 W. Peachtree Street, NW
Atlanta, GA 30309
Bill.Custer@bryancave.com

Aaron P.M. Tady, Esq.
Thomas M. Barton, Esq.
Coles Barton LLP
9 Lumpkin Street
Suite 200
Lawrenceville, GA 30046
atady@colesbarton.com
tbarton@colesbarton.com

Robert B. Berner, Esq.
Bailey Cavalieri LLC
Kettering Tower
40 North Main Street
Suite 1250
Dayton, OH 45423
Robert.Berner@baileycavalieri.com

Alan S. Gale, Esq.
U.S. Department of Justice
P.O. Box 261
Ben Franklin Station
Washington, D.C. 20044

Chris Willis, Esq.
Ballard Spahr LLP
999 Peachtree Street
Suite 1000
Atlanta, GA 30309
willisc@ballardspahr.com

                                              **/S/ Christopher S. Anulewicz**
                                              Christopher S. Anulewicz
                                              Georgia Bar No. 020914