IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. VICTOR E. BIBBY and BRIAN J. DONNELLY, <br><br> Plaintiff, <br><br> v. <br><br> WELLS FARGO BANK, N.A., *et al.*, <br><br> Defendants. | Civil Action No.: <br><br> 1:06-cv-00547-RLV |

## NOTICE OF APPEARANCE

COMES NOW, Christopher J. Willis, of the law firm of Ballard Spahr LLP, and respectfully enters his appearance as counsel of record for Defendant, CitMortgage, Inc., in the above-captioned action. I certify that I am admitted to practice in this Court.

Respectfully submitted this 2nd day of December, 2011.

/s/ Christopher J. Willis
Christopher J. Willis
Georgia Bar No. 766297
willisc@ballardspahr.com
BALLARD SPAHR LLP
999 Peachtree Street, Suite 1000
Atlanta, GA 30309-5915
Telephone (404) 678-9300

2

Facsimile: (404) 678-9301

Attorney for Defendant
CitiMortgage, Inc.

## **CERTIFICATE OF SERVICE**

I certify that on this 2nd day of December, 2011, the foregoing NOTICE OF APPEARANCE was filed with the Clerk of Court using the CM/ECF system which will automatically send notification of this filing to the following counsel of record:

James E. Butler, Jr.
Leigh Martin May
Brandon L. Peak
Samantha A. DiPolito
BUTLER, WOOTEN &
FREYHOFER, LLP
2719 Buford Highway
Atlanta, GA 30324
*Counsel for Relators/Plaintiffs*

Marlan B. Wilbanks
Ty M. Bridges
WILBANKS & BRIDGES, LLP
3414 Peachtree Street, N.E., Ste. 1075
Atlanta, GA 30326
*Counsel for Relators/Plaintiffs*

Harold Wayne Phears
MCGUIREWOODS LLP
Suite 2100, Promenade II
1230 Peachtree Street NE
Atlanta, GA 30309
*Counsel for GMAC Mortgage, LLC*

Mary Louise Cohen
Timothy McCormack
PHILLIPS & COHEN
2000 Massachusetts Ave., N.W.
Washington, DC 20036
*Counsel for Relators/Plaintiffs*

Richard Kennon Hines, V
Nelson Mullins Riley & Scarborough
Site 1700
201 17th Street, N.W.
Atlanta, GA 30363
*Counsel for Bank of America, NA.
and Countrywide Home Loans, Inc.*

And via U.S. mail, first-class, postage pre-paid upon:

Daniel A. Caldwell
Amy L. Berne
Laura Kennedy Bonader
Assistant United States Attorneys
Northern District of Georgia
600 Richard B. Russell
Building
75 Spring Street, S.W., Suite 600
Atlanta, Georgia 30303

Wells Fargo Bank, National
Association Inc.
c/o Corporation Service
Company
40 Technology Parkway South
Suite 300
Norcross, GA 30092

PNC Bank, National Association
PNC Financial Services Group, Inc.
249 Fifth Ave.,
One PNC Plaza
Pittsburgh, PA 15222

New Freedom Mortgage Corporation
c/o CT Corporation System/
Shakinah Edwards
1201 Peachtree Street, NE
Atlanta, GA 30361

Alan S. Gale, Trial Attorney
United States Department of Justice
Civil Division
Commercial Litigation Branch
Fraud Section
P.O. Box 261
Ben Franklin Station
Washington, DC 20044

Michael Schaeffer
Bailey Cavalieri, LLC
One Columbus
10 West Broad Street, Suite 2100
Columbus, Ohio 43215-3422
Attorney for Irwin Mortgage
Corporation

First Tennessee Bank
National Association
c/o CT Corporation System
1201 Peachtree Street, NE
Atlanta, GA 30361

Suntrust Mortgage, Inc.
c/o Corporation Service Company, Inc.
40 Technology Parkway South, #300
Norcross, GA 30092

Mary Louise Cohen
Timothy P. McCormack
Phillips & Cohen
2000 Massachusetts Avenue, NW
Washington, DC 20036

5

/s/ Christopher J. Willis
Christopher J. Willis
Georgia Bar No. 766297