# THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.*, § <br> VICTOR E BIBBY and BRIAN J. § <br> DONNELLY, § <br> § <br> RELATORS/PLAINTIFFS, § <br> § <br> vs. § <br> § <br> WELLS FARGO BANK, NATIONAL § <br> ASSOCIATION (INC.), individually and § <br> as s/b/m with WELLS FARGO § <br> HOME MORTGAGE, INC; § <br> COUNTRYWIDE HOME LOANS, INC., § <br> COUNTRYWIDE HOME LOANS § <br> SERVICING, LP n/k/a BAC HOME § <br> LOANS SERVICING, LP; § <br> BANK OF AMERICA CORPORATION; § <br> JPMORGAN CHASE BANK, § <br> NATIONAL ASSOCIATION, which § <br> acquired and is a s/b/m with § <br> CHASE HOME FINANCE, LLC s/b/m § <br> With CHASE MANHATTAN § <br> MORTGAGE CORP.; § <br> JPMORGAN CHASE BANK, § <br> NATIONAL ASSOCIATION, which § <br> acquired and is a s/b/m with § <br> WASHINGTON MUTUAL BANK f/k/a § <br> WASHINGTON MUTUAL BANK, FA; § <br> MORTGAGE INVESTORS § <br> CORPORATION (OHIO); PNC § <br> BANK, NATIONAL ASSOCIATION § <br> s/b/m with NATIONAL CITY REAL § <br> ESTATE SERVICES, LLC s/b/m with § <br> NATIONAL CITY MORTGAGE, INC., § | CIVIL ACTION FILE NO. <br><br> 1:06-CV-0547-ODE |

| | |
|---|---|
| f/k/a NATIONAL CITY MORTGAGE CO., which also did business as COMMONWEALTH UNITED MORTGAGE CO.; JPMORGAN CHASE BANK n/k/a JPMORGAN CHASE BANK, NATIONAL ASSOCIATION; FIRST TENNESSEE BANK NATIONAL ASSOCIATION (INC.), which acquired and is a s/b/m with FIRST HORIZON HOME LOAN CORPORATION; IRWIN MORTGAGE CORPORATION; SUNTRUST MORTGAGE, INC.; NEW FREEDOM MORTGAGE CORPORATION n/k/a 1FREEDOM DIRECT CORPORATION; GMAC MORTGAGE CORPORATION n/k/a GMAC MORTGAGE, LLC, a subsidiary of GMAC INC., acquired by and n/k/a ALLY FINANCIAL INC.; and CITIMORTGAGE, INC., <br><br>    DEFENDANTS. | §§§§§§§§§§§§§§§§§§§§§§§§§§ |

## DEFENDANT WELLS FARGO BANK, N.A.'S MOTION TO DISMISS

Pursuant to Federal Rules of Civil Procedure 9(b) and 12(b)(6), Defendant Wells Fargo Bank, N.A. individually and as s/b/m with Wells Fargo Home Mortgage, Inc. ("Wells") moves this Court for an order dismissing Relators' Second Amended Complaint (Dkt. 54). As explained in more detail in Wells' accompanying Memorandum of Law in support of this Motion, the Second Amended Complaint should be dismissed with prejudice because:

1.      Relators fail to plead their Civil False Claims Act ("FCA") claims with particularity as required by Rule 9(b); and

2.      Relators fail to allege facts sufficient to state a claim under the FCA and in particular fail to allege any actual false claims submitted to the Government as required by Rule 12(b)(6).

Therefore, Wells respectfully requests that the Court grant this Motion and dismiss Relators' Second Amended Complaint in its entirety with prejudice as to Wells.

Respectfully submitted this 2nd day of December, 2011.

/s/ David L. Balser
David L. Balser
Georgia Bar No. 035835
dbalser@mckennalong.com
MCKENNA LONG & ALDRIDGE LLP
303 Peachtree Street, Suite 5300
Atlanta, Georgia 30308
(404) 527-4000
(404) 527-4198 (facsimile)

Amy Pritchard Williams
(admitted *pro hac vice*)
N.C. Bar No. 19233
amy.williams@klgates.com
K&L GATES LLP
214 North Tryon Street
Charlotte, North Carolina 28202
(704) 331-7429
(704) 353-3129 (facsimile)

Robert J. Sherry
(admitted *pro hac vice*)
California Bar No. 19233
robert.sherry@klgates.com
K&L GATES LLP
1717 Main Street, Suite 2800
Dallas, TX 75201
(214) 939-4945
(214) 939-5849 (facsimile)

*Counsel for Defendant Wells Fargo Bank, N.A*

# CERTIFICATE OF SERVICE

I hereby certify that on December 2, 2011, I electronically filed **Defendant Wells Fargo Bank's, N.A.'s Motion to Dismiss** with the Clerk of the Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

| | |
|---|---|
| Aaron Paul Michael Tady | Matthew Robert Rosenkoff |
| Amy L. Berne | Michael L. Brown |
| Asher L. Rivner | Michael Y. Kieval |
| Brandon L. Peak | Nancy H. Baughan |
| Christopher J. Willis | Richard Kennon Hines , V |
| Christopher Scott Anulewicz | Robert M. Brennan |
| Daniel A. Caldwell , III | Samantha DiPolito |
| Harold Wayne Phears | Scott D. Burke |
| Irene C. Freidel | Scott Eric Zweigel |
| James Edward Butler , Jr. | Sean C. Griffin |
| Jonathan Rosenberg | Thomas M. Barton |
| Leigh M May | Tyrone M. Bridges |
| Mark P. Guerrera | Van A. Anderson |
| Marlan Bradley Wilbanks | William H. Jordan |
| Martin Robert Thornton | William J. Sushon |
| Mary Louise Cohen | |

I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

David M. Souders
Weiner Brodsky Sidman Kider
1300 Nineteenth Street, N.W.
Fifth Floor
Washington, DC 20036-1609

Douglas A. Axel
Sidley Austin, LLP-Los Angeles
Suite 4000
555 West Fifth Street
Los Angeles, CA 90013

Jennifer J. Nagle
K & L Gates, LLP-MA
State Street Financial Center
One Lincoln Street
Boston, MA 02111-2950

Timothy P. McCormack
Phillips & Cohen
2000 Massachusetts Avenue, NW
Washington, DC 20036

Mark D. Hopson
Sidley Austin, LLP-DC
1501 K Street, NW
Washington, DC 20005

Meghan Delaney Berroya
Sidley Austin, LLP-DC
1501 K Street, NW
Washington, DC 20005

Mitchel H. Kider
Weiner Brodsky Sidman Kider
1300 Nineteenth Street, N.W.
Fifth Floor
Washington, DC 20036-1609

Robert J. Conlan , Jr
Sidley Austin, LLP-DC
1501 K Street, NW
Washington, DC 20005

*/s/ David L. Balser*
David L. Balser
Georgia Bar No. 035835

MCKENNA LONG & ALDRIDGE LLP
303 Peachtree Street, Suite 5300
Atlanta, Georgia  30308
(404) 527-4000
(404) 527-4198 (facsimile)

*Counsel for Defendant Wells Fargo Bank, N.A.*