**THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA *ex rel.*, | § | |
| VICTOR E BIBBY and BRIAN J. | § | CIVIL ACTION FILE NO. |
| DONNELLY, | § | |
| | § | 1:06-CV-0547-ODE |
| RELATORS/PLAINTIFFS, | § | |
| | § | |
| vs. | § | |
| | § | |
| WELLS FARGO BANK, NATIONAL | § | |
| ASSOCIATION (INC.), individually and | § | |
| as s/b/m with WELLS FARGO | § | |
| HOME MORTGAGE, INC; | § | |
| COUNTRYWIDE HOME LOANS, INC., | § | |
| COUNTRYWIDE HOME LOANS | § | |
| SERVICING, LP n/k/a BAC HOME | § | |
| LOANS SERVICING, LP; | § | |
| BANK OF AMERICA CORPORATION; | § | |
| JPMORGAN CHASE BANK, | § | |
| NATIONAL ASSOCIATION, which | § | |
| acquired and is a s/b/m with | § | |
| CHASE HOME FINANCE, LLC s/b/m | § | |
| With CHASE MANHATTAN | § | |
| MORTGAGE CORP.; | § | |
| JPMORGAN CHASE BANK, | § | |
| NATIONAL ASSOCIATION, which | § | |
| acquired and is a s/b/m with | § | |
| WASHINGTON MUTUAL BANK f/k/a | § | |
| WASHINGTON MUTUAL BANK, FA; | § | |
| MORTGAGE INVESTORS | § | |
| CORPORATION (OHIO); PNC | § | |
| BANK, NATIONAL ASSOCIATION | § | |
| s/b/m with NATIONAL CITY REAL | § | |
| ESTATE SERVICES, LLC s/b/m with | § | |
| NATIONAL CITY MORTGAGE, INC., | § | |

f/k/a NATIONAL CITY MORTGAGE          §
CO., which also did business as        §
COMMONWEALTH UNITED                    §
MORTGAGE CO.;                          §
JPMORGAN CHASE BANK n/k/a              §
JPMORGAN CHASE BANK,                   §
NATIONAL ASSOCIATION;                  §
FIRST TENNESSEE BANK                   §
NATIONAL ASSOCIATION (INC.),           §
which acquired and is a s/b/m with     §
FIRST HORIZON HOME LOAN                §
CORPORATION;                           §
IRWIN MORTGAGE CORPORATION;            §
SUNTRUST MORTGAGE, INC.;               §
NEW FREEDOM MORTGAGE                   §
CORPORATION n/k/a 1FREEDOM             §
DIRECT CORPORATION;                    §
GMAC MORTGAGE CORPORATION              §
n/k/a GMAC MORTGAGE, LLC,              §
a subsidiary of GMAC INC., acquired by §
and n/k/a ALLY FINANCIAL INC.;         §
and CITIMORTGAGE, INC.,                §
                                       §
     DEFENDANTS.                       §

## CERTIFICATE OF INTERESTED PERSONS
## AND CORPORATE DISCLOSURE STATEMENT
## OF DEFENDANT WELLS FARGO BANK, N.A. INDIVIDUALLY
## AND AS S/B/M WITH WELLS FARGO HOME MORTGAGE, INC.

Pursuant to Local Rule 3.3 of the U.S. District Court for the Northern

District of Georgia, Defendant Wells Fargo Bank, N.A. individually and as s/b/m

with Wells Fargo Home Mortgage, Inc. ("Wells"), states as follows:

1.     The undersigned counsel of record for Wells certifies that, to the best of his knowledge, the caption of the Second Amended Complaint (Docket No. 54) provides a full and complete list of all parties presently named in this action.[1] The undersigned notes that Wells Fargo Bank, N.A. is a national banking association and not a corporation. As a result the abbreviation "Inc." does not appear in its name. The undersigned further states that Wells Fargo is a wholly-owned in direct subsidiary of Wells Fargo & Company, which is a publicly traded entity. No Wells Fargo & Company stockholder owns 10% or more of its stock. The undersigned does not have knowledge regarding the corporate ownership of the other named defendants in this action.

2.     The undersigned further certifies that to the best of his knowledge, the only other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case are Relators' counsel and their law firms.

---

[1]   The docket reflects two stipulations between Relators/Plaintiffs and certain defendants regarding stipulated changes to the proper naming of those defendants. See Docket Nos. 78, 111.

3.     The undersigned further certifies that, to the best of Wells'
knowledge, the following is a full and complete list of all persons presently serving
as attorneys in this proceeding:

| | |
|---|---|
| Aaron Paul Michael Tady | Robert M. Brennan |
| Amy L. Berne | Samantha DiPolito |
| Asher L. Rivner | Scott D. Burke |
| Brandon L. Peak | Scott Eric Zweigel |
| Christopher J. Willis | Sean C. Griffin |
| Christopher Scott Anulewicz | Thomas M. Barton |
| Daniel A. Caldwell , III | Tyrone M. Bridges |
| Harold Wayne Phears | Van A. Anderson |
| Irene C. Freidel | William H. Jordan |
| James Edward Butler , Jr. | William J. Sushon |
| Jonathan Rosenberg | David M. Souders |
| Leigh M May | Douglas A. Axel |
| Mark P. Guerrera | Jennifer J. Nagle |
| Marlan Bradley Wilbanks | Timothy P. McCormack |
| Martin Robert Thornton | Mark D. Hopson |
| Mary Louise Cohen | Meghan Delaney Berroya |
| Matthew Robert Rosenkoff | Mitchel H. Kider |
| Michael L. Brown | Robert J. Conlan , Jr |
| Michael Y. Kieval | David L. Balser |
| Nancy H. Baughan | Amy Pritchard Williams |
| Richard Kennon Hines , V | Robert J. Sherry |

Respectfully submitted this 2nd day of December, 2011.

*/s/ David L. Balser*
David L. Balser
Georgia Bar No. 035835
dbalser@mckennalong.com
MCKENNA LONG & ALDRIDGE LLP
303 Peachtree Street, Suite 5300
Atlanta, Georgia 30308
(404) 527-4000
(404) 527-4198 (facsimile)

Amy Pritchard Williams
(admitted *pro hac vice*)
N.C. Bar No. 19233
amy.williams@klgates.com
K&L GATES LLP
214 North Tryon Street
Charlotte, North Carolina 28202
(704) 331-7429
(704) 353-3129 (facsimile)

Robert J. Sherry
(admitted *pro hac vice*)
California Bar No. 19233
robert.sherry@klgates.com
K&L GATES LLP
1717 Main Street, Suite 2800
Dallas, TX 75201
(214) 939-4945
(214) 939-5849 (facsimile)

*Counsel for Defendant Wells Fargo Bank, N.A*

## CERTIFICATE OF SERVICE

I hereby certify that on December 2, 2011, I electronically filed Wells Fargo Bank's **Certificate Of Interested Persons And Corporate Disclosure Statement Of Defendant Wells Fargo Bank, N.A. Individually and as s/b/m with Wells Fargo Home Mortgage, Inc.** with the Clerk of the Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

Aaron Paul Michael Tady
Amy L. Berne
Asher L. Rivner
Brandon L. Peak
Christopher J. Willis
Christopher Scott Anulewicz
Daniel A. Caldwell , III
Harold Wayne Phears
Irene C. Freidel
James Edward Butler , Jr.
Jonathan Rosenberg
Leigh M May
Mark P. Guerrera
Marlan Bradley Wilbanks
Martin Robert Thornton
Mary Louise Cohen

Matthew Robert Rosenkoff
Michael L. Brown
Michael Y. Kieval
Nancy H. Baughan
Richard Kennon Hines , V
Robert M. Brennan
Samantha DiPolito
Scott D. Burke
Scott Eric Zweigel
Sean C. Griffin
Thomas M. Barton
Tyrone M. Bridges
Van A. Anderson
William H. Jordan
William J. Sushon

I hereby certify that I have mailed by United States Postal Service the

document to the following non-CM/ECF participants:

David M. Souders
Weiner Brodsky Sidman Kider
1300 Nineteenth Street, N.W.
Fifth Floor
Washington, DC 20036-1609

Douglas A. Axel
Sidley Austin, LLP-Los Angeles
Suite 4000
555 West Fifth Street
Los Angeles, CA 90013

Jennifer J. Nagle
K & L Gates, LLP-MA
State Street Financial Center
One Lincoln Street
Boston, MA 02111-2950

Timothy P. McCormack
Phillips & Cohen
2000 Massachusetts Avenue, NW
Washington, DC 20036

Mark D. Hopson
Sidley Austin, LLP-DC
1501 K Street, NW
Washington, DC 20005

Meghan Delaney Berroya
Sidley Austin, LLP-DC
1501 K Street, NW
Washington, DC 20005

Mitchel H. Kider
Weiner Brodsky Sidman Kider
1300 Nineteenth Street, N.W.
Fifth Floor
Washington, DC 20036-1609

Robert J. Conlan , Jr
Sidley Austin, LLP-DC
1501 K Street, NW
Washington, DC 20005

*/s/ David L. Balser*
David L. Balser
Georgia Bar No. 035835

MCKENNA LONG & ALDRIDGE LLP
303 Peachtree Street, Suite 5300
Atlanta, Georgia  30308
(404) 527-4000
(404) 527-4198 (facsimile)

*Counsel for Defendant Wells Fargo Bank, N.A.*