FILED IN CHAMBERS
U.S.D.C. - Atlanta

DEC - 5 2011

JAMES N. HATTEN, C[lerk]
By: [signature]

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br>ex. rel. VICTOR E. BIBBY and<br>BRIAN J. DONNELLY<br><br>    Plaintiffs,<br><br>v.<br><br>WELLS FARGO BANK, NATIONAL<br>ASSOCIATION (INC.), individually<br>and as s/b/m with WELLS FARGO HOME<br>MORTGAGE, INC., et al.<br><br>    Defendants. | CIVIL ACTION NO.<br>1:06-CV-547-ODE |

ORDER

As Senior Judge of the Northern District of Georgia, the assignment of this case is DECLINED.

The case is hereby returned to the Clerk for reassignment.

SO ORDERED, this __5__ day of December, 2011.

[signature]
ORINDA D. EVANS
SENIOR UNITED STATES DISTRICT JUDGE