# THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA *ex rel.*, VICTOR E. BIBBY and BRIAN J. DONNELLY, | * * * * | **CIVIL ACTION FILE NO.** **1:06-CV-0547-WBH** |
| RELATORS/PLAINTIFFS, | * * | |
| vs. | * * | |
| WELLS FARGO BANK, NATIONAL ASSOCIATION (INC.), individually and as s/b/m with WELLS FARGO HOME MORTGAGE, INC., et al. | * * * * * | |
| DEFENDANTS. | * | |

## RELATORS'/PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT GMAC MORTGAGE, LLC

Pursuant to Fed. R. Civ. P. 41(a), Relators file this Notice of Voluntary Dismissal without prejudice of Defendant GMAC Mortgage, LLC (named in the Second Amended Complaint as "GMAC Mortgage Corporation n/k/a GMAC Mortgage, LLC, a subsidiary of GMAC Inc., acquired by and n/k/a Ally Financial Inc."). Counsel for the United States, Daniel A. Caldwell III, was notified by Relators' counsel of this voluntary dismissal; however, the United States has not yet made a determination as to whether to consent. It is Relators' understanding

that the Court will be notified in writing of the consent of the United States to this voluntary dismissal, pursuant to 31 U.S.C. § 3730(b)(1), if and when that consent is obtained. Upon receipt of the United States' written consent, the Clerk of the Court is requested to enter the dismissal of Defendant GMAC Mortgage, LLC without prejudice.

[SIGNATURES ON FOLLOWING PAGE]

Respectfully submitted this 5th day of December, 2011.

| | |
|---|---|
| BUTLER, WOOTEN & FRYHOFER, LLP | WILBANKS & BRIDGES, LLP |
| BY: s/ James E. Butler, Jr. | BY: s/ Marlan B. Wilbanks |
| JAMES E. BUTLER, JR. | MARLAN B. WILBANKS |
| jim@butlerwooten.com | mbw@wilbanks-bridgeslaw.com |
| Georgia Bar No. 099625 | Georgia Bar No. 758223 |
| LEIGH MARTIN MAY | TY M. BRIDGES |
| leigh@butlerwooten.com | tmb@wilbanks-bridgeslaw.com |
| Georgia Bar No. 473389 | Georgia Bar No. 081500 |
| BRANDON L. PEAK | 3414 Peachtree Street, N.E., Ste. 1075 |
| brandon@butlerwooten.com | Atlanta, Georgia 30326 |
| Georgia Bar No. 141605 | (404) 842-1075 |
| SAMANTHA A. DiPOLITO | (404) 842-0559 Fax |
| samantha@butlerwooten.com | |
| Georgia Bar No. 203011 | PHILLIPS & COHEN |
| 2719 Buford Highway | |
| Atlanta, Georgia 30324 | |
| (404) 321-1700 | BY: s/ Mary Louise Cohen |
| (404) 321-1713 Fax | MARY LOUISE COHEN |
| | mlc@phillipsandcohen.com |
| | DC Bar No. 298299 |
| | TIMOTHY McCORMACK |
| | tmccormack@phillipsand cohen.com |
| | DC Bar No. 493692 |
| | 2000 Massachusetts Avenue, N.W. |
| | Washington, DC 20036 |
| | (202) 833-4567 |
| | (202) 833-1815 Fax |
| | |
| | Attorneys for Relators/Plaintiffs |

## CERTIFICATE OF COMPLIANCE

Pursuant to Local Rules 5.1(B) and 7.1(D), I hereby certify that the foregoing Notice complies with the applicable font and size requirements and is formatted in Times New Roman, 14 point font.

s/ James E. Butler, Jr.
JAMES E. BUTLER, JR.
  jim@butlerwooten.com
  Georgia Bar No. 099625
Butler, Wooten & Fryhofer, LLP
2719 Buford Highway
Atlanta, Georgia  30324
(404) 321-1700
(404) 321-1713 Fax

# CERTIFICATE OF SERVICE

This is to certify that on December 5, 2011, I electronically filed RELATORS'/PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT GMAC MORTGAGE, LLC with the Clerk of the Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

Richard K. Hines V
Nelson Mullins Riley & Scarborough
201 17th Street, Suite 1700
Atlanta, Ga. 30363

H. Wayne Phears
McGuire Woods LLP
Suite 2100, Promenade II
1230 Peachtree Street NE
Atlanta, GA 30309

Nancy H. Baughan
Robert M. Brennan
Scott E. Zweigel
Parker, Hudson, Rainer
    & Dobbs, LLP
1500 Marquis Two Tower
285 Peachtree Center Avenue, N.E.
Atlanta, GA  30303

Matthew R. Rosenkoff
Taylor English Duma LLP
1600 Parkwood Circle – Suite 400
Atlanta, GA 30339

David. L. Balser
McKenna Long  Aldridge LLP
303 Peachtree Street, Suite 5300
Atlanta, GA  30308

Thomas Barton
Aaron P.M. Tady
Coles Barton LLP
9 Lumpkin Street, Suite 200
Lawrenceville, GA  30046

Jonathan Rosenberg
William J. Sushon
Asher L. Rivner
O'Melveny & Myers LLP
7 Times Square
New York, NY  10036

M. Robert Thornton
King & Spalding
1180 Peachtree Street, N.E.
Atlanta, GA  30309

Mitchel H. Kider
David M. Souders
Michael Y. Kieval
Scott D. Burke
Weiner Brodsky Sidman Kider PC
1300 19th Street, NW, Fifth Floor
Washington, DC 20036

Christopher S. Anulewicz
Balch & Bingham LLP
30 Ivan Allen, Jr. Blvd., N.W.
Suite 700
Atlanta, GA  30308

| | |
|---|---|
| William H. Jordan<br>Michael L. Brown<br>Van A. Anderson<br>Alston & Bird LLP<br>1201 West Peachtree St,<br>Atlanta, GA 30309 | Chris Willis<br>Ballard Spahr LLP<br>999 Peachtree Street, Suite 1000<br>Atlanta, GA 30309<br><br>Irene Freidel<br>Jennifer J. Nagle<br>K&L Gates LLP<br>One Lincoln Street<br>Boston, MA  02111 |

      I certify that I have mailed by United States Postal Service the document to the following:

| | |
|---|---|
| Robert J. Conlan, Jr.<br>Sidley Austin LLP<br>1501 K Street, N.W.<br>Washington, DC  20005 | Robert J. Sherry<br>K & L Gates, LLP<br>1717 Main Street, Suite 2800<br>Dallas, TX  75201 |
| Douglas A. Axel<br>Sidley Austin LLP<br>555 West Fifth Street<br>Los Angeles, CA  90013 | Daniel A. Caldwell<br>Assistant U.S. Attorney<br>600 U.S. Courthouse<br>75 Spring Street, S.W.<br>Atlanta, GA  30303 |
| William V. Custer<br>Bryan Cave LLP<br>One Atlantic Center, Fourteenth Floor<br>1201 W. Peachtree St., N.W.<br>Atlanta, GA 30309 | Alan S. Gale<br>United States Department of Justice<br>P.O. Box 261<br>Ben Franklin Station<br>Washington, DC  20044 |
| Amy P. Williams<br>K & L Gates, LLP<br>Hearst Tower<br>214 North Tryon Street, 47th Floor<br>Charlotte, NC 28202 | Robert B. Berner<br>Bailey Cavalieri LLC<br>Kettering Tower<br>40 North Main Street, Suite 1250<br>Dayton, OH 45423<br>(*Courtesy Copy Only*) |

This 5th day of December, 2011.

                    BY: s/ James E. Butler, Jr.
                    JAMES E. BUTLER, JR.
                      Georgia Bar No. 099625
                    LEIGH MARTIN MAY
                      Georgia Bar No. 473389
                    BRANDON L. PEAK
                      Georgia Bar No. 141605
                    SAMANTHA A. DiPOLITO
                      Georgia Bar No. 203011
                    Butler, Wooten & Fryhofer, LLP
                    2719 Buford Highway
                    Atlanta, Georgia 30324
                    (404) 321-1700
                    (404) 321-1713 Fax