UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.*, VICTOR E. BIBBY and BRIAN DONNELLY, <br><br> Relators/Plaintiffs, <br><br> vs. <br><br> WELLS FARGO BANK, N.A., *et al.*, <br><br> Defendants. | Civil Action <br> No. 1:06-cv-0547-WBH <br><br> Hon. Willis B. Hunt <br><br> Oral Argument Requested |

## NOTICE OF MOTION TO DISMISS

PLEASE TAKE NOTICE that, upon the accompanying memorandum of law and Declaration of Jennifer B. Dempsey, dated on December 5, 2011, and upon all prior pleadings and proceedings herein, the undersigned, attorneys for JPMorgan Chase Bank, N.A., hereby move this Court for an order dismissing Relators' Second Amended Complaint with prejudice under Federal Rules of Civil Procedure 9(b) and 12(b)(6), and for such other and further relief as the Court may deem just and proper.

Dated:  Atlanta, Georgia
       December 5, 2011

                          BRYAN CAVE LLP

                          By:  /s/ William V. Custer
                               William V. Custer
                                  Georgia Bar No. 202910
                                  bill.custer@bryancave.com
                              One Atlantic Center, Fourteenth Floor
                              1201 West Peachtree Street, N.W.
                              Atlanta, Georgia 30309-3488
                              Telephone:    (404) 572-6600
                              Facsimile:     (404) 572-6999

*Counsel to Defendant JPMorgan Chase Bank, N.A.*

## **CERTIFICATE OF SERVICE**

This is to certify that on December 5, 2011, the foregoing **Notice of Motion to Dismiss** was electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing to all attorneys of record.

This 5th day of December, 2011.

/s/ William V. Custer
Georgia Bar No. 202910

*One of the Attorneys for Defendant JPMorgan Chase Bank, National Association*