UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA et rel., VICTOR BIBBY and BRIAN J. DONNELLY,<br><br>    Plaintiffs,<br><br>    v.<br><br>WELLS FARGO BANK, NATIONAL ASSOCIATION (INC.), individually and as s/b/m with WELLS FARGO HOME MORTGAGE, INC., et al.,<br><br>    Defendants. | CIVIL ACTION<br><br>NO. 1:06-CV-0547-CAP |

O R D E R

A review of the docket in this case reveals that SunTrust Bank is a named defendant. Because the undersigned owns stock in SunTrust Bank, it appears that recusal is necessary and mandatory. See 28 USC §455(b)(4); Parker v. Connors Steel Co., 855 F.2d 1510 (11th Cir. 1988) (disqualification under section 455(a) may be waived upon full disclosure, but the per se rules set out in section 455(b) may not be waived by the parties). Consequently, the undersigned hereby RECUSES himself from further proceedings in this matter.

The Clerk is DIRECTED to reassign this case in accordance with the internal operating procedures of this court.

SO ORDERED, this  8th  day of December, 2011.

/s/Charles A. Pannell, Jr.
CHARLES A. PANNELL, JR.
United States District Judge