**McGuireWoods LLP**
1230 Peachtree Street, N.E.
Suite 2100
Atlanta, GA 30309-3534
Phone: 404.443.5500
Fax: 404.443.5599
www.mcguirewoods.com

**H. Wayne Phears**
Direct: 404.443.5718

# McGUIREWOODS

wphears@mcguirewoods.com
Direct Fax: 404.443.5770

December 9, 2011

The Honorable Thomas W. Thrash
Judge, United States District Court
75 Spring Street, SW
Atlanta, GA 30303

Re: *United States of America ex rel, Victor E. Bibby and Brian J. Donnelly
v. Wells Fargo Home Mortgage, et al.*
CAFN: 1:06-CV-00547-MHS

Dear Judge Thrash:

I represent GMAC Mortgage in the above referenced matter and write on
behalf of myself and Jim Butler, counsel for the Relators/Plaintiffs, to advise the
Court of a change in the status of GMAC Mortgage.

Specifically, Mr. Butler has filed a Notice of Voluntary Dismissal, without
prejudice, of GMAC Mortgage on behalf of the Relators. The dismissal, however,
cannot become effective without the consent of both this Court and the United
States, under 31 U.S.C. 3730(b)(1). Mr. Butler and I are endeavoring to secure the
consents of United States now. Once we receive them we will submit an
appropriate order to the Court approving the dismissal.

GMAC Mortgage has previously filed a Motion to Dismiss, which is Docket
Entry No. 121. Because of the pending dismissal, Mr. Butler advises me that the
Relators do not intend to respond to that motion unless the Court advises them to
do so. That is acceptable to GMAC Mortgage.

Mr. Butler and I are available if the Court requires any further information.

December 9, 2011
Page 2

     Thank you for your consideration.

              Very truly yours,

              H. Wayne Phears

HWP/cjc
cc:    Counsel of Record
       registered via ECF

December 9, 2011
Page 3

## DISTRIBUTION LIST

| ATTORNEYS FOR U.S.A. EX REL | | |
|---|---|---|
| Daniel A. Caldwell, III<br>Amy L. Berne<br>Laura K. Bonader<br>OFFICE OF U.S. ATTORNEY<br>Northern District of Georgia<br>600 U.S. Courthouse<br>75 Spring Street SW<br>Atlanta, GA 30303<br>Telephone: 404-581-6000<br>Amy.Berne@usdoj.gov<br>Dan.Caldwell@usdoj.gov | Alan S. Gale<br>U.S. Department of Justice<br>Civil Division<br>P.O. Box 261, Ben Franklin<br>Station<br>Washington, DC 20044 | |
| ATTORNEYS FOR PLAINTIFFS | | |
| James E. Butler, Jr.<br>Samantha DiPolito<br>Leigh M. May<br>Brandon L. Peak<br>BUTLER, WOOTEN & FRYHOFER,<br>LLP<br>2719 Buford Highway<br>Atlanta, GA 30324<br>Telephone: 404-321-1700<br>Telecopier: 404-321-1713<br>jim@butlerwooten.com<br>Samantha@butlerwooten.com<br>Leigh@butlerwooten.com<br>Brandon@butlerwooten.com | Tyrone M. Bridges<br>Marlan B. Wilbanks<br>WILBANKS & BRIDGES, LLP<br>Suite 1057, 3414 Peachtree<br>Street NE<br>Atlanta, GA 30326<br>Telephone: 404-842-1075<br>Telecopier: 404-842-0550<br>tmb@wilbanks-<br>bridgeslaw.com | Mary Louise Cohen (Pro<br>Hac Vice)<br>Timothy P. McCormack<br>PHILLIP & COHEN LLP<br>2000 Massachusetts<br>Avenue, NW<br>Washington, DC 20036<br>Telephone: 202-833-4567 |

December 9, 2011
Page 4

| ATTORNEYS FOR DEFENDANTS | | |
|---|---|---|
| *Attorneys for Bank of America, N.A. and Countrywide Home Loans, Inc.*<br><br>Richard K. Hines, V<br>Georgia Bar No. 3563000<br>Mark R. Nash<br>NELSON MULLINS RILEY &<br>SCARBOROUGH-ATL<br>Suite 1700, 201 17th Street NW<br>Atlanta, GA 30363<br>Telephone: 404-322-6000<br>Telecopier: 404-322-6321<br>Richard.hines@nelsonmullins.com<br>Mark.nash@nelsonmullins.com | *Attorneys for Mortgage Investors Corporation*<br><br>Mathew R. Rosenkoff<br>Georgia Bar No. 842117<br>TAYLOR ENGLISH DUMA LLP<br>Suite 400, 1600 Parkwood Circle<br>Atlanta, GA 30339<br>Telephone: 770-434-6868<br>Telecopier: 770-434-7376<br>mrosenkoff@taylorenglish.com<br><br>Mitchel H. Kider (Pro Hac Vice)<br>David M. Souders (Pro Hac Vice)<br>WEINER BRODSKY SIDMAN KIDER PC<br>Fifth Floor, 1300 19th Street<br>Washington, DC 20036<br>Telephone: 202-628-2000<br>Telecopier: 202-628-2011<br>kider@wbsk.com<br>souders@wbsk.com | *Attorneys Wells Fargo Bank, N.A.*<br><br>David L. Balser<br>Georgia Bar No. 035835<br>MCKENNA LONG &<br>ALDRIDGE LLP<br>Suite 5300, 303 Peachtree Street<br>Atlanta, GA 30308<br>Telephone: 404-527-4000<br>Telecopier: 404-527-4198<br>dbalser@mckennalong.com |
| *Attorneys for Bank of America, N.A.*<br><br>Nancy H. Baughan<br>Georgia Bar No. 042575<br>Robert M Brennan<br>Georgia Bar No. 079798<br>Scott E. Zweigel<br>Georgia Bar No. 786616<br>PARKER HUDSON RAINER &<br>DOBBS, LLP<br>1500 Marquis Two Tower<br>285 Peachtree Center Avenue NE<br>Atlanta, GA 30303<br>Telephone: 404-523-5300<br>Telecopier: 404-522-8409 | *Attorneys for First Tennessee Bank National Association (Inc.) which acquired and is a s/b/m with First Horizon Home Loan Corporation*<br><br>Christopher S. Aulewicz<br>Georgia Bar No. 020914<br>BALCH & BINGHAM LLP<br>Suite 2700, 30 Ivan Allen Jr. Blvd NW<br>Atlanta, GA 30308<br>Telephone: 404-962-3562<br>Telecopier: 866-320-6758<br>canulewicz@balch.com | *Attorneys for New Freedom Mortgage Corporation n/k/a iFreedom Direct Corporation*<br><br>Thomas M. Barton<br>Georgia Bar No. 040821<br>Aaron P.M. Tady<br>Georgia Bar No. 696273<br>COLES BARTON LLP<br>Suite 200, 9 Lumpkin Street<br>Lawrenceville, GA 30046<br>Telephone: 770-995-5552<br>Telecopier: 770-995-5582 |

\35605009.1

December 9, 2011
Page 5

| | | |
|---|---|---|
| nbaughan@phrd.com<br>bbrennan@phrd.com<br>szweigel@phrd.com<br><br>Bradley J. Butwin<br>Jonathan Rosenberg<br>Willaim J. Sushon<br>Asher L. Rivner<br>O'MELVENY & MYERS LLP<br>7 Times Square<br>New York, NY 10036<br>Telephone: 212-326-2000<br>Telecopier: 212-326-2061<br>bbutwin@omm.com<br>jrosenberg@omm.com<br>wsushon@omm.com<br>arivner@omm.com | Irene C. Freidel<br>Jennifer J. Nagle<br>K&L GATES LLP<br>State Street Financial Center<br>One Lincoln Street<br>Boston, MA 02111<br>Telephone: 617-261-3100<br>Telecopier: 617-261-3175<br>Irene.freidel@klgates.com<br>Jennifer.nagle@klgates.com | tbarton@colesbarton.com<br>atady@colesbarton.com |
| ***Attorneys for SunTrust Mortgage, Inc.***<br><br>Van A. Anderson<br>Georgia Bar No. 100134<br>William H. Jordan<br>Georgia Bar No. 405112<br>Michael L. Brown<br>Georgia Bar No. 088875<br>ALSTON & BIRD LLP<br>1201 West Peachtree Street<br>Atlanta, GA 30309-3424<br>Telephone: 404-881-7000<br>Telecopier: 404-881-7777<br>Van.anderson@alston.com<br>Bill.jordan@alston.com<br>Mike.brown@alston.com | ***Attorneys CitiMortgage, Inc.***<br><br>Christopher J. Willis<br>Georgia Bar No. 766297<br>BALLARD SPAHR LLP<br>Suite 1000, 999 Peachtree Street<br>Atlanta, GA 30309-5915<br>Telephone: 404-678-9300<br>willisc@ballardspahr.com | |