## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex re;*., ) | |
| VICTOR E. BIBBY and BRIAN J. ) | Civil Action No. |
| DONNELLY, ) | 1:06-CV-0547-TWT |
| ) | |
| Relators/Plaintiffs, ) | |
| ) | |
| vs. ) | |
| ) | |
| WELLS FARGO BANK, NATIONAL ) | |
| ASSOCIATION (INC.), individually and ) | |
| as s/b/m with WELLS FARGO HOME ) | |
| MORTGAGE, INC.; ) | |
| COUNTRYWIDE HOME LOANS, INC.; ) | |
| COUNTRYWIDE HOME LOANS ) | |
| SERVICING, LP n/k/a BAC HOME ) | |
| LOANS SERVICING, LP; ) | |
| BANK OF AMERICA CORPORATION; ) | |
| JPMORGAN CHASE BANK, NATIONAL ) | |
| ASSOCIATION, which acquired and is a ) | |
| s/b/m with CHASE HOME FINANCE, LLC ) | |
| s/b/m with CHASE MANHATTAN ) | |
| MORTGAGE CORP.; ) | |
| JPMORGAN CHASE BANK, NATIONAL ) | |
| ASSOCIATION, which acquired and is a ) | |
| s/b/m with WASHINGTON MUTUAL ) | |
| BANK f/k/a WASHINGTON MUTUAL ) | |
| BANK, FA; ) | |
| MORTGAGE INVESTORS ) | |
| CORPORATION (OHIO); ) | |
| PNC BANK, NATIONAL ASSOCIATION ) | |
| s/b/m with NATIONAL CITY REAL ) | |
| ESTATE SERVICES, LLC s/b/m with ) | |
| NATIONAL CITY MORTGAGE, INC., ) | |
| f/k/a NATIONAL CITY MORTGAGE CO.,) | |

| | |
|---|---|
| which also did business as COMMONWEALTH UNITED MORTGAGE CO.; JPMORGAN CHASE BANK n/k/a JPMORGAN CHASE BANK, NATIONAL ASSOCIATION; FIRST TENNESSEE BANK NATIONAL ASSOCIATION (INC.), which acquired and is a s/b/m with FIRST HORIZON HOME LOAN CORPORATION; IRWIN MORTGAGE CORPORATION; SUNTRUST MORTGAGE, INC.; NEW FREEDOM MORTGAGE CORPORATION n/k/a IFREEDOM DIRECT CORPORATION; GMAC MORTGAGE CORPORATION n/k/a GMAC MORTGAGE, LLC, a subsidiary of GMAC INC., acquired by and n/k/a ALLY FINANCIAL INC.; and CITIMORTGAGE, INC.<br><br>　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## DEFENDANT JPMORGAN CHASE BANK, NATIONAL ASSOCIATION'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.3, Defendant JPMorgan Chase Bank, National Association ("JPMorgan Chase") provides the following Certificate of Interested Parties and Corporate Disclosure Statement:

(1)     The undersigned counsel of record for JPMorgan Chase certifies that to the best of his knowledge, and except as provided below, the caption of this Disclosure Statement provides a full and complete list of all parties presently named in this action.  JPMorgan Chase has been named as a Defendant for purported activities of Washington Mutual Bank, formerly known as Washington Mutual Bank, FA, ("WaMu") as an alleged successor by merger.  JPMorgan Chase is not a successor by merger to WaMu, but instead only acquired the assets and assumed certain liabilities by way of a Purchase and Assumption Agreement, dated September 25, 2008, with the Federal Deposit Insurance Corporation as receiver for WMB ("FDIC").  JPMorgan Chase did not assume any of the alleged WaMu liabilities that Relators purport to assert in this Action, and JPMorgan Chase therefore believes the FDIC has an interest in this Action.

The undersigned further certifies that to the best of his knowledge, the parent corporation(s) and/or any publicly held corporation(s) that own 10 percent or more of the stock of Defendant JPMorgan Chase are as follows:

Defendant JPMorgan Chase is wholly owned by JPMorgan Chase & Co., a Delaware Corporation with its principal place of business at 270 Park Avenue, New York, New York 10017.

(2) The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

Other than those entities listed in Paragraph 1 above, and other than the interest counsel for Relators/Plaintiffs may have in the outcome of the case, and other than the interest of the FDIC, None.

(3) The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys in this proceeding:

    A.    <u>For Defendant JPMorgan Chase</u>

William V. Custer
Jennifer B. Dempsey
Damon J. Whitaker
Edwin M. Cook
BRYAN CAVE LLP
One Atlantic Center, 14th Floor
1201 West Peachtree Street, N.W.
Atlanta, Georgia 30309-3488
(404) 572-6600 (telephone)
(404) 572-6999 (facsimile)

Mary Beth Hogan
Andrew J. Ceresney
Shannon Rose Selden
Courtney M. Dankworth
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, NY 10022
(212)909-6000 (telephone)
(212)909-6836 (facsimile)

    B.    <u>For Relators/Plaintiffs</u>

James E. Butler, Jr.
Leigh Martin May
Brandon L. Peak
Samantha A. Dipolito
BUTLER, WOOTEN & FRYHOFER, LLP

2719 Buford Highway
Atlanta, Georgia 30324

Marlan B. Wilbanks
Ty M. Bridges
WILBANKS & BRIDGES, LLP
3414 Peachtree Street, N.E., Suite 1075
Atlanta, Georgia 30326

Mary Louise Cohen
Timothy McCormack
PHILLIPS & COHEN LLP
2000 Massachusetts Avenue, N.W.
Washington, D.C. 20036

Daniel A. Caldwell
Assistant U.S. Attorney
600 U.S. Courthouse
75 Spring Street, S.W.
Atlanta, Georgia 30303

Alan S. Gale
United States Department of Justice
Civil Division
P.O. Box 261
Ben Franklin Station
Washington, D.C. 20044

C.     For Defendants Countrywide Home Loans, Inc. and Bank of America, N.A.

Richard K. Hines V
NELSON MULLINS RILEY & SCARBROUGH LLP
201 17th Street, N.W.
Suite 1700
Atlanta, Georgia 30363

   Robert J. Conlan, Jr.
   SIDLEY AUSTIN LLP
   1501 K Street, N.W.
   Washington, D.C. 20005
   (202)736-8560 (telephone)
   (202)736-8711 (facsimile)

   Douglas A. Axel
   SIDLEY AUSTIN LLP
   555 West Fifth Street
   Los Angeles, California 90013
   (213)896-6000 (telephone)
   (213)896-6600 (facsimile)

D.  <u>For Defendant SunTrust</u>

   Michael L. Brown
   Van Anderson
   ALSTON & BIRD, LLP
   One Atlantic Center
   1201 West Peachtree Street
   Atlanta GA 30309-3424
   (404)881-7589 (telephone)
   (404)253-8189 (facsimile)

E.  <u>For Defendant Bank of America Corp.</u>

   Asher Rivner
   O'MELVENY & MYERS LLP
   Times Square tower
   7 Times Square
   New York, NY 10036
   (212)728-5670 (telephone)
   (212)326-2061 (facsimile)

   Nancy H. Baughan
   Robert M. Brennan
   Scott E. Zweigel

        PARKER, HUDSON, RAINER & DOBBS, LLP
        1500 Marquis Two Tower
        285 Peachtree Center Ave., N.E.
        Atlanta GA 30303
        (404)523-5300 (telephone)
        (404(522-8409 (facsimile)

F.    <u>For Defendants Wells Fargo and First Tennessee</u>

        Amy P. Williams
        K&L GATES, LLP
        Hearst Tower
        214 North Tryon Street, 47th Floor
        Charlotte, NC 28202
        (704)331-7400 (telephone)
        (704)331-7598 (facsimile)

        Irene C. Freidel
        Jennifer L. Nagle
        K&L GATES, LLP
        State Street Financial Center
        One Lincoln Street
        Boston MA 02111-2950
        (617)951-3100 (telephone)
        (617)261-3175 (facsimile)

        David Balser
        MCKENNA LONG & ALDRIDGE LLP
        303 Peachtree Street
        Suite 5300
        Atlanta GA 30308
        (404)527-4174 (telephone)
        (404)527-4198 (facsimile)

        Chris Anulewicz
        BALCH & BINGHAM LLP
        30 Ivan Allen Jr. Boulevard, NW
        Suite 700

        Atlanta, GA 30308
        (404) 962-3562 (telephone)
        (404) 320-6758 (facsimile)

G.      For Defendant PNC

        M. Robert Thornton
        Christopher A. Wray
        Catherine M. O'Neil
        Christopher C. Burris
        Jonathan R. Challey
        KING & SPALDING LLP
        1180 Peachtree Street, NE
        Atlanta GA 30309
        (404)572-4600 (telephone)
        (404)572-5100 (facsimile)

        Jonathan M. Moses
        Adam M. Gogolak
        Michael J. McDuffie
        WACHTELL, LIPTON, ROSEN & KATZ
        51 West 52nd Street
        New York, New York 10019
        (212)403-1000 (telephone)
        (212)403-2000 (facsimile)

H.      For Defendant CitiMortgage

        Chris Willis
        BALLARD SPAHR LLP
        999 Peachtree Street, Suite 100
        Atlanta GA 30309
        (678)420-9300 (telephone)
        (678)420-9301 (facsimile)

        Diane L. Spagnuolo
        BALLARD SPAHR LLP

1735 Market Street
51st Floor
Philadelphia PA 19103-7599
(215)864-8312 (telephone)
(215)864-8999 (facsimile)

I.  For Defendant Irwin Mortgage Corporation

Matthew T. Schaeffer
BAILEY CAVALIERI LLC
One Columbus
10 West Broad Street, Suite 2100
Columbus, OH 43215-3422
(614)221-3155 (telephone)
(614)221-0479 (facsimile)

J.  For Defendant Mortgage Investors Corporation

Matthew R. Rosenkoff
TAYLOR ENGLISH DUMA LLP
1600 Parkwood Circle – Suite 400
Atlanta, GA 30339
(770)434-6868 (telephone)
(770)434-7376 (facsimile)

Mitchel H. Kider
David M. Souders
Michael Y. Kieval
WEINER BRODSKY SIDMAN KIDER, PC
1300 19th Street, NW, Fifth floor
Washington DC 20036
(202)628-2000  (telephone)
(202)628-2011 (facsimile)

K.  For Defendant GMAC Mortgage Corporation

Harold Wayne Phears
MCGUIRE WOODS LLP

       1230 Peachtree Street, NE
       Suite 1200, Promenade II
       Atlanta, GA 30309
       (404) 443-5718  (telephone)
       (404) 443-5770  (facsimile)

L.    <u>For Defendant New Freedom Mortgage Corporation</u>

       Aaron P.M. Tady
       COLES BARTON LLP
       9 Lumpkin Street, Suite 200
       Lawrenceville, GA 30046
       (770) 995-5552  (telephone)
       (770) 995-5582  (facsimile)

Respectfully submitted this 13th day of December, 2011.

                                      /s/ William V. Custer
                                      William V. Custer
                                      Georgia Bar No. 202910
                                      bill.custer@bryancave.com
                                      Jennifer B. Dempsey
                                      Georgia Bar No. 217536
                                      jennifer.dempsey@bryancave.com
                                      Damon J. Whitaker
                                      Georgia Bar No. 752722
                                      damon.whitaker@bryancave.com
                                      Edwin M. Cook
                                      Georgia Bar No. 154203
                                      edwin.cook@bryancave.com
                                      BRYAN CAVE LLP
                                      One Atlantic Center, Fourteenth Floor
                                      1201 West Peachtree Street, N.W.
                                      Atlanta, Georgia 30309-3488
                                      Telephone:  (404) 572-6600
                                      Facsimile:   (404) 572-6999

Mary Beth Hogan
Andrew J. Ceresney
Shannon Rose Selden
Courtney M. Dankworth
(*pro hac vice* pending)
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, NY 10022
Telephone:   (212)909-6000
Facsimile:   (212)909-6836

*Counsel for Defendant JPMorgan Chase Bank, National Association*

## Local Rule 7.1(D) Certification of Compliance

I hereby certify that the foregoing pleading has been prepared with Times New Roman font, 14 point, one of the font and point selections approved by the Court in L.R. 5.1B, N.D. Ga.

/s/ William V. Custer
Georgia Bar No. 202910

## CERTIFICATE OF SERVICE

This is to certify that on December 13, 2011, the foregoing **Plaintiff's Certificate of Interested Persons and Corporate Disclosure Statement** was electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing to all attorneys of record.

This 13th day of December, 2011.

/s/ William V. Custer
Georgia Bar No. 202910

*One of the Attorneys for Defendant
JPMorgan Chase Bank, National
Association*

#6173739_1