IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.*, VICTOR E. BIBBY and BRIAN J. DONNELLY,<br><br>  Relators/Plaintiffs,<br><br>vs.<br><br>WELLS FARGO BANK, NATIONAL ASSOCIATION (INC.), individually and as s/b/m WELLS FARGO HOME MORTGAGE, INC.; *et al.*<br><br>  Defendants. | C.A. No. 1:06-CV-00547-TWT |

## **[PROPOSED] ORDER**

The court having reviewed Defendant SunTrust Mortgage, Inc.'s Motion for Leave to File Excess Pages, it is hereby **GRANTED**. Accordingly,

1. Defendant SunTrust Mortgage, Inc. is given leave to file a memorandum of law in support of its motion to dismiss that is no more than 30 pages in length; and

2.  Relators are given leave to file a brief in opposition to SunTrust Mortgage, Inc.'s forthcoming motion to dismiss that is no more than 30 pages in length.

**SO ORDERED** this 14th day of December, 2011                    .

/s/Thomas W. Thrash
Hon. Thomas W. Thrash, Jr.
Judge, United States District Court
