# THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA *ex rel.*, VICTOR E. BIBBY and BRIAN J. DONNELLY, | * * * * | CIVIL ACTION FILE NO. |
| RELATORS/PLAINTIFFS, | * * | 1:06-CV-0547-TWT |
| vs. | * * | |
| WELLS FARGO BANK, NATIONAL ASSOCIATION (INC.), individually and as s/b/m with WELLS FARGO HOME MORTGAGE, INC., et al. | * * * * * | |
| DEFENDANTS. | * | |

## RELATORS'/PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT BANK OF AMERICA, N.A.

Pursuant to Fed. R. Civ. P. 41(a), Relators file this Notice of Voluntary Dismissal without prejudice of Defendant Bank of America N.A. (named in the Second Amended Complaint as "Countrywide Home Loans Servicing, LP n/k/a BAC Home Loans Servicing, LP").  BAC Home Loans Servicing, LP was merged into Bank of America, N.A., effective as of July 1, 2011.  Counsel for the United States, Daniel A. Caldwell III, was notified by Relators' counsel of this voluntary dismissal; however, the United States has not yet made a determination as to

whether to consent.  It is Relators' understanding that the Court will be notified in writing of the consent of the United States to this voluntary dismissal, pursuant to 31 U.S.C. § 3730(b)(1), if and when that consent is obtained.  Upon receipt of the United States' written consent, the Clerk of the Court is requested to enter the dismissal of Defendant Bank of America, N.A. without prejudice.

[SIGNATURES ON FOLLOWING PAGE]

Respectfully submitted this 15th day of December, 2011.

| | |
|---|---|
| BUTLER, WOOTEN & FRYHOFER, LLP | WILBANKS & BRIDGES, LLP |
| BY: s/ James E. Butler, Jr. | BY: s/ Marlan B. Wilbanks |
| JAMES E. BUTLER, JR. | MARLAN B. WILBANKS |
|   jim@butlerwooten.com |   mbw@wilbanks-bridgeslaw.com |
|   Georgia Bar No. 099625 |   Georgia Bar No. 758223 |
| LEIGH MARTIN MAY | TY M. BRIDGES |
|   leigh@butlerwooten.com |   tmb@wilbanks-bridgeslaw.com |
|   Georgia Bar No. 473389 |   Georgia Bar No. 081500 |
| BRANDON L. PEAK | 3414 Peachtree Street, N.E., Ste. 1075 |
|   brandon@butlerwooten.com | Atlanta, Georgia 30326 |
|   Georgia Bar No. 141605 | (404) 842-1075 |
| SAMANTHA A. DiPOLITO | (404) 842-0559 Fax |
|   samantha@butlerwooten.com | |
|   Georgia Bar No. 203011 | PHILLIPS & COHEN |
| 2719 Buford Highway | |
| Atlanta, Georgia 30324 | |
| (404) 321-1700 | BY: s/ Mary Louise Cohen |
| (404) 321-1713 Fax | MARY LOUISE COHEN |
| |   mlc@phillipsandcohen.com |
| |   DC Bar No. 298299 |
| | TIMOTHY McCORMACK |
| |   tmccormack@phillipsand cohen.com |
| |   DC Bar No. 493692 |
| | 2000 Massachusetts Avenue, N.W. |
| | Washington, DC 20036 |
| | (202) 833-4567 |
| | (202) 833-1815 Fax |
| | |
| | Attorneys for Relators/Plaintiffs |

## CERTIFICATE OF COMPLIANCE

Pursuant to Local Rules 5.1(B) and 7.1(D), I hereby certify that the foregoing Notice complies with the applicable font and size requirements and is formatted in Times New Roman, 14 point font.

                                s/ James E. Butler, Jr.
                                JAMES E. BUTLER, JR.
                                  jim@butlerwooten.com
                                  Georgia Bar No. 099625
                              Butler, Wooten & Fryhofer, LLP
                              2719 Buford Highway
                              Atlanta, Georgia  30324
                              (404) 321-1700
                              (404) 321-1713 Fax

# CERTIFICATE OF SERVICE

This is to certify that on December 15, 2011, I electronically filed RELATORS'/PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT BANK OF AMERICA, N.A. with the Clerk of the Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

*Bank of America Corporation:*
Nancy H. Baughan
Robert M. Brennan
Scott E. Zweigel
Parker, Hudson, Rainer
    & Dobbs, LLP
1500 Marquis Two Tower
285 Peachtree Center Avenue, N.E.
Atlanta, GA  30303
-and-
Jonathan Rosenberg
William J. Sushon
Asher L. Rivner
O'Melveny & Myers LLP
7 Times Square
New York, NY  10036

*CitiMortgage:*
Christopher J. Willis
Burt M. Rublin
Diana L. Spagnuola
Ballard Spahr LLP
999 Peachtree Street, Suite 1000
Atlanta, GA 30309

*Countrywide and Bank of America, N.A.*
Richard K. Hines V
Nelson Mullins Riley & Scarborough
201 17th Street, Suite 1700
Atlanta, Ga. 30363
-and-
Robert J. Conlan, Jr.
Mark P. Guerrera
Mark D. Hopson
Sean C. Griffin
Meghan D. Berroya
Sidley Austin LLP
1501 K Street, N.W.
Washington, DC  20005
-and-
Douglas A. Axel
Sidley Austin LLP
555 West Fifth Street
Los Angeles, CA  90013

*SunTrust:*
William H. Jordan
Michael L. Brown
Van A. Anderson
Alston & Bird LLP
1201 West Peachtree St,
Atlanta, GA 30309

*First Tennessee:*
Irene Freidel
Jennifer J. Nagle
K&L Gates LLP
One Lincoln Street
Boston, MA  02111
-and-
Christopher S. Anulewicz
Balch & Bingham LLP
30 Ivan Allen, Jr. Blvd., N.W.
Suite 700
Atlanta, GA  30308

*GMAC:*
H. Wayne Phears
McGuire Woods LLP
Suite 2100, Promenade II
1230 Peachtree Street NE
Atlanta, GA 30309

*New Freedom:*
Thomas Barton
Aaron P.M. Tady
Coles Barton LLP
9 Lumpkin Street, Suite 200
Lawrenceville, GA  30046

*JPMorgan:*
William V. Custer
Bryan Cave LLP
One Atlantic Center, Fourteenth Floor
1201 W. Peachtree St., N.W.
Atlanta, GA 30309

*Mortgage Investors:*
Matthew R. Rosenkoff
Taylor English Duma LLP
1600 Parkwood Circle – Suite 400
Atlanta, GA 30339
-and-
Mitchel H. Kider
David M. Souders
Michael Y. Kieval
Scott D. Burke
Weiner Brodsky Sidman Kider PC
1300 19th Street, NW, Fifth Floor
Washington, DC 20036

*PNC:*
M. Robert Thornton
King & Spalding
1180 Peachtree Street, N.E.
Atlanta, GA  30309

*Wells Fargo:*
David. L. Balser
McKenna Long  Aldridge LLP
303 Peachtree Street, Suite 5300
Atlanta, GA  30308
-and-
Amy P. Williams
K & L Gates, LLP
Hearst Tower
214 North Tryon Street, 47th Floor
Charlotte, NC 28202
-and-
Robert J. Sherry
K & L Gates, LLP
1717 Main Street, Suite 2800
Dallas, TX  75201

6

I certify that I have mailed by United States Postal Service the document to the following:

| | |
|---|---|
| *United States of America:* | *Irwin Mortgage:* |
| Daniel A. Caldwell | Robert B. Berner |
| Assistant U.S. Attorney | Bailey Cavalieri LLC |
| 600 U.S. Courthouse | Kettering Tower |
| 75 Spring Street, S.W. | 40 North Main Street, Suite 1250 |
| Atlanta, GA  30303 | Dayton, OH 45423 |
| -and- | *(Courtesy Copy Only)* |
| Alan S. Gale | |
| United States Department of Justice | |
| P.O. Box 261 | |
| Ben Franklin Station | |
| Washington, DC  20044 | |

This 15th day of December, 2011.

                                            BY: s/ James E. Butler, Jr.
                                            JAMES E. BUTLER, JR.
                                              Georgia Bar No. 099625
                                            LEIGH MARTIN MAY
                                              Georgia Bar No. 473389
                                            BRANDON L. PEAK
                                              Georgia Bar No. 141605
                                            SAMANTHA A. DiPOLITO
                                              Georgia Bar No. 203011
                                            Butler, Wooten & Fryhofer, LLP
                                            2719 Buford Highway
                                            Atlanta, Georgia 30324
                                            (404) 321-1700
                                            (404) 321-1713 Fax