## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA *ex rel*., VICTOR E. BIBBY, and BRIAN J. DONNELLY**, | ) ) ) ) | |
| **Relators/Plaintiffs,** | ) ) | |
| **v.** | ) ) | **Civil Action No. 1:06-CV-00547-TWT** |
| **WELLS FARGO BANK, NATIONAL ASSOCIATION, *et al.*,** | ) ) ) ) | |
| **Defendants.** | ) ) ) ) ) | |

## NOTICE OF APPEARANCE OF GEREMY GREGORY

Pursuant to Local Rule 83.1(D)(1), Geremy Gregory of the law firm Balch & Bingham LLP, 30 Ivan Allen Jr. Blvd. N.W., Suite 700, Atlanta, Georgia 30308, hereby gives notice that he is appearing in this matter as counsel of record for Defendant First Tennessee Bank National Association, which is a successor by merger to First Horizon Home Loan Corporation.

[signature on following page]

Respectfully submitted this 15th day of December, 2011.

s/ Geremy Gregory
Christopher S. Anulewicz
Georgia Bar No. 020914
Geremy Gregory
Georgia Bar No. 885342

**BALCH & BINGHAM LLP**
30 Ivan Allen Jr. Blvd. NW, Suite 700
Atlanta, GA 30308
Telephone: (404) 261-6020
Facsimile: (404) 261-3656
canulewicz@balch.com
ggregory@balch.com

Irene Freidel
Jennifer J. Nagle
**K&L GATES, LLP**
State Street Financial Center
One Lincoln Street
Boston, MA 02111
Telephone: (617) 261-3100
Facsimile: (617) 261-3175
Irene.Freidel@klgates.com
Jennifer.Nagle@klgates.com

ATTORNEYS FOR FIRST TENNESSEE
BANK NATIONAL ASSOCIATION,
 S/B/M TO FIRST HORIZON HOME
LOAN CORPORATION

## <u>CERTIFICATE OF COUNSEL REGARDING FONT SIZE</u>

Counsel certifies that the foregoing NOTICE OF APPEARANCE OF GEREMY GREGORY has been prepared using Times New Roman font size 14 in accordance with Local Rule 5.1(C)(3).

This 15th day of December, 2011.

s/ Geremy Gregory
Geremy Gregory
Georgia Bar No. 885342

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of December, 2011, I caused a copy of the foregoing NOTICE OF APPEARANCE OF GEREMY GREGORY to be electronically filed with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to the following attorneys of record:

**Attorneys for Relators/Plaintiffs:**

Amy L. Berne, Esq.
Daniel A. Caldwell, III, Esq.
Office of the United States Attorney
Northern District of Georgia
75 Spring Street, S.W.
600 U.S. Courthouse
Atlanta, GA 30303
Amy.Berne@usdoj.gov
Dan.Caldwell@usdoj.gov

James Edward Butler, Jr., Esq.
Leigh M. May, Esq.
Samantha DiPolito, Esq.
Butler Wooten & Fryhofer, LLP
2719 Buford Highway
Atlanta, GA 30324
Jim@butlerwooten.com
Leigh@butlerwooten.com
Samantha@butlerwooten.com

Brandon L. Peak, Esq.
Butler Wooten & Fryhofer, LLP
P.O. Box 2766
105 13th Street
Columbus, GA 31902
Brandon@butlerwooten.com

Marlan Bradley Wilbanks, Esq.
Tyrone M. Bridges, Esq.
Wilbanks & Bridges, LLP
Suite 1075
3414 Peachtree Road, NE
mbw@wilbanks-bridgeslaw.com
tmb@wilbanks-bridgeslaw.com

Mary Louise Cohen, Esq.
Phillips & Cohen
2000 Massachusetts Avenue, NW
Washington, D.C. 20036
mlc@phillipsandcohen.com

Timothy P. McCormack, Esq.
Phillips & Cohen
2000 Massachusetts Avenue, NW
Washington, D.C. 20036
TMcCormack@phillipsandcohen.com

**Attorneys for Defendants Countrywide Home Loans, Inc. and Bank of America, N.A.:**

Richard Kennon Hines, V, Esq.
Nelson Mullins Riley & Scarborough – ATL
Suite 1700
201 17th Street, NW
Atlanta, GA 30363
Richard.Hines@nelsonmullins.com

Mark P. Guerrera, Esq.
Mark D. Hopson, Esq.
Meghan Delaney Berroya, Esq.
Robert J. Conlan, Jr., Esq.
Sean C. Griffin, Esq.
Sidley Austin, LLP – DC
1501 K Street, NW
Washington, D.C. 20005
mguerrera@sidley.com
mhopson@sidley.com
mberroya@sidley.com
rconlan@sidley.com
sgriffin@sidley.com

Douglas A. Axel, Esq.
Sidley Austin, LLP – Los Angeles
Suite 4000
555 West Fifth Street
Los Angeles, CA 90013
daxel@sidley.com

**Attorneys for Defendant Bank of America Corporation:**

Asher L. Rivner, Esq.
Jonathan Rosenberg, Esq.
William J. Sushon, Esq.
O'Melveny & Myers, LLP – NY
7 Times Square
Times Square Tower
New York, NY 10036
arivner@omm.com
jrosenberg@omm.com
wsushon@omm.com

Nancy H. Baughan, Esq.
Robert M. Brennan, Esq.
Scott Eric Zweigel, Esq.
Parker Hudson Rainer & Dobbs
285 Peachtree Center Avenue, NE
1500 Marquis II Tower
Atlanta, GA 30303
nbaughan@phrd.com
bbrennan@phrd.com
szweigel@phrd.com

**Attorneys for Defendant Wells Fargo Bank, National Association (Inc.):**

David Lewis Balser, Esq.
McKenna Long & Aldridge, LLP – GA
303 Peachtree Street, NE
One Peachtree Center, Suite 5300
Atlanta, GA 30308
dbalser@mckennalong.com

Amy Pritchard Williams, Esq.
K&L Gates – NC
214 North Tryon Street
Charlotte, NC 28202
Amy.Williams@klgates.com

Robert J. Sherry, Esq.
K&L Gates LLP – TX
Suite 2800
1717 Main Street
Dallas, TX 75201
Robert.Sherry@klgates.com

**Attorneys for Defendant Mortgage Investors Corporation (Ohio):**

David M. Souders, Esq.
Michael Y. Kieval, Esq.
Mitchel H. Kider, Esq.
Scott D. Burke, Esq.
Weiner Brodsky Sidman Kider
1300 Nineteenth Street, NW
Fifth Floor
Washington, D.C. 20036-1609
souders@wbsk.com
kieval@wbsk.com
kider@wbsk.com
burke@wbsk.com

Matthew Robert Rosenkoff, Esq.
Taylor English Duma LLP
Suite 400
1600 Parkwood Circle
Atlanta, GA 30339
mrosenkoff@taylorenglish.com

**Attorney for Defendant PNC Bank, National Association:**

Martin Robert Thornton, Esq.
Catherine M. O'Neil
Christopher Cullom Burris
Jonathan R. Chally
King & Spalding, LLP – ATL
1180 Peachtree Street, NE
Suite 1700
Atlanta, GA 30309-3521
bthornton@kslaw.com
coneil@kslaw.com
cburris@kslaw.com
jchally@kslaw.com

**Attorney for Defendant GMAC Mortgage Corporation:**

Harold Wayne Phears, Esq.
McGuire Woods LLP – GA
1230 Peachtree Street, NE
Suite 2100, Promenade II
Atlanta, GA 30309
wphears@mcguirewoods.com

**Attorney for Defendant JPMorgan Chase Bank, National Association:**

William Vance Custer, Esq.
Bryan Cave LLP
One Atlantic Center, 14th Floor
1201 West Peachtree Street, NW
Atlanta, GA 30309
Bill.Custer@bryancave.com

**Attorneys for Defendant New Freedom Mortgage Corporation (Salt Lake City, UT):**

Aaron P.M. Tady, Esq.
Thomas M. Barton, Esq.
Coles Barton LLP
Suite 200
9 Lumpkin Street
Lawrenceville, GA 30046
atady@colesbarton.com
tbarton@colesbarton.com

**Attorney for Defendant Citimortgage Inc.:**

Chris Willis, Esq.
Ballard Spahr-Atl
999 Peachtree Street
Suite 1000
Atlanta, GA 30309-3915
willisc@ballardspahr.com

**Attorneys for Defendant SunTrust Mortgage, Inc.:**

Michael L. Brown
Van A. Anderson
William H. Jordan
Alston & Bird, LLP – GA
1201 West Peachtree Street
One Atlantic Center
Atlanta, GA 30309-3424
mike.brown@alston.com
van.anderson@alston.com
bjordan@alston.com

## SERVICE UPON THE FOLLOWING NON-CM/ECF SYSTEM RECIPIENTS BY U.S. MAIL:

Burt M. Rublin                              Irwin Mortgage Corporation
Diana L. Spagnuolo                          c/o CEO, CFO or Secretary
Ballard Spahr Andrews, LLP – PA             6375 Riverside Drive
1735 Market Street                          Suite 200
51st Floor                                  Dublin, OH 43017
Philadelphia, PA 19103-7599

(Attorneys for Citimortgage Inc.)

This 15th day of December, 2011.


s/ Geremy Gregory
Geremy Gregory
Georgia Bar No. 885342