IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| USA, Ex Rel., Victor E. Bibby, et al<br><br>    Plaintiff(s)<br><br>v.<br><br>WELLS FARGO BANK, National Association, et al<br><br>    Defendant(s) | CIVIL ACTION NO.<br>1:06cv0547-TWT |

O R D E R

The Court RECUSES itself from consideration of the above entitled action; therefore,

IT IS HEREBY ORDERED that the Clerk reassign this action to the next Judge on the rotation list.

IT IS HEREBY ORDERED, this 16th day of December, 2011.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
UNITED STATES DISTRICT JUDGE