THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA *ex rel.*, | § | |
| VICTOR E BIBBY and BRIAN J. | § | CIVIL ACTION FILE NO. |
| DONNELLY, | § | |
| | § | |
| | § | 1:06-CV-0547-AT |
| RELATORS/PLAINTIFFS, | § | |
| v. | § | |
| | § | |
| WELLS FARGO BANK, NATIONAL | § | |
| ASSOCIATION (INC.), individually and | § | |
| as s/b/m with WELLS FARGO | § | |
| HOME MORTGAGE, INC; *et al.* | § | |
| | § | |
| DEFENDANTS. | § | |

**FIRST TENNESSEE BANK NATIONAL ASSOCIATION'S
MOTION TO DISMISS RELATORS' SECOND AMENDED COMPLAINT**

Pursuant to Federal Rules of Civil Procedure 9(b), 12(b)(6), 20(a), and 12(b)(1), defendant First Tennessee Bank National Association, s/b/m to First Horizon Home Loan Corporation ("First Tennessee"), moves this Court for an order dismissing the Second Amended Complaint (Docket No. 54) of relators Victor Bibby and Brian Donnelly ("relators"). The Second Amended Complaint should be dismissed with prejudice because:

1.      Relators fail to plead their False Claims Act ("FCA") claim with the particularity required by Rule 9(b), both by failing to plead any details regarding

the date, time, place, amount, or substance of any alleged fraud by First Tennessee and by lumping all defendants together and pleading the entire Second Amended Complaint in terms of "defendants," rather than providing any notice of the allegedly unlawful conduct of each defendant;

2.      Relators fail to allege facts sufficient to state a claim under the FCA and in particular fail to allege any actual false claims submitted or false statements made to the United States by First Tennessee or that any such falsities, even if alleged, were the cause of any payments made by the Veterans Administration;

3.      Relators have improperly joined 14 defendants without alleging any facts supporting joinder pursuant to Fed. R. Civ. P. 20(a);

4.      Relators' FCA claim is jurisdictionally barred because relators have not alleged – and cannot demonstrate – that they have direct and independent knowledge of the information underlying their allegations or that they are otherwise the "original source" of that information; and

5.      Relators should be permitted no further opportunity to replead where, after three attempts, they still fail to allege even the most basic elements of an FCA claim.

For the foregoing reasons, as set out more fully in the Memorandum of Law accompanying this Motion, First Tennessee respectfully requests that the Court

grant this Motion and dismiss relators' Second Amended Complaint as to First Tennessee in its entirety and with prejudice.

Respectfully submitted,

FIRST TENNESSEE BANK NATIONAL
ASSOCIATION, S/B/M TO FIRST HORIZON
HOME LOAN CORPORATION

/s/ Irene C. Freidel

Christopher S. Anulewicz (GA Bar No. 020914)
Geremy Gregory (GA Bar No.  885342)
Balch & Bingham LLP
30 Ivan Allen, Jr. Blvd., NW, Suite 700
Atlanta, GA 30308
Telephone: (404) 962-3562
Facsimile:  (866) 320-6758
canulewicz@balch.com
ggregory@balch.com

Irene C. Freidel (*pro hac vice*)
Jennifer J. Nagle (*pro hac vice*)
K&L GATES LLP
State Street Financial Center
One Lincoln Street
Boston, MA 02111
Telephone:  (617) 261-3100
Facsimile:  (617) 261-3175
irene.freidel@klgates.com
jennifer.nagle@klgates.com

Dated:  December 19, 2011

## CERTIFICATE OF SERVICE

I hereby certify that on December 19, 2011, I electronically filed First Tennessee Bank National Association's Motion to Dismiss Relators' Second Amended Complaint with the Clerk of the Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

| | |
|---|---|
| *Attorneys for the United States of America* | |
| Amy L. Berne<br>Daniel A. Caldwell, III | Amy.Berne@usdoj.gov<br>Dan.Caldwell@usdoj.gov |
| *Attorneys for Relators* | |
| James Edward Butler , Jr.<br>Brandon L. Peak<br>Leigh M. May<br>Samantha DiPolito<br>Marlan Bradley Wilbanks<br>Tyrone M. Bridges<br>Mary Louise Cohen<br>Timothy P. McCormack | jim@butlerwooten.com<br>brandon@butlerwooten.com<br>Leigh@butlerwooten.com<br>samantha@butlerwooten.com<br>mbw@wilbanks-bridgeslaw.com<br>tmb@wilbanks-bridgeslaw.com<br>mlc@phillipsandcohen.com<br>tmccormack@phillipsandcohen.com |
| *Attorneys for Mortgage Investors Corporation (Ohio)* | |
| David M. Souders<br>Michael Y. Kieval<br>Mitchel H. Kider<br>Scott D. Burke<br>Matthew Robert Rosenkoff | souders@wbsk.com<br>kieval@wbsk.com<br>kider@wbsk.com<br>burke@wbsk.com<br>mrosenkoff@taylorenglish.com |
| *Attorneys for Bank of America Corporation* | |
| Asher L. Rivner<br>Jonathan Rosenberg<br>William J. Sushon<br>Nancy H. Baughan | arivner@omm.com<br>jrosenberg@omm.com<br>wsushon@omm.com<br>nbaughan@phrd.com |

| | |
|---|---|
| Robert M. Brennan<br>Scott Eric Zweigel | bbrennan@phrd.com<br>szweigel@phrd.com |
| *Attorneys for New Freedom Mortgage Corporation* | |
| Aaron Paul Michael Tady<br>Thomas M. Barton | atady@colesbarton.com<br>tbarton@colesbarton.com |
| *Attorneys for Wells Fargo Bank, National Association (Inc.)* | |
| Robert J. Sherry<br>Amy P. Williams<br>David Lewis Balser | robert.sherry@klgates.com<br>amy.williams@klgates.com<br>dbalser@mckennalong.com |
| *Attorney for PNC Bank, National Association* | |
| Martin Robert Thornton<br>Christopher C. Burris<br>Catherine M. O'Neil<br>Jonathan R. Chally | bthornton@kslaw.com<br>cburris@kslaw.com<br>coneil@kslaw.com<br>jchally@kslaw.com |
| *Attorneys for First Tennessee Bank National Association (Inc.)* | |
| Irene C. Freidel<br>Jennifer J. Nagle<br>Christopher Scott Anulewicz<br>Geremy Gregory | irene.freidel@klgates.com<br>jennifer.nagle@klgates.com<br>canulewicz@balch.com<br>ggregory@balch.com |
| *Attorneys for SunTrust Mortgage, Inc.* | |
| Michael L. Brown<br>Van A. Anderson<br>William H. Jordan | mike.brown@alston.com<br>van.anderson@alston.com<br>bjordan@alston.com |
| *Attorney for GMAC Mortgage Corporation* | |
| Harold Wayne Phears | wphears@mcguirewoods.com |

| *Attorneys for CitiMortgage, Inc.* | |
|---|---|
| Christopher J. Willis<br>Burt M. Rublin | willisc@ballardspahr.com<br>rublin@ballardspahr.com |

| *Attorney for JP Morgan Chase Bank* | |
|---|---|
| William V. Custer, IV | bill.custer@bryancave.com |

| *Attorneys for Countrywide Home Loans, Inc. and Bank of America, N.A.* | |
|---|---|
| Douglas A. Axel<br>Mark P. Guerrara<br>Mark D. Hopson<br>Meghan D. Berroya<br>Robert J. Conlan, Jr.<br>Sean C. Griffin<br>Richard K. Hines, V | daxel@sidley.com<br>mguerrara@sidley.com<br>mhopson@sidley.com<br>mberroya@sidley.com<br>rconlan@sidley.com<br>sgriffin@sidley.com<br>richard.hines@nelsonmullins.com |

I further hereby certify that I have mailed the foregoing document to the following non-CM/ECF participants by United States Postal Service, postage-prepaid:

| *Attorneys for CitiMortgage, Inc.* | |
|---|---|
| Diana L. Spagnuolo<br>Ballard Spahr Andrews, LLP - PA<br>1735 Market Street<br>51st Floor<br>Philadelphia, PA 19103-7599 | |

| *Attorneys for JP Morgan Chase Bank* | |
|---|---|
| Andrew J. Ceresney<br>Debevoise & Plimpton, LLP<br>919 Third Avenue<br>New York, NY 10022 | Courtney M. Dankworth<br>Debevoise & Plimpton, LLP<br>919 Third Avenue<br>New York, NY 10022 |

| Mary Beth Hogan | Shannon Rose Selden |
|---|---|
| Debevoise & Plimpton, LLP | Debevoise & Plimpton, LLP |
| 919 Third Avenue | 919 Third Avenue |
| New York, NY 10022 | New York, NY 10022 |

*/s/ Jennifer J. Nagle*

Jennifer J. Nagle (*pro hac vice*)
K&L GATES LLP
State Street Financial Center
One Lincoln Street
Boston, MA 02111
Telephone:  (617) 261-3100
Facsimile:  (617) 261-3175
jennifer.nagle@klgates.com