THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA *ex rel.*, | § | |
| VICTOR E BIBBY and BRIAN J. | § | CIVIL ACTION FILE NO. |
| DONNELLY, | § | |
| | § | 1:06-CV-0547-AT |
| RELATORS/PLAINTIFFS, | § | |
| | § | |
| v. | § | |
| | § | |
| WELLS FARGO BANK, NATIONAL | § | |
| ASSOCIATION (INC.), individually and | § | |
| as s/b/m with WELLS FARGO | § | |
| HOME MORTGAGE, INC; *et al.* | § | |
| | § | |
| DEFENDANTS. | § | |

## [Proposed] ORDER

The Court having reviewed the Motion to Dismiss filed by defendant First

Tennessee Bank National Association, s/b/m to First Horizon Home Loan

Corporation ("First Tennessee"), and all accompanying materials, First

Tennessee's Motion to Dismiss is hereby **GRANTED**.  All pending claims against

First Tennessee are hereby dismissed with prejudice.

**SO ORDERED** this _____ day of _____, 2012.

_____
Honorable Amy Totenberg
Judge, United States District Court