IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.*, VICTOR E. BIBBY and BRIAN J. DONNELLY,<br><br>        Relators/Plaintiffs,<br><br>    vs.<br><br>WELLS FARGO BANK, NATIONAL ASSOCIATION (INC.), individually and as s/b/m WELLS FARGO HOME MORTGAGE, INC.; *et al.*<br><br>        Defendants. | C.A. No. 1:06-CV-00547-AT |

**DEFENDANT SUNTRUST MORTGAGE, INC.'S**
**MOTION TO DISMISS SECOND AMENDED COMPLAINT**

Pursuant to Rules 9(b), 12(b)(1), and 12(b)(6) of the Federal Rules of Civil Procedure, Defendant SunTrust Mortgage, Inc. ("SunTrust") moves this court for an order dismissing Relators' Second Amended Complaint ("SAC") and for such other and further relief as the Court may deem just and proper. As explained in more detail in SunTrust's accompanying Memorandum of Law in support of this Motion, Relators' claims should be dismissed for the following reasons: (1) this

1

Court lacks subject matter jurisdiction because Relators' allegations in the SAC are based on publicly disclosed information and Relators are not an original source of the information; (2) Relators have not pled sufficient details to satisfy the pleading requirements of Federal Rule of Civil Procedure 9(b); and (3) Relators have failed to allege the presentation of a false claim on the government and, therefore, have failed to state a claim under Federal Rule of Civil Procedure 12(b)(6).  A Memorandum of Law in support of this Motion is submitted herewith.

Respectfully submitted this 19th day of December, 2011.

/s/ Michael L. Brown
MICHAEL L. BROWN
Georgia Bar No. 088875

ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, GA  30309-3424
TEL:  (404) 881-7000
FAX: (404) 881-7777
bill.jordan@alston.com
mike.brown@alston.com
van.anderson@alston.com
meredith.jones@alston.com

*Counsel for Defendant SunTrust Mortgage, Inc.*

# CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1

The undersigned counsel certifies that the foregoing DEFENDANT SUNTRUST MORTGAGE, INC.'S MOTION TO DISMISS THE SECOND AMENDED COMPLAINT was prepared with one of the font and point selections approved by the Court in Local Rule 5.1.

/s/ Michael L. Brown
MICHAEL L. BROWN
Georgia Bar No. 088875

ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, GA  30309-3424
TEL:  (404) 881-7000
FAX: (404) 881-7777
bill.jordan@alston.com
mike.brown@alston.com
van.anderson@alston.com
meredith.jones@alston.com

*Counsel for Defendant SunTrust Mortgage, Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA *ex rel.*, VICTOR E. BIBBY and BRIAN J. DONNELLY, | ) ) ) ) | |
| Relators/Plaintiffs, | ) ) | |
| vs. | ) ) | C.A. No. 1:06-CV-00547-AT |
| WELLS FARGO BANK, NATIONAL ASSOCIATION (INC.), individually and as s/b/m WELLS FARGO HOME MORTGAGE, INC.; *et al.* | ) ) ) ) ) ) | |
| Defendants. | ) | |

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this 19th day of December 2011 electronically filed the foregoing MOTION TO DISMISS with the Clerk of Court using the CM/ECF system, which will automatically send an e-mail notification to the following counsel:

| | |
|---|---|
| James E. Butler, Jr.<br>Leigh Martin May<br>Brandon L. Peak<br>Samantha A. DiPolito<br>Butler, Wooten & Fryhofer, LLP<br>2719 Buford Highway<br>Atlanta, Georgia  30324 | Richard Kennon Hines<br>Nelson Mullins Riley & Scarborough<br>Suite 1700<br>201 17th Street, N.W.<br>Atlanta, GA 30363 |
| Marlan B. Wilbanks<br>Ty M. Bridges<br>Wilbanks & Bridges, LLP<br>3414 Peachtree Street, N.E.<br>Ste. 1075<br>Atlanta, Georgia 30326 | Matthew R. Rosenkoff<br>Taylor English Duma LLP<br>1600 Parkwood Circle - Suite 400<br>Atlanta, GA 30339 |
| Mary Louise Cohen<br>Timothy McCormack<br>Phillips & Cohen<br>2000 Massachusetts Avenue, N.W.<br>Washington, DC 20036 | William Vance Custer, IV<br>Bryan Cave, LLP<br>One Atlantic Center, 14th Floor<br>1201 West Peachtree Street, N.W.<br>Atlanta, GA 30309-3488 |
| Robert J. Sherry<br>K&L Gates LLP-TX<br>Suite 2800<br>1717 Main Street<br>Dallas, TX 75201 | Amy Pritchard Williams<br>K & L Gates-NC<br>214 North Tryon Street<br>Charlotte, NC 28202 |
| David M. Souders<br>Michael Y. Kieval<br>Mitchel H. Kider<br>Scott D. Burke<br>Weiner Brodsky Sidman Kider<br>1300 Nineteenth Street, N.W.<br>Fifth Floor<br>Washington, DC 20036-1609 | Burt M. Rublin<br>Diana L. Spagnuolo<br>Ballard Spahr Andrews, LLP-PA<br>1735 Market Street<br>51st Floor<br>Philadelphia, PA 19103-7599 |

| | |
|---|---|
| Douglas A. Axel<br>Sidley Austin, LLP-Los Angeles<br>Suite 4000<br>555 West Fifth Street<br>Los Angeles, CA 90013 | Christopher J. Willis<br>Ballard Spahr-Atl<br>Suite 1000<br>999 Peachtree Street<br>Atlanta, GA 30309-3915 |
| Mark P. Guerrera<br>Mark. D. Hopson<br>Meghan Delaney Berroya<br>Robert J. Conlan , Jr.<br>Sean C. Griffin<br>Sidley Austin, LLP-DC<br>1501 K Street, NW<br>Washington, DC 20005 | Asher L. Rivner<br>Jonathan Rosenberg<br>William J. Sushon<br>O'Melveny & Myers, LLP-NY<br>7 Time Square<br>Times Square Tower<br>New York, NY 10036 |
| Nancy H. Baughan<br>Robert M. Brennan<br>Scott Eric Zweigel<br>Parker Hudson Rainer & Dobbs<br>285 Peachtree Center Avenue, N.E.<br>1500 Marquis II Tower<br>Atlanta, GA 30303 | Aaron Paul Michael Tady<br>Thomas M. Barton<br>Coles Barton LLP<br>Suite 200<br>9 Lumpkin Street<br>Lawrenceville, GA 30046 |
| Irene C. Freidel<br>Jennifer J. Nagle<br>K & L Gates, LLP-MA<br>State Street Financial Center<br>One Lincoln Street<br>Boston, MA 02111-2950 | Christopher Scott Anulewicz<br>Balch & Bingham<br>Suite 700<br>30 Ivan Allen Jr. Boulevard, NW<br>Atlanta, GA 30308 |
| Harold Wayne Phears<br>McGuire Woods LLP-GA<br>1230 Peachtree Street, N.E.<br>Suite 2100, Promenade II<br>Atlanta, GA 30309 | David Lewis Balser<br>McKenna Long & Aldridge, LLP<br>303 Peachtree Street, N.E.<br>One Peachtree Center, Suite 5300<br>Atlanta, GA 30308 |
| M. Robert Thornton<br>King & Spalding LLP<br>1180 Peachtree Street<br>Atlanta, GA 30309-3521 | |

LEGAL02/33029529v1

/s/ Michael L. Brown
MICHAEL L. BROWN
Georgia Bar No. 088875

LEGAL02/33029529v1