UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

|  |  |
|---|---|
| UNITED STATES OF AMERICA, ex rel., VICTOR E. BIBBY and BRIAN J. DONNELLY, <br><br> Relators/Plaintiffs, <br><br> v. <br><br> WELLS FARGO BANK, NATIONAL ASSOCIATION (INC.), individually and as s/b/m with WELLS FARGO HOME MORTGAGE, INC., et al., <br><br> Defendants. | Civil Action File <br><br> No. 1:06-CV-0547-AT |

## **STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT**

The Relators/Plaintiffs in the above-captioned lawsuit hereby stipulate that Defendant New Freedom Mortgage Corporation n/k/a iFreedom Direct's ("Freedom") time to respond to the Second Amended Complaint shall be extended through and including the date on which Relators/Plaintiffs' dismissal of Freedom is approved by the United States and by the Court or through and including 15 days after the dismissal is not approved, whichever occurs later.

[signatures on following page]

Respectfully submitted this 22nd day of December, 2011.

BUTLER, WOOTEN &
FRYHOFER, LLP

COLES BARTON LLP

BY: s/ Leigh Martin May
JAMES E. BUTLER, JR.
  jim@butlerwooten.com
  Georgia Bar No. 099625
LEIGH MARTIN MAY
  leigh@butlerwooten.com
  Georgia Bar No. 473389
BRANDON L. PEAK
  brandon@butlerwooten.com
  Georgia Bar No. 141605
SAMANTHA A. DiPOLITO
  samantha@butlerwooten.com
  Georgia Bar No. 203011
2719 Buford Highway
Atlanta, Georgia 30324
(404) 321-1700
(404) 32101713 Fax

Attorneys for Relators/Plaintiffs

BY: s/ Aaron P.M. Tady
THOMAS M. BARTON
  tbarton@colesbarton.com
  Georgia Bar No. 040821
AARON P.M. TADY
  atady@colesbarton.com
  Georgia Bar No. 696273
9 Lumpkin Street, Suite 200
Lawrenceville, Georgia 30046
(770) 995-5552
(770) 995-5582 Fax

Attorneys for Defendant New
Freedom Mortgage Corporation n/k/a
iFreedom Direct Corporation

# CERTIFICATE OF SERVICE

This is to certify that on December 22, 2011, I electronically filed the foregoing STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT with the Clerk of the Court using the CM/ECF system which will automatically send email notification of such filing to all counsel record.

COLES BARTON LLP

/s/ Aaron P.M. Tady
Thomas M. Barton
Georgia Bar Number 040821
Aaron P.M. Tady
Georgia Bar Number 696273
9 Lumpkin Street, Suite 200
Lawrenceville, Georgia 30046
770-995-5552 - Telephone
770-995-5582 - Facsimile
tbarton@colesbarton.com
atady@colesbarton.com

Attorneys for Defendant New Freedom Mortgage Corporation n/k/a iFreedom Direct Corporation