IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| U.S. *ex rel.* BIBBY, *et al.*, | CIVIL ACTION |
| Relators/Plaintiffs, | NO. 1:06-CV-0547-AT |
| v. | |
| WELLS FARGO BANK, N.A., *et al.*, | |
| Defendants. | |

**CERTIFICATE OF INTERESTED PERSONS AND
CORPORATE DISCLOSURE STATEMENT
OF DEFENDANT CITIMORTGAGE, INC.**

Pursuant to Local Rule 3.3 of the U.S. District Court for the Northern District of Georgia, Defendant CitiMortgage, Inc. ("CitiMortgage") states as follows:

1. The undersigned counsel of record for CitiMortgage certifies that, to the best of his knowledge, the caption of the Second Amended Complaint (Docket No. 54) provides a full and complete list of all parties presently named in this action. The undersigned further states that CitiMortgage, Inc. is an indirect wholly-owned subsidiary of Citigroup Inc., which is a publicly traded entity. The

undersigned does not have knowledge regarding the corporate ownership of the other named defendants in this action.

2. The undersigned further certifies that, to the best of his knowledge, the only other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case are Relators' counsel and their law firms.

3. The undersigned further certifies that, to the best of CitiMortgage's knowledge, the following is a full and complete list of all persons presently serving as attorneys in this proceeding:

**For Relators/Plaintiffs:**
James E. Butler, Jr.
Leigh Martin May
Brandon L. Peak
Samantha A. DiPolito
Butler, Wooten & Fryhofer, LLP
2719 Buford Highway
Atlanta, Georgia 30324

Marlan B. Wilbanks
Tyrone M. Bridges
Wilbanks & Bridges, LLP
3414 Peachtree Street, N.E., Ste. 1075
Atlanta, Georgia 30326

Mary Louise Cohen
Timothy McCormack
Phillips & Cohen LLP
2000 Massachusetts Avenue, N.W.
Washington, DC 20036

**For Bank of America Corporation (BAC):**
Nancy H. Baughan
Robert M. Brennan
Scott E. Zweigel
Parker, Hudson, Rainer & Dobbs, LLP
1500 Marquis Two Tower
285 Peachtree Center Avenue, N.E.
Atlanta, GA  30303

Jonathan Rosenberg
William J. Sushon
Asher Rivner
O'Melveny & Myers LLP
7 Times Square
New York, NY  10036

**For Countrywide Home Loans, Inc. and Bank of America, N.A. (BANA):**
Richard K. Hines V
Nelson Mullins Riley & Scarborough
201 17th Street, Suite 1700
Atlanta, Ga.  30363

Robert J. Conlan, Jr.
Mark P. Guerrera
Mark D. Hopson
Sean C. Griffin
Meghan D. Berroya
Sidley Austin LLP
1501 K Street, N.W.
Washington, DC  20005

Douglas A. Axel
Sidley Austin LLP
555 West Fifth Street
Los Angeles, CA  90013

**For First Tennessee:**
Irene Freidel
Jennifer J. Nagle
K&L Gates LLP
One Lincoln Street
Boston, MA  02111

Christopher S. Anulewicz
Geremy W. Gregory
Balch & Bingham LLP
30 Ivan Allen, Jr. Blvd., N.W.
Suite 700
Atlanta, GA  30308

**For GMAC n/k/a Ally Financial Inc.:**
H. Wayne Phears
McGuire Woods LLP
Suite 2100, Promenade II
1230 Peachtree Street NE
Atlanta, GA  30309

**For IFreedom (f/k/a New Freedom):**
Thomas Barton
Aaron P.M. Tady
Coles Barton LLP
9 Lumpkin Street, Suite 200
Lawrenceville, GA  30046

**For Irwin Mortgage:**
Robert B. Berner
Bailey Cavalieri LLC
Kettering Tower
40 North Main Street
Suite 1250
Dayton, OH  45423

**For JPMorgan:**
William V. Custer, IV
Bryan Cave LLP
One Atlantic Center, Fourteenth Floor
1201 W. Peachtree St., N.W.
Atlanta, GA  30309-3488

**For JPMorgan Chase Bank, N.A.:**
Andrew J. Ceresney
Courtney M. Dankworth
Mary Beth Hogan
Shannon Rose Selden
Debevoise & Plimpton, LLP
919 Third Avenue
New York, NY 10022

**For Mortgage Investors Corp.:**
Matthew R. Rosenkoff
Taylor English Duma LLP
1600 Parkwood Circle – Suite 400
Atlanta, GA  30339

Mitchel H. Kider
David M. Souders
Michael Y. Kieval
Scott D. Burke
Weiner Brodsky Sidman Kider PC
1300 19th Street, NW, Fifth Floor
Washington, DC  20036

**For PNC:**
M. Robert Thornton
Catherine M. O'Neil
Christopher C. Burris
Jonathan R. Chally
King & Spalding
1180 Peachtree Street, N.E.
Atlanta, GA  30309

**For SunTrust:**
William H. Jordan
Michael L. Brown
Van A. Anderson
Alston & Bird LLP
1201 West Peachtree St,
Atlanta, GA  30309

**For Wells Fargo:**
David. L. Balser
McKenna Long Aldridge LLP
303 Peachtree Street, Suite 5300
Atlanta, GA  30308

Amy P. Williams
K & L Gates, LLP
Hearst Tower
214 North Tryon Street, 47th Floor
Charlotte, NC  28202

Robert J. Sherry, Esq.
K & L Gates, LLP
1717 Main Street, Suite 2800
Dallas, TX  75201

**For United States:**
Amy L. Berne, Esq.
Daniel A. Caldwell, III, Esq.
Laura K. Bonander, Esq.
Office of United States Attorney
Northern District of Georgia
75 Spring Street, S.W.
600 United States Courthouse
Atlanta, GA  30303


Dated:  December 28, 2011                    Respectfully submitted,


Burt M. Rublin (PHV)                         By: /s/ Christopher J. Willis
Diana L. Spagnuolo (PHV)                     GA Bar No.  766297
BALLARD SPAHR LLP                            BALLARD SPAHR LLP
1735 Market Street, 51st Floor          999 Peachtree Street
Philadelphia, PA 19103                       Suite 1000
(215) 665-8500                               Atlanta, GA 30309-3915
(215) 864-8999 (fax)                         (678) 420-9436
rublin@ballardspahr.com                      (678) 420-9301 (fax)
spagnuolod@ballardspahr.com                  willisc@ballardspahr.com

*Attorneys for Defendant CitiMortgage, Inc.*

## **CERTIFICATE OF COMPLIANCE**

Pursuant to Local Rules 5.1(B) and 7.1(D), I hereby certify that the foregoing Certificate of Interested Persons and Corporate Disclosure Statement complies with the applicable font and size requirements and is formatted in Times New Roman, 14-point font.

/s/ Christopher J. Willis
GA Bar No. 766297
BALLARD SPAHR LLP
999 Peachtree Street
Suite 1000
Atlanta, GA 30309-3915
(678) 420-9436
(678) 420-9301 (fax)
willisc@ballardspahr.com

# CERTIFICATE OF SERVICE

I hereby certify that on December 28, 2011, I electronically filed the foregoing CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to the following attorneys of record:

| *Attorneys for the United States of America* | |
|---|---|
| Amy L. Berne | Amy.Berne@usdoj.gov |
| Daniel A. Caldwell, III | Dan.Caldwell@usdoj.gov |
| Laura Kennedy Bonander | Laura.Bonander@usdoj.gov |
| *Attorneys for Relators* | |
| James Edward Butler, Jr. | jim@butlerwooten.com |
| Brandon L. Peak | brandon@butlerwooten.com |
| Leigh M. May | Leigh@butlerwooten.com |
| Samantha DiPolito | samantha@butlerwooten.com |
| Marlan Bradley Wilbanks | mbw@wilbanks-bridgeslaw.com |
| Tyrone M. Bridges | tmb@wilbanks-bridgeslaw.com |
| Mary Louise Cohen | mlc@phillipsandcohen.com |
| Timothy P. McCormack | TMcCormack@phillipsandcohen.com |
| *Attorneys for Mortgage Investors Corporation (Ohio)* | |
| David M. Souders | souders@wbsk.com |
| Michael Y. Kieval | kieval@wbsk.com |
| Mitchel H. Kider | kider@wbsk.com |
| Scott D. Burke | burke@wbsk.com |
| Matthew Robert Rosenkoff | mrosenkoff@taylorenglish.com |

| *Attorneys for Bank of America Corporation* | |
|---|---|
| Asher L. Rivner | arivner@omm.com |
| Jonathan Rosenberg | jrosenberg@omm.com |
| William J. Sushon | wsushon@omm.com |
| Nancy H. Baughan | nbaughan@phrd.com |
| Robert M. Brennan | bbrennan@phrd.com |
| Scott Eric Zweigel | szweigel@phrd.com |
| *Attorneys for Countrywide Home Loans, Inc. and Bank of America, National Association* | |
| Richard Kennon Hines, V | richard.hines@nelsonmullins.com |
| Douglas A. Axel | daxel@sidley.com |
| Mark P. Guerrera | mguerrera@sidley.com |
| Mark D. Hopson | mhopson@sidley.com |
| Meghan Delaney Berroya | mberroya@sidley.com |
| Robert J. Conlan, Jr. | rconlan@sidley.com |
| Sean C. Griffin | sgriffin@sidley.com |
| *Attorneys for New Freedom Mortgage Corporation* | |
| Aaron Paul Michael Tady | atady@colesbarton.com |
| Thomas M. Barton | tbarton@colesbarton.com |
| *Attorneys for Wells Fargo Bank, National Association (Inc.)* | |
| Amy Pritchard Williams | amy.williams@klgates.com |
| Robert J. Sherry | robert.sherry@klgates.com |
| David Lewis Balser | dbalser@mckennalong.com |
| *Attorney for JPMorgan Chase Bank, National Association* | |
| William Vance Custer, IV | bill.custer@bryancave.com |
| *Attorneys for PNC Bank, National Association* | |
| Catherine M. O'Neil | coneil@kslaw.com |
| Christopher Cullom Burris | cburris@kslaw.com |
| Jonathan R. Chally | jchally@kslaw.com |
| Martin Robert Thornton | bthornton@kslaw.com |

| *Attorneys for First Tennessee Bank National Association (Inc.)* ||
|---|---|
| Irene C. Freidel | irene.freidel@klgates.com |
| Jennifer J. Nagle | jennifer.nagle@klgates.com |
| Christopher Scott Anulewicz | canulewicz@balch.com |
| Geremy Walden Gregory | ggregory@balch.com |
| *Attorneys for Sun Trust Mortgage, Inc.* ||
| Michael L. Brown | mike.brown@alston.com |
| Van A. Anderson | van.anderson@alston.com |
| William H. Jordan | bjordan@alston.com |
| *Attorney for GMAC Mortgage Corporation* ||
| Harold Wayne Phears | wphears@mcguirewoods.com |

I hereby certify that I have mailed by United States Postal Service the foregoing CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT to the following non-CM/ECF participants:

Andrew J. Ceresney
Courtney M. Dankworth
Mary Beth Hogan
Shannon Rose Selden
Debevoise & Plimpton, LLP
919 Third Avenue
New York, NY 10022
*Attorneys for JPMorgan Chase Bank, National Association*

This 28th day of December, 2011.

/s/ Christopher J. Willis
GA Bar No. 766297
BALLARD SPAHR LLP
999 Peachtree Street
Suite 1000
Atlanta, GA 30309-3915
(678) 420-9436
(678) 420-9301 (fax)
willisc@ballardspahr.com