## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| U.S. *ex rel.* BIBBY, *et al.,* | **CIVIL ACTION** |
| Relators/Plaintiffs, | **NO: 1:06-CV-0547-AT** |
| v. | |
| WELLS FARGO BANK, N.A., *et al.,* | |
| Defendants. | |

## DEFENDANT CITIMORTGAGE, INC.'s MOTION TO DISMISS

Pursuant to Federal Rules of Civil Procedure 9(b), 12(b)(1), and 12(b)(6),
and for the reasons set forth in the accompanying Memorandum, as well as the
other Memoranda incorporated therein, Defendant CitiMortgage, Inc. ("CMI"), by
and through its undersigned counsel, respectfully moves this Court for an Order
dismissing with prejudice the Second Amended Complaint, see Dkt. No. 54, filed

by Relators Victor E. Bibby and Brian J. Donnelly.

Respectfully submitted,

Date:  December 28, 2011

/s/ Christopher J. Willis
Ga. Bar No. 766297
BALLARD SPAHR LLP
999 Peachtree Street
Suite 1000
Atlanta, GA 30309-3915
(678) 420-9436
(678) 420-9301 (fax)
willisc@ballardspahr.com

Burt M. Rublin (PHV)
Diana L. Spagnuolo (PHV)
BALLARD SPAHR LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103
(215) 665-8500
(215) 864-8999 (fax)
rublin@ballardspahr.com
spagnuolod@ballardspahr.com

*Attorneys for CitiMortgage, Inc.*

# CERTIFICATE OF COMPLIANCE

Pursuant to Local Rules 5.1(B) and 7.1(D), I hereby certify that the

foregoing MOTION TO DISMISS complies with the applicable font and size

requirements and is formatted in Times New Roman, 14-point font.

/s/ Christopher J. Willis
Ga. Bar No. 766297
BALLARD SPAHR LLP
999 Peachtree Street
Suite 1000
Atlanta, GA 30309-3915
(678) 420-9436
(678) 420-9301 (fax)
willisc@ballardspahr.com

# CERTIFICATE OF SERVICE

I hereby certify that on December 28, 2011, I electronically filed the foregoing MOTION TO DISMISS with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

| *Attorneys for the United States of America* | |
|---|---|
| Amy L. Berne | Amy.Berne@usdoj.gov |
| Daniel A. Caldwell, III | Dan.Caldwell@usdoj.gov |
| Laura Kennedy Bonander | Laura.Bonander@usdoj.gov |
| *Attorneys for Relators* | |
| James Edward Butler, Jr. | jim@butlerwooten.com |
| Brandon L. Peak | brandon@butlerwooten.com |
| Leigh M. May | Leigh@butlerwooten.com |
| Samantha DiPolito | samantha@butlerwooten.com |
| Marlan Bradley Wilbanks | mbw@wilbanks-bridgeslaw.com |
| Tyrone M. Bridges | tmb@wilbanks-bridgeslaw.com |
| Mary Louise Cohen | mlc@phillipsandcohen.com |
| Timothy P. McCormack | TMcCormack@phillipsandcohen.com |
| *Attorneys for Mortgage Investors Corporation (Ohio)* | |
| David M. Souders | souders@wbsk.com |
| Michael Y. Kieval | kieval@wbsk.com |
| Mitchel H. Kider | kider@wbsk.com |
| Scott D. Burke | burke@wbsk.com |
| Matthew Robert Rosenkoff | mrosenkoff@taylorenglish.com |

| *Attorneys for Bank of America Corporation* | |
|---|---|
| Asher L. Rivner | arivner@omm.com |
| Jonathan Rosenberg | jrosenberg@omm.com |
| William J. Sushon | wsushon@omm.com |
| Nancy H. Baughan | nbaughan@phrd.com |
| Robert M. Brennan | bbrennan@phrd.com |
| Scott Eric Zweigel | szweigel@phrd.com |
| *Attorneys for Countrywide Home Loans, Inc. and Bank of America, National Association* | |
| Richard Kennon Hines, V | richard.hines@nelsonmullins.com |
| Douglas A. Axel | daxel@sidley.com |
| Mark P. Guerrera | mguerrera@sidley.com |
| Mark D. Hopson | mhopson@sidley.com |
| Meghan Delaney Berroya | mberroya@sidley.com |
| Robert J. Conlan, Jr. | rconlan@sidley.com |
| Sean C. Griffin | sgriffin@sidley.com |
| *Attorneys for New Freedom Mortgage Corporation* | |
| Aaron Paul Michael Tady | atady@colesbarton.com |
| Thomas M. Barton | tbarton@colesbarton.com |
| *Attorneys for Wells Fargo Bank, National Association (Inc.)* | |
| Amy Pritchard Williams | amy.williams@klgates.com |
| Robert J. Sherry | robert.sherry@klgates.com |
| David Lewis Balser | dbalser@mckennalong.com |
| *Attorney for JPMorgan Chase Bank, National Association* | |
| William Vance Custer, IV | bill.custer@bryancave.com |

| Attorneys for PNC Bank, National Association | |
|---|---|
| Catherine M. O'Neil | coneil@kslaw.com |
| Christopher Cullom Burris | cburris@kslaw.com |
| Jonathan R. Chally | jchally@kslaw.com |
| Martin Robert Thornton | bthornton@kslaw.com |
| Attorneys for First Tennessee Bank National Association (Inc.) | |
| Irene C. Freidel | irene.freidel@klgates.com |
| Jennifer J. Nagle | jennifer.nagle@klgates.com |
| Christopher Scott Anulewicz | canulewicz@balch.com |
| Geremy Walden Gregory | ggregory@balch.com |
| Attorneys for Sun Trust Mortgage, Inc. | |
| Michael L. Brown | mike.brown@alston.com |
| Van A. Anderson | van.anderson@alston.com |
| William H. Jordan | bjordan@alston.com |
| Attorney for GMAC Mortgage Corporation | |
| Harold Wayne Phears | wphears@mcguirewoods.com |

I hereby certify that I have mailed by United States Postal Service the

foregoing MOTION TO DISMISS to the following non-CM/ECF participants:

Andrew J. Ceresney
Courtney M. Dankworth
Mary Beth Hogan
Shannon Rose Selden
Debevoise & Plimpton, LLP
919 Third Avenue
New York, NY 10022
*Attorneys for JPMorgan Chase Bank,*
*National Association*

/s/ Christopher J. Willis
Ga. Bar No. 766297
BALLARD SPAHR LLP
999 Peachtree Street
Suite 1000
Atlanta, GA 30309-3915
(678) 420-9436
(678) 420-9301 (fax)
willisc@ballardspahr.com