# EXHIBIT C

# TO

# MORTGAGE INVESTORS CORPORATION'S

# REPLY IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT

To Whom it may concern;

Brian J. Donnelly & Nancy C Donnelly
407 Maple Ridge Ct.
Cumming, Ga. 30028

Would like to reopen our Chapter 7 Bankruptcy - case # 08-23093 - to add a creditor. The creditor is Marian H. Donnelly her councel is Patrick J. Gibbs 45 Woodstock St Roswell Ga. 30075, Phone 770-645-4990

*[signature] Brian J Donnelly*
*[signature] Nancy C Donnelly*

FILED
IN CLERK'S OFFICE
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT
OF GEORGIA

NOV 02 2011 AM 9:31

H. REGINA THOMAS,
CLERK
BY: [initials]
DEPUTY CLERK

Certificate of Service.

Nov 2, 2011

Please notify the following parties of adding creditors to bankruptcy Case # 08-23093. The creditor is Marian H. Donnelly, her councel is Patrick J. Gibbs 45 Woodstock St. Roswell Ga. 30075, Phone 770-645-4990

Nancy C Donnelly

```
           U. S. BANKRUPTCY COURT
         NORTHERN DISTRICT OF GEORGIA
            GAINESVILLE DIVISION

             # 00271413 - GH
             November 2, 2011



Code      Case No     Qty     Amount By

7R        08-23093     1      $260.00 CA
   Judge  - Robert E. Brizendine
   Debtor - B. J. DONNELLY
AM2       08-23093     1       $30.00 CA
   Judge  - Robert E. Brizendine
   Debtor - B. J. DONNELLY


TOTAL:                        $290.00

Amount Tendered:              $300.00
Change Returned:               $10.00


FROM: Brian J. and Nancy C. Donnelly
      407 Maple Ridge Court
      Cumming, GA 30028
```

Page 1