IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. VICTOR E. BIBBY and BRIAN J. DONNELLY,<br><br>Relators/Plaintiffs,<br><br>v.<br><br>WELLS FARGO BANK, N.A, *et al.*,<br><br>Defendants. | Civil Action No.:<br><br>1:06-cv-00547-AT |

**CERTIFICATE OF SERVICE**

I hereby certify that on this 9th day of January, 2012, a copy of the foregoing was served upon the following counsel of record via electronic notification:

| | |
|---|---|
| James E. Butler, Jr.<br>Leigh Martin May<br>Brandon L. Peak<br>Samantha A. DiPolito<br>Butler, Wooten & Fryhofer, LLP<br>2719 Buford Highway<br>Atlanta, Georgia 30324 | Marlan B. Wilbanks<br>Ty M. Bridges<br>Wilbanks & Bridges, LLP<br>3414 Peachtree Street, N.E.<br>Ste. 1075<br>Atlanta, Georgia 30326 |
| Richard Kennon Hines<br>Nelson Mullins Riley & Scarborough<br>Suite 1700<br>201 17th Street, N.W.<br>Atlanta, GA 30363 | Mary Louise Cohen<br>Timothy McCormack<br>Phillips & Cohen<br>2000 Massachusetts Avenue, N.W.<br>Washington, DC 20036 |

1

Michael L. Brown
Van A. Anderson
William H. Jordan
Alston & Bird, LLP
1201 West Peachtree Street
One Atlantic Center
Atlanta, Georgia 30309-3424

William Vance Custer, IV
Bryan Cave, LLP
One Atlantic Center, 14th Floor
1201 West Peachtree Street, N.W.
Atlanta, GA 30309-3488

Robert J. Sherry
K&L Gates LLP-TX
Suite 2800
1717 Main Street
Dallas, TX 75201

Amy Pritchard Williams
K & L Gates-NC
214 North Tryon Street
Charlotte, NC 28202

Burt M. Rublin
Diana L. Spagnuolo
Ballard Spahr Andrews, LLP-PA
1735 Market Street
51st Floor
Philadelphia, PA 19103-7599

Douglas A. Axel
Sidley Austin, LLP-Los Angeles
Suite 4000
555 West Fifth Street
Los Angeles, CA 90013

Christopher J. Willis
Ballard Spahr-Atl
Suite 1000
999 Peachtree Street
Atlanta, GA 30309-3915

Mark P. Guerrera
Mark. D. Hopson
Meghan Delaney Berroya
Robert J. Conlan , Jr.
Sean C. Griffin
Sidley Austin, LLP-DC
1501 K Street, NW
Washington, DC 20005

Asher L. Rivner
Jonathan Rosenberg
William J. Sushon
O'Melveny & Myers, LLP-NY
7 Time Square
Times Square Tower
New York, NY 10036

Aaron Paul Michael Tady
Thomas M. Barton
Coles Barton LLP
Suite 200
9 Lumpkin Street
Lawrenceville, GA 30046

Christopher Scott Anulewicz
Geremy Walden Gregory
Balch & Bingham
Suite 700
30 Ivan Allen Jr. Boulevard, NW
Atlanta, GA 30308

David Lewis Balser
McKenna Long & Aldridge, LLP
303 Peachtree Street, N.E.
One Peachtree Center, Suite 5300
Atlanta, GA 30308

Andrew J. Ceresney
Courtney M. Dankworth
Mary Beth Hogan
Shannon Rose Selden
Debevoise & Plimpton
919 Third Avenue
New York, NY 10022

Nancy H. Baughan
Robert M. Brennan
Scott Eric Zweigel
Parker Hudson Rainer & Dobbs
285 Peachtree Center Avenue, N.E.
1500 Marquis II Tower
Atlanta, GA 30303

Irene C. Freidel
Jennifer J. Nagle
K & L Gates, LLP-MA
State Street Financial Center
One Lincoln Street
Boston, MA 02111-2950

Harold Wayne Phears
McGuire Woods LLP-GA
1230 Peachtree Street, N.E.
Suite 2100, Promenade II
Atlanta, GA 30309

Catherine M. O'Neil
Christopher Cullom Burris
Jonathan R. Chally
Martin Robert Thornton
King & Spalding, LLP-ATL
1180 Peachtree Street, NE
Suite 1700
Atlanta, GA 30309-3521

And via U.S. mail, first-class, postage pre-paid upon:

| | |
|---|---|
| Daniel A. Caldwell | Alan S. Gale, Trial Attorney |
| Amy L. Berne | United States Department of Justice |
| Laura Kennedy Bonander | Civil Division |
| Assistant United States Attorneys | Commercial Litigation Branch |
| Northern District of Georgia | Fraud Section |
| 600 Richard B. Russell Building | P.O. Box 261 |
| 75 Spring Street, S.W., Suite 600 | Ben Franklin Station |
| Atlanta, Georgia 30303 | Washington, DC 20044 |

      /s/ Michael Y. Kieval
Michael Y. Kieval (Pro Hac Vice)
Weiner Brodsky Sidman Kider PC
1300 19th Street, NW, Fifth Floor
Washington, DC 20036
Telephone: (202) 628-2000
Facsimile: (202) 628-2011
kieval@wbsk.com