**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

|  |  |
|---|---|
| UNITED STATES OF AMERICA ex rel. VICTOR E. BIBBY and BRIAN J. DONNELLY,<br><br>       Relators/Plaintiffs,<br><br>       v.<br><br>WELLS FARGO BANK, N.A, *et al.*,<br><br>       Defendants. | Civil Action No.:<br><br>1:06-cv-00547-AT |

**DEFENDANT MORTGAGE INVESTORS CORPORATION'S
RESPONSE TO RELATORS'/PLAINTIFFS' REQUEST FOR HEARING**

On December 6, 2011, Relators/Plaintiffs filed their Request for Hearing on Defendant Mortgage Investors Corporation's Motion for Summary Judgment. Mortgage Investors Corporation does not oppose Relators'/Plaintiffs' Request for Hearing.

## LOCAL RULE 7.1D CERTIFICATION

I hereby certify that the foregoing complies with the font and point requirements of LR 5.1, to wit, the foregoing was prepared in Times New Roman font, 14-point type.

Dated:  January 9, 2012          Respectfully submitted,

TAYLOR ENGLISH DUMA LLP          WEINER BRODSKY SIDMAN KIDER PC

/s/ Matthew R. Rosenkoff         /s/ Mitchel H. Kider
Matthew R. Rosenkoff, Esq.       /s/ David M. Souders
Georgia Bar No. 842117           /s/ Michael Y. Kieval
1600 Parkwood Circle – Suite 400 Mitchel H. Kider (*Pro Hac Vice*)
Atlanta, Georgia 30339           David M. Souders (*Pro Hac Vice*)
(770) 434-6868                   Michael Y. Kieval (*Pro Hac Vice*)
(770) 434-7376 (Facsimile)       1300 19th Street, NW, Fifth Floor
mrosenkoff@taylorenglish.com     Washington, DC 20036
                                 Telephone: (202) 628-2000
                                 Facsimile: (202) 628-2011
                                 kider@wbsk.com
                                 souders@wbsk.com
                                 kieval@wbsk.com

*Attorneys for Defendant Mortgage Investors Corporation*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 9th day of January, 2012, a copy of the foregoing was served upon the following counsel of record via electronic notification:

James E. Butler, Jr.
Leigh Martin May
Brandon L. Peak
Samantha A. DiPolito
Butler, Wooten & Fryhofer, LLP
2719 Buford Highway
Atlanta, Georgia 30324

Marlan B. Wilbanks
Ty M. Bridges
Wilbanks & Bridges, LLP
3414 Peachtree Street, N.E.
Ste. 1075
Atlanta, Georgia 30326

Richard Kennon Hines
Nelson Mullins Riley & Scarborough
Suite 1700
201 17th Street, N.W.
Atlanta, GA 30363

Mary Louise Cohen
Timothy McCormack
Phillips & Cohen
2000 Massachusetts Avenue, N.W.
Washington, DC 20036

Michael L. Brown
Van A. Anderson
William H. Jordan
Alston & Bird, LLP
1201 West Peachtree Street
One Atlantic Center
Atlanta, Georgia 30309-3424

William Vance Custer, IV
Bryan Cave, LLP
One Atlantic Center, 14th Floor
1201 West Peachtree Street, N.W.
Atlanta, GA 30309-3488

Robert J. Sherry
K&L Gates LLP-TX
Suite 2800
1717 Main Street
Dallas, TX 75201

Amy Pritchard Williams
K & L Gates-NC
214 North Tryon Street
Charlotte, NC 28202

Burt M. Rublin
Diana L. Spagnuolo
Ballard Spahr Andrews, LLP-PA
1735 Market Street
51st Floor
Philadelphia, PA 19103-7599

Douglas A. Axel
Sidley Austin, LLP-Los Angeles
Suite 4000
555 West Fifth Street
Los Angeles, CA 90013

Christopher J. Willis
Ballard Spahr-Atl
Suite 1000
999 Peachtree Street
Atlanta, GA 30309-3915

Mark P. Guerrera
Mark. D. Hopson
Meghan Delaney Berroya
Robert J. Conlan , Jr.
Sean C. Griffin
Sidley Austin, LLP-DC
1501 K Street, NW
Washington, DC 20005

Asher L. Rivner
Jonathan Rosenberg
William J. Sushon
O'Melveny & Myers, LLP-NY
7 Time Square
Times Square Tower
New York, NY 10036

Nancy H. Baughan
Robert M. Brennan
Scott Eric Zweigel
Parker Hudson Rainer & Dobbs
285 Peachtree Center Avenue, N.E.
1500 Marquis II Tower
Atlanta, GA 30303

Aaron Paul Michael Tady
Thomas M. Barton
Coles Barton LLP
Suite 200
9 Lumpkin Street
Lawrenceville, GA 30046

Irene C. Freidel
Jennifer J. Nagle
K & L Gates, LLP-MA
State Street Financial Center
One Lincoln Street
Boston, MA 02111-2950

Christopher Scott Anulewicz
Geremy Walden Gregory
Balch & Bingham
Suite 700
30 Ivan Allen Jr. Boulevard, NW
Atlanta, GA 30308

David Lewis Balser
McKenna Long & Aldridge, LLP
303 Peachtree Street, N.E.
One Peachtree Center, Suite 5300
Atlanta, GA 30308

Andrew J. Ceresney
Courtney M. Dankworth
Mary Beth Hogan
Shannon Rose Selden
Debevoise & Plimpton
919 Third Avenue
New York, NY 10022

Harold Wayne Phears
McGuire Woods LLP-GA
1230 Peachtree Street, N.E.
Suite 2100, Promenade II
Atlanta, GA 30309

Catherine M. O'Neil
Christopher Cullom Burris
Jonathan R. Chally
Martin Robert Thornton
King & Spalding, LLP-ATL
1180 Peachtree Street, NE
Suite 1700
Atlanta, GA 30309-3521

And via U.S. mail, first-class, postage pre-paid upon:

Daniel A. Caldwell
Amy L. Berne
Laura Kennedy Bonander
Assistant United States Attorneys
Northern District of Georgia
600 Richard B. Russell Building
75 Spring Street, S.W., Suite 600
Atlanta, Georgia 30303

Alan S. Gale, Trial Attorney
United States Department of Justice
Civil Division
Commercial Litigation Branch
Fraud Section
P.O. Box 261
Ben Franklin Station
Washington, DC 20044

/s/ Michael Y. Kieval
Michael Y. Kieval (Pro Hac Vice)
Weiner Brodsky Sidman Kider PC
1300 19th Street, NW, Fifth Floor
Washington, DC 20036
Telephone: (202) 628-2000
Facsimile: (202) 628-2011
kieval@wbsk.com