# THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA *ex rel.*, VICTOR E. BIBBY and BRIAN J. DONNELLY, | * * * * | **CIVIL ACTION FILE NO.** |
| RELATORS/PLAINTIFFS, | * * | **1:06-CV-0547-AT** |
| vs. | * * | |
| WELLS FARGO BANK, NATIONAL ASSOCIATION (INC.), individually and as s/b/m with WELLS FARGO HOME MORTGAGE, INC., et al. | * * * * * | |
| DEFENDANTS. | * | |

## EXHIBIT LIST TO THE JANUARY 11, 2012
## DECLARATION OF VICTOR BIBBY

| Exhibit | Document |
|---|---|
| 1 | Evans HUD-1 Settlement Statement |
| 2 | Morris Hardwick Schneider Fee Sheet for Southern States 01-08-2007 |
| 3 | VA Circular 26-10-01 |