# EX. 1 – Evans HUD-1 Settlement Statement

| A. U.S. DEPARTMENT OF HOUSING & URBAN DEVELOPMENT SETTLEMENT STATEMENT | B. TYPE OF LOAN | | | | |
|---|---|---|---|---|---|
| | 1. ☐ FHA | 2. ☐ FmHA | 3. ☐ CONV. UNINS. | 4. ☒ VA | 5. ☐ CONV. INS. |
| | 6. FILE NUMBER ███ | | 7. LOAN NUMBER ███ | | |
| | 8. MORTGAGE INS. CASE NUMBER | | | | |

C. NOTE: This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked "[POC]" were paid outside the closing; they are shown here for informational purposes and are not included in the totals.

1.0  3/98   (04-KNSW-10587.PFD/04-KNSW-10587/16)

| D. NAME AND ADDRESS OF BORROWER | E. NAME AND ADDRESS OF SELLER | F. NAME AND ADDRESS OF LENDER |
|---|---|---|
| LEMONT U. EVANS<br>███<br>ACWORTH, GA 30101 | | NATIONAL CITY MORTGAGE CO.<br>P.O. BOX 1024<br>DAYTON, OHIO 45401-1024 |

| G. PROPERTY LOCATION | H. SETTLEMENT AGENT | I. SETTLEMENT DATE |
|---|---|---|
| ███<br>COBB County | JACKSON AND HARDWICK  ███<br>PLACE OF SETTLEMENT<br>3730 Roswell Road, Suite 25<br>Marietta, Georgia 30062 | October 25, 2004<br>Disburse: 10/29/04 |

| J. SUMMARY OF BORROWER'S TRANSACTION | | K. SUMMARY OF SELLER'S TRANSACTION | |
|---|---|---|---|
| 100. GROSS AMOUNT DUE FROM BORROWER: | | 400. GROSS AMOUNT DUE TO SELLER: | |
| 101. Contract Sales Price | | 401. Contract Sales Price | |
| 102. Personal Property | | 402. Personal Property | |
| 103. Settlement Charges to Borrower (Line 1400) | 7,681.60 | 403. | |
| 104. Payoff first mortgage to CHASE MANHATTAN MOR | 204,559.97 | 404. | |
| 105. PRINCIPAL REDUCTION | 1,607.59 | 405. | |
| *Adjustments For Items Paid By Seller in advance* | | *Adjustments For Items Paid By Seller in advance* | |
| 106. City/Town Taxes     to | | 406. City/Town Taxes     to | |
| 107. County Taxes     to | | 407. County Taxes     to | |
| 108. Assessments     to | | 408. Assessments     to | |
| 109. | | 409. | |
| 110. | | 410. | |
| 111. | | 411. | |
| 112. | | 412. | |
| 120. GROSS AMOUNT DUE FROM BORROWER | 213,849.16 | 420. GROSS AMOUNT DUE TO SELLER | |
| 200. AMOUNTS PAID BY OR IN BEHALF OF BORROWER: | | 500. REDUCTIONS IN AMOUNT DUE TO SELLER: | |
| 201. Deposit or earnest money | | 501. Excess Deposit (See Instructions) | |
| 202. Principal Amount of New Loan(s) | 214,345.00 | 502. Settlement Charges to Seller (Line 1400) | |
| 203. Existing loan(s) taken subject to | | 503. Existing loan(s) taken subject to | |
| 204. | | 504. Payoff of first Mortgage | |
| 205. | | 505. Payoff of second Mortgage | |
| 206. | | 506. | |
| 207. | | 507. | |
| 208. | | 508. | |
| 209. | | 509. | |
| *Adjustments For Items Unpaid By Seller* | | *Adjustments For Items Unpaid By Seller* | |
| 210. City/Town Taxes     to | | 510. City/Town Taxes     to | |
| 211. County Taxes     to | | 511. County Taxes     to | |
| 212. Assessments     to | | 512. Assessments     to | |
| 213. | | 513. | |
| 214. | | 514. | |
| 215. | | 515. | |
| 216. | | 516. | |
| 217. | | 517. | |
| 218. | | 518. | |
| 219. | | 519. | |
| 220. TOTAL PAID BY/FOR BORROWER | 214,345.00 | 520. TOTAL REDUCT. AMT DUE SELLER | |
| 300. CASH AT SETTLEMENT FROM/TO BORROWER: | | 600. CASH AT SETTLEMENT TO/FROM SELLER: | |
| 301. Gross Amount Due From Borrower (Line 120) | 213,849.16 | 601. Gross Amount Due To Seller (Line 420) | |
| 302. Less Amount Paid By/For Borrower (Line 220) | ( 214,345.00) | 602. Less Reductions Due Seller (Line 520) | ( ) |
| 303. CASH ( FROM ) ( X TO ) BORROWER | 495.84 | 603. CASH ( TO ) ( FROM ) SELLER | 0.00 |

FIGURES PRESENTED TO CLOSING ARE ESTIMATES AND ARE SUBJECT TO CHANGE UPON REVIEW BY LENDER, LAW FIRM, OR OTHER CLOSING PARTICIPANTS. CERTAIN FEES COLLECTED HEREIN MAY INCLUDE ADDITIONAL AMOUNTS FOR PREPARATION OVER AND ABOVE ACTUAL COSTS OF SAID ITEM.

JACKSON AND HARDWICK MAKES EVERY EFFORT TO PRESENT THEIR CLOSING FIGURES ACCURATELY AND PROMPTLY.

TELEPHONE (770)565-3800     FAX (770)565-9044

RESPA, HB 4305.2 – REV. HUD-1 (3/86)

## L. SETTLEMENT CHARGES

| | | PAID FROM BORROWER'S FUNDS AT SETTLEMENT | PAID FROM SELLER'S FUNDS AT SETTLEMENT |
|---|---|---|---|
| 700. TOTAL COMMISSION Based on Price Division of Commission (line 700) as Follows: | | | |
| 701. $ to | | | |
| 702. $ to | | | |
| 703. Commission Paid at Settlement | | | |
| 704. to | | | |
| **800. ITEMS PAYABLE IN CONNECTION WITH LOAN** | | | |
| 801. Loan Origination Fee 0.9526 % | to VETERANS MORTGAGE | 2,041.82 | |
| 802. Loan Discount 1.5000 % | to VETERANS MORTGAGE | 3,212.93 | |
| 803. Appraisal Fee | to | | |
| 804. Credit Report | to 1 SOURCE | 3.50 | |
| 805. ADMINISTRATION FEE | to NATIONAL CITY MORTGAGE CO. POC $545.00BKR | | |
| 806. Tax Service Fee | to LERETA POC $77.00BKR | | |
| 807. GRMA | to NATIONAL CITY MORTGAGE CO. | 6.50 | |
| 808. EXPRESS MAIL | to NATIONAL CITY MORTGAGE CO. POC $20.00BKR | | |
| 809. FLOOD CERT FEE | to FDSI | 7.50 | |
| 810. DISCOUNT FEE | to NATIONAL CITY MORTGAGE CO. POC $1,607.59BKR | | |
| 811. | | | |
| 901. Interest From 10/29/04 to 11/01/04 @ $ 25.690000/day ( 3 days ) | | 77.07 | |
| 902. Mortgage Insurance Premium for months to | | | |
| 903. Hazard Insurance Premium for 1.0 years to USAA INSURANCE POC $409.42b | | | |
| 904. | | | |
| 905. | | | |
| **1000. RESERVES DEPOSITED WITH LENDER** | | | |
| 1001. Hazard Insurance 2.000 months @ $ 34.12 per month | | 68.24 | |
| 1002. Mortgage Insurance months @ $ per month | | | |
| 1003. City/Town Taxes months @ $ per month | | | |
| 1004. County Taxes 4.000 months @ $ 178.81 per month | | 715.24 | |
| 1005. Assessments months @ $ per month | | | |
| 1006. months @ $ per month | | | |
| 1007. months @ $ per month | | | |
| 1008. Aggregate Adjustment | | -144.70 | |
| **1100. TITLE CHARGES** | | | |
| 1101. Settlement or Closing Fee | to JACKSON AND HARDWICK | | |
| 1102. Abstract or Title Search | to | | |
| 1103. Title Examination | to JACKSON AND HARDWICK | 550.00 | |
| 1104. Title Insurance Binder | to | | |
| 1105. RECORD QCD | to JACKSON AND HARDWICK | 10.00 | |
| 1106. Notary Fees | to | | |
| 1107. Attorney's Fees | to JACKSON AND HARDWICK | | |
| (includes above item numbers: | | | |
| 1108. Title Insurance | to CHICAGO TITLE INSURANCE COMPANY/J&H | 430.00 | |
| (includes above item numbers: | | | |
| 1109. Lender's Coverage $ 214,345.00 430.00 | | | |
| 1110. Owner's Coverage $ | | | |
| 1111. PACKAGE HANDLING/COURIER FEE JACKSON AND HARDWICK | | | |
| 1112. | | | |
| 1113. | | | |
| **1200. GOVERNMENT RECORDING AND TRANSFER CHARGES** | | | |
| 1201. Recording Fees: Deed $ ; Mortgage $ ; Releases $ | | | |
| 1202. City/County Tax/Stamps: Deed ; Mortgage | | | |
| 1203. State Tax/Stamps: Revenue Stamps ; Mortgage 643.50 | | 643.50 | |
| 1204. RECORD S.DEED | to CLERK OF THE SUPERIOR COURT/J&H | 50.00 | |
| 1205. RECORD RELEASE | to Clerk of the Superior Court | 10.00 | |
| **1300. ADDITIONAL SETTLEMENT CHARGES** | | | |
| 1301. Survey | to | | |
| 1302. Pest Inspection | to | | |
| 1303. | | | |
| 1304. | | | |
| 1305. | | | |
| **1400. TOTAL SETTLEMENT CHARGES** (Enter on Lines 103, Section J and 502, Section K) | | 7,681.60 | |