# EX. 2 – Morris Hardwick Schneider Fee Sheet for Southern States 01-08-2007

| | |
|---|---|
| **From:** | Bobbie Christian <bchristian@closingsource.net> on behalf of Nat Hardwick <nhardwick@closingsource.net> |
| **Sent:** | Monday, January 08, 2007 10:38 AM |
| **To:** | vbibby@usfinancialsvcs.com; bdonnelly@usfinancialsvcs.com |
| **Cc:** | Jennifer Alou; Margo Wright |
| **Subject:** | FEE SHEET |
| **Attachments:** | Veterans Mortgage.pdf |

Per your request, I have attached the M|H|S fee sheet for Georgia, Alabama, South Carolina, North Carolina and Tennessee. Please notice the note on the bottom of the fee sheet stating that per VA requirements all fees will be grouped together on the HUD to show as the Title Examination fee on all VA loans. Conventional loans will allow the fees to show on the HUD as they are stated on the fee sheet.

Please send all title orders to Margo Wright at mwright@closingsource.net. Margo can be contacted at 770-437-4050.

Do not hesitate to contact myself or my assistant, Bobbie Christian, if you have questions or concerns. Jennifer Alou is always available to assist you in any way.

Thanks for all that you do!

Nat Hardwick
**Managing Partner**
**Morris|Hardwick|Schneider**
7000 Central Parkway, Ste 1220
Atlanta, GA  30328
678-298-2100
678-370-9707 efax
nhardwick@closingsource.net

Visit our website at: www.closingsource.net

NOTICE: This communication may contain privileged or other confidential information. If you are not the intended recipient or believe that you received this communication in error, please do not print, copy, retransmit, disseminate or otherwise use the information contained herein. Also, please indicate to the sender that you have received this communication in error and delete the copy you received.

_____ Information from ESET NOD32 Antivirus, version of virus signature database 3829 (20090205)

The message was checked by ESET NOD32 Antivirus.

http://www.eset.com

1




Morris|Hardwick|Schneider

Nat Hardwick
Managing Partner

7000 Central Parkway, Suite 1220
Atlanta, Georgia 30328
Phone: 678-298-2100

## VETERAN'S MORTGAGE COMPANY

### Georgia

| Settlement Fee | Title Exam | Title Binder | Doc. Prep/Handling | Courier | Title T/A Time |
|---|---|---|---|---|---|
| $450.00 | $125.00 | $50.00 | $45.00 | $50.00 | 48 hours |

Recording Cost: Each Deed cost $10 for the first page and $2.00 each additional page. There is also an Intangible Tax paid to the County in the amount of $3.00/1000 of loan amount.

### Alabama

| Settlement Fee | Title Exam | Title Binder | Doc. Prep/Handling | Courier | Title T/A Time |
|---|---|---|---|---|---|
| $450.00 | $125.00 | $75.00 | NA | $30.00 | 4 Days |

Recording Cost: Each County has a different formula for calculating recording cost. A Good Faith Estimate should show $60.00- $100.00. Mortgage Tax is $.15/1000 of loan amount.

### North Carolina

| Settlement Fee | Title Exam | Title Binder | Doc. Prep/Handling | Courier | Title T/A Time |
|---|---|---|---|---|---|
| $425.00 | $85.00 | NA | $35.00 | $35.00 | 48 hours |

Recording Cost: Each Deed cost $14 for the first page and $3.00 each additional page. Purchase Tax Stamps are $2.00/1000 of Contract sales price.

### South Carolina

| Settlement Fee | Title Exam | Title Binder | Doc. Prep/Handling | Courier | Title T/A Time |
|---|---|---|---|---|---|
| $400.00 | $150.00 | $75.00 | $35.00 | $25.00 | 72 hours |

Recording Cost: Each Deed cost $10 for the first four pages and $1.00 each additional page. There is also a Deed Stamp fee of $3.70/1000 of the sales price.

### Tennessee

| Settlement Fee | Title Exam | Title Binder | Doc. Prep/Handling | Courier | Title T/A Time |
|---|---|---|---|---|---|
| $250.00 | $125.00 | $50.00 | $50.00 | $35.00 | 72 hours |

Recording Cost: Each Deed cost $12 for the first two pages and $5.00 each additional page. There is also a Mortgage Tax paid to the County calculated by Loan Amount — $2000 * .0015 of loan amount.

- Department of Veterans Affairs requires that the fees of all VA loans be charged on the HUD-1 Settlement Statement as a Title Exam. Thus, the Settlement Fee, Exam, Binder, Doc Prep and Courier fee will be grouped together on the HUD and shown as the Title Exam.
- Title Insurance varies from State to State. Contact your MHS Representative for a quote.