

**U.S. Department of Justice**

United States Attorney
Northern District of Georgia

*Suite 600 Richard Russell Building   Telephone (404)581-6000*

---

*75 Spring Street, S.W.*                *Fax (404)581-6181*
*Atlanta, Georgia  30303*

January 17, 2012

Amy McConochie
Courtroom Deputy
2321 U.S. Courthouse
75 Spring Street, S.W.
Atlanta, Georgia 30303

    Re:  <u>United States of America ex rel., Victor E. Bibby, et al
        v. Wells Fargo Bank, NA, (Inc.),  et al.</u>
        Civil Action No. <u>1:06-cv-0547-AT</u>

Dear Ms. McConochie:

    This letter is to notify the Court pursuant to LR 83.1(E)(3), NDGa, that Attorney for the United States, Daniel A. Caldwell will be out of the office February 16, 2012 thru February 20, 2012.  We request that the Court not schedule any court appearances in the above-referenced matter for those dates.

                            Sincerely,

                            SALLY QUILLIAN YATES
                            UNITED STATES ATTORNEY


                            /s/ Daniel A. Caldwell
                            DANIEL A. CALDWELL
                            ASSISTANT UNITED STATES ATTORNEY