# EX. 1 – Breeden HUD-1 Settlement Statement

OMB NO. 2502-0265

| A. U.S. DEPARTMENT OF HOUSING & URBAN DEVELOPMENT<br>SETTLEMENT STATEMENT | B. TYPE OF LOAN: |
|---|---|
| | 1. ☐ FHA  2. ☐ FmHA  3. ☐ CONV. UNINS.  4. ☒ VA  5. ☐ CONV. INS. |
| | 6. FILE NUMBER: ▮▮▮▮  7. LOAN NUMBER: ▮▮▮▮ |
| | 8. MORTGAGE INS CASE NUMBER: ▮▮▮▮ |

C. NOTE: This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked "[POC]" were paid outside the closing; they are shown here for informational purposes and are not included in the totals.
1.0   3/98   (2004017886.PFD/2004017886/7)

| D. NAME AND ADDRESS OF BORROWER: | E. NAME AND ADDRESS OF SELLER: | F. NAME AND ADDRESS OF LENDER: |
|---|---|---|
| David G. Breeden and wife,<br>Mandy W. Breeden<br>▮▮▮▮<br>Charlotte, NC 28269 | | First Horizon Home Loan Corp.<br>5775-E Glenridge Drive, #100<br>Atlanta, GA 30328 |

| G. PROPERTY LOCATION:<br>▮▮▮▮<br>Charlotte, NC 28269<br>Mecklenburg County, North Carolina | H. SETTLEMENT AGENT:  ▮▮▮▮<br>Mark H. Black, Attorney at Law, P.C.<br>PLACE OF SETTLEMENT<br>343 Six Forks Road, Ste. 100<br>Raleigh, NC 27609 | I. SETTLEMENT DATE:<br>February 16, 2004<br>Disburse:02/20/04 |

| J. SUMMARY OF BORROWER'S TRANSACTION | | K. SUMMARY OF SELLER'S TRANSACTION | |
|---|---|---|---|
| 100. GROSS AMOUNT DUE FROM BORROWER: | | 400. GROSS AMOUNT DUE TO SELLER: | |
| 101. Contract Sales Price | | 401. Contract Sales Price | |
| 102. Personal Property | | 402. Personal Property | |
| 103. Settlement Charges to Borrower (Line 1400) | 8,023.41 | 403. | |
| 104. Payoff Mortgage to Bank of America/6858251157 | 162,287.83 | 404. | |
| 105. Payoff Mortgage | | 405. | |
| *Adjustments For Items Paid By Seller in advance* | | *Adjustments For Items Paid By Seller in advance* | |
| 106. City/Town Taxes         to | | 406. City/Town Taxes         to | |
| 107. County Taxes            to | | 407. County Taxes            to | |
| 108. Assessments             to | | 408. Assessments             to | |
| 109. | | 409. | |
| 110. | | 410. | |
| 111. | | 411. | |
| 112. | | 412. | |
| 120. GROSS AMOUNT DUE FROM BORROWER | 170,311.24 | 420. GROSS AMOUNT DUE TO SELLER | |
| 200. AMOUNTS PAID BY OR IN BEHALF OF BORROWER: | | 500. REDUCTIONS IN AMOUNT DUE TO SELLER: | |
| 201. Deposit or earnest money | | 501. Excess Deposit (See Instructions) | |
| 202. Principal Amount of New Loan(s) | 170,587.00 | 502. Settlement Charges to Seller (Line 1400) | |
| 203. Existing loan(s) taken subject to | | 503. Existing loan(s) taken subject to | |
| 204. | | 504. Payoff of first Mortgage | |
| 205. | | 505. Payoff of second Mortgage | |
| 206. | | 506. | |
| 207. | | 507. | |
| 208. | | 508. | |
| 209. | | 509. | |
| *Adjustments For Items Unpaid By Seller* | | *Adjustments For Items Unpaid By Seller* | |
| 210. City/Town Taxes         to | | 510. City/Town Taxes         to | |
| 211. County Taxes            to | | 511. County Taxes            to | |
| 212. Assessments             to | | 512. Assessments             to | |
| 213. | | 513. | |
| 214. | | 514. | |
| 215. | | 515. | |
| 216. | | 516. | |
| 217. | | 517. | |
| 218. | | 518. | |
| 219. | | 519. | |
| 220. TOTAL PAID BY/FOR BORROWER | 170,587.00 | 520. TOTAL REDUCTION AMOUNT DUE SELLER | |
| 300. CASH AT SETTLEMENT FROM/TO BORROWER: | | 600. CASH AT SETTLEMENT TO/FROM SELLER: | |
| 301. Gross Amount Due From Borrower (Line 120) | 170,311.24 | 601. Gross Amount Due To Seller (Line 420) | |
| 302. Less Amount Paid By/For Borrower (Line 220) | (170,587.00) | 602. Less Reductions Due Seller (Line 520) | ( ) |
| 303. CASH ( FROM ) ( X TO ) BORROWER | 275.76 | 603. CASH ( TO ) ( FROM ) SELLER | 0.00 |

HUD-1 (3-86) RESPA, HB4305.2

Page 2

| L. SETTLEMENT CHARGES | | | PAID FROM BORROWER'S FUNDS AT SETTLEMENT | PAID FROM SELLER'S FUNDS AT SETTLEMENT |
|---|---|---|---|---|
| 700. TOTAL COMMISSION Based on Price $ @ % | | | | |
| Division of Commission (line 700) as Follows: | | | | |
| 701. $ to | | | | |
| 702. $ to | | | | |
| 703. Commission Paid at Settlement | | | | |
| 704. to | | | | |
| 800. ITEMS PAYABLE IN CONNECTION WITH LOAN | | | | |
| 801. Loan Origination Fee 0.9508 % | to Veterans Mortgage Company | | 1,622.00 | |
| 802. Loan Discount 2.0000 % | to Veterans Mortgage Company | | 3,407.73 | |
| 803. Appraisal Fee | to | | | |
| 804. Credit Report | to Veterans Mortgage Company | | 33.50 | |
| 805. Tax Service Fee pd by VM | to Total Mtg. Sol | POC $90.00b | | |
| 806. Flood Certification Fee | to Federal Flood | | 24.00 | |
| 807. Discounts to FHHLC pd by VM | to First Horizon Home Loan Corp. | POC $1,492.64BRK | | |
| 808. VA Funding Fee | to Veterans Administration | | 849.00 | |
| 809. Courier Fee pd by VM | to First Horizon Home Loan Corp. | POC $25.00BRK | | |
| 810. Commitment Fee pd by VM | to First Horizon Home Loan Corp. | POC $400.00BRK | | |
| 811. | | | | |
| 900. ITEMS REQUIRED BY LENDER TO BE PAID IN ADVANCE | | | | |
| 901. Interest From 02/20/04 to 03/01/04 @ $ 19.863000/day ( 10 days %) | | | 198.63 | |
| 902. Mortgage Insurance Premium for months to | | | | |
| 903. Hazard Insurance Premium for 1.0 years to NC Farm Bureau | | | 341.00 | |
| 904. | | | | |
| 905. | | | | |
| 1000. RESERVES DEPOSITED WITH LENDER | | | | |
| 1001. Hazard Insurance | 2.000 months @ $ 28.42 per month | | 56.84 | |
| 1002. Mortgage Insurance | months @ $ per month | | | |
| 1003. City/Town Taxes | months @ $ per month | | | |
| 1004. County Taxes | 5.000 months @ $ 133.18 per month | | 665.90 | |
| 1005. Assessments | months @ $ per month | | | |
| 1006. | months @ $ per month | | | |
| 1007. | months @ $ per month | | | |
| 1008. Aggregate Adjustment | months @ $ per month | | -255.79 | |
| 1100. TITLE CHARGES | | | | |
| 1101. Settlement Fee | to | | | |
| 1102. Title Search | to | | | |
| 1103. Title Examination | to Mark H. Black, Attorney at Law, P.C. | | 640.00 | |
| 1104. Title Ins. Binder | to | | | |
| 1105. Document Prep. | to | | | |
| 1106. Notary Fees | to | | | |
| 1107. Attorney's Fees | to | | | |
| (includes above item numbers: | ) | | | |
| 1108. Title Insurance | to Title Ventures.Com, Inc. | | 363.60 | |
| (includes above item numbers: | ) | | | |
| 1109. Lender's Coverage | $ 170,587.00 | @ $363.60 | | |
| 1110. Owner's Coverage | $ | | | |
| 1111. | | | | |
| 1112. | | | | |
| 1113. | | | | |
| 1200. GOVERNMENT RECORDING AND TRANSFER CHARGES | | | | |
| 1201. Recording Fees: Deed $ ; Mortgage $ 77.00; Releases $ | | | 77.00 | |
| 1202. City/County Tax/Stamps: Deed ; Mortgage | | | | |
| 1203. State Tax/Stamps: Revenue Stamps ; Mortgage | | | | |
| 1204. | | | | |
| 1205. | | | | |
| 1300. ADDITIONAL SETTLEMENT CHARGES | | | | |
| 1301. Survey | to | | | |
| 1302. Pest Inspection | to | | | |
| 1303. | | | | |
| 1304. | | | | |
| 1305. | | | | |
| 1400. TOTAL SETTLEMENT CHARGES (Enter on Lines 103, Section J and 502, Section K) | | | 8,023.41 | |

Certified to be a true copy.

{ 2004017886 / 2004017886 / 7 }