**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

|  |  |  |
|---|---|---|
| U.S. *ex rel.* BIBBY, *et al.*, | : | |
| | : | |
| Relators, | : | **CIVIL ACTION NO.** |
| | : | |
| | : | **1:06-CV-0547-AT** |
| v. | : | |
| | : | |
| WELLS FARGO BANK, N.A., *et al.*, | : | |
| | : | |
| Defendants. | : | |
| | : | |

**SECOND DECLARATION OF SEAN C. GRIFFIN**

The undersigned, Sean C. Griffin, declares as follows:

     1.     I am of lawful age and competent to submit this declaration, which is based on personal knowledge.  I am an attorney with the law firm of Sidley Austin LLP and represent Defendant Countrywide Home Loans, Inc. ("CHL") and Defendant Bank of America, N.A. ("BANA"), the latter having been sued herein under the name BAC Home Loans Servicing, LP, which was in turn formerly known as Countrywide Home Loans Servicing, LP.

     2.     I am member of the bar of the District of Columbia, the bar of the Commonwealth of Virginia, and the bars of the United States District Courts for the District of Columbia and the Eastern District of Virginia.  I submitted my

application to appear in the above-captioned action on November 22, 2011, and

was granted leave to appear *pro hac vice* on November 29, 2011.

3.      I previously submitted a declaration dated December 2, 2011, Docket

Entry ("DE") 166-3.  That declaration was submitted in support of the motion to

dismiss filed by CHL, DE 166.  It attached two categories of documents labeled

Exhibits 1 through 6 and Exhibits A through W.

4.      Attached hereto as Exhibit 7 is a true and correct copy of a chart

entitled *"Fall 2003 closing costs survey: How does your loan compare?"*  I

personally obtained this document from the Bankrate.com website.  It is available

at http://www.bankrate.com/brm/news/mortgages/closing_costs.pdf, and I

personally verified that the above hyperlink worked properly as of Jan. 23, 2011.

Pursuant to 28 U.S.C. § 1746(2), I declare under penalty of perjury that the foregoing is true and accurate to the best of my knowledge and belief.

Executed this 23rd day of January, 2012,
in Washington, D.C.

Sean C. Griffin (PHV)
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, DC  20005
(202) 736-8000
(202) 736-8711 (fax)
sgriffin@sidley.com

*Attorney for Countrywide Home Loans, Inc.*
*and Bank of America, N.A.*