**Exhibit 7 to the Second Declaration of Sean C. Griffin**

**January 23, 2012**

*Fall 2003 closing costs survey*, **Bankrate.com**

| Fall 2003 closing costs survey: How does your loan compare? (Figures are based on a $180,000 loan) | | | | | | | |
|---|---|---|---|---|---|---|---|
| LENDER/BROKER FEES | Highest | Lowest | % of institutions charging | Average | Your lender 1 | Your lender 2 | Your lender 3 |
| Points in $ | $3,148 | $225 | 47% | $1,038 | | | |
| Administration fee | $600 | $325 | 14% | $336 | | | |
| Application fee | $350 | $200 | 18% | $205 | | | |
| Commitment fee | $660 | $295 | 2% | $498 | | | |
| Document preparation | $400 | $25 | 34% | $194 | | | |
| Funding fee | $375 | $200 | 14% | $228 | | | |
| Mortgage broker or lender fee | $1,161 | $150 | 46% | $839 | | | |
| Processing | $595 | $37 | 45% | $320 | | | |
| Tax Service | $100 | $60 | 82% | $73 | | | |
| Underwriting | $749 | $100 | 40% | $269 | | | |
| Wire transfer | $45 | $15 | 50% | $31 | | | |
| THIRD-PARTY FEES | Highest | Lowest | % of institutions charging | Average | | | |
| Appraisal | $600 | $250 | 83% | $327 | | | |
| Attorney or settlement fees | $1,423 | $50 | 93% | $445 | | | |
| Credit report | $55 | $8.50 | 81% | $29 | | | |
| Flood certification | $25 | $10 | 95% | $17 | | | |
| Pest & other inspection | $200 | $30 | 8% | $68 | | | |
| Postage/courier | $100 | $25 | 81% | $45 | | | |
| Survey | $400 | $50 | 28% | $174 | | | |
| Title insurance | $2,075 | $50 | 83% | $605 | | | |
| Title work (Title search, plat drawing, name search) | $625 | $25 | 29% | $200 | | | |
| GOVERNMENT FEES | Highest | Lowest | % of institutions charging | Average | | | |
| Recording fee | $220 | $23 | 99% | $76 | | | |
| City/county/state tax stamps/intangible tax | $6,750 | $22.50 | 33% | $1,339 | | | |
| TOTAL FEES | Highest | Lowest | % of institutions charging | Average | | | |
| All fees of all types | $11,395 | $1,020 | 100% | $3,350 | | | |

Source: **Bankrate.com**