IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA *ex rel.*, VICTOR E. BIBBY and BRIAN J. DONNELLY, | * * * * | **CIVIL ACTION FILE NO.** **1:06-CV-0547-AT** |
| RELATORS/PLAINTIFFS, | * * | |
| vs. | * * | |
| WELLS FARGO BANK, NATIONAL ASSOCIATION (INC.), individually and as s/b/m with WELLS FARGO HOME MORTGAGE, INC., et al. | * * * * * | |
| DEFENDANTS. | * | |

**RELATORS'/PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL
OF THE JPMORGAN DEFENDANTS**

Pursuant to Fed. R. Civ. P. 41(a), Relators file this Notice of Voluntary Dismissal with prejudice of Defendants JPMorgan Chase Bank, National Association, which acquired and is a s/b/m with Chase Home Finance, LLC s/b/m with Chase Manhattan Mortgage Corp.; JPMorgan Chase Bank, National Association, which acquired and is a s/b/m with Washington Mutual Bank f/k/a Washington Mutual Bank, FA; JPMorgan Chase Bank n/k/a JPMorgan Chase Bank, National Association.  Relators have settled their claims against these

defendants.  The United States of America provides herewith, pursuant to 31 U.S.C. § 3730(b)(1), its written consent to dismissal, with prejudice, of these defendants only from Civil Action No. 1:06-cv-0547-AT.

The Clerk of the Court is requested to enter the dismissal of Defendants JPMorgan Chase Bank, National Association, which acquired and is a s/b/m with Chase Home Finance, LLC s/b/m with Chase Manhattan Mortgage Corp.; JPMorgan Chase Bank, National Association, which acquired and is a s/b/m with Washington Mutual Bank f/k/a Washington Mutual Bank, FA; JPMorgan Chase Bank n/k/a JPMorgan Chase Bank, National Association with prejudice.

Pursuant to the False Claims Act, however, the Court must retain jurisdiction following dismissal as to any issue involving Relators' statutory attorneys' fees. That matter is being discussed by Relators and the JPMorgan Defendants; whether the Court's consideration will be required is not known at this time.

**SIGNATURES CONTINUED ON NEXT PAGE**

Respectfully submitted this 24th day of April, 2012.

| | |
|---|---|
| BUTLER, WOOTEN & FRYHOFER, LLP | WILBANKS & BRIDGES, LLP |
| BY: s/ James E. Butler, Jr. | BY: s/ Marlan B. Wilbanks |
| JAMES E. BUTLER, JR. | MARLAN B. WILBANKS |
|   jim@butlerwooten.com |   mbw@wilbanks-bridgeslaw.com |
|   Georgia Bar No. 099625 |   Georgia Bar No. 758223 |
| LEIGH MARTIN MAY | TY M. BRIDGES |
|   leigh@butlerwooten.com |   tmb@wilbanks-bridgeslaw.com |
|   Georgia Bar No. 473389 |   Georgia Bar No. 081500 |
| BRANDON L. PEAK | 3414 Peachtree Street, N.E., Ste. 1075 |
|   brandon@butlerwooten.com | Atlanta, Georgia 30326 |
|   Georgia Bar No. 141605 | (404) 842-1075 |
| SAMANTHA A. DiPOLITO | (404) 842-0559 Fax |
|   samantha@butlerwooten.com | |
|   Georgia Bar No. 203011 | PHILLIPS & COHEN |
| 2719 Buford Highway | |
| Atlanta, Georgia 30324 | |
| (404) 321-1700 | BY: s/ Mary Louise Cohen |
| (404) 32101713 Fax | MARY LOUISE COHEN |
| |   mlc@phillipsandcohen.com |
| |   DC Bar No. 298299 |
| | TIMOTHY McCORMACK |
| |   tmccormack@phillipsand cohen.com |
| |   DC Bar No. 493692 |
| | 2000 Massachusetts Avenue, N.W. |
| | Washington, DC 20036 |
| | (202) 833-4567 |
| | (202) 833-1815 Fax |
| | |
| | Attorneys for Relators/Plaintiffs |

## UNITED STATES' NOTICE OF CONSENT TO DISMISSAL

The United States of America respectfully informs the Court that, pursuant to 31 U.S.C. § 3730(b)(1), the Attorney General consents to the dismissal, with prejudice to the United States and with prejudice to Relators, of Civil Action No. 1:06-cv-0547-AT against only the following defendants: JPMorgan Chase Bank, National Association, which acquired and is a s/b/m with Chase Home Finance, LLC s/b/m with Chase Manhattan Mortgage Corp.; JPMorgan Chase Bank, National Association, which acquired and is a s/b/m with Washington Mutual Bank f/k/a Washington Mutual Bank, FA; and JPMorgan Chase Bank n/k/a JPMorgan Chase Bank, National Association.

    Respectfully submitted,

    SALLY QUILLIAN YATES
    UNITED STATES ATTORNEY

    */s/ Daniel A. Caldwell*
    DANIEL A. CALDWELL
    ASSISTANT U.S. ATTORNEY
    Georgia Bar No. 102510

    600 Richard B. Russell Federal Bldg.
    75 Spring Street, S.W.
    Atlanta, Georgia 30303
    Telephone: (404) 581-6224
    Facsimile: (404) 581-6181

    Attorneys for United States of America

## CERTIFICATE OF COMPLIANCE

Pursuant to Local Rules 5.1(B) and 7.1(D), I hereby certify that the foregoing filing complies with the applicable font and size requirements and is formatted in Times New Roman, 14 point font.

>s/ James E. Butler, Jr.
>JAMES E. BUTLER, JR.
>  jim@butlerwooten.com
>  Georgia Bar No. 099625
>Butler, Wooten & Fryhofer, LLP
>2719 Buford Highway
>Atlanta, Georgia  30324
>(404) 321-1700
>(404) 321-1713 Fax

## CERTIFICATE OF SERVICE

      This is to certify that on April 24, 2012, I electronically filed RELATORS'/PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL OF THE JPMORGAN DEFENDANTS with the Clerk of the Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

*Bank of America Corporation:*
Nancy H. Baughan
Robert M. Brennan
Scott E. Zweigel
Parker, Hudson, Rainer
    &amp; Dobbs, LLP
1500 Marquis Two Tower
285 Peachtree Center Avenue, N.E.
Atlanta, GA  30303
*-and-*
Jonathan Rosenberg
William J. Sushon
Asher L. Rivner
O'Melveny & Myers LLP
7 Times Square
New York, NY  10036

*CitiMortgage:*
Christopher J. Willis
Burt M. Rublin
Diana L. Spagnuola
Ballard Spahr LLP
999 Peachtree Street, Suite 1000
Atlanta, GA 30309

*Countrywide and Bank of America, N.A.*
Richard K. Hines V
Nelson Mullins Riley & Scarborough
201 17th Street, Suite 1700
Atlanta, Ga. 30363
*-and-*
Robert J. Conlan, Jr.
Mark P. Guerrera
Mark D. Hopson
Sean C. Griffin
Meghan D. Berroya
Sidley Austin LLP
1501 K Street, N.W.
Washington, DC  20005
*-and-*
Douglas A. Axel
Sidley Austin LLP
555 West Fifth Street
Los Angeles, CA  90013

*SunTrust:*
William H. Jordan
Michael L. Brown
Van A. Anderson
Alston & Bird LLP
1201 West Peachtree St,
Atlanta, GA 30309

6

*First Tennessee:*
Irene Freidel
Jennifer J. Nagle
K&L Gates LLP
One Lincoln Street
Boston, MA  02111
-and-
Christopher S. Anulewicz
Geremy Gregory
Balch & Bingham LLP
30 Ivan Allen, Jr. Blvd., N.W.
Suite 700
Atlanta, GA  30308

*GMAC:*
H. Wayne Phears
McGuire Woods LLP
Suite 2100, Promenade II
1230 Peachtree Street NE
Atlanta, GA 30309

*New Freedom:*
Thomas Barton
Aaron P.M. Tady
Coles Barton LLP
9 Lumpkin Street, Suite 200
Lawrenceville, GA  30046

*PNC:*
M. Robert Thornton
Christopher C. Burris
Catherine M. O'Neil
Jonathan R. Chally
King & Spalding
1180 Peachtree Street, N.E.
Atlanta, GA  30309

*Mortgage Investors:*
Matthew R. Rosenkoff
Taylor English Duma LLP
1600 Parkwood Circle – Suite 400
Atlanta, GA 30339
-and-
Mitchel H. Kider
David M. Souders
Michael Y. Kieval
Scott D. Burke
Weiner Brodsky Sidman Kider PC
1300 19th Street, NW, Fifth Floor
Washington, DC 20036

*Wells Fargo:*
Amy P. Williams
K & L Gates, LLP
214 North Tryon Street, 47th Floor
Charlotte, NC 28202
-and-
Robert J. Sherry
K & L Gates, LLP
1717 Main Street, Suite 2800
Dallas, TX  75201

*United States of America:*
Daniel A. Caldwell
Assistant U.S. Attorney
600 U.S. Courthouse
75 Spring Street, S.W.
Atlanta, GA  30303

| | |
|---|---|
| *JPMorgan:* | *-and-* |
| William V. Custer | Shannon Rose Selden |
| Jennifer B. Dempsey | Andrew J. Ceresney |
| Damon J. Whitaker | Mary Beth Hogan |
| Bryan Cave LLP | Courtney M. Dankworth |
| One Atlantic Center, Fourteenth Floor | Debevoise & Plimpton LLP |
| 1201 W. Peachtree St., N.W. | 919 Third Avenue |
| Atlanta, GA 30309 | New York, NY  10022 |

I certify that I have mailed by United States Postal Service the document to the following:

| | |
|---|---|
| *United States of America:* | *Irwin Mortgage:* |
| Alan S. Gale | Robert B. Berner |
| United States Department of Justice | Bailey Cavalieri LLC |
| P.O. Box 261 | Kettering Tower |
| Ben Franklin Station | 40 North Main Street, Suite 1250 |
| Washington, DC  20044 | Dayton, OH 45423 |
| | (*Courtesy Copy Only*) |

This 24th day of April, 2012.

BY: s/ James E. Butler, Jr.
JAMES E. BUTLER, JR.
  Georgia Bar No. 099625
LEIGH MARTIN MAY
  Georgia Bar No. 473389
BRANDON L. PEAK
  Georgia Bar No. 141605
SAMANTHA A. DiPOLITO
  Georgia Bar No. 203011
Butler, Wooten & Fryhofer, LLP
2719 Buford Highway
Atlanta, Georgia 30324
(404) 321-1700
(404) 321-1713 Fax