# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.*, VICTOR E. BIBBY and BRIAN DONNELLY<br><br>RELATORS/PLAINTIFFS,<br><br>vs.<br><br>WELLS FARGO BANK, NATIONAL ASSOCIATION (INC.), individually and as s/b/m with WELLS FARGO HOME MORTGAGE, INC., et al.<br><br>DEFENDANTS. | CIVIL ACTION FILE NO.<br><br>1:06-CV-0547-AT |

### NOTICE OF APPEARANCE AND SUBSTITUTION OF LOCAL COUNSEL and NOTICE OF WITHDRAWAL OF CURRENT LOCAL COUNSEL FOR DEFENDANT WELLS FARGO BANK, NATIONAL ASSOCIATION (INC.)

Notice is hereby given that Attorneys Linda A. Klein and Charles T. Huddleston, of the law firm of Baker, Donelson, Bearman, Caldwell & Berkowitz, P.C., are entering their Appearance on behalf of Defendant Wells Fargo Bank, National Association (Inc.) ("Wells Fargo") and they are being Substituted as Local Counsel for Defendant Wells Fargo.

In addition, Notice is hereby given that concurrently with the Appearance of Attorneys Klein and Huddleston, Attorney David Lewis Balser, of the law firm of King & Spalding, LLP, who has previously appeared in this case as Local Counsel for Defendant Wells Fargo, is WITHDRAWING as Local Counsel for Defendant Wells Fargo.

Respectfully submitted this 30th day of April, 2012.

Appearing as Local Counsel:

/s/Charles T. Huddleston
Linda Klein
Georgia Bar No. 425069
Charles T. Huddleston
Georgia Bar No. 373975
*Attorneys for Wells Fargo Bank, National Association (INC.)*

**BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC**
Suite 1600, Monarch Plaza
3414 Peachtree Rd. NE
Atlanta, Georgia 30326
Phone: 404-577-6000
Fax: 404-221-6501
Email: lklein@bakerdonelson.com
Email: chuddleston@bakerdonelson.com

Withdrawing as Local Counsel:

/s/David L. Balser
Georgia Bar No. 035835

**KING & SPALDING LLP**
1180 Peachtree Street
Atlanta, GA 30309
Phone:  404-572-2782
Fax: 404-572-5100
Email: dbalser@kslaw.com

## **CERTIFICATION OF FONT**

I hereby certify that the foregoing document has been prepared in 14-point Times New Roman font and complies with LR 5.1(B), NDGa.

This 30th day of April, 2012.

/s/Charles T. Huddleston
Charles T. Huddleston
Georgia Bar No. 373975

**BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, PC**
Suite 1600, Monarch Plaza
3414 Peachtree Rd. NE
Atlanta, Georgia 30326
Phone: 404-577-6000
Fax: 404-221-6501
Email: chuddleston@bakerdonelson.com

## CERTIFICATE OF SERVICE

I have this day served upon all necessary parties of record with a copy of the foregoing **NOTICE OF APPEARANCE AND SUBSTITUTION OF LOCAL COUNSEL and NOTICE OF WITHDRAWAL OF CURRENT LOCAL COUNSEL FOR DEFENDANT WELLS FARGO BANK, NATIONAL ASSOCIATION (INC.)** by the ECF online filing system with U.S. District Court for the Northern District of Georgia.

This 30th day of April, 2012.

/s/Charles T. Huddleston
Charles T. Huddleston
Georgia Bar No. 373975

**BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, PC**
Suite 1600, Monarch Plaza
3414 Peachtree Rd. NE
Atlanta, Georgia 30326
Phone: 404-577-6000
Fax: 404-221-6501
Email: chuddleston@bakerdonelson.com