IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA ex rel., VICTOR E. BIBBY and BRIAN J. DONNELLY, | : : : : | |
| Relators/Plaintiffs, | : : | CIVIL ACTION NO. 1:06-CV-0547-AT |
| v. | : : | |
| WELLS FARGO BANK, N.A., individually and as s/b/m with WELLS FARGO HOME MORTGAGE, INC., et al., | : : : : : | |
| Defendants. | : | |

**ORDER**

Relators filed their Notice of Voluntary Dismissal of Defendant GMAC Mortgage, LLC, without prejudice on December 5, 2011 [Doc. 172]. At that time, the United States had been notified of the voluntary dismissal and had not yet made a determination as to whether to consent. In the Court's phone conference with the parties on March 19, 2012, the Court questioned the United States regarding this issue and directed the United States to respond within 45 days. That time has now expired, and the United States still has not notified the Court in writing of its consent to the voluntary dismissal of GMAC.

Therefore, the Court **DIRECTS** the United States to respond within fifteen (15) days of this Order indicating whether it consents to the voluntary dismissal without prejudice of GMAC Mortgage, LLC.

IT IS SO ORDERED this 4th day of May, 2012.

_____
**AMY TOTENBERG**
**UNITED STATES DISTRICT JUDGE**