IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br>ex. rel. VICTOR E. BIBBY and<br>BRIAN J. DONNELLY,<br><br>    Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, NATIONAL<br>ASSOCIATION (INC.), individually<br>and as s/b/m with WELLS FARGO HOME<br>MORTGAGE, INC., et al..<br><br>    Defendants. | CIVIL ACTION FILE NO.<br><br>1:06-cv-0547-AT |

**CONSENT BY UNITED STATES OF AMERICA
TO VOLUNTARY DISMISSAL, WITHOUT PREJUDICE,
OF DEFENDANT BANK OF AMERICA, N.A.**

Pursuant to Fed. R. Civ. P. 41(a), Relators Victor E. Bibby and Brian J. Donnelly ("Relators"), have filed a Notice of Voluntary Dismissal, without prejudice, of defendant Bank of America N.A. (named in the Second Amended Complaint as "Countrywide Home Loans Servicing, LP n/k/a BAC Home Loans Servicing, LP"). [Doc. 212].[1]  As stated therein, Relators have advised the Court that the United States would by separate filing notify the Court as to whether the United States consents to the voluntary dismissal,

---

[1]   BAC Home Loans Servicing, LP was merged into Bank of America, N.A., effective as of July 1, 2011.[Doc 212].

1

without prejudice, of defendant Bank of America, N.A..

Pursuant to the False Claims Act, 31 U.S.C. § 3730 (b)(1), the United States hereby notifies the Court of the consent by the United States to the proposed dismissal, without prejudice to the United States, of Bank of America, N.A. as a defendant in the subject civil action.

>                        Respectfully submitted,
>
>                        SALLY QUILLIAN YATES
>                        UNITED STATES ATTORNEY
>
>                        */s/ Daniel A. Caldwell*
>                        DANIEL A. CALDWELL
>                        ASSISTANT U.S. ATTORNEY
>                        Georgia Bar No. 102510
>
>                        600 Richard B. Russell Federal Bldg.
>                        75 Spring Street, S.W.
>                        Atlanta, Georgia 30303
>                        Telephone: (404) 581-6224
>                        Facsimile: (404) 581-6181
>
>                        Counsel for United States
>                        of America

CERTIFICATE OF SERVICE

This is to certify that I have this day electronically filed the foregoing Consent By United States To Voluntary Dismissal Without Prejudice using the CM/ECF system which will automatically send e-mail notification of such filing to all necessary parties of record.

This  21st  day of May, 2012.

/s/ Daniel A. Caldwell
DANIEL A. CALDWELL
ASSISTANT U.S. ATTORNEY
Georgia Bar No. 102510

600 Richard B. Russell Federal Bldg.
75 Spring Street, S.W.
Atlanta, Georgia 30303
Telephone: (404) 581-6224
Facsimile: (404) 581-6181

Counsel for United States
of America