IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br>ex. rel. VICTOR E. BIBBY and<br>BRIAN J. DONNELLY,<br><br>      Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, NATIONAL<br>ASSOCIATION (INC.), individually<br>and as s/b/m with WELLS FARGO HOME<br>MORTGAGE, INC., et al..<br><br>      Defendants. | CIVIL ACTION FILE NO.<br><br>1:06-cv-0547-AT |

**CONSENT BY UNITED STATES OF AMERICA**
**TO VOLUNTARY DISMISSAL, WITHOUT PREJUDICE, OF**
**DEFENDANT NEW FREEDOM MORTGAGE N/K/A IFREEDOM DIRECT CORPORATION**

Pursuant to Fed. R. Civ. P. 41(a), Relators Victor E. Bibby and Brian J. Donnelly ("Relators"), have filed a Notice of Voluntary Dismissal, without prejudice, of defendant New Freedom Mortgage Corporation n/k/a IFreedom Direct Corporation as named in Relators' Second Amended Complaint. [Doc. 213]. As stated therein, Relators have advised the Court that the United States would by separate filing notify the Court as to whether the United States consents to the voluntary dismissal, without prejudice, of defendant New Freedom Mortgage Corporation n/k/a IFreedom Direct Corporation.

1

Pursuant to the False Claims Act, 31 U.S.C. § 3730 (b)(1), the United States hereby notifies the Court of the consent by the United States to the proposed dismissal, without prejudice to the United States, of New Freedom Mortgage Corporation n/k/a IFreedom Direct Corporation as a defendant in the subject civil action.

>Respectfully submitted,
>
>SALLY QUILLIAN YATES
>UNITED STATES ATTORNEY
>
>*/s/ Daniel A. Caldwell*
>DANIEL A. CALDWELL
>ASSISTANT U.S. ATTORNEY
>Georgia Bar No. 102510
>
>600 Richard B. Russell Federal Bldg.
>75 Spring Street, S.W.
>Atlanta, Georgia 30303
>Telephone: (404) 581-6224
>Facsimile: (404) 581-6181
>
>Counsel for United States
>of America

CERTIFICATE OF SERVICE

This is to certify that I have this day electronically filed the foregoing Consent By United States To Voluntary Dismissal Without Prejudice using the CM/ECF system which will automatically send e-mail notification of such filing to all necessary parties of record.

This  21st  day of May, 2012.

/s/ *Daniel A. Caldwell*
DANIEL A. CALDWELL
ASSISTANT U.S. ATTORNEY
Georgia Bar No. 102510

600 Richard B. Russell Federal Bldg.
75 Spring Street, S.W.
Atlanta, Georgia 30303
Telephone: (404) 581-6224
Facsimile: (404) 581-6181

Counsel for United States
of America