IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| U.S. *ex rel.* BIBBY, *et al.*, | CIVIL ACTION NO. |
| Relators, | 1:06-CV-0547-AT |
| v. | |
| WELLS FARGO BANK, N.A., *et al.*, | |
| Defendants. | |

**MOTION OF DEFENDANT COUNTRYWIDE HOME LOANS, INC.
FOR LEAVE TO FILE AMENDED BRIEFING
IN SUPPORT OF ITS MOTION TO DISMISS**

Defendant Countrywide Home Loans, Inc. ("CHL"), by and through its undersigned counsel, respectfully moves for leave to file amended briefing in support of its Motion to Dismiss (DE 166)[1] in order to correct the record to reflect a newly discovered document. In support of this motion, CHL states as follows:

1. CHL filed its Motion to Dismiss and Memorandum in Support on December 2, 2011. (*See* DE 166; DE 166-2.) Relators filed their papers in opposition to CHL's motion on January 5, 2012. (*See* DE 235; DE 236; DE 237.) CHL filed its Reply on January 23, 2012. (*See* DE 238.)

---

[1] Although the Motion to Dismiss and accompanying memorandum were jointly filed by CHL and Bank of America, N.A., the latter is no longer a party to this action. (*See* DE 212; DE 277.)

1

2. Some of the arguments in CHL's briefing addressed the specific loan identified in the Second Amended Complaint (DE 54 at Ex. B) as VA Loan No. 16-16-6-0790510. In particular, Parts III(C) and IV(B)(2) of CHL's Memorandum referenced documents related to that loan that are maintained by CHL. CHL's Reply contained similar statements.

3. CHL has since learned that one of the referenced documents may be incomplete. Specifically, Griffin Declaration Ex. 6 (DE 166-5 at 17) is a document consisting of the closing instruction package for VA Loan No. 16-16-6-0790510 as it is maintained by CHL. On May 30, 2012, CHL obtained a copy of a document provided by the law firm of Arey, Long & Cross PC ("ALC"), the closing attorneys for VA Loan No. 16-16-6-0790510. The document received from ALC contains the same closing instruction package maintained by CHL, and also includes an additional page, entitled "Addendum to Closing Instructions." The document received from ALC is attached hereto as Exhibit 1.

4. In light of the factual questions raised by the document provided by ALC, certain loan-specific statements set forth in CHL's Motion, in the introduction sections and Parts III(C) and IV(B)(2) of CHL's Memorandum, and in CHL's Reply, should not be considered by the Court in support of the Motion to Dismiss. CHL therefore seeks leave to file an amended Motion, an amended Memorandum and an amended Reply for the purpose of deleting certain statements

that concern the specifics of VA Loan No. 16-16-6-0790510.  (*See* DE 166 at 4, DE 166-2 at 2, 6, 20-24, 34-37; DE 258 at 2, 9-10, 13-15.)  The proposed amended papers are attached as Exhibits 2 to 4.

5. As the proposed amended papers make clear, CHL seeks only to delete material that should not be considered by the Court.  CHL does not seek to expand upon, re-write, revise or otherwise alter the remaining arguments other than to make grammatical corrections made necessary by the deletions.  Therefore, there is no prejudice to Plaintiffs in granting this Motion.  CHL continues to assert that the remaining arguments warrant dismissal of the Second Amended Complaint.

**WHEREFORE**, CHL respectfully requests that the Court grant this Motion and accept for filing the proposed amended Motion to Dismiss, Memorandum in Support, and Reply Brief attached hereto.

Respectfully submitted this 6th day of June, 2012.

By: /s/Richard K. Hines, V
Ga. Bar No. 356300
Attorney for Countrywide Home Loans, Inc.
NELSON MULLINS RILEY & SCARBOROUGH LLP
201 17th Street NW, Suite 1700
Atlanta, GA  30363
(404) 322-6154
(404) 322-6050 (fax)
richard.hines@nelsonmullins.com

Mark D. Hopson (PHV)
Robert. J. Conlan, Jr. (PHV)
Mark P. Guerrera (PHV)
Sean C. Griffin (PHV)
Attorneys for Countrywide Home Loans, Inc.
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, DC  20005
(202) 736-8000
(202) 736-8711 (fax)
mhopson@sidley.com
rconlan@sidley.com
mguerrera@sidley.com
sgriffin@sidley.com

Douglas A. Axel (PHV)
Attorney for Countrywide Home Loans, Inc.
SIDLEY AUSTIN LLP
555 West Fifth Street
Los Angeles, CA  90013
(213) 896-6000
(213) 896-6600 (fax)
daxel@sidley.com

## CERTIFICATE OF COMPLIANCE

Pursuant to Local Rules 5.1(B) and 7.1(D), I hereby certify that the foregoing **MOTION OF DEFENDANT COUNTRYWIDE HOME LOANS, INC. FOR LEAVE TO FILE AMENDED BRIEFING IN SUPPORT OF ITS MOTION TO DISMISS** complies with the applicable font and size requirements and is formatted in Times New Roman, 14 pt font.

By: /s/Richard K. Hines, V
Ga. Bar No. 356300
Attorney for Countrywide Home Loans, Inc.
NELSON MULLINS RILEY & SCARBOROUGH LLP
201 17th Street NW, Suite 1700
Atlanta, GA  30363
(404) 322-6154
(404) 322-6050 (fax)
richard.hines@nelsonmullins.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of June, 2012, I electronically filed the foregoing **MOTION OF DEFENDANT COUNTRYWIDE HOME LOANS, INC. FOR LEAVE TO FILE AMENDED BRIEFING IN SUPPORT OF ITS MOTION TO DISMISS** with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to the following attorneys of record:

| | |
|---|---|
| *Attorneys for the United States of America* | |
| Amy L. Berne<br>Daniel A. Caldwell, III | Amy.Berne@usdoj.gov<br>Dan.Caldwell@usdoj.gov |
| *Attorneys for Relators Bibby and Donnelly* | |
| James Edward Butler , Jr.<br>Brandon L. Peak<br>Leigh M. May<br>Samantha DiPolito<br>Marlan Bradley Wilbanks<br>Tyrone M. Bridges<br>Mary Louise Cohen<br>Timothy P. McCormack | jim@butlerwooten.com<br>brandon@butlerwooten.com<br>leigh@butlerwooten.com<br>samantha@butlerwooten.com<br>mbw@wilbanks-bridgeslaw.com<br>tmb@wilbanks-bridgeslaw.com<br>mlc@phillipsandcohen.com<br>tmccormack@phillipsandcohen.com |
| *Attorney for Washington Mutual Home Loans and JPMorgan Chase Bank, N.A.* | |
| William Vance Custer, IV | bill.custer@bryancave.com |

| | |
|---|---|
| *Attorneys for Mortgage Investors Corporation (Ohio)* | |
| David M. Souders | souders@wbsk.com |
| Michael Y. Kieval | kieval@wbsk.com |
| Mitchel H. Kider | kider@wbsk.com |
| Scott D. Burke | burke@wbsk.com |
| Matthew Robert Rosenkoff | mrosenkoff@taylorenglish.com |
| *Attorneys for CitiMortgage Inc.* | |
| Burt M. Rublin | rublin@ballardspahr.com |
| Diana L. Spagnuolo | spagnuolod@ballardspahr.com |
| Christopher J. Willis | willisc@ballardspahr.com |
| *Attorneys for Bank of America Corporation* | |
| Asher L. Rivner | arivner@omm.com |
| Jonathan Rosenberg | jrosenberg@omm.com |
| William J. Sushon | wsushon@omm.com |
| Nancy H. Baughan | nbaughan@phrd.com |
| Robert M. Brennan | bbrennan@phrd.com |
| Scott Eric Zweigel | szweigel@phrd.com |
| *Attorneys for New Freedom Mortgage Corporation* | |
| Aaron Paul Michael Tady | atady@colesbarton.com |
| Thomas M. Barton | tbarton@colesbarton.com |
| *Attorneys for Wells Fargo Bank, National Association (Inc.)* | |
| Amy Pritchard Williams | amy.williams@klgates.com |
| Robert J. Sherry | robert.sherry@klgates.com |
| Charles T. Huddleston | chuddleston@bakerdonelson.com |
| Linda Ann Klein | lklein@bakerdonelson.com |

| | |
|---|---|
| *Attorneys JPMorgan Chase Bank, N.A.* | |
| Courtney M. Dankworth | cmdankwo@debevoise.com |
| Mary Beth Hogan | mbhogan@debevoise.com |
| *Attorney for PNC Bank, N.A.* | |
| Catherine M. O'Neil | coneil@kslaw.com |
| Christopher Cullom Burris | cburris@kslaw.com |
| Jonathan R. Chally | jchally@kslaw.com |
| Martin Robert Thornton | bthornton@kslaw.com |
| *Attorneys for First Tennessee Bank National Association (Inc.)* | |
| Irene C. Freidel | irene.freidel@klgates.com |
| Jennifer J. Nagle | jennifer.nagle@klgates.com |
| Christopher Scott Anulewicz | canulewicz@balch.com |
| Geremy Walden Gregory | ggregory@balch.com |
| *Attorneys for SunTrust Mortgage, Inc.* | |
| Michael L. Brown | mike.brown@alston.com |
| Van A. Anderson | van.anderson@alston.com |
| William H. Jordan | bjordan@alston.com |
| *Attorney for GMAC Mortgage Corporation* | |
| Harold Wayne Phears | wphears@mcguirewoods.com |

I hereby certify that on this 6th day of June, 2012, I caused to be mailed by express delivery the foregoing **MOTION OF DEFENDANT COUNTRYWIDE HOME LOANS, INC. FOR LEAVE TO FILE AMENDED BRIEFING IN SUPPORT OF ITS MOTION TO DISMISS** to the following non-CM/ECF participants:

>Andrew J. Ceresney
>Shannon Rose Selden
>Debevoise & Plimpton, LLP
>919 Third Avenue
>New York, NY 10022
>*Attorneys for JPMorgan Chase Bank, N.A.*

By: /s/Richard K. Hines, V
Ga. Bar No. 356300
Attorney for Countrywide Home Loans, Inc.
NELSON MULLINS RILEY & SCARBOROUGH LLP
201 17th Street NW, Suite 1700
Atlanta, GA 30363
(404) 322-6154
(404) 322-6050 (fax)
richard.hines@nelsonmullins.com