# Exhibit 1 – Document Received from Arey, Long & Cross

## to

## Motion of Defendant Countrywide Home Loans, Inc. for Leave to File Amended Briefing in Support of Its Motion to Dismiss

Nov-18-03   12:28pm   From-                                              T-558   P.002/012   F-801

PRINT DATE/TIME: 11/18/2003  08:06:01
BORROWER:        WILLIE M BAILEY
CO-BORROWER:
CASE #:          LAP161660790510
LOAN #:          45686561
PROPERTY ADDRESS:   2632 WISE STREET
                    COLUMBUS, GA 31903-

## ADDENDUM TO CLOSING INSTRUCTIONS

Final decision is contingent upon the satisfaction of the following conditions:
Condition Code   Condition Desc/Comments

Additional Conditions (Continued from Page 1):
1-SIGN NOTE BLUE INK, 2-FAX HUD FOR APPROVAL 770-632-0359, 3-3 DAY RIGHT OF RESCISSION, 4-CHL P/O TO SHOW ON HUD, 5-AKANAME AFFIDAVIT, 6-CHL TO BE IN 1ST LIEN POS, 7-NO CASH OUT, 8-SHOW ATTY FEE ON LINE 1102 OF HUD, 9-TITLE VESTED IN BORR. 10-BORROWER TO COMPLETE 1880 IN HIS HANDWRITING



FHA/VA/CONV
Supporting Schedule                  Page 8 of 9
2C1301US (09/02)

*23991*                                               *045686561000002C130*

Nov-18-03  12:28pm  From-  
(Prepared by: R. PRATHER)

T-558  P.003/012  F-801

See Attached Addendum  
**CLOSING INSTRUCTIONS** — **REFINANCE**

YOUR CLOSER: R. PRATHER  
(770)632-9800

**THESE ARE**

**COUNTRYWIDE HOME LOANS, INC.**

("Lender") CLOSING AND RECORDING INSTRUCTIONS TO YOU REGARDING THE LOAN FROM LENDER INDICATED BELOW (the "Loan"). THE LOAN MAY ONLY BE CLOSED IN STRICT COMPLIANCE WITH THE TERMS HEREIN. CONDUCTING THE CLOSING WILL BE DEEMED ACCEPTANCE OF THE TERMS HEREIN.

- Closing Agent and Attorneys Fees Attachment of these instructions details fees for closing services provided by your office. If these amounts are incorrect, please notify Lender immediately and do not proceed with loan closing. Lender will hold you liable for any losses resulting from your failure to follow these and all other closing instructions.
- The final HUD-1 must be sent to Lender within 24 hours of loan disbursement.
- Closing agent must advise Lender immediately if any discrepancy is found on any of these documents, and must also refrain from releasing the documents or closing the loan until further written instructions are received from Lender.
- Closing agent is not authorized to change any terms of the documents provided for this closing or any terms of the loan transaction as reflected in these Closing Instructions and all attachments hereto unless written approval is obtained from Lender prior to making such changes.
- Title companies see Paragraph C. 10.

TO: WILLIAM AREY  
4800 ARMOUR ROAD  
COLUMBUS, GA. 31904  
ATTN:

PHONE #: (706)596-6745  
CLOSERS FILE #:  
DATE: 11/18/2003  
BORROWER (the "Borrower"): WILLIE M BAILEY  
CASE #: LAP161660790510  
PROPERTY ADDRESS (the "Property"): 2632 WISE STREET, COLUMBUS, GA 31903-  
SALES PRICE: N/A  
LOAN AMOUNT: 65,151.00  
TERM (MOS.): 360  
INTEREST RATE: 6.000  
MONTHLY P&I: 390.61  
LOAN TYPE: VA  
LIEN POSITION: FIRST  
FIRST PMT DATE: 01/01/2004  
BASE LOAN AMOUNT : $ 64,827.00  
VA FUNDING FEE FINANCED : 324.00  
VA FUNDING FEE PAID CASH : 0.14  
TOTAL VA FUNDING FEE : 324.14

BRANCH ADDRESS: 1200 COMMERCE DRIVE  
PEACHTREE CITY, GA 30269-  
**BRANCH # 0000389**  
BRANCH PHONE #: (770)632-9800  
BRANCH FAX #: (770)632-0359

FUNDING DATE: 11/24/2003

LOAN #: 45686561

ARM LOAN: ( ) Yes (X) No Govt Fixed 30  
INDEX:  
MARGIN:  
LIFE CAP:  
FLOOR CAP:  
INT RATE CHG DATE:  
PMT CHG DATE:  
BUYDOWN LOAN: ( ) Yes (X) No  
HIGH OUTSTANDING PRINCIPAL BALANCE:

**A. TIME LIMITATIONS**. The Loan must close on or before the earliest to occur of (1) 11/24/2003 when the dates in the loan documents will no longer be valid, or (2) 12/02/2003, when the interest rate lock expires. Notwithstanding the foregoing, if the Loan does not close within 72 hours of your receipt of our funds for this Loan (the "Funds"), you are instructed to return all "Documents" (as defined below), whether or not they are signed, and all of our Funds.

**B. LOAN DOCUMENTS**. Enclosed herewith we are hereby delivering to you, to be held in trust and handled in accordance with the terms of these closing instructions, each of the following documents (which documents, shall be referred to collectively as the "Documents"):

REGULATION Z

**ENCLOSED ARE THE FOLLOWING DOCUMENTS:**

*Revised* (handwritten)

FHA/VA/CONV  
• Closing Instructions  
2C0861US (10/03).02

Page 1 of 9

Initials: _____

*23991*

*045686561000002C086*

C. **CONDITIONS TO CLOSE.** You shall not close the Loan or disburse our Funds, unless and until each and every one of the following conditions have been satisfied:

1. **Source of Title.** You must deliver to us prior to closing a source of title showing the name, date and recording information of the document that transferred title to the current record owner (the "Source of Title").

2. **No Other Sales, Transfers or Financing.** This Loan cannot be closed or funded without the prior written consent of our Chief Credit Officer at 4500 Park Granada, Calabasas, CA 91302-1613 (1) in conjunction with, or simultaneously with, any other sale, transfer or financing of the Property (i.e., double escrow, double closing, flip sale, pass through, equity skimming, etc.) except for a junior loan provided by or approved by Lender, (2) if the Source of Title shows a transfer of the Property during the six (6) months preceding the closing date, or (3) if any transfers of the Property or any interests therein, have occurred, or will occur, after the date and time of the Source of Title other than the transfer of the Property to the Borrower by the person(s) shown in the Source of Title as owning the Property.

3. **Purchase Transaction Requirements.** If the subject transaction is represented to be a purchase transaction, the Loan cannot be closed or funded by you if the Borrower has acquired or will acquire any interest in the Property prior to the scheduled closing of this Loan. If the Borrower has acquired or will acquire an interest in the Property prior to the scheduled closing of this Loan, you must call the Lender immediately.

4. **Refinance Transaction Requirements.** If the subject transaction is represented to be a refinance transaction, the Loan cannot be closed or funded by you if the Borrower has not acquired record title to the Property prior to the scheduled closing of this Loan. If the Borrower has not yet acquired record title to the Property prior to the scheduled closing of this Loan, you must call the Lender immediately. (Note, as provided in Section D below, it is your responsibility to get all pay-off demands, in writing only, and you must have lines of credits closed, not just paid to zero).

5. **HUD-1 Settlement Statement.** You have prepared a HUD-1 (or HUD-1A as appropriate) Settlement Statement (the "Settlement Statement"). The Settlement Statement shows the party to whom each line item is to be disbursed. The fees and charges described below are fully and accurately shown on the Settlement Statement. Fees or charges paid outside of closing must be marked as such. The Settlement Statement has been sent to Lender and approved by Lender.

6. **Execution of Documents.**

   (i) Borrower has executed, and acknowledged where required, each of the Documents required to be executed and acknowledged by Borrower.

   (ii) You have examined the Documents and have determined that
   (1) all necessary signatures and notary acknowledgments are contained therein;
   (2) no pages or exhibits are missing therefrom; and
   (3) the legal description of the Property on the preliminary title report matches the legal description on the survey and all closing documents (e.g., the mortgage or deed of trust).

7. **Sufficient Funds to Close.** You have received from Borrower cash or other good funds sufficient to pay all amounts shown on the Settlement Statement as payable by Borrower. All third party contributions, if any, must be listed on the Settlement Statement, showing the amount and source of any funds being contributed on behalf of the Borrower or deposited with the Lender. You have also obtained a copy of the instrument (e.g., money order or cashier's check) by which Borrower made the earnest money deposit or downpayment. A copy of this instrument must be included with the closing documents when returned to Lender.

8. **Title Policy Commitment.** You have an unconditional commitment to issue a Lender's policy in favor of Lender, meeting all of the requirements set forth in Section D below.

9. **Closing Protection Letter.** If you are not the title insurance company issuing title insurance on this closing and we are sending you our Funds for this Loan, we must have a valid indemnification letter (Lender's Closing Protection Letter, Approved Attorney Letter or E and O Coverage and fidelity bond as required by Lender) on file from the title insurance company for you.

10. **Funds to Title Insurance Company.** If you are the title insurance company to be issuing title and we are sending you our Funds for this Loan, but a closing agent or escrow company is closing the Loan, you are not to disburse our Funds unless and until you confirm that the following instructions have been satisfied as indicated (your reliance upon the closing agent or escrow company for any of the following will not relieve you of your obligations hereunder for confirming satisfaction thereof):
    (i) Time Limitations, Section A;
    (ii) Conditions to Close, Sections C 1 through 4, inclusive (Source of Title, No Other Sales, Transfers or Financing, Purchase Transaction Requirements, and Refinance Transaction Requirements);
    (iii) Conditions to Close, Section C 6 (Execution of Documents), for the Documents that you receive in connection with this Loan;
    (iv) Conditions to Close Section C 8 (Title Policy Commitment);
    (v) Any right of rescission in Conditions to Close Section C 13 has not been exercised;
    (vi) Miscellaneous conditions to Close including Section C 16(x) Table Funded Loans and Concurrent Closings and (xi) (HOA Dues);
    (vii) Requirements for Title Insurance, Section D; and
    (viii) Closing the Loan, Section E 1, 2 and 4 (Recording Documents, Disbursing Funds and Returning Documents)

LOAN #: 45686561

**11. Power of Attorney.** If a power of attorney is to be used, the actual document must be approved by Lender prior to closing. On VA Loans, an Alive & Well Statement is also required. Closing agent must assure that all documents signed under a power of attorney are executed properly and in accordance with applicable state law requirements.

**12. Charges and Fees.** The charges and fees disclosed on the Lender Fee Deductions and Closing Agent and Attorneys Fees attachments to these instructions, must be charged to the Borrower as indicated. OTHER THAN TITLE INSURANCE RELATED FEES, **NO OTHER CHARGES OR FEES MAY BE CHARGED, NOR MAY ANY CHARGES OR FEES BE CHANGED, WITHOUT THE PRIOR WRITTEN CONSENT OF LENDER.**

☐ **13. Rescission.**
☐ THIS LOAN IS SUBJECT TO RESCISSION.

(i) Each person with an ownership interest in the property who occupies the property as his/her primary residence has a right under federal law to rescind this transaction. Each person with a right to rescind **must be given TWO copies per person of the completed Notice of Right to Cancel** and one copy of the Truth in Lending Disclosure at the time of closing for them to retain. (Note, you must ensure that the date when the right to rescind expires is accurately filled in based upon when each person signs the Notice of Right to Cancel as described in the attached sheet "Warning Regarding Notice of Right to Cancel").

(ii) Both the Notice of Right to Cancel and the Truth-in-Lending Disclosure must be signed and dated in the signer's own handwriting.

(iii) After the rescission period has expired, you must contact each Borrower and each other person who was given a right to rescind and ensure that no such person exercised his/her right to rescind the transaction;

(iv) The Loan may not close and the Funds may not be disbursed to the Borrowers or anyone else until the first day after the date shown in the Notice of Right to Cancel as the last day for the Borrowers to rescind the Loan (but in no event earlier than the fourth business day after all Borrowers have signed the Notice of Right to Cancel and the Documents), and only then if the Borrowers have not rescinded the Loan; and

(v) You have received verbal authorization to close from Lender.

**14. Delivery of Documents.** All of the following documents (as marked) must be delivered to Lender at least 48 hours prior to funding (no exception) for escrow closings, and within 24 hours after closing (no exception) for all other closings at the address for the Branch indicated in the top right hand corner of the first page of these instructions:

(X) 1. All original Documents and copies of legal documents (1 copy for Conventional Loans & 2 copies for Government Loans), each copy certified to be a "True Copy of the Signed Original" with the Notary acknowledgement section completed in its entirety on each applicable document.

( ) 2. Termite Standard Inspection Report & Completion (VA: Veteran must sign)

( ) 3. (Purchase) Original Hazard Policy & Paid Receipt (unless written by CIS)

( ) 4. (Refi) Evidence of Paid Insurance & Endorsement showing our Loan number.

( ) 5. Original Flood Policy/NFIP executed application and proof of payment/Executed NFIP "Certification of Purchase of Flood Insurance" (unless written by CIS)

(X) 6. Certified copy of Escrow Instructions & any amendments.

(X) 7. Title Commitment with the policy to follow in 30 days complying with the requirements stated herein. A copy of all restrictions mentioned in the commitment must be attached. For exemptions to these requirements see Page 6, Section D, item # 9.

( ) 8. Tax & assessment searches including account numbers

( ) 9. Judgement & maiden name searches

( ) 10. Survey acceptable to Title Company to issue clear title (Original+1), include flood evaluation.

( ) 11. Specific Power of Attorney (our form must be used, unless an alternative form is specifically preapproved for this closing by Lender)

(X) 12. Final HUD-1 and all demands (See E.3 for delivery instructions).

LOAN #: 45686561

15. **Cash Back to Borrower; No Cash Out Loans, Return of excess funds from closed/funded loans.** If the Lender approved Settlement Statement provides for cash back to the Borrower, such funds shall be delivered to Borrower only. If the loan is a conventional rate and term refinance, funds to the Borrower cannot exceed the lesser of 2% of the new principal loan amount of the loan, or $2,000. If the loan is a "No Cash Out" refinance, no funds may be disbursed directly to the Borrower. If the loan is a conventional rate and term refinance, funds in excess of the lesser of 2% of the new principal amount of the loan or $2,000, in a "No Cash Out" refinance, shall be returned to Lender with the closing package.

**HELOCS ONLY:** After this loan closes, you are instructed to return excess funds to:
Bank of America, San Francisco, CA
ABA 121000358
Account# 12350-14980
Reference: HELOC
Attn: HELOC Servicing Department

16. **Miscellaneous.**

(i) **FHA LOAN - HUD Instructions;** (N/A Refinances and Assumptions). The Borrowers in this FHA-insured transaction must, from their own funds, make the required earnest money deposit, pay closing costs and make the required down payment required by FHA, unless otherwise explained below. In order to assist in assuring that the Borrowers in this transaction have met their financial obligations, you are to have executed the certifications contained on the form enclosed herewith by both the Borrower and seller. You also are to execute and date the certification as indicated. Your executed certification notes receipt of the other certifications. You should make these certifications an addendum to the Settlement Statement and provide copies to all parties receiving copies of such statement. If you have actual knowledge that the source of such funds is other than from the Borrower (except as described below) you are not to disburse any loan proceeds and must immediately notify Lender at the above phone number. You may only proceed with the closing upon receipt of written instructions from the Lender. The HUD-1 (or HUD-1A) must be completed to show the amount and source of any funds being contributed on behalf of the Borrower or deposited with the Lender.

(ii) **Survey.** If a short form title policy is issued, a survey is required only in New Mexico, Ohio, Florida and Texas (if no survey within past 10 years). If a standard long form ALTA policy is issued, a survey is required if common to your area. Survey must be current and legal description, lot size and street must agree with the appraisal and closing documents. All Agency waivers must be furnished to us prior to closing.

(iii) **Hazard Insurance.** You must confirm that the Borrower has obtained insurance coverage which is at least fire and extended coverage with a "special form" coverage endorsement, i.e., fire only - DP1 or DF1, homeowners policy - HO1 (as opposed to "Broad" form - HO2 - except in Texas). The insurance must not limit or exclude from coverage (in whole or in part) windstorm, hurricane, hail damages, or any other perils that are normally included under an extended coverage endorsement. The amount of insurance coverage must at least equal the lesser of (1) 100% of the insurable value of the improvements as established by the property insurer; or (2) the unpaid balance of the mortgage, with a replacement cost endorsement to compensate for the full amount of damage or loss to improvements. **You are not to request insurance coverage in any specific amount.** The insurer must be licensed to transact insurance in the jurisdiction where the dwelling is located, and must also meet at least one of the following criteria: (1) be rated "B" or better or have a minimum Financial Performance Index of "6" as reported in **Best's Insurance Reports**; (2) be rated "A" or better in Demotech, Inc.'s Hazard Insurance Financial Stability Ratings; or (3) be rated BBB or better or have a BBB qualified solvency ratio in Standard & Poor's **Insurer Solvency Review**, or have an "Aaisi" rating as reported in Standard & Poor's **International Confidential Rating Service.** If the insurer is not admitted in the jurisdiction where the dwelling is located, it must have an A.M. Best's rating of "A" or better as reported in **Best's Insurance Reports** or a rating of "AA" or better as reported in Standard & Poor's **Insurer Solvency Review.** Coverage underwritten by a state's FAIR Plan or through state insurance plans is acceptable if such insurance is the only insurance available to the borrower. An insurer that does not otherwise meet the requirements of this paragraph can qualify as an acceptable insurer if it is covered by reinsurance with a company that meets either of the A.M. Best's or Standard & Poor's ratings set forth in this Section 3, provided that the reinsurance agreement contains a "cut-through" endorsement that provides for the reinsurer to become immediately liable for 100% of any covered loss payable but unpaid by reason of the insolvency of the primary insurer. Policy must extend for a term of not less than 1 year, pre-paid, for purchase transactions and a minimum remaining term of three months on a refinance. The name of the insured must appear exactly as the Property is vested at the time of closing. The loss payee clause must read: COUNTRYWIDE HOME LOANS, INC. "and/or its assigns as their interest may appear (A.T.I.M.A.)." Mail to: MSN-SV22, P.O Box 10212, Van Nuys, CA 91410-0212. If mail is being forwarded by means of overnight mail, use the following address: 400 Countrywide Way-MSN-SV22, Simi Valley, CA 93065.

(iv) **Flood Insurance.** Flood insurance is required for all properties located in a Special Flood Hazard Area Zone A or V. The amount of coverage must be equal to the lesser of (1) the minimum amount required, under the terms of the coverage, to compensate for any damage or loss on a replacement cost basis (or the unpaid principal balance of the loan if replacement cost coverage is not available for this type of dwelling; or, (2) the maximum insurance available under the appropriate NFIP (not applicable for HELOCs).

(v) **Repair & Termite Clearance.** All repairs required by either the appraisal and/or Termite Report must be completed prior to closing (except for FHA Section 203(K) and Construction to Permanent Financing Program loans). NOTE: Appraisal and Termite Report occasionally requires repairs and/or certifications from other licensed contractors i.e. roofing, plumbing, electrical, etc. All such requirements must be satisfied. A final inspection report

FHA/VA/CONV
@ Closing Instructions
2C0864US (10/03).02

Initials: _____

CASE #: LAP161660790510                                              LOAN #: 45686561

certifying completion of any repairs on the appraisal or termite report is required prior to closing. On VA loans the following certification must appear on the termite report, signed by the veteran: "I hereby certify that I have received a copy of the termite report and completion, if applicable, and all work completed, if any, was completed to my satisfaction and at no cost to me" (not applicable for HELOCs).

(vi) **Radon Tests.** If the Borrower's purchase contract requires that a radon test be performed, Lender must be supplied with a copy of the results prior to closing. We may also require radon tests and reports on any property that is located in a high risk area, which requirement will be listed in the Additional Funding Conditions included herewith, if any (nor applicable for HELOCs).

(vii) **Builders Warranty.** Required on all new construction and all houses less than one year old.

(viii) **Clear Countersigned Final Inspection Report and Certificate of Occupancy.** All on-site & off-site improvements must be completed unless an authorized escrow has been approved. A Certificate of Occupancy (or similar type local government approval, as available) must be obtained if the Property is new construction, if the Property is less than one year old at the time of closing, or if required on the Additional Funding Conditions.

(ix) **Well & Septic Certifications.** If the Property has well or septic tanks you MUST have received clear certifications issued prior to closing.

(x) **Table Funded Loans and Concurrent Closings.** Regardless of whether or not the Lender is the named lender on the Loan, if Lender's Funds are being used to fund the Loan, then all the terms and conditions in these Instructions must be satisfied prior to your release of Lender's Funds for any purpose.

(xi) **HOA Dues.** Any and all home owners association dues must be paid current at the time of closing.

(xii) **Knowledge of Property Condition.** If you are aware of any recent changes to the condition of the subject property, including fire, flood, regional disaster, or other damage, do not close the loan without informing Lender and obtaining Lender's consent to close.

17. **Additional Funding Conditions.**   [X] See Additional Funding Conditions attached hereto.

D. **REQUIREMENTS FOR TITLE INSURANCE**

1. **Form of Policy.** The policy (the "Policy") must be a standard long form ALTA Lender's Policy; provided however that a Short Form ALTA Lender's Policy is requested when the title company is one of the following approved companies: American Title Insurance Company; Attorneys Title Insurance; Chicago Title Insurance; Commonwealth Land Title; First American Title Insurance Company; Lawyers Title Corporation; Lincoln Title; Old Republic National Title Insurance Company; Preferred Title & Guaranty Agency; Security Title Guaranty Corporation of Baltimore; Stewart Title; Transamerica Title Insurance Company; TRW Title Insurance Company. Certificates of title insurance are accepted from: American Title Insurance Company, Commonwealth Land Title, First American Title Company of Minnesota, Investors Title Insurance Company, Old Republic National Title Insurance Company and Preferred Title; all others require a Title Insurance Policy.

2. **Name of Insured.** The Insured on the Policy must read:
COUNTRYWIDE HOME LOANS, INC.
by "and/or its assigns, as their interest may appear."   immediately followed

3. **Loan Number.** The Lender's loan number must appear on the Policy.

4. **Amount of Policy.** The Policy liability amount must be the full amount of the Loan amount except that, for loans with negative amortization, the Policy liability amount must equal HOPB (refer to Additional Funding Conditions).

5. **Lien Position, Permitted Exceptions and Subordinations.**

(i) **Lien Position.** Our mortgage or deed of trust, as applicable, must be a valid first lien on the Property, excluding taxes which are a lien not yet due or payable and the Permitted Exceptions (defined below), all other prior liens and junior liens must be extinguished and not merely subordinated, (except as provided in (iii) below); provided however that if the Loan is indicated by Lender as a junior loan, it must be a valid second lien, with no prior or junior liens except taxes which are a lien not yet due or payable and the Permitted Exceptions.

(ii) **Permitted Exceptions.** The following exceptions shown on title report number _____ are the only exceptions, except for our mortgage or deed of trust, that are approved for inclusion in the Policy: _____ (the "Permitted Exceptions"). All bonds, assessments, taxes, HOA dues (if applicable) and parking tickets (New York only) that are liens on the Property must be satisfied or paid current prior to closing. All taxes becoming delinquent within 60 days of closing must be paid at closing. You must close any prior lines of credit and obtain confirmation the account is closed, not just pay the outstanding balance. No secondary financing is allowed except for loans from or approved by Lender ("secondary financing" means any

FHA/VA/CONV
● Closing Instructions
2C086SUS (10/03).02

Page 5 of 9

Initials: _____

junior loans made in conjunction with, simultaneously with or immediately after the Loan, whether or not shown on the Policy). It is your responsibility to obtain any and all payoff statements and all lien releases in writing necessary in connection with liens being extinguished.

(iii) **Subordinations.** If Lender does consent to accept an existing lien to be subordinated to the Loan, such consent must be in writing, and such subordination agreement must be requested and obtained by you prior to closing and must be on a form acceptable to Lender. The subordination agreement must be recorded as specified in paragraph E.

6. **Endorsements.** The following endorsements must be included with the Policy: 100 (only if the policy does not include all of the comprehensive coverage), 116, 7 (if applicable), 8.1 and

(or their equivalent). In the case of an FHA Section 203(k) or Construction to Permanent Financing Program Mortgage, an LP10 Package with ALTA Rewrite is required. If new foundations will be constructed, a Foundation Endorsement will also be required. Additionally, for the Construction to Permanent Financing Program Mortgage, a Creditor's Rights Endorsement is required.

7. **Restrictions.** If restrictions are shown on record, and listed herein as acceptable to Lender, the following language must appear in the policy regarding each such restriction: "Restrictions are not violated as of the date of this policy and any future violation will not result in forfeiture or reversion of title."

8. **Unacceptable Title Insurers.** The following companies are unacceptable and may not be used to insure our loans: Charter Title Ltd. and Industrial Valley Title Insurance Company.

9. **HELOC and Fixed Rate Second Loans.** Title policies meeting the above requirements are required for Home Equity Lines of Credit ("HELOCs") and Non-Conforming Fixed Rate Second Loans ("NCFRS"), if there is a change in vesting, it is a leasehold property, it is a HELOC in first lien position, or the HELOC line or NCFRS initial balance is greater than $100,000. For HELOCs or NCFRSs under and equal to $100,000, that are not otherwise one of the loans listed in the preceding sentence, we require a title search only delivered to the branch and approved by the branch prior to closing. For all conforming second loans, title policies are required and must meet the above requirements.

E. **CLOSING THE LOAN.** If and only if all of the above conditions have been satisfied, then you are to close the Loan in the following order:

1. Cause the deed transferring title to the Borrower (if a purchase) and Lender's mortgage or deed of trust and subordination agreement, as applicable, to be recorded in the official Records of the county in which the Property is located, in exactly the above order.

2. Disburse the Funds in strict compliance with the Settlement Statement.

3. Deliver the final Settlement Statement within 24 hours to:
COUNTRYWIDE HOME LOANS, INC.
1200 COMMERCE DRIVE
PEACHTREE CITY, GA 30269-

4. Deliver the Documents to Lender not already delivered to Lender in accordance with C.(14) to the address for the Branch indicated on the first page of these instructions:

5. File Form 1099B with the IRS on all Real Estate transactions, in compliance with the 1986 Tax Reform Act.

6. In escrow states, deliver the Title Policy, within 30 days of closing to:
COUNTRYWIDE HOME LOANS, INC.
1800 Tapo Canyon, MSN SV79
Simi Valley, CA 93063-6712

7. Provide the borrowers with a copy of the closing documents for the borrower to retain.

F. **RETURN OF FUNDS UPON FAILURE TO CLOSE.** If this Loan does not close and you are instructed to return the Funds, Funds must be wired to:

The Bank of New York
48 Wall Street
New York, NY
ABA #021000018
Countrywide Home Loans
Acct# 8900215224
Reference: 45686561
Attn: Treasury Department

**THESE INSTRUCTIONS CANNOT BE CHANGED, MODIFIED OR WAIVED EXCEPT IN WRITING BY LENDER (AND OUR CHIEF CREDIT OFFICER FOR MATTERS IN SECTION C.2)**

FHA/VA/CONV
Closing Instructions
2C0866US (10/03).02

Initials: _____

Nov-18-03  12:29pm  From-                                           T-558  P 009/012  F-801

LOAN #: 45686561

## CLOSING AGENT AND ATTORNEY FEES

The dollar amounts specified for the fees listed below are based on information provided by your office for closing services to be performed by your company. If a "0" appears on the line, you have indicated the fee will not be charged.

| | | |
|---|---|---|
| Closing/escrow fee | $ | 0.00 |
| Attorney/settlement agent | $ | 0.00 |
| Loan tie-in fee | $ | 0.00 |
| Sub Escrow or Sub Title fee | $ | 0.00 |
| Closing agent Courier fee | $ | 0.00 |

If these amounts are incorrect, you may not close this Loan unless and until you obtain from Lender a new Truth in Lending statement that shows the correct fees.

### LENDER FEE DEDUCTIONS

Subject to our satisfactory review, we will issue funds for final funding on the following basis. All Fees specified below will be deducted from our funds. Fees must be charged as indicated only.

In states where check is received prior to funding, deposit of the check PRIOR TO AUTHORIZATION FROM THIS OFFICE will cause you to be deleted from our Approved Closing Agent List.

| | Total Cost of Fee | Fees Prepaid | by BORROWER | SELLER |
|---|---|---|---|---|
| Discount Points ( 0.500 %) + $ | $ 325.62 | $ | $ 325.62 | $ 0.00 |
| Origination Fee ( 1.000 %) | 622.99 | | 622.99 | 0.00 |
| Processing Fee To Lender | 0.00 | | 0.00 | 0.00 |
| Appraisal Fee To | 0.00 | 0.00 | 0.00 | 0.00 |
| Credit Report Fee To | 0.00 | 0.00 | 0.00 | 0.00 |
| Flood Check Fee To   LANDSAFE FLOOD | 25.00 | | 25.00 | 0.00 |
| Tax Service Fee To   Countrywide Tax Service | 0.00 | | 0.00 | 0.00 |
| Hazard Insurance Premium (CAI) | 0.00 | | 0.00 | 0.00 |
| Flood Insurance Premium (CAI) | 0.00 | | 0.00 | 0.00 |
| PMI Premium To | 0.00 | | 0.00 | 0.00 |
| VA Funding Fee   $324 Finance $0.14 Paid Cash | 0.00 | | 0.00 | 0.00 |
| FHA (OTMIP) | 324.14 | | 324.14 | 0.00 |
| Re-Inspection Fee | 0.00 | | 0.00 | 0.00 |
| Wire Transfer Fee | 0.00 | | 0.00 | 0.00 |
| Title Co. Fee (If no cost Refi) | 0.00 | | 0.00 | 0.00 |
| Warehouse Fee | 0.00 | | 0.00 | |
| Buydown Expense | 0.00 | | 0.00 | 0.00 |
| Coupon Credit | 0.00 | | 0.00 | 0.00 |
| Document Preparation Fee To Lender | 0.00 | | 0.00 | |

$

| | | | |
|---|---|---|---|
| Ga Residntl Mtg Per Loan Fee | 6.50 | | 6.50 |
| CHL Payoff:  7613161 | 62,298.85 | | 62,298.85 |

Pre-paid Credits - see addendum        ($   0.00)

Lender Credit towards Closing Costs
**TOTAL DEDUCTIONS**                   $  63,603.10   $   0.00   $  63,603.10   $   0.00 *

* FHA THE LOAN AMOUNT WAS BASED ON THE BORROWER PAYING ALLOWABLE CLOSING COSTS OF $ 0.00 (EXCLUDING PREPAID ESCROW & INTEREST). IN THE EVENT THE BORROWER'S ACTUAL CLOSING COSTS ARE LESS, WE MUST BE NOTIFIED TO RE-CALCULATE THE LOAN AMOUNT.

FHA/VA/CONV
● Closing Instructions
2C0867US (10/03).02

Initials: _____

Nov-18-03  12:30pm  From-   T-558  P 010/012  F-801

LOAN #: 45686561

|  | Total Cost of Fee $ | Fees Prepaid $ | POC by $ | BORROWER $ | SELLER $ |
|---|---|---|---|---|---|

**BROKER DEDUCTIONS**   $   $   $   $

$

IMPOUNDS/ESCROWS:   Escrow/Impound amounts shown may exceed the current actual amounts to assure sufficient funds for anticipated future increases.

Taxes:

| COUNTY | ( 3 | months @ $ | 82.74 ) | 248.22 |
|---|---|---|---|---|
|  | ( | months @ $ | ) |  |
|  | ( | months @ $ | ) |  |
|  | ( | months @ $ | ) |  |
| Hazard Ins.: | ( 5 | months @ $ | 30.03 ) | 150.15 |
| Flood Ins.: | ( | months @ $ | ) |  |
| PMI/MIP: | ( | months @ $ | ) |  |
| Other Ins.: | ( | months @ $ | ) |  |

Aggregate Analysis Adjustment   ( 398.37 )

TOTAL IMPOUNDS/ESCROWS   0.00

**PER DIEM INTEREST**

Per diem interest from funding through and including the last day of the month:

Per diem interest from 11/24/2003 through and including last day of month:
( 7 days @ $ 10.71 )   74.97

Early first payment - 1st of month following funding: Borrower received a per diem interest credit from the 1st day of funding month through the day prior to funding.

Please acknowledge the attached copy and return to our office along with the Documents.
I certify that this Loan has been closed in accordance with these Closing Instructions.

_____   _____
Closing Agent                              Date

FHA/VA/CONV
Closing Instructions
2C0668US (10/03).02

Page 8 of 9

Initials: _____