IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA ex rel., VICTOR E. BIBBY and BRIAN J. DONNELLY, | : : : : | |
| Relators/Plaintiffs, | : : | CIVIL ACTION NO. 1:06-CV-0547-AT |
| v. | : : | |
| WELLS FARGO BANK, N.A., individually and as s/b/m with WELLS FARGO HOME MORTGAGE, INC., et al., | : : : : : | |
| Defendants. | : | |

## ORDER

Defendant Countrywide Home Loans seeks to revise its motion to dismiss, brief in support of motion to dismiss, and reply brief to delete certain arguments that it now posits should not be considered by the Court. The Court **GRANTS** Countrywide's motion [Doc. 282] and **DIRECTS** the Clerk to enter the amended filings, Doc. 282-2, 282-3, and 282-4, on the docket. The Court further **GRANTS** nunc pro tunc Relators' motion [Doc. 285] to file a response to Countrywide's Reply, and **DIRECTS** the Clerk to enter that Response, Doc. 285-2, on the docket. Countrywide's amended briefing adds nothing and merely deletes sections of their original briefing. Therefore, Relators may respond to the amended submission within 7 days of this order with a brief of no more than 3

pages addressing the changes.  The Court will determine from that response submission whether any further briefing is required.

      IT IS SO ORDERED this 11th day of June, 2012.

                                              _____
                                              **AMY TOTENBERG**
                                              **UNITED STATES DISTRICT JUDGE**