THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA *ex rel.*, VICTOR E. BIBBY and BRIAN J. DONNELLY, | * * * * | **CIVIL ACTION FILE NO.** **1:06-CV-0547-AT** |
| RELATORS/PLAINTIFFS, | * * | |
| vs. | * * | |
| WELLS FARGO BANK, NATIONAL ASSOCIATION (INC.), individually and as s/b/m with WELLS FARGO HOME MORTGAGE, INC., et al. | * * * * * | |
| DEFENDANTS. | * | |

## RESPONSE TO COUNTRYWIDE HOME LOANS, INC.'S AMENDED SUBMISSION PURSUANT TO COURT ORDER

The *gravamen* of Relators' Second Amended Complaint was that lenders were *illegally charging* attorneys fees and *concealing* the charges on the HUD-1 form which lenders were required to submit to the VA by inflating charges for things such as "title search". SAC ¶ 4, 53, 61, 63, 99, June 23, 2011, ECF No. 54; *see also* Rel. Resp. to CHL Mot. to Dism. 5, 13, 19, 23, 28-32, 36, Jan. 5, 2012, ECF No. 235 ("*the methodology most often used by CHL and other lenders to shift fees to the veterans*"). CHL denied that. CHL represented that Relators' SAC was

"frivolous" (CHL Mem. in Supp. 1, Dec. 2, 2012, ECF No. 166-2), the idea that lenders had anything to do with closing costs was "nonsense" (CHL Repl. in Supp. 2, Jan. 23, 2012, ECF No. 258), and that CHL instructed it closing agents "not to charge unallowable fees [e.g. attorneys fees] and to only charge fees related to title work." (*Id.* at 15). CHL represented that the example "Bailey loan" on Exh. B to the SAC "neither reflects the pattern of wrongdoing alleged in the SAC nor violated any VA rule or regulation" (CHL Motion to Dism. 4, Dec 2, 2011, ECF NO. 166), "is not representative of anything" (CHL Reply in Supp. 13, ECF No. 258), and "did not involve any unallowable fees" (CHL Mem in Supp. 2, 6, ECF No. 166-2). CHL's representations were based upon what was obviously only part of its faxed instructions to its closing agent. The entire 12 page fax was sent *by CHL* and was either in its possession or available to it before it made those misrepresentations to this Court.

  The belatedly produced page 2 of CHL's closing instructions proves CHL *itself sent* to its closing agent on Nov. 18, 2003 *a form document* CHL *had itself prepared and was obviously using* for its IRRRL loans *instructing* the closing agent to do precisely what the SAC alleged—charge illegal attorneys fees but hide them: "SHOW ATTORNEY FEE ON LINE 1102 OF HUD." *See* Griffin First

Declaration, ¶ 9, Dec. 2, 2011, ECF No. 166-3; CHL Mot. for Leave Ex. 1, "Supporting Schedule," "2C130," "(09/02)", June 6, 2012, ECF No. 282.

That page further proves CHL knew precisely what its motion to dismiss and briefs represented it did not know. That page instructs the closing agent, after concealing the attorneys fees on Line 1102, to "FAX HUD FOR APPROVAL 770-632-0359," which number is proved by page 3 of the CHL fax instructions to be the fax number for the CHL branch in Peachtree City, GA.

*Charging attorneys fees which are indisputably illegal and instructing closing agents to hide the charge by bundling it in to line 1102 which is meant for title search charges is fraudulent misconduct, by any measure.* The page 2 instructions prove CHL's primary argument—that it knew nothing about such misconduct—was knowingly false. (*See* Rel. Resp. to CHL Mot. to Dism. 12-16, Jan. 5, 2012, ECF No. 235). CHL's representation to this Court that it had nothing to do with such fraud was knowingly false. (CHL Mem. in Supp. Mot. to Dism. 23, Dec. 2, 2011, ECF No. 166-2).

CHL has admitted the gravamen of Relators' SAC: A *form* created to *instruct* its closing agent to hide illegal fees.

Respectfully submitted this 12th day of June, 2012.

| | |
|---|---|
| BUTLER, WOOTEN & FRYHOFER, LLP | WILBANKS & BRIDGES, LLP |
| BY: s/ James E. Butler, Jr. | BY: s/ Marlan B. Wilbanks |
| JAMES E. BUTLER, JR. | MARLAN B. WILBANKS |
|   jim@butlerwooten.com |   mbw@wilbanks-bridgeslaw.com |
|   Georgia Bar No. 099625 |   Georgia Bar No. 758223 |
| LEIGH MARTIN MAY | TY M. BRIDGES |
|   leigh@butlerwooten.com |   tmb@wilbanks-bridgeslaw.com |
|   Georgia Bar No. 473389 |   Georgia Bar No. 081500 |
| BRANDON L. PEAK | 3414 Peachtree Street, N.E., Ste. 1075 |
|   brandon@butlerwooten.com | Atlanta, Georgia 30326 |
|   Georgia Bar No. 141605 | (404) 842-1075 |
| SAMANTHA A. DiPOLITO | (404) 842-0559 Fax |
|   samantha@butlerwooten.com | |
|   Georgia Bar No. 203011 | PHILLIPS & COHEN |
| 2719 Buford Highway | |
| Atlanta, Georgia 30324 | |
| (404) 321-1700 | BY: s/ Mary Louise Cohen |
| (404) 32101713 Fax | MARY LOUISE COHEN |
| |   mlc@phillipsandcohen.com |
| |   DC Bar No. 298299 |
| | TIMOTHY McCORMACK |
| |   tmccormack@phillipsand cohen.com |
| |   DC Bar No. 493692 |
| | 2000 Massachusetts Avenue, N.W. |
| | Washington, DC 20036 |
| | (202) 833-4567 |
| | (202) 833-1815 Fax |
| | |
| | Attorneys for Relators/Plaintiffs |

## CERTIFICATE OF COMPLIANCE

Pursuant to Local Rules 5.1(B) and 7.1(D), I hereby certify that the foregoing filing complies with the applicable font and size requirements and is formatted in Times New Roman, 14 point font.

s/ James E. Butler, Jr.
JAMES E. BUTLER, JR.
  jim@butlerwooten.com
  Georgia Bar No. 099625
Butler, Wooten & Fryhofer, LLP
2719 Buford Highway
Atlanta, Georgia  30324
(404) 321-1700
(404) 321-1713 Fax

# **CERTIFICATE OF SERVICE**

This is to certify that on June 12, 2012, I electronically filed RESPONSE TO COUNTRYWIDE HOME LOANS, INC.'S AMENDED SUBMISSION PURSUANT TO COURT ORDER with the Clerk of the Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

*Bank of America Corporation:*
Nancy H. Baughan
Robert M. Brennan
Scott E. Zweigel
Parker, Hudson, Rainer
    & Dobbs, LLP
1500 Marquis Two Tower
285 Peachtree Center Avenue, N.E.
Atlanta, GA  30303
-and-
Jonathan Rosenberg
William J. Sushon
Asher L. Rivner
O'Melveny & Myers LLP
7 Times Square
New York, NY  10036

*CitiMortgage:*
Christopher J. Willis
Burt M. Rublin
Diana L. Spagnuola
Ballard Spahr LLP
999 Peachtree Street, Suite 1000
Atlanta, GA 30309

*Countrywide and Bank of America, N.A.*
Richard K. Hines V
Nelson Mullins Riley & Scarborough
201 17th Street, Suite 1700
Atlanta, Ga. 30363
-and-
Robert J. Conlan, Jr.
Mark P. Guerrera
Mark D. Hopson
Sean C. Griffin
Meghan D. Berroya
Sidley Austin LLP
1501 K Street, N.W.
Washington, DC  20005
-and-
Douglas A. Axel
Sidley Austin LLP
555 West Fifth Street
Los Angeles, CA  90013

*SunTrust:*
William H. Jordan
Michael L. Brown
Van A. Anderson
Alston & Bird LLP
1201 West Peachtree St,
Atlanta, GA 30309

*First Tennessee:*
Irene Freidel
Jennifer J. Nagle
K&L Gates LLP
One Lincoln Street
Boston, MA  02111
-and-
Christopher S. Anulewicz
Geremy Gregory
Balch & Bingham LLP
30 Ivan Allen, Jr. Blvd., N.W.
Suite 700
Atlanta, GA  30308

*GMAC:*
H. Wayne Phears
McGuire Woods LLP
Suite 2100, Promenade II
1230 Peachtree Street NE
Atlanta, GA 30309

*New Freedom:*
Thomas Barton
Aaron P.M. Tady
Coles Barton LLP
9 Lumpkin Street, Suite 200
Lawrenceville, GA  30046

*PNC:*
M. Robert Thornton
Christopher C. Burris
Catherine M. O'Neil
Jonathan R. Chally
King & Spalding
1180 Peachtree Street, N.E.
Atlanta, GA  30309

*Mortgage Investors:*
Matthew R. Rosenkoff
Taylor English Duma LLP
1600 Parkwood Circle – Suite 400
Atlanta, GA 30339
-and-
Mitchel H. Kider
David M. Souders
Michael Y. Kieval
Scott D. Burke
Weiner Brodsky Sidman Kider PC
1300 19th Street, NW, Fifth Floor
Washington, DC 20036

*Wells Fargo:*
Linda Klein
Charles T. Huddleston
Baker, Donelson, Bearman,
   Caldwell & Berkowitz, PC
Suite 1600, Monarch Plaza
3414 Peachtree Rd., NE
Atlanta, GA  30326
-and-
Amy P. Williams
K & L Gates, LLP
214 North Tryon Street, 47th Floor
Charlotte, NC 28202
-and-
Robert J. Sherry
K & L Gates, LLP
1717 Main Street, Suite 2800
Dallas, TX  75201

*United States of America:*
Daniel A. Caldwell
Assistant U.S. Attorney
600 U.S. Courthouse
75 Spring Street, S.W.
Atlanta, GA  30303

    I certify that I have mailed by United States Postal Service the document to the following:

| | |
|---|---|
| *United States of America:* | *Irwin Mortgage:* |
| Alan S. Gale | Robert B. Berner |
| United States Department of Justice | Bailey Cavalieri LLC |
| P.O. Box 261 | Kettering Tower |
| Ben Franklin Station | 40 North Main Street, Suite 1250 |
| Washington, DC  20044 | Dayton, OH 45423 |
| | (*Courtesy Copy Only*) |

    This 12th day of June, 2012.

                                    BY: s/  James E. Butler, Jr.
                                    JAMES E. BUTLER, JR.
                                      Georgia Bar No. 099625
                                    LEIGH MARTIN MAY
                                      Georgia Bar No. 473389
                                    BRANDON L. PEAK
                                      Georgia Bar No. 141605
                                    SAMANTHA A. DiPOLITO
                                    Georgia Bar No. 203011
                                    Butler, Wooten & Fryhofer, LLP
                                    2719 Buford Highway
                                    Atlanta, Georgia 30324
                                    (404) 321-1700
                                    (404) 321-1713 Fax