# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:06-cv-00547-AT
## USA, Ex Rel., Bibby v. Wells Fargo Bank, National Association
## Honorable Amy Totenberg

Minute Sheet for proceedings held In Chambers on 07/13/2012.

TIME COURT COMMENCED: 10:45 A.M.
TIME COURT CONCLUDED: 11:20 A.M.    COURT REPORTER: Elise Evans
TIME IN COURT: 00:35                DEPUTY CLERK: Amy McConochie
OFFICE LOCATION: Atlanta

ATTORNEY(S) PRESENT:
Christopher Burris representing PNC Bank, National Association
James Butler representing Brian J. Donnelly
James Butler representing Victor E. Bibby
Daniel Caldwell representing United States of America Ex Rel
Leigh May representing Brian J. Donnelly
Leigh May representing Victor E. Bibby
Brandon Peak representing Brian J. Donnelly
Brandon Peak representing Victor E. Bibby
Martin Thornton representing PNC Bank, National Association
Marlan Wilbanks representing Brian J. Donnelly
Marlan Wilbanks representing Victor E. Bibby

OTHER(S) PRESENT: Alan Gale, DOJ

PROCEEDING CATEGORY: Telephone Conference(Other Proceeding Non-evidentiary);

MINUTE TEXT: The Court held a telephone conference with counsel for Relator, the Government, and PNC Bank, National Association regarding the status of the settlement. A follow-up telephone conference is scheduled for July 20, 2012, at 9:00 AM.