# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:06-cv-00547-AT
## USA, Ex Rel., Bibby v. Wells Fargo Bank, National Association
## Honorable Amy Totenberg

Minute Sheet for proceedings held In Chambers on 08/21/2012.

TIME COURT COMMENCED: 2:30 P.M.
TIME COURT CONCLUDED: 3:10 P.M.     COURT REPORTER: Elise Evans
TIME IN COURT: 00:40                DEPUTY CLERK: Amy McConochie
OFFICE LOCATION: Atlanta

| | |
|---|---|
| ATTORNEY(S) PRESENT: | Christopher Burris representing PNC Bank, National Association
James Butler representing Brian J. Donnelly
James Butler representing Victor E. Bibby
Daniel Caldwell representing United States of America Ex Rel
Richard Hines representing Countrywide Home Loans, Inc.
Leigh May representing Brian J. Donnelly
Leigh May representing Victor E. Bibby
Brandon Peak representing Brian J. Donnelly
Brandon Peak representing Victor E. Bibby
Martin Thornton representing PNC Bank, National Association
Marlan Wilbanks representing Brian J. Donnelly
Marlan Wilbanks representing Victor E. Bibby |
| OTHER(S) PRESENT: | Alan Gale, DOJ
Doug Axel on behalf of Countrywide Home Loans, Inc. |
| PROCEEDING CATEGORY: | Telephone Conference(Other Proceeding Non-evidentiary); |
| MINUTE TEXT: | The Court held a follow-up telephone conference regarding the status of the PNC settlement. A further telephone conference is scheduled for September 4 at 11:00 AM and an in-person conference is scheduled for September 10 at 11:00 AM (Alan Gale of the DOJ may join the conference via telephone). |