# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

### 1:06-cv-00547-AT
### USA, Ex Rel., Bibby v. Wells Fargo Bank, National Association
### Honorable Amy Totenberg

Minute Sheet for proceedings held In Chambers on 09/04/2012.

TIME COURT COMMENCED: 11:00 A.M.
TIME COURT CONCLUDED: 11:20 A.M.   COURT REPORTER: Elise Evans
TIME IN COURT: 00:20   DEPUTY CLERK: Amy McConochie
OFFICE LOCATION: Atlanta

| | |
|---|---|
| ATTORNEY(S) PRESENT: | Christopher Burris representing PNC Bank, National Association<br>James Butler representing Brian J. Donnelly<br>James Butler representing Victor E. Bibby<br>Daniel Caldwell representing United States of America Ex Rel<br>Leigh May representing Brian J. Donnelly<br>Leigh May representing Victor E. Bibby<br>Brandon Peak representing Brian J. Donnelly<br>Brandon Peak representing Victor E. Bibby<br>Martin Thornton representing PNC Bank, National Association |
| OTHER(S) PRESENT: | Alan Gale, DOJ<br>Doug Axel on behalf of Countrywide Home Loans, Inc. |
| PROCEEDING CATEGORY: | Telephone Conference(Other Proceeding Non-evidentiary); |
| PLEADINGS FILED IN COURT: | The Court held a follow-up telephone conference regarding the status of the PNC settlement. An in-person conference is scheduled for September 10, 2012, at 11:00 AM. The parties are to submit to the Court by noon on Friday, September 7, 2012, an outline of topics/issues to be addressed at the in-person conference. |