IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.,* VICTOR E. BIBBY and BRIAN J. DONNELLY, <br><br>RELATORS/PLAINTIFFS**,** <br><br>vs. <br><br>WELLS FARGO BANK, NATIONAL ASSOCIATION (INC.), individually and as s/b/m with WELLS FARGO HOME MORTGAGE, INC., *et al.,* <br><br>DEFENDANTS. | CIVIL ACTION FILE NO. 1:06-CV-0547-AT |

**PNC BANK, NATIONAL ASSOCIATION'S ADDENDUM
TO THE JOINT STATEMENT REGARDING
PROPOSED TERMS OF SETTLEMENT AGREEMENT**

**Chronology Of Settlement Negotiations**

The following is a brief overview of the settlement negotiations that occurred among counsel for Relators Victor E. Bibby and Brian K. Donnelly ("Relators"), PNC Bank, N.A. ("PNC"), and the Department of Justice ("DOJ") and the Department of Veterans Affairs (VA) (collectively the "Government"):

1

- 4/23/12 - Relators Counsel and PNC Counsel reach a verbal agreement to settle this action (the "Bibby action") on the terms reached by J.P. Morgan Chase & Company and J.P. Morgan Chase Bank, N.A. (collectively "JPMC") in the "National Mortgage Settlement" announced in February 2012 (the "JPMC Terms"). (JPMC National Mortgage Settlement Agreement available at http://nationalmortgagesettlement.com). The agreement between Relators and PNC included the caveat that some modifications to the JPMC Terms would be necessary because PNC was not entering a "global" settlement of mortgage issues, as JPMC had.

- 4/23/12 - Relators Counsel informs the Court—via letter copying DOJ Counsel—of the verbal agreement, the settlement amount, the use of the JPMC Terms with the above identified caveat, and that "the proposed settlement will be submitted to the Government for approval."

- 5/30/12 - PNC Counsel transmits a draft Settlement Agreement to Relators Counsel.

- 6/4/12 - Relators Counsel makes minor line edits to PNC's proposed Settlement Agreement, and transmits the same to DOJ Counsel and PNC Counsel. ("Relators/PNC Settlement Agreement" attached as **Exhibit 1**).

- 6/20/12 - PNC Counsel accepts Relators Counsel's edits and proposes two additional minor line edits in an e-mail sent to Relators Counsel.

- 7/12/12 - A Court Conference is scheduled for 7/13/12 to discuss the status of the Government's approval of the PNC settlement.

- 7/13/12 - Telephone conference call with Court on settlement discussions.

- 7/20/12 - Telephone conference call with Court on settlement discussions.

- 8/3/12 - Telephone conference call between PNC Counsel, DOJ Counsel, and VA Counsel on the "VA Administrative Releases" sought in Relators/PNC Settlement Agreement.

- 8/6/12 - DOJ Counsel transmits to PNC Counsel proposed line edits to the Relators/PNC Settlement Agreement. ("Government's Proposed Revisions" attached as **Exhibit 2**).

- 8/6/12 - Telephone conference call with Court on settlement discussions.

- 8/8/12 - Telephone conference call between PNC Counsel and DOJ Counsel regarding the proposed line edits transmitted by DOJ Counsel. DOJ Counsel identifies the proposed line edits in Paragraphs 6-10—covering the issue of "VA Administrative Releases" involving suspension, debarment, etc.—as having been raised by VA Counsel. All other proposed line edits were raised by DOJ Counsel.

- 8/13/12 - Email correspondence from DOJ Counsel to PNC Counsel which identifies the three areas of disagreement between DOJ Counsel and PNC Counsel regarding the negotiated settlement. Specifically,
    - The requested release of PNC's "attorneys and agents" (the "Release for Attorneys and Agents")
    - The requested release of statutory causes of action beyond the Financial Institutions Reform, Recovery and Enforcement Act, the False Claims Act, or the Program Fraud Civil Remedies Act (the "Release for Other Statutory Causes of Action").
    - The requested release regarding any failure to comply with regulations necessary to close VA-guaranteed loans on an automatic basis (the "Release regarding Closing Loans on an Automatic Basis").
- 8/13/12 - Telephone conference between VA Counsel and PNC Counsel regarding the VA Administrative Releases and the basis of VA's requested line edits.
- 8/20/12 - PNC Counsel transmits to VA Counsel compromise language regarding the VA Administrative Releases.

- 8/21/12 - VA Counsel transmits to PNC Counsel slight modifications to PNC Counsel's compromise language regarding the VA Administrative Releases.

- 8/21/12 - Telephone conference call with Court on settlement discussions.

- 8/30/12 - PNC Counsel transmits to VA Counsel acceptance of VA Counsel's 8/21/12 proposal regarding the VA Administrative Releases.

- 8/30/12 - Telephone conference between DOJ Counsel and PNC Counsel. DOJ Counsel requests modification to the VA Administrative Releases.

- 8/31/12 - Telephone conference between DOJ Counsel and PNC Counsel. DOJ Counsel informs PNC Counsel that DOJ will accept a Release of Agents. DOJ Counsel also informs PNC Counsel that DOJ will not consent to either the Release for Other Statutory Causes of Action or the Release for Closing Loans on an Automatic Basis. However, DOJ Counsel invites PNC Counsel to submit a "final" written explanation of PNC's position on why those Releases are warranted.

- 9/4/12 - PNC Counsel transmits to DOJ Counsel proposed compromise language regarding the VA Administrative Releases. (Attached as **Exhibit 3**).

- 9/4/12 - PNC Counsel transmits to DOJ Counsel proposed language narrowing the Release regarding Closing Loans on an Automatic Basis. (Attached as **Exhibit 4**).

- 9/4/12 - Telephone conference call with Court on settlement discussions.

- 9/4/12 - PNC Counsel transmits to DOJ Counsel a "final" written explanation of PNC's position on why those Releases are warranted.

- 9/5/12 - Telephone conference call between DOJ Counsel and PNC Counsel. DOJ Counsel inform PNC Counsel that DOJ accepts PNC Counsel's 9/4/12 compromise language regarding VA Administrative Releases. DOJ Counsel also informs PNC Counsel that DOJ will not consent to either the Release for Other Statutory Causes of Action or the narrowed Release for Closing Loans on an Automatic Basis.

### Additional Points Regarding PNC's Position

As part of the National Mortgage Settlement, Bank of America, Wells Fargo, and JPMC all received "global" releases which are nearly identical to the Releases for Other Statutory Causes of Action and Releases for Closing Loans on an Automatic Basis being sought by PNC. (See Bank of America National Mortgage Settlement Agreement at pp. F-13 and F-19-20; Wells Fargo National

Mortgage Settlement Agreement at pp. F-13 and F-19-20; JPMC National Mortgage Settlement Agreement at pp.F-13 and F-19-20.) (Available at http://nationalmortgagesettlement.com). However, the releases Bank of America and Wells Fargo received in their Settlement Agreement contained explicit carve outs related to the <u>Bibby</u> allegations. (<u>See</u> Bank of America National Mortgage Settlement Agreement at pp. F-29 and F-38; Wells Fargo National Mortgage Settlement Agreement at pp. F-29 and F-36.) In contrast, when JPMC agreed to settle the <u>Bibby</u> action, no such carve outs were applied and the conduct and IRRRL loans at issue in the <u>Bibby</u> action were brought within the scope of those "global releases." (<u>See</u> JPMC National Settlement Agreement at pp. F-29 and F-36.) Accordingly, for PNC to receive the same terms as JPMC when settling the <u>Bibby</u> action—which are the terms of PNC's negotiated settlement—PNC should receive the Releases for Other Statutory Causes of Action and Releases for Closing Loans on an Automatic Basis, but only to the extent they apply to the VA-guaranteed IRRRL loans at issue in the <u>Bibby</u> action. The parties captured this intention by literally copying large portions of the language of the JPMC release specific to the VA with certain modifications made necessary as other statutes had been incorporated into JPMC's VA release by reference to other parts of its overall release.

With regard to both the Release for Other Statutory Causes of Action and the Release for Closing Loans on an Automatic Basis, DOJ has focused its opposition to providing PNC these Releases on whether they were part of the "consideration" JPMC negotiated for in the settlement of the Bibby action. PNC's position is that this, in effect, attempts to interpret the intent of the drafters of the agreement while ignoring the actual content of the releases themselves. PNC, however, has focused on the actual terms of the JPMC National Settlement Agreement as applicable to the IRRRL loans and allegations in the Bibby action, i.e. the terms negotiated with Relators Counsel by PNC Counsel and communicated to the Court when this settlement was announced. As such, the only portion of the releases received by JPMC being sought by PNC are those portions which would apply to the VA-guaranteed IRRRL loans at issue in the Bibby action.

)
)
)
)
)
)
)

Dated this 7th day of September, 2012.

                                    Respectfully submitted,

                                    */s/ M. Robert Thornton*
                                    M. Robert Thornton
                                    Georgia Bar No. 710475
                                    bthornton@kslaw.com
                                    Catherine M. O'Neil
                                    Georgia Bar No. 553714
                                    coneil@kslaw.com
                                    Christopher C. Burris
                                    Georgia Bar No. 097404
                                    cburris@kslaw.com
                                    Jonathan R. Chally
                                    Georgia Bar No. 141392
                                    jchally@kslaw.com
                                    KING & SPALDING LLP
                                    Atlanta, Georgia 30309-3521
                                    1180 Peachtree Street
                                    Telephone: 404-572-4600
                                    Fax: 404-572-5139

                                    OF COUNSEL:

                                    David M. Murphy
                                    Jonathan M. Moses
                                    Adam M. Gogolak
                                    Michael J. McDuffie
                                    WACHTELL, LIPTON, ROSEN & KATZ
                                    51 West 52nd Street
                                    New York, New York 10019
                                    Telephone: (212) 403-1000
                                    Fax: (212) 403-2000

                                    *Counsel for Defendant PNC Bank, National Association*

## LR 7.1D CERTIFICATION

Counsel hereby certifies that the foregoing **REPLY TO RELATORS' RESPONSE TO PNC BANK, NATIONAL ASSOCIATION'S MOTION TO DISMISS** was prepared in Times New Roman, 14-point font, in accordance with LR 5.1B.

                                                */s/ M. Robert Thornton*
                                                M. Robert Thornton

# CERTIFICATE OF SERVICE

This is to certify that I have on this date electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will automatically send email notification to all counsel of record:

| | |
|---|---|
| James E. Butler, Jr.<br>Leigh Martin May<br>Brandon L. Peak<br>Samantha A. DiPolito<br>Butler, Wooten & Fryhofer, LLP<br>2719 Buford Highway<br>Atlanta, Georgia 30324 | Richard Kennon Hines<br>Nelson Mullins Riley & Scarborough<br>Suite 1700<br>201 17th Street, N.W.<br>Atlanta, GA 30363 |
| Marlan B. Wilbanks<br>Ty M. Bridges<br>Wilbanks & Bridges, LLP<br>3414 Peachtree Street, N.E., Ste. 1075<br>Atlanta, Georgia 30326 | Matthew R. Rosenkoff<br>Taylor English Duma LLP<br>1600 Parkwood Circle - Suite 400<br>Atlanta, GA 30339 |
| Mary Louise Cohen<br>Timothy McCormack<br>Phillips & Cohen<br>2000 Massachusetts Avenue, N.W.<br>Washington, DC 20036 | William Vance Custer , IV<br>Bryan Cave, LLP<br>One Atlantic Center, 14th Floor<br>1201 West Peachtree St, N.W.<br>Atlanta, GA 30309-3488 |
| Robert J. Sherry<br>K&L Gates LLP-TX<br>Suite 2800<br>1717 Main Street<br>Dallas, TX 75201 | Amy Pritchard Williams<br>K & L Gates-NC<br>214 North Tryon Street<br>Charlotte, NC 28202 |

David M. Souders
Michael Y. Kieval
Mitchel H. Kider
Scott D. Burke
Weiner Brodsky Sidman Kider
1300 Nineteenth Street, N.W.
Fifth Floor
Washington, DC 20036-1609

Burt M. Rublin
Diana L. Spagnuolo
Ballard Spahr Andrews, LLP - PA
1735 Market Street
51st Floor
Philadelphia, PA 19103-7599

Douglas A. Axel
Sidley Austin, LLP-Los Angeles
Suite 4000
555 West Fifth Street
Los Angeles, CA 90013

Christopher J. Willis
Ballard Spahr-Atl
Suite 1000
999 Peachtree Street
Atlanta, GA 30309-3915

Mark P. Guerrera
Mark D. Hopson
Meghan Delaney Berroya
Robert J. Conlan , Jr.
Sean C. Griffin
Sidley Austin, LLP-DC
1501 K Street, NW
Washington, DC 20005

Asher L. Rivner
Jonathan Rosenberg
William J. Sushon
O'Melveny & Myers, LLP-NY
7 Time Square
Times Square Tower
New York, NY 10036

Nancy H. Baughan
Robert M. Brennan
Scott Eric Zweigel
Parker Hudson Rainer & Dobbs
285 Peachtree Center Avenue, N.E.
1500 Marquis II Tower
Atlanta, GA 30303

Aaron Paul Michael Tady
Thomas M. Barton
Coles Barton LLP
Suite 200
9 Lumpkin Street
Lawrenceville, GA 30046

| | |
|---|---|
| Michael L. Brown<br>Van A. Anderson<br>William H. Jordan<br>Alston & Bird, LLP-GA<br>1201 West Peachtree Street<br>One Atlantic Center<br>Atlanta, GA 30309-3424<br>Charles T. Huddleston<br>Linda Ann Klein<br>Baker Donelson<br>Suite 1600, Monarch Plaza<br>3414 Peachtree St., N.E.<br>Atlanta, GA 30309 | Harold Wayne Phears<br>McGuire Woods LLP-GA<br>1230 Peachtree Street, N.E.<br>Suite 2100, Promenade II<br>Atlanta, GA 30309<br><br>Christopher Scott Anulewicz<br>Geremy Walden Gregory<br>Balch & Bingham<br>Suite 700<br>30 Ivan Allen Jr. Boulevard, NW<br>Atlanta, GA 30308 |
| Irene C. Freidel<br>Jennifer J. Nagle<br>K & L Gates, LLP-MA<br>State Street Financial Center<br>One Lincoln Street<br>Boston, MA 02111-2950 | Andrew J. Ceresney<br>Courtney M. Dankworth<br>Mary Beth Hogan<br>Shannon Rose Selden<br>Debevoise & Plimpton, LLP<br>919 Third Avenue<br>New York, NY 10022 |

Dated this 7th day of September, 2012.

                                            /s/ *M. Robert Thornton*
                                            M. Robert Thornton