# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:06-cv-00547-AT
## USA, Ex Rel., Bibby v. Wells Fargo Bank, National Association
## Honorable Amy Totenberg

Minute Sheet for proceedings held In Open Court on 09/10/2012.

TIME COURT COMMENCED: 11:15 A.M.
TIME COURT CONCLUDED: 12:40 P.M.
TIME IN COURT: 1:25
OFFICE LOCATION: Atlanta

COURT REPORTER: Elise Evans
CSO/DUSM: Rickey Meadows
DEPUTY CLERK: Amy McConochie

ATTORNEY(S) PRESENT:
Michael Brown representing SunTrust Mortgage, Inc.
Christopher Burris representing PNC Bank, National Association
James Butler representing Brian J. Donnelly
James Butler representing Victor E. Bibby
Daniel Caldwell representing United States of America Ex Rel
Richard Hines representing Countrywide Home Loans, Inc.
Charles Huddleston representing Wells Fargo Bank, National Association (Inc.)
Leigh May representing Brian J. Donnelly
Leigh May representing Victor E. Bibby
Brandon Peak representing Brian J. Donnelly
Brandon Peak representing Victor E. Bibby
Martin Thornton representing PNC Bank, National Association
Marlan Wilbanks representing Brian J. Donnelly
Marlan Wilbanks representing Victor E. Bibby
** Jonathan Moses representing PNC Bank, National Association

OTHER(S):
Alan Gale, DOJ, via telephone

PRESENT:

PROCEEDING CATEGORY: Status Conference(Other Proceeding Non-evidentiary);

MINUTE TEXT: The Court heard from the parties and the Government regarding the status of pending settlements in this matter. A follow-up meeting will be scheduled for the week of September 17, 2012.