# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:06-cv-00547-AT
## USA, Ex Rel., Bibby v. Wells Fargo Bank, National Association
## Honorable Amy Totenberg

Minute Sheet for proceedings held In Open Court on 09/24/2012.

TIME COURT COMMENCED: 10:35 A.M.
TIME COURT CONCLUDED: 11:40 A.M.
TIME IN COURT: 1:05
OFFICE LOCATION: Atlanta

COURT REPORTER: Elise Evans
DEPUTY CLERK: Amy McConochie

ATTORNEY(S) PRESENT:
Van Anderson representing SunTrust Mortgage, Inc.
Christopher Anulewicz representing First Tennessee Bank National Association (Inc.)
Douglas Axel representing Countrywide Home Loans, Inc., via telephone
Christopher Burris representing PNC Bank, National Association
James Butler representing Brian J. Donnelly
James Butler representing Victor E. Bibby
Daniel Caldwell representing United States of America Ex Rel
Richard Hines representing Countrywide Home Loans, Inc.
Charles Huddleston representing Wells Fargo Bank, National Association (Inc.)
Leigh May representing Brian J. Donnelly
Leigh May representing Victor E. Bibby
Brandon Peak representing Brian J. Donnelly
Brandon Peak representing Victor E. Bibby
Matthew Rosenkoff representing Mortgage Investors Corporation (Ohio)
Martin Thornton representing PNC Bank, National Association

|  |  |
|---|---|
|  | Marlan Wilbanks representing Brian J. Donnelly |
|  | Marlan Wilbanks representing Victor E. Bibby |
|  | ** Alan Gale, DOJ, via telephone |
| PROCEEDING CATEGORY: | Status Conference(Other Proceeding Non-evidentiary); |
| MINUTE TEXT: | The Government informed the Court that an agreement on the terms has been reached regarding the PNC settlement. The Court heard from the parties and the Government regarding other pending settlements in this matter. |