IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA ex rel., VICTOR E. BIBBY and BRIAN J. DONNELLY, | : : : : | |
| Relators/Plaintiffs, | : : | CIVIL ACTION NO. 1:06-CV-0547-AT |
| v. | : : | |
| WELLS FARGO BANK, N.A., individually and as s/b/m with WELLS FARGO HOME MORTGAGE, INC., et al., | : : : : : | |
| Defendants. | : | |

## **ORDER**

The Court has held a number of settlement conferences with various parties in this case in recent months. It appears these meetings have prompted additional parties to communicate in an attempt to reach a negotiated resolution of this matter. Relators' counsel notified the Court on September 27, 2012, and September 28, 2012, that they have reached a settlement agreement with SunTrust Bank, First Tennessee Bank National Association, and CitiMortgage, Inc.

Relators have requested that the Court temporarily stay ruling on all outstanding motions, and such a temporary stay will not prejudice the Defendants. This is a complex case involving overlapping legal issues. While

there are two out of the seven remaining Defendants who may not pursue settlement at this time, it would be inefficient to rule on some Defendants' motions and have those Defendants progressing on a different timeline than other Defendants that are still attempting to settle.

Relators have reached settlement agreements with Defendants Countrywide Home Loans, PNC Bank, SunTrust Mortgage, First Tennessee Bank National Association, and CitiMortgage, Inc. Accordingly, the Court **STAYS** the following motions for sixty (60) days:

- Countrywide Home Loans, Inc.'s motion to dismiss [Doc. 166], motion to take judicial notice of documents [Doc 167], and amended motion to dismiss [Doc. 287];
- PNC Bank, N.A.'s motion to dismiss [Doc. 209];
- SunTrust Mortgage, Inc.'s motion to dismiss [Doc. 227].
- First Tennessee Bank, N.A.'s motion to dismiss [Doc. 226]; and
- CitiMortgage, Inc.'s motion to dismiss [Doc. 232];

In the event these Defendants determine that they have not in fact reached agreement with Relators on all material terms, they may renew their motions within sixty (60) days of this Order by filing a notice of renewal of motion(s). Should Defendants decide to renew their motions, they are **DIRECTED** to file a notice of renewal within this sixty (60) day period.

The Court **STAYS** the following motions for seven days:

- Wells Fargo Bank, N.A.'s motion to dismiss [Doc. 168];

- Mortgage Investors Corporation's motion for summary judgment [Doc. 102] and motion to sever [Doc. 95] and Relators' motion for a hearing on Mortgage Investors Corporation's motion for summary judgment [Doc. 184].

Relators and these Defendants are **DIRECTED** to provide a status report to the Court by Friday, October 5, 2012. At that time the Court will consider whether an additional stay is justified.

The Court further **DENIES AS MOOT** GMAC Mortgage and JPMorgan Chase's motions to dismiss [Doc. 121, 174], as Relators have already voluntarily dismissed both of these Defendants. (*See* Notice of Vol. Dismissal of GMAC Mortgage, Doc. 172; Notice of Vol. Dismissal of JPMorgan Chase, Doc. 272.)

The Clerk is **DIRECTED** to resubmit this matter to the undersigned upon expiration of the aforementioned sixty (60) day period.

**IT IS SO ORDERED** this 28th day of September, 2012.

**AMY TOTENBERG**
**UNITED STATES DISTRICT JUDGE**