THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA *ex rel.*, VICTOR E. BIBBY and BRIAN J. DONNELLY, | * * * | CIVIL ACTION FILE NO. |
| | * | 1:06-CV-0547-AT |
| RELATORS/PLAINTIFFS, | * * | |
| vs. | * * | |
| WELLS FARGO BANK, NATIONAL ASSOCIATION (INC.), individually and as s/b/m with WELLS FARGO HOME MORTGAGE, INC. and MORTGAGE INVESTORS CORPORATION, | * * * * * * * | |
| DEFENDANTS. | * | |

JOINT STATUS REPORT SUBMITTED BY RELATORS
AND DEFENDANT MORTGAGE INVESTORS CORPORATION
PURSUANT TO COURT ORDER DATED SEPTEMBER 28, 2012

**Mortgage Investors Corporation (MIC) and Relators' Joint Report:**

The status of the case against defendant MIC remains unchanged and there is no reason to continue the stay as to MIC's pending motion for summary judgment. In addition, MIC states that it believes it is differently situated from the other Defendants, has moved to sever, and has not been part of the settlement

negotiations of the other, unrelated Defendants.  Relators do not agree that MIC is in any way "differently situated from the other Defendants."

Respectfully submitted this 5th day of October, 2012,

        FOR RELATORS:

        BY: s/ Leigh Martin May
        JAMES E. BUTLER, JR.
         jim@butlerwooten.com
         Georgia Bar No. 099625
        LEIGH MARTIN MAY
         leigh@butlerwooten.com
         Georgia Bar No. 473389
        BRANDON L. PEAK
         brandon@butlerwooten.com
         Georgia Bar No. 141605
        2719 Buford Highway
        Atlanta, Georgia  30324
        (404) 321-1700
        (404) 32101713 Fax


        FOR MORTGAGE
        INVESTORS CORPORATION


        s/      Michael Y. Kieval
        Michael Y. Kieval
        Weiner Brodsky Sidman Kider PC
        1300 19th Street NW  5th Floor
        Washington, DC  20036
        202-628-2000
        kieval@wbsk.com

## CERTIFICATE OF COMPLIANCE

Pursuant to Local Rules 5.1(B) and 7.1(D), I hereby certify that the foregoing filing complies with the applicable font and size requirements and is formatted in Times New Roman, 14 point font.

                                                  s/      Leigh Martin May
                                                  JAMES E. BUTLER, JR.
                                                    jim@butlerwooten.com
                                                    Georgia Bar No. 099625
                                                LEIGH MARTIN MAY
                                                    Georgia Bar No. 473389
                                                   leigh@butlerwooten.com
                                                BRANDON L. PEAK
                                                   brandon@butlerwooten.com
                                                   Georgia Bar No. 141605
                                                Butler, Wooten & Fryhofer, LLP
                                                2719 Buford Highway
                                                Atlanta, Georgia  30324
                                                (404) 321-1700
                                                (404) 321-1713 Fax

## CERTIFICATE OF SERVICE

      This is to certify that on October 5, 2012, I electronically filed JOINT STATUS REPORT SUBMITTED BY RELATORS AND DEFENDANT MORTGAGE INVESTORS CORPORATION PURSUANT TO COURT ORDER DATED SEPTEMBER 28, 2012 with the Clerk of the Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

*Bank of America Corporation:*
Nancy H. Baughan
Robert M. Brennan
Scott E. Zweigel
Parker, Hudson, Rainer
    && Dobbs, LLP
1500 Marquis Two Tower
285 Peachtree Center Avenue, N.E.
Atlanta, GA  30303
-and-
Jonathan Rosenberg
William J. Sushon
Asher L. Rivner
O'Melveny & Myers LLP
7 Times Square
New York, NY  10036

*CitiMortgage:*
Christopher J. Willis
Burt M. Rublin
Diana L. Spagnuola
Ballard Spahr LLP
999 Peachtree Street, Suite 1000
Atlanta, GA 30309

*Countrywide and Bank of America, N.A.*
Richard K. Hines V
Nelson Mullins Riley & Scarborough
201 17th Street, Suite 1700
Atlanta, Ga. 30363
-and-
Robert J. Conlan, Jr.
Mark P. Guerrera
Mark D. Hopson
Sean C. Griffin
Meghan D. Berroya
Sidley Austin LLP
1501 K Street, N.W.
Washington, DC  20005
-and-
Douglas A. Axel
Sidley Austin LLP
555 West Fifth Street
Los Angeles, CA  90013

*SunTrust:*
William H. Jordan
Michael L. Brown
Van A. Anderson
Alston & Bird LLP
1201 West Peachtree St,
Atlanta, GA 30309

*First Tennessee:*
Irene Freidel
Jennifer J. Nagle
K&L Gates LLP
One Lincoln Street
Boston, MA  02111
-and-
Christopher S. Anulewicz
Geremy Gregory
Balch & Bingham LLP
30 Ivan Allen, Jr. Blvd., N.W.
Suite 700
Atlanta, GA  30308

*GMAC:*
H. Wayne Phears
McGuire Woods LLP
Suite 2100, Promenade II
1230 Peachtree Street NE
Atlanta, GA 30309

*New Freedom:*
Thomas Barton
Aaron P.M. Tady
Coles Barton LLP
9 Lumpkin Street, Suite 200
Lawrenceville, GA  30046

*PNC:*
M. Robert Thornton
Christopher C. Burris
Catherine M. O'Neil
Jonathan R. Chally
King & Spalding
1180 Peachtree Street, N.E.
Atlanta, GA  30309

*Mortgage Investors:*
Matthew R. Rosenkoff
Taylor English Duma LLP
1600 Parkwood Circle – Suite 400
Atlanta, GA 30339
-and-
Mitchel H. Kider
David M. Souders
Michael Y. Kieval
Scott D. Burke
Weiner Brodsky Sidman Kider PC
1300 19th Street, NW, Fifth Floor
Washington, DC 20036

*Wells Fargo:*
Linda Klein
Charles T. Huddleston
Baker, Donelson, Bearman,
   Caldwell & Berkowitz, PC
Suite 1600, Monarch Plaza
3414 Peachtree Rd., NE
Atlanta, GA  30326
-and-
Amy P. Williams
K & L Gates, LLP
214 North Tryon Street, 47th Floor
Charlotte, NC 28202
-and-
Robert J. Sherry
K & L Gates, LLP
1717 Main Street, Suite 2800
Dallas, TX  75201

*United States of America:*
Daniel A. Caldwell
Assistant U.S. Attorney
600 U.S. Courthouse
75 Spring Street, S.W.
Atlanta, GA  30303

  I certify that I have mailed by United States Postal Service the document to the following:

| | |
|---|---|
| *United States of America:* | *Irwin Mortgage:* |
| Alan S. Gale | Robert B. Berner |
| United States Department of Justice | Bailey Cavalieri LLC |
| P.O. Box 261 | Kettering Tower |
| Ben Franklin Station | 40 North Main Street, Suite 1250 |
| Washington, DC  20044 | Dayton, OH 45423 |
| | (*Courtesy Copy Only*) |

  This 5th day of October, 2012.

            BY: s/  Leigh Martin May
            JAMES E. BUTLER, JR.
              Georgia Bar No. 099625
            LEIGH MARTIN MAY
              Georgia Bar No. 473389
            BRANDON L. PEAK
              Georgia Bar No. 141605
            Butler, Wooten & Fryhofer, LLP
            2719 Buford Highway
            Atlanta, Georgia 30324
            (404) 321-1700
            (404) 321-1713 Fax