# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

### 1:06-cv-00547-AT
### USA, Ex Rel., Bibby v. Wells Fargo Bank, National Association
### Honorable Amy Totenberg

Minute Sheet for proceedings held In Open Court on 10/23/2012.

TIME COURT COMMENCED: 10:00 A.M.
TIME COURT CONCLUDED: 10:35 A.M.
TIME IN COURT: 00:35
OFFICE LOCATION: Atlanta
COURT REPORTER: Elise Evans
DEPUTY CLERK: Amy McConochie

**ATTORNEY(S) PRESENT:**
James Butler representing Brian J. Donnelly
James Butler representing Victor E. Bibby
Daniel Caldwell representing United States of America Ex Rel
Charles Huddleston representing Wells Fargo Bank, National Association (Inc.)
Leigh May representing Brian J. Donnelly
Leigh May representing Victor E. Bibby
Brandon Peak representing Brian J. Donnelly
Brandon Peak representing Victor E. Bibby
Robert Sherry representing Wells Fargo Bank, National Association (Inc.)
Amy Williams representing Wells Fargo Bank, National Association (Inc.)

**PROCEEDING CATEGORY:** Telephone Conference(Other Proceeding Non-evidentiary);

**MINUTE TEXT:** Telephone conference concerning mediation between Relators and Defendant Wells Fargo. By the end of the day on Thursday, October 25, 2012, the parties are to inform the Court of the name of their chosen mediator. If the parties cannot agree on a mediator, the Court will appoint one on Friday, October 26, 2012. The mediation is to be concluded by November 12, 2012. Discussion was had regarding a confidentiality order solely for the purposes of the mediation.