# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:06-cv-00547-AT
## USA, Ex Rel., Bibby v. Wells Fargo Bank, National Association
## Honorable Amy Totenberg

Minute Sheet for proceedings held In Chambers on 10/26/2012.

TIME COURT COMMENCED: 3:40 P.M.
TIME COURT CONCLUDED: 3:50 P.M.
TIME IN COURT: 00:10
OFFICE LOCATION: Atlanta
COURT REPORTER: Elise Evans
DEPUTY CLERK: Amy McConochie

ATTORNEY(S) PRESENT:
James Butler representing Brian J. Donnelly
James Butler representing Victor E. Bibby
Daniel Caldwell representing United States of America Ex Rel
Michael Kieval representing Mortgage Investors Corporation (Ohio)
Leigh May representing Brian J. Donnelly
Leigh May representing Victor E. Bibby
Brandon Peak representing Brian J. Donnelly
Brandon Peak representing Victor E. Bibby
Matthew Rosenkoff representing Mortgage Investors Corporation (Ohio)
David Souders representing Mortgage Investors Corporation (Ohio)
Marlan Wilbanks representing Brian J. Donnelly
Marlan Wilbanks representing Victor E. Bibby

PROCEEDING CATEGORY: Telephone Conference(Other Proceeding Non-evidentiary);

MINUTE TEXT: Discussion was had regarding discovery and the issue of severance.