THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA *ex rel.*, VICTOR E. BIBBY and BRIAN J. DONNELLY, | * * * | CIVIL ACTION FILE NO. |
| | * | 1:06-CV-547-AT |
| RELATORS/PLAINTIFFS, | * * | |
| vs. | * * | |
| WELLS FARGO BANK, NATIONAL ASSOCIATION (INC.), individually and as s/b/m with WELLS FARGO HOME MORTGAGE, INC., et al., | * * * * * | |
| DEFENDANT. | * | |

## STIPULATION

COME NOW Relators and Wells Fargo Bank, N.A., identified in the style of this case as õWells Fargo Bank, National Association (Inc.),ö and agree that the style of said case should be changed to reflect that Defendant Wells Fargo is more properly identified as õWells Fargo Bank, N.A.ö

Hereinafter the style of the case shall be *United States of America ex rel. Victor E. Bibby and Brian J. Donnelly, Relators/Plaintiffs v. Wells Fargo Bank, N.A.*

This 3rd day of December, 2012.

| For Relators Victor E. Bibby & Brian J. Donnelly, | For Wells Fargo, N.A. |
|---|---|
| /s/ Leigh Martin May | /s/ Amy Pritchard Williams |
| JAMES E. BUTLER, JR.<br>  jim@butlerwooten.com<br>  Georgia Bar No. 099625<br>LEIGH MARTIN MAY<br>  leigh@butlerwooten.com<br>  Georgia Bar No. 473389<br>BRANDON L. PEAK<br>  brandon@butlerwooten.com<br>  Georgia Bar No. 141605<br>BUTLER, WOOTEN & FRYHOFER, LLP<br>2719 Buford Highway<br>Atlanta, Georgia  30324<br>(404) 321-1700<br>(404) 32101713 Fax<br><br>MARLAN B. WILBANKS<br>  mbw@wilbanks-bridgeslaw.com<br>  Georgia Bar No. 758223<br>TY M. BRIDGES<br>  tmb@wilbanks-bridgeslaw.com<br>  Georgia Bar No. 081500<br>WILBANKS & BRIDGES, LLP<br>3414 Peachtree Street, N.E., Ste. 1075<br>Atlanta, Georgia 30326<br>(404) 842-1075<br>(404) 842-0559 Fax<br><br>MARY LOUISE COHEN<br>  mlc@phillipsandcohen.com<br>  DC Bar No. 298299<br>TIMOTHY McCORMACK<br>  tmccormack@phillipsand cohen.com<br>  DC Bar No. 493692<br>PHILLIPS & COHEN<br>2000 Massachusetts Avenue, N.W.<br>Washington, DC 20036<br>(202) 833-4567<br>(202) 833-1815 Fax | AMY PRITCHARD WILLIAMS<br>(admitted *pro hac vice*)<br>*[signed with express permission by Leigh Martin May]*<br>N.C. Bar No. 19233<br>amy.williams@klgates.com<br>K&L GATES LLP<br>214 North Tryon Street<br>Charlotte, North Carolina 28202<br>(704) 331-7429<br>(704) 353-3129 (facsimile)<br><br>CHARLES T. HUDDLESTON<br>  chuddleston@bakerdonelson.com<br>  Georgia Bar No. 373975<br>BAKER, DONELSON, BEARMAN,<br>  CALDWELL & BERKOWITZ, PC<br>Suite 1600, Monarch Plaza<br>3414 Peachtree Rd., NE<br>Atlanta, GA  30326<br>(404) 577-6000<br>(404) 221-6501 (facsimile)<br><br>ROBERT J. SHERRY<br>(admitted *pro hac vice*)<br>California Bar No. 19233<br>robert.sherry@klgates.com<br>K&L GATES LLP<br>1717 Main Street, Suite 2800<br>Dallas, TX 75201<br>(214) 939-4945<br>(214) 939-5849 (facsimile) |

# CERTIFICATE OF SERVICE

This is to certify that on December 3, 2012, I electronically filed Stipulation with the Clerk of the Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

*Bank of America Corporation:*
Nancy H. Baughan
Robert M. Brennan
Scott E. Zweigel
Parker, Hudson, Rainer
    & Dobbs, LLP
1500 Marquis Two Tower
285 Peachtree Center Avenue, N.E.
Atlanta, GA  30303
-and-
Jonathan Rosenberg
William J. Sushon
Asher L. Rivner
O'Melveny & Myers LLP
7 Times Square
New York, NY  10036

*CitiMortgage:*
Christopher J. Willis
Burt M. Rublin
Diana L. Spagnuola
Ballard Spahr LLP
999 Peachtree Street, Suite 1000
Atlanta, GA 30309

*Countrywide and Bank of America, N.A.*
Richard K. Hines V
Nelson Mullins Riley & Scarborough
201 17th Street, Suite 1700
Atlanta, Ga. 30363
-and-
Robert J. Conlan, Jr.
Mark P. Guerrera
Mark D. Hopson
Sean C. Griffin
Meghan D. Berroya
Sidley Austin LLP
1501 K Street, N.W.
Washington, DC  20005
-and-
Douglas A. Axel
Sidley Austin LLP
555 West Fifth Street
Los Angeles, CA  90013

*SunTrust:*
William H. Jordan
Michael L. Brown
Van A. Anderson
Alston & Bird LLP
1201 West Peachtree St,
Atlanta, GA 30309

*First Tennessee:*
Irene Freidel
Jennifer J. Nagle
K&L Gates LLP
One Lincoln Street
Boston, MA  02111
-and-
Christopher S. Anulewicz
Geremy Gregory
Balch & Bingham LLP
30 Ivan Allen, Jr. Blvd., N.W.
Suite 700
Atlanta, GA  30308

*GMAC:*
H. Wayne Phears
McGuire Woods LLP
Suite 2100, Promenade II
1230 Peachtree Street NE
Atlanta, GA 30309

*New Freedom:*
Thomas Barton
Aaron P.M. Tady
Coles Barton LLP
9 Lumpkin Street, Suite 200
Lawrenceville, GA  30046

*PNC:*
M. Robert Thornton
Christopher C. Burris
Catherine M. O∅Neil
Jonathan R. Chally
King & Spalding
1180 Peachtree Street, N.E.
Atlanta, GA  30309

*Wells Fargo:*
Linda Klein
Charles T. Huddleston
Baker, Donelson, Bearman,
   Caldwell & Berkowitz, PC
Suite 1600, Monarch Plaza
3414 Peachtree Rd., NE
Atlanta, GA  30326
-and-
Amy P. Williams
K & L Gates, LLP
214 North Tryon Street, 47th Floor
Charlotte, NC 28202
-and-
Robert J. Sherry
K & L Gates, LLP
1717 Main Street, Suite 2800
Dallas, TX  75201

I certify that I have mailed by United States Postal Service the document to the following:

*United States of America:*
Alan S. Gale
United States Department of Justice
P.O. Box 261
Ben Franklin Station
Washington, DC  20044
-and-
Paris Wynn
Assistant U.S. Attorney
600 U.S. Courthouse
75 Spring Street, S.W.
Atlanta, GA  30303

*Irwin Mortgage:*
Robert B. Berner
Bailey Cavalieri LLC
Kettering Tower
40 North Main Street, Suite 1250
Dayton, OH 45423
*(Courtesy Copy Only)*

This 3rd day of December, 2012.

BY: s/ Leigh Martin May
JAMES E. BUTLER, JR.
  Georgia Bar No. 099625
LEIGH MARTIN MAY
  Georgia Bar No. 473389
BRANDON L. PEAK
  Georgia Bar No. 141605
Butler, Wooten & Fryhofer, LLP
2719 Buford Highway
Atlanta, Georgia 30324
(404) 321-1700
(404) 321-1713 Fax