THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA *ex rel.*, VICTOR E. BIBBY and BRIAN J. DONNELLY, | * * * | CIVIL ACTION FILE NO. |
| | * | 1:06-CV-547-AT |
| RELATORS/PLAINTIFFS, | * * | |
| vs. | * * | |
| WELLS FARGO BANK, NATIONAL ASSOCIATION (INC.), individually and as s/b/m with WELLS FARGO HOME MORTGAGE, INC., et al., | * * * * * | |
| DEFENDANT. | * | |

**RELATORS' RESPONSE TO DEFENDANT WELLS FARGO BANK,
N.A.'S EXPEDITED MOTION FOR EXTENSION OF TIME
WITHIN WHICH TO ANSWER AND FILE INITIAL DISCLOSURES**

At the time of the November 29 planning conference, Relators and their counsel had been studying the idea of amending the Second Amended Complaint ("SAC"). Under consideration was filing an amendment— not filing an all-new complaint. Since that time Relators and their counsel have continued to investigate and discuss the possibility of such an amendment, and have concluded not to file any such amendment at this time. Accordingly, Relators do not intend to file any

such amendment of the SAC at this time—if ever. There is no basis for Wells Fargo's "Expedited Motion for Extension of Time Within Which to Answer and File Initial Disclosures."

The Second Amended Complaint was unsealed on October 3, 2011. Rather than answering the SAC, Defendant Wells Fargo, N.A. ("WF") filed a motion to dismiss on December 2, 2012. In September, 2012, WF asked that this Court delay its ruling on WF's motion so WF could discuss settlement. WF insisted on a mediation. Those discussions and that mediation resulted in delays. This Court denied WF's motion on November 19, 2012. On *Wednesday November 21*, at 4:48 pm, counsel for WF requested that the date on which WF must file its Answer and initial disclosures be delayed from December 3 until December 17. *One day later*, on *Thursday, November 22*, at 5:10 pm, counsel for Relators agreed to that request. On *Wednesday November 28*, at 5:07 pm, counsel for WF submitted to counsel for Relators a proposed "Consent Motion for Extension of Time". *One day later*, on *Thursday November 29,* at 12:00 pm, counsel for Relators agreed, subject to a minor change.[1] Now WF seeks further delay—a delay until after the Court has ruled upon a motion that has not been filed by Relators, that won't be filed at this

---

[1] At the planning conference on November 29, counsel for MIC and Relators agreed that initial disclosures in the MIC case would also be delayed until December 17. That agreement will be reflected in the Joint Report and Discovery Schedule submitted by the parties.

time, if ever, despite the fact that any such amendment to the SAC, if filed would not "require" any "answer" from WF.

Traveling the long weary road of litigation will never end *unless it gets started*.

If WF's motion is granted, WF will win an indefinite postponement of discovery in this case. Relators have been working on their initial written discovery for months; it has been ready to serve for weeks. But the discovery period does not start until 30 days after WF files its answer. LR 26.2 (A), N.D. Ga. WF is not obligated to respond to that discovery until 30 days after then. (As to interrogatories – FED. R. CIV. P. 33(b)(2); as to requests for production – FED. R. CIV. P. 34(b)(2)(A); as to requests for admission – FED. R. CIV. P. 36(a)(3)).

That WF's intent is nothing but delay is suggested by the overblown nature of its motion, and by its misstatements.

WF claims it needs more time because due to the "amendment" to the SAC, which has not even been prepared by Relators' counsel, the "Complaint . . . might soon be inoperative" (Motion at 3) and so it can "know which version of the Complaint is valid." (Motion at 5). It is not necessary to go into the details of the amendment Relators and their counsel were contemplating to note that nothing in any such amendment would or could render the SAC "inoperative" or not "valid".

3

WF's statement that "Counsel for Relators" "stated that [the amendment] would amend or add claims and additional party defendants" is not correct. (Fear of such misstatements is precisely why Relators' counsel requested that the November 29 conference be recorded by a Court Reporter. Defendants objected.) There's been no consideration of adding "additional party defendants." Relators' counsel do not believe the subject matter of the contemplated amendment would amount to new "claims".

With respect to WF's statement that Relators' counsel had concluded no motion is necessary prior to filing an amendment, Relators' counsel had not researched the issue— we were not that far along. In the November 30, 2013 telephone call from counsel for WF, WF hazarded its opinion, and Relators' counsel thanked them for the advice. (Research does indicate a motion is required if an amendment is to be filed. Since none will be at this time, there will be no such motion.)

Relators do not object to WF's request for "expedited" consideration of its motion, nor do Relators object to WF's request for a conference call, although Relators fail to see the need for one.

Relators respectfully pray that WF's motion be denied, and that WF be required to Answer the SAC on December 17 (although if counsel for WF need

more time, counsel for Relators will agree: we agree to such requests as a matter of course, absent evident abuse or damage to our clients.).

*[signatures continued on next page]*

Respectfully submitted this 3rd day of December, 2012.

| | |
|---|---|
| BUTLER, WOOTEN & FRYHOFER, LLP | WILBANKS & BRIDGES, LLP |
| BY: s/ James E. Butler, Jr. | BY: s/ Marlan B. Wilbanks |
| JAMES E. BUTLER, JR. | MARLAN B. WILBANKS |
|   jim@butlerwooten.com |   mbw@wilbanks-bridgeslaw.com |
|   Georgia Bar No. 099625 |   Georgia Bar No. 758223 |
| LEIGH MARTIN MAY | TY M. BRIDGES |
|   leigh@butlerwooten.com |   tmb@wilbanks-bridgeslaw.com |
|   Georgia Bar No. 473389 |   Georgia Bar No. 081500 |
| BRANDON L. PEAK | 3414 Peachtree Street, N.E., Ste. 1075 |
|   brandon@butlerwooten.com | Atlanta, Georgia 30326 |
|   Georgia Bar No. 141605 | (404) 842-1075 |
| 2719 Buford Highway | (404) 842-0559 Fax |
| Atlanta, Georgia 30324 | |
| (404) 321-1700 | PHILLIPS & COHEN |
| (404) 32101713 Fax | |
| | BY: s/ Mary Louise Cohen |
| | MARY LOUISE COHEN |
| |   mlc@phillipsandcohen.com |
| |   DC Bar No. 298299 |
| | TIMOTHY McCORMACK |
| |   tmccormack@phillipsand cohen.com |
| |   DC Bar No. 493692 |
| | 2000 Massachusetts Avenue, N.W. |
| | Washington, DC 20036 |
| | (202) 833-4567 |
| | (202) 833-1815 Fax |
| | |
| | Attorneys for Relators/Plaintiffs |

## CERTIFICATE OF COMPLIANCE

Pursuant to Local Rules 5.1(B) and 7.1(D), I hereby certify that the foregoing filing complies with the applicable font and size requirements and is formatted in Times New Roman, 14 point font.

                                  s/ James E. Butler, Jr.
                                  JAMES E. BUTLER, JR.
                                    jim@butlerwooten.com
                                    Georgia Bar No. 099625
                                Butler, Wooten & Fryhofer, LLP
                                2719 Buford Highway
                                Atlanta, Georgia  30324
                                (404) 321-1700
                                (404) 321-1713 Fax

# **CERTIFICATE OF SERVICE**

      This is to certify that on December 3, 2012, I electronically filed RELATORS' RESPONSE TO DEFENDANT WELLS FARGO BANK, N.A.'S EXPEDITED MOTION FOR EXTENSION OF TIME WITHIN WHICH TO ANSWER AND FILE INITIAL DISCLOSURES with the Clerk of the Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

*Bank of America Corporation:*
Nancy H. Baughan
Robert M. Brennan
Scott E. Zweigel
Parker, Hudson, Rainer
    & Dobbs, LLP
1500 Marquis Two Tower
285 Peachtree Center Avenue, N.E.
Atlanta, GA  30303
*-and-*
Jonathan Rosenberg
William J. Sushon
Asher L. Rivner
O'Melveny & Myers LLP
7 Times Square
New York, NY  10036

*CitiMortgage:*
Christopher J. Willis
Burt M. Rublin
Diana L. Spagnuola
Ballard Spahr LLP
999 Peachtree Street, Suite 1000
Atlanta, GA 30309

*Countrywide and Bank of America, N.A.*
Richard K. Hines V
Nelson Mullins Riley & Scarborough
201 17th Street, Suite 1700
Atlanta, Ga. 30363
*-and-*
Robert J. Conlan, Jr.
Mark P. Guerrera
Mark D. Hopson
Sean C. Griffin
Meghan D. Berroya
Sidley Austin LLP
1501 K Street, N.W.
Washington, DC  20005
*-and-*
Douglas A. Axel
Sidley Austin LLP
555 West Fifth Street
Los Angeles, CA  90013

*SunTrust:*
William H. Jordan
Michael L. Brown
Van A. Anderson
Alston & Bird LLP
1201 West Peachtree St,
Atlanta, GA 30309

*First Tennessee:*
Irene Freidel
Jennifer J. Nagle
K&L Gates LLP
One Lincoln Street
Boston, MA  02111
-and-
Christopher S. Anulewicz
Geremy Gregory
Balch & Bingham LLP
30 Ivan Allen, Jr. Blvd., N.W.
Suite 700
Atlanta, GA  30308

*GMAC:*
H. Wayne Phears
McGuire Woods LLP
Suite 2100, Promenade II
1230 Peachtree Street NE
Atlanta, GA 30309

*New Freedom:*
Thomas Barton
Aaron P.M. Tady
Coles Barton LLP
9 Lumpkin Street, Suite 200
Lawrenceville, GA  30046

*PNC:*
M. Robert Thornton
Christopher C. Burris
Catherine M. O∅Neil
Jonathan R. Chally
King & Spalding
1180 Peachtree Street, N.E.
Atlanta, GA  30309

*Wells Fargo:*
Linda Klein
Charles T. Huddleston
Baker, Donelson, Bearman,
   Caldwell & Berkowitz, PC
Suite 1600, Monarch Plaza
3414 Peachtree Rd., NE
Atlanta, GA  30326
-and-
Amy P. Williams
K & L Gates, LLP
214 North Tryon Street, 47th Floor
Charlotte, NC 28202
-and-
Robert J. Sherry
K & L Gates, LLP
1717 Main Street, Suite 2800
Dallas, TX  75201

I certify that I have mailed by United States Postal Service the document to the following:

*United States of America:*
Alan S. Gale
United States Department of Justice
P.O. Box 261
Ben Franklin Station
Washington, DC  20044
*-and-*
Paris Wynn
Assistant U.S. Attorney
600 U.S. Courthouse
75 Spring Street, S.W.
Atlanta, GA  30303

*Irwin Mortgage:*
Robert B. Berner
Bailey Cavalieri LLC
Kettering Tower
40 North Main Street, Suite 1250
Dayton, OH 45423
(*Courtesy Copy Only*)

This 3rd day of December, 2012.

BY: s/ James E. Butler, Jr.
JAMES E. BUTLER, JR.
  Georgia Bar No. 099625
LEIGH MARTIN MAY
  Georgia Bar No. 473389
BRANDON L. PEAK
  Georgia Bar No. 141605
Butler, Wooten & Fryhofer, LLP
2719 Buford Highway
Atlanta, Georgia 30324
(404) 321-1700
(404) 321-1713 Fax