IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA *ex rel.*, VICTOR E. BIBBY and BRIAN J. DONNELLY, | * * * * | CIVIL ACTION FILE NO. 1:06-CV-0547-AT |
| RELATORS/PLAINTIFFS, | * * | |
| v. | * * | |
| WELLS FARGO BANK, N.A. | * * | |
| DEFENDANT. | * | |

## DEFENDANT'S NOTICE OF WITHDRAWAL OF EXPEDITED MOTION FOR EXTENSION OF TIME

COMES NOW, Defendant Wells Fargo Bank, N.A. ("Wells Fargo"), and, because of the statements made in the Relators' Response to Defendant's Expedited Motion filed yesterday [Doc. 321], hereby notifies the Court and Relators that it is WITHDRAWING its Expedited Motion for Extension of Time filed on Friday, November 30, 2012. [Doc. 319]. Wells Fargo intends to file a Consent Motion for Extension of Time later today.

Respectfully submitted this 4th day of December, 2012.

s/ Charles T. Huddleston
Linda Klein
State Bar No. 425069
Charles T. Huddleston
State Bar No. 373975

1

Baker, Donelson, Bearman, Caldwell
  & Berkowitz, P.C.
3414 Peachtree Road, Suite 1600
Atlanta, Georgia  30326
(404) 221.6536
(404) 238.9622 (facsimile)
chuddleston@bakerdonelson.com
lklein@bakerdonelson.com

s/ Amy Pritchard Williams
Amy Pritchard Williams
Admitted Pro Hac Vice
K&L GATES LLP
214 North Tryon Street
Charlotte, North Carolina  28202
(704) 331.7429
(704) 353.3129 (facsimile)
amy.williams@klgates.com

**Counsel for Defendant Wells Fargo Bank, N.A.**

## **CERTIFICATION OF FONT**

I hereby certify that the foregoing document has been prepared in 14-point Times New Roman font and complies with LR 5.1(B), NDGa.

This 4th day of December, 2012.

/s/Charles T. Huddleston
Charles T. Huddleston
Georgia Bar No. 373975

**BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, PC**
Suite 1600, Monarch Plaza
3414 Peachtree Rd. NE
Atlanta, Georgia 30326
Phone: 404-577-6000
Fax: 404-221-6501
Email: chuddleston@bakerdonelson.com

## **CERTIFICATE OF SERVICE**

I have this day served upon all necessary parties of record with a copy of the foregoing **DEFENDANT'S NOTICE OF WITHDRAWAL OF EXPEDITED MOTION FOR EXTENSION OF TIME** by the ECF online filing system with U.S. District Court for the Northern District of Georgia.

This 4th day of December, 2012.

/s/Charles T. Huddleston
Charles T. Huddleston
Georgia Bar No. 373975

**BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, PC**
Suite 1600, Monarch Plaza
3414 Peachtree Rd. NE
Atlanta, Georgia 30326
Phone: 404-577-6000
Fax: 404-221-6501
Email: chuddleston@bakerdonelson.com