IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA *ex rel.*, VICTOR E. BIBBY and BRIAN J. DONNELLY, | * * * * | CIVIL ACTION FILE NO. 1:06-CV-0547-AT |
| RELATORS/PLAINTIFFS, | * * | |
| v. | * * | |
| WELLS FARGO BANK, N.A., | * * | |
| DEFENDANT. | * | |

**CONSENT MOTION FOR EXTENSION OF TIME**

COMES NOW, Defendant Wells Fargo Bank, N.A. ("Wells Fargo"), with the consent of the Relators, Victor E. Bibby and Brian J. Donnelly, and moves this Court for an extension of time in regards to the following due dates:

(1)   Answer Date:

This Court denied in part and granted in part Wells Fargo's Motion to Dismiss on Friday, November 19, 2012. Accordingly, under Rule 12(a)(4)(A), Fed. R.Civ.P., Wells Fargo was required to serve its Answer to the Relators' Second Amended Complaint within fourteen (14) days from that ruling, or no later than Monday, December 3, 2012. By Minute Order entered on December 3, 2012, the Court extended that due date until December 5, 2012. Wells Fargo respectfully

1

requests, with the Relators' consent, that the due date for its Answer be extended through and including Monday, December 17, 2012.

(2)     Initial Disclosures:

Pursuant to Rule 26(a)(1)(C), Fed.R.Civ.P., the Parties are required to make their Initial Disclosures within fourteen (14) days after their Rule 26(f) Conference. As the Court is aware, the Parties have agreed to conduct their Rule 26(f) Conference on Thursday, November 29, 2012. As a result, the Relators and Defendant Wells would normally have to serve their Initial Disclosures on or before Thursday, December 14, 2012. Defendant Wells respectfully requests, with the consent of the Relators, that the due date for Initial Disclosures in this case for all Parties be extended through and including Monday, December 17, 2012. Defendant Wells is working on both its Answer and its Initial Disclosures, and would like to coordinate those two filings by having them due on the same day.

Because discovery has not yet been initiated in this case, and because Wells Fargo's Motion to Dismiss was denied in part and granted in part on November 19, 2012, Wells Fargo submits that this Motion is not made for the purpose of delay or advantage, but rather to allow adequate time for it to prepare and file its Answer and Initial Disclosures.

Respectfully submitted this 4th day of December, 2012.

s/ Charles T. Huddleston
Charles T. Huddleston
State Bar No. 373975
Baker, Donelson, Bearman, Caldwell
    & Berkowitz, P.C.
3414 Peachtree Road, Suite 1600
Atlanta, Georgia  30326
(404) 221.6536
(404) 238.9622 (facsimile)
chuddleston@bakerdonelson.com

s/ Amy Pritchard Williams
Amy Pritchard Williams
Admitted Pro Hac Vice
K&L GATES LLP
214 North Tryon Street
Charlotte, North Carolina  28202
(704) 331.7429
(704) 353.3129 (facsimile)
amy.williams@klgates.com

**Counsel for Defendant Wells Fargo Bank, N.A.**

## CERTIFICATION OF FONT

I hereby certify that the foregoing document has been prepared in 14-point Times New Roman font and complies with LR 5.1(B), NDGa.

This 4th day of December, 2012.

/s/Charles T. Huddleston
Charles T. Huddleston
Georgia Bar No. 373975

**BAKER, DONELSON, BEARMAN,**
**CALDWELL & BERKOWITZ, PC**
Suite 1600, Monarch Plaza
3414 Peachtree Rd. NE
Atlanta, Georgia 30326
Phone: 404-577-6000
Fax: 404-221-6501
Email: chuddleston@bakerdonelson.com

## CERTIFICATE OF SERVICE

I have this day served upon all necessary parties of record with a copy of the foregoing **CONSENT MOTION FOR EXTENSION OF TIME** by the ECF online filing system with U.S. District Court for the Northern District of Georgia. This 4th day of December, 2012.

/s/Charles T. Huddleston
Charles T. Huddleston
Georgia Bar No. 373975

**BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, PC**
Suite 1600, Monarch Plaza
3414 Peachtree Rd. NE
Atlanta, Georgia 30326
Phone: 404-577-6000
Fax: 404-221-6501
Email: chuddleston@bakerdonelson.com