IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, *ex rel.*: | | |
| VICTOR E. BIBBY and BRIAN J. | : | |
| DONNELLY, | : | CIVIL ACTION NO. |
| | : | |
| RELATORS/PLAINTIFFS | : | |
| | : | 1:06-CV-0547-AT |
| V. | : | |
| | : | |
| WELLS FARGO BANK, N.A. | : | |
| | : | |
| Defendants. | : | |

### NOTICE OF SUBSTITUTION OF COUNSEL AND REQUEST
### FOR SERVICE OF NOTICES, PLEADINGS AND ORDERS

The undersigned Assistant United States Attorney hereby makes his appearance in the above captioned action and notifies the Court of his substitution for Assistant United States Attorney Daniel A. Caldwell as counsel for the United States of America, in this action.

Please provide the undersigned attorney with all notices, pleadings, and Orders that are to be served in this action.

This 5th day of December, 2012.

SALLY QUILLIAN YATES
UNITED STATES ATTORNEY


/s/ Paris A. Wynn
PARIS A. WYNN*
ASSISTANT U.S. ATTORNEY

600 Richard Russell Building
75 Spring Street, S.W.
Atlanta, Georgia 30303
Paris.Wynn@usdoj.gov
(404)581-6302
(404)581-6181 (Fax)

*Provisionally admitted pursuant
to L.R. 83.1(A)(3)

CERTIFICATE OF COMPLIANCE

I certify that the documents to which this certificate is attached have been prepared with one of the font and point selections approved by the Court in Local Rule 5.1B for documents prepared by computer.


/s/ Paris A. Wynn
PARIS A. WYNN
ASSISTANT U.S. ATTORNEY

**CERTIFICATE OF SERVICE**

I certify that I have electronically filed the foregoing

**Notice of Substitution of Counsel and Request for Service of**

**Notices, Pleadings and Orders** with the Clerk of Court using the

CM/ECF system which will automatically send e-mail notification.

This 5th day of December, 2012.


/s/ Paris A. Wynn
PARIS A. WYNN
Assistant United States Attorney