# EXHIBIT B

THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA *ex rel.*, | * | |
| VICTOR E. BIBBY and BRIAN J. | * | CIVIL ACTION FILE NO. |
| DONNELLY, | * | |
| | * | 1:06-CV-547-AT |
| RELATORS/PLAINTIFFS, | * | |
| | * | |
| vs. | * | |
| | * | |
| WELLS FARGO BANK, N.A., | * | |
| individually and as s/b/m with | * | |
| WELLS FARGO | * | |
| HOME MORTGAGE, INC., et al., | * | |
| | * | |
| DEFENDANT. | * | |

### **[PROPOSED] ORDER**

This case comes before the Court on Relators' Motion for Leave to Serve Additional Interrogatories on Defendant Wells Fargo Bank, N.A. [   ]. Having reviewed the parties' pleadings and given the matter due consideration, the Court **GRANTS** the Motion [   ]. Relators have demonstrated that they need the requested interrogatories and that they would be prejudiced without them. Accordingly, Relators may serve their Second Interrogatories found at Exhibit A on Defendant Wells Fargo.

**IT IS SO ORDERED** this ___ day of _____, 201__.

_____
**The Honorable Amy Totenberg**
**United States District Judge**


Submitted by:

James E. Butler, Jr.
  Georgia Bar No. 099625
Leigh Martin May
  Georgia Bar No. 473389
Brandon L. Peak
  Georgia Bar No. 141605
Butler, Wooten & Fryhofer, LLP
2719 Buford Highway
Atlanta, Georgia 30324
(404) 321-1700
(404) 321-1713 Fax
E-mail: jim@butlerwooten.com
E-mail: leigh@butlerwooten.com
E-mail: brandon@butlerwooten.com

Attorneys for Relators/Plaintiffs
Victor E. Bibby and Brian R. Donnelly