**THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA *ex rel.*, | * | |
| VICTOR E. BIBBY and BRIAN J. | * | CIVIL ACTION FILE NO. |
| DONNELLY, | * | |
| | * | 1:06-CV-547-AT |
| RELATORS/PLAINTIFFS, | * | |
| | * | |
| vs. | * | |
| | * | |
| WELLS FARGO BANK, N.A., | * | |
| individually and as s/b/m with | * | |
| WELLS FARGO HOME MORTGAGE, | * | |
| INC., *et al.*, | * | |
| | * | |
| DEFENDANTS. | * | |

**RELATORS'/PLAINTIFFS' INITIAL DISCLOSURES**

Pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure and Local

Rule 26.1 (N.D. Ga.), Relators make their Initial Disclosures as follows:

Initial Disclosure No. 1:  State precisely the classification of the cause of

action being filed, a brief factual outline of the case including plaintiff's

contentions as to what defendant did or failed to do, and a succinct statement of the

legal issues in the case.

<u>Response To Disclosure No. 1</u>:

This is an action to recover damages and civil penalties on behalf of the United States of America pursuant to the False Claims Act, 31 U.S.C. §§ 3729 *et seq*. Relators allege that Defendant engaged in a scheme to defraud both our nation's veterans and the United States Government in connection with refinance home loans guaranteed by the United States Government, including loans made under the Interest Rate Reduction Refinancing Loans ("IRRRL") loan program administered by the United States Department of Veterans Affairs ("VA"). Through this program, veterans are allowed to refinance their existing VA home loans, and lenders are prohibited from charging certain unallowable fees in the refinancing transaction.

Relators allege that Defendant has repeatedly and intentionally violated the rules of the IRRRL program. Rather than comply with those rules, Defendant charged unallowable fees and then deliberately concealed that fact from the VA to obtain Government guarantees for the loans, which were unavailable because of Defendant's misconduct. Defendant falsely and repeatedly certified to the VA, in writing and electronically, that they were *not* charging unallowable fees.

Relators allege that Defendant has knowingly submitted tens of thousands of false and fraudulent documents, records and claims to the United States to obtain

2

Government guarantees for the loans and to cause the Government to pay money

on foreclosed loans and incur losses on defaulted but not foreclosed loans.

Defendant deliberately concealed from the Government the fact that the guarantees

were void due to the Defendant's misconduct.  Tens of thousands of those IRRRL

loans have gone into default or resulted in foreclosure, which has resulted in

massive losses to the Government.  Under the False Claims Act, Defendant is

liable to the United States for the damages listed in response to Disclosure No. 6.

Relators' Responses to the numerous Motions to Dismiss and Relators' Response

to Mortgage Investors Corporation's Motion for Summary Judgment also contain

detailed explanations of the Relators' case.

Initial Disclosure No. 2:  Describe in detail all statutes, codes, regulations,

legal principles, standards and customs or usages, and illustrative case law which

plaintiffs contend are applicable to this action.

Response To Disclosure No.2 :

Relators' Responses to the numerous Motions to Dismiss and Relators'

Response to Mortgage Investors Corporation's Motion for Summary Judgment

contain a detailed explanation of the various statutes and case law applicable to this

case.  The following statutes, codes and regulations are among those applicable:

11 U.S.C. § 726
28 U.S.C. § 1331

3

28 U.S.C. § 1391
38 U.S.C. § 3702
38 U.S.C. § 3703
38 U.S.C. § 3710
31 U.S.C. §§ 3729-33
2 C.F.R. § 180
2 C.F.R. § 801
20 C.F.R. § 356.3
38 C.F.R. § 36.4223
38 C.F.R. § 36.4307
38 C.F.R. 36.4312
38 C.F.R. § 36.4313
38 C.F.R. § 36.4317
38 C.F.R. § 36.4340
VA Pamphlet 26-7
VA Form 26-567
VA Form 26-850a
VA Form 26-1820
VA Form 26-1874
VA Form 26-6850
VA Form 26-6850(a)
VA Form 26-8736
VA Form 26-8736a
VA Form 26-8923
HUD-1
VA Lender Handbook

Initial Disclosure No. 3:  Provide the name and, if known, the address and telephone number of each individual likely to have discoverable information that you may use to support your claims or defenses, unless solely for impeachment, identifying the subjects of the information.

Response to Disclosure No. 3:

See Relators' initial witness list attached as Attachment A.  Relators reserve the right to identify additional information is discovered and as this case progresses.

Initial Disclosure No. 4:  Provide the name of any person who may be used at trial to present evidence under Rules 702, 703, or 705 of the Federal Rules of Evidence.  For all experts described in Fed. R. Civ. P. 26(a)(2)(B), provide a separate written report satisfying the provisions of that rule.  (Attach expert witness list and written reports to Initial Disclosures as Attachment B).

Response To Disclosure No. 4:

See Relators' initial expert witness list attached as Attachment B.  Relators reserve the right to name additional experts as additional information is discovered and as this case progresses.

Initial Disclosure No. 5:  Provide a copy of, or a description by category and location of, all documents, data compilations, and tangible things in your possession, custody, or control that you may use to support your claims or defenses unless solely for impeachment, identifying the subjects of the information. (Attach document list and descriptions to Initial Disclosures as Attachment C).

Response To Disclosure No. 5:

See Relators' initial document list attached as Attachment C.

Initial Disclosure No. 6:  In the space provided below, provide a computation of any category of damages claimed by you.  In addition, include a copy of, or describe by category and location of, the documents or other evidentiary material, not privileged or protected from disclosure, on which such computation is based, including materials bearing on the nature and extent of injuries suffered, making such documents or evidentiary material available for inspection and copying as under Fed. R. Civ. P. 34.  (Attach any copies and descriptions to Initial Disclosures as Attachment D).

Response To Disclosure No. 6:

Relators are seeking to recover the following categories of damages:

1) Civil monetary penalties of between $5,500 and $11,000 for each claim submitted in violation of the False Claims Act;

2) Treble damages for the monetary losses incurred by the Government on loans that went into default or foreclosure when Defendant's unlawful conduct rendered the guaranty void;

3)      Treble future damages for the monetary losses the Government will incur on loans that go into default or foreclosure in the future but as to which Defendant's unlawful conduct renders the guaranty void;

4)      Voiding of the guarantees on all IRRRL loans with respect to which Defendant violated program rules and falsely certified compliance, irrespective of whether the loans have defaulted or been foreclosed upon as of the time this case is finally adjudicated;

5)      Costs including, but not limited to, court costs, expert fees, and all Relators' attorneys fees incurred to prosecute this action; and

6)      All other damages allowable under the law.

Initial Disclosure No. 7:  Attached for inspection and copying as under Fed. R. Civ. P. 34 any insurance agreement under which any person carrying on an insurance business may be liable to satisfy all or part of a judgment which may be entered in this action or to indemnify or reimburse for payments made to satisfy the judgment.  Attach copy of insurance agreement to Initial Disclosures as Attachment E).

Response to Disclosure No. 7:

Relators are unaware of any applicable insurance agreement.

7

Initial Disclosures No. 8:  Disclose the full name, address, and telephone number of all persons or legal entities who have a subrogation interest in the cause of action set forth in plaintiff's cause of action and state the basis and extent of such interest.

Response to Disclosure No. 8:

Relator Brian Donnelly has filed Chapter 7 bankruptcy.  The trustee of his bankruptcy estate is:

Bradley J. Patten, Esq.
Smith, Gilliam, Williams & Miles, P.A.
Suite 200 - 301 Green Street
P. O. Box 1098
Gainesville, GA 30503
(770) 536-3381

Because the JPMC settlement has already provided enough funds to satisfy Relator Donnelly's outstanding debts, it is expected that the bankruptcy trustee will no longer have an interest in the case after the bankruptcy trustee's administration of the JPMC settlement is complete.

*[signatures continued on next page]*

Respectfully submitted this 17th day of December, 2012.


BUTLER, WOOTEN &
FRYHOFER, LLP


BY: s/ James E. Butler, Jr.
JAMES E. BUTLER, JR.
  jim@butlerwooten.com
   Georgia Bar No. 099625
LEIGH MARTIN MAY
  leigh@butlerwooten.com
   Georgia Bar No. 473389
BRANDON L. PEAK
  brandon@butlerwooten.com
   Georgia Bar No. 141605
2719 Buford Highway
Atlanta, Georgia  30324
(404) 321-1700
(404) 32101713 Fax


WILBANKS & BRIDGES, LLP


BY: s/ Marlan B. Wilbanks
MARLAN B. WILBANKS
  mbw@wilbanks-bridgeslaw.com
   Georgia Bar No. 758223
TY M. BRIDGES
  tmb@wilbanks-bridgeslaw.com
   Georgia Bar No. 081500
3414 Peachtree Street, N.E., Ste. 1075
Atlanta, Georgia 30326
(404) 842-1075
(404) 842-0559 Fax


PHILLIPS & COHEN


BY: s/ Mary Louise Cohen
MARY LOUISE COHEN
  mlc@phillipsandcohen.com
   DC Bar No. 298299
TIMOTHY McCORMACK
  tmccormack@phillipsand cohen.com
   DC Bar No. 493692
2000 Massachusetts Avenue, N.W.
Washington, DC 20036
(202) 833-4567
(202) 833-1815 Fax


Attorneys for Relators/Plaintiffs

## CERTIFICATE OF COMPLIANCE

Pursuant to Local Rules 5.1(B) and 7.1(D), I hereby certify that the

foregoing filing complies with the applicable font and size requirements and is

formatted in Times New Roman, 14 point font.

s/ James E. Butler, Jr.
JAMES E. BUTLER, JR.
 jim@butlerwooten.com
  Georgia Bar No. 099625
Butler, Wooten & Fryhofer, LLP
2719 Buford Highway
Atlanta, Georgia  30324
(404) 321-1700
(404) 321-1713 Fax

# RELATORS' ATTACHMENT A – WITNESS LIST

**(A)   The name and, if known, the address and telephone number of each individual likely to have information discoverable under rule 26(b), including for impeachment or rebuttal, identifying the subjects of the information**;

Relators reserve the right to call any witness (including experts) named by any other party.  Relators further reserve the right to call any and all witnesses for rebuttal purposes.  Relators reserve the right to supplement their list of witnesses in accordance with the applicable Federal Rules of Civil Procedure.

Relators are likely to have discoverable information that may be used to support their claims and to rebut Defendant's defenses.  Their contact information is below.

Victor Bibby
15815 Milton Point
Alpharetta, GA  30004
678-802-6000 ext. 3387

Brian Donnelly
407 Maple Ridge Court
Cumming, GA  30028
678-802-6000 ext. 3386

In Relators' Response to Mortgage Investors Corporation's Motion for Summary

Judgment, Relators referred to several affidavits that were submitted on their

behalf.  These affiants testified in support of Relators' claims and are listed below:

Sarah Spear
Butler, Wooten & Fryhofer, LLP
P.O. Box 2766
Columbus, GA  31902
706-322-1990

Peter Todd
3850 Fischer Drive
Smyrna, GA  30082
770-433-8119

In addition, current and former employees of Defendant, the closing

agents/attorneys who worked with them, agents for title insurance companies, and

various employees of the Veterans' Administration are likely to have information

to support Relators' claims.

## RELATORS' ATTACHMENT B – EXPERT LIST

**(B)     The name of any person who may be used at trial to present evidence under Rules 702, 703, or 705 of the Federal Rules of Evidence.  For all experts described in Fed. R. Civ. P. 26(a)(2)(B), provide a separate written report satisfying the provisions of that rule.**

No expert witness list or report is currently available.  Relators reserve the right to amend or supplement this Attachment as discovery proceeds.

## RELATORS' ATTACHMENT C – INITIAL DOCUMENT LIST

**(C)    A copy of, or a description by category and location of, all documents, data compilations, and tangible things that are in the possession, custody, or control of the party and which are discoverable under Rule 26(b)**;

Relators have already produced to Defendant the following documents with Relators' Responses to the numerous Motions to Dismiss and Relators' Response to Mortgage Investors Corporation's Motion for Summary Judgment:

| | |
|---|---|
| 1 | Banks HUD-1 Settlement Statement |
| 2 | Morris Hardwick Schneider Fee Sheet-Southern States 01-08-2007 |
| 3 | VA Pamphlet 26-7, Ch. 8 |
| 4 | VA Circular 26-10-01 |
| 5 | VA Form 26-8736 |
| 6 | VA Form 26-1820 |
| 7 | VA Form 26-8923 |
| 8 | VA Form 26-6850 |
| 9 | VA Form 26-6850a |
| 10 | VA Form 26-1874 |
| 11 | VA Form 26-567 |
| 12 | VA Form 26-8736a |
| 13 | Banks Security Deed |
| 14 | Banks Foreclosure Deed |
| 15 | Banks Special Warranty Deed |
| 16 | Banks – PT-61 …000638 |
| 17 | Banks – PT-61 …000639 |
| 18 | Bailey HUD-1 Settlement Statements |
| 19 | Arey Fee Sheet 12/16/2011 |
| 20 | Bailey Security Deed |
| 21 | Bailey Assignment |
| 22 | Bailey Deed Under Power |
| 23 | Bailey PT 61 …002384 |
| 24 | Bailey Special Warranty Deed |

1

25      Bailey PT 61 …002386
26      Bailey VA Loan Status
27      Breeden – HUD-1 Settlement Statement
28      Breeden – Deed of Trust
29      Breeden – VA Loan Status Inquiry
30      Breeden – Corporate Assignment of Deed of Trust
31      Breeden – Substitute Trustee's Deed
32      Breeden – Notice of Foreclosure
33      Kellar HUD-1 Settlement Statement
34      Kellar Security Deed
35      Kellar Foreclosure Instruments
36      Kellar PT-61 …004282
37      Johnson HUD-1 Settlement Statement
38      Johnson Mortgage [Deed]
39      Johnson Foreclosure Instruments
40      Johnson Special Warranty Deed
41      HUD-1 Settlement Statement Form
42      May 18, 2009, Escrow Technical Memorandum circulated by Fidelity
        National Title Insurance Company
43      Chester Artur, PC Fee Sheet dated 06-04-2007
44      Data Search Title Co. dated 02-22-2006
45      Morris Hardwick Schneider Fee Sheet Florida dated 03-28-2007
46      Morris Hardwick Schneider Fee Sheet South Carolina dated 04-06-
        2007
47      Morris Hardwick Schneider Fee Sheet Tucker GA dated 06-01-2009
48      Windham Law Firm Fee Sheet dated 04-17-2006
49      Wofford & Associates Fee Sheet Atlanta area 06-13-2009
50      National Title Network Fee Sheet dated 1-17-2011
51      Bankrate – Company Profile
52      Bankrate 2009 Survey of Georgia Closing Costs
53      Bankrate 2009 Survey of Closing Costs for Southern States
54      Bankrate 2006 Survery of Georgia Closing Costs
55      Bankrate 2009 Survey of Closing Costs for Southern States
56      Wells Fargo "News Flash" dated 01-13-2010
57      Mortgage Investors list of HUD-1 Settlement Statements with
        attached copies identified as I. D. #1 through I.D. #64
58      Narrative Explanation of Loans Reflected on the list of Mortgage
        Investors HUD-1 Settlement Statements listed above at Number 57

| | |
|---|---|
| 59 | Texas Department of Insurance, Basic Manual of Title Insurance |
| 60 | Pleska "Refinance Closing Fees" dated 02-10-2006 |
| 61 | 11-23-2011 Email attaching Thorp & Clarke Fee Sheet |
| 62 | 11-07-2011 Email from Shawn Murphy of ValuAmerica attaching Fee Sheet |
| 63 | Email from Paula Pautauros of National Title Network to Brian Donnelly dated October 27, 2011 enclosing NTN Fee Sheet |
| 64 | NTN Fee Sheet listing closing charges for AL, GA, FL, SC, NC, TN, and TX (enclosure to October 27, 2011 Paula Pautauros email) |
| 65 | HUD-1 Settlement Statement for a loan closing on May 16, 2011, in Alabama |
| 66 | Affidavit of Peter Todd |
| 67 | Affidavit of Sarah Spear |
| 68 | Fee sheet from Jess Moreland at Gerber & Gerber, P.C. |
| 69 | Standard and Customary Fees for Residential Searches from Jeni at Southern Abstract Services, L.L.C. |
| 70 | Price List from TurnAroundTitle, Inc. |
| 71 | Fee sheet from Sue Gourdeau at Triumph Research Specialists |
| 72 | Fee sheet from Wendy Willis at Doc Hunters |
| 73 | Fee schedule from Steve Kaiser at BridgeWater Title, LLC |
| 74 | Fee sheet from Cindy Daniels at Discount Title Search Company, Inc. |
| 75 | Fee sheet from Lorraine Burns at Southeast Title and Processing, Inc. |
| 76 | Price list from Doug Coker at D.C. Titles |
| 77 | Fee sheet from Rebecca Dunn at South Georgia Title Company & Associates, Inc. |
| 78 | Fee schedule from Bob Butler at Title Professionals of Georgia, Inc. |
| 79 | Fee schedule from Suzanne Kay at InTown Title, LLC |
| 80 | Fee sheet from Jeanne Talley at East Georgia Research, LLC |
| 81 | Fee sheet from Randy Nowlin at The Nowlin Group, Inc. |
| 82 | Fee sheet from Paige Dunn at Magnolia Title Services, LLC |
| 83 | Fee sheet from Greg Wright at Wright Title |
| 84 | Fee sheet from Mary Zeigler |
| 85 | Fee sheet from Belford Land & Title |
| 86 | Fee sheet from Ute' at Title Resources Corporation |
| 87 | Fee sheet from Karen Ingle at Battlefield Title Company, LLC |
| 88 | Evans HUD-1 Settlement Statement |
| 89 | Evans Security Deed |
| 90 | Evans Foreclosure Deed |

3

91     Evans – PT-61 …019010
92     Evans – PT-61 …019011
93     Evans – PT-61 …001160
94     Evans – VA Loan Status Inquiry
95     Phillip L. Schulman – Bio
96     Phillip L. Schulman – Visit from the VA …Tips
97     SunTrust Email to Business Partners
98     Pearson HUD-1 Settlement Statement
99     Pearson Security Deed
100    Pearson - Assignment (from Alta to SunTrust)
101    Pearson - VA Loan Status Inquiry
102    Pearson - Corporate Assignment of Mortgage from SunTrust to
       MERS
103    Pearson - Assignment of Security Deed (from MERS to MidFirst
       Bank)
104    Pearson - Foreclosure Instruments
105    Pearson - Real Estate Transfer Tax Form PT-61 …005792 (VA to
       Simmons)
106    Boren - HUD-1 Settlement Statement
107    Boren - Deed of Trust
108    Boren - Appointment of Substitute Trustee
109    Boren - Trustee's Deed
110    Boren - Notice of Foreclosure
111    Boren - VA Loan Status Inquiry
112    Wells Fargo Pleadings from Class Action – Troup County, GA

Relators object to the discoverability from Relators of Defendant's own

documents, which Defendant authored, has within its own files, and which

Defendant already has in its possession, custody, or control.  By finding out what

documents Relators' counsel have obtained from other sources, Defendant can

divine Relators' counsel's mental impressions and trial strategy and can determine

what it must produce or can hide with impunity.  Relators also object to producing

4

documents based on work product, attorney/client and joint prosecution privileges.

Subject to and without waiving these objections, Relators are in possession of the

following categories of documents:

1)  HUD-1 Settlement Statements for VA IRRRLs – representative copies showing illegal fees;

2)  HUD-1 Settlement Statements for VA IRRRLs – representative copies showing no illegal fees;

3)  HUD-1 Settlement Statements for VA Purchase Loans – representative copies showing actual amounts paid for fees;

4)  HUD-1 Settlement Statements for Conventional Refinance Loans – representative copies showing no illegal fees;

5)  Fee Sheets for Attorneys and Closing Agents – representative copies showing actual amounts charged;

6)  Correspondence from Attorneys and Closing Agents – representative documents showing intent to illegally bundle fees and actual amounts charged;

7)  Real Estate Documents Showing Recordation of Property and Security Instruments (known in various states by different names), including the following:
    Warranty Deeds
    Security Deeds
    Special Warranty Deeds
    Deed Under Power
    Deed of Trust
    Notice of Foreclosure

8)  Loan Status Inquiries from www.va.gov website;

9)  Public information documents relating to national default and foreclosure rates;

10) Public information documents relating to usual and customary rates for closing costs;

11) Recorded statements and affidavits of former employees and closing agents; and

12) Various publicly available government reports.

5

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that on December 17, 2012, I electronically filed RELATORS'/PLAINTIFFS' INITIAL DISCLOSURES with the Clerk of the Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

*Bank of America Corporation:*
Nancy H. Baughan
Robert M. Brennan
Scott E. Zweigel
Parker, Hudson, Rainer
      & Dobbs, LLP
1500 Marquis Two Tower
285 Peachtree Center Avenue, N.E.
Atlanta, GA  30303
*-and-*
Jonathan Rosenberg
William J. Sushon
Asher L. Rivner
O'Melveny & Myers LLP
7 Times Square
New York, NY  10036

*CitiMortgage:*
Christopher J. Willis
Burt M. Rublin
Diana L. Spagnuola
Ballard Spahr LLP
999 Peachtree Street, Suite 1000
Atlanta, GA 30309

*Countrywide and Bank of America, N.A.*
Richard K. Hines V
Nelson Mullins Riley & Scarborough
201 17th Street, Suite 1700
Atlanta, Ga. 30363
*-and-*
Robert J. Conlan, Jr.
Mark P. Guerrera
Mark D. Hopson
Sean C. Griffin
Meghan D. Berroya
Sidley Austin LLP
1501 K Street, N.W.
Washington, DC  20005
*-and-*
Douglas A. Axel
Sidley Austin LLP
555 West Fifth Street
Los Angeles, CA  90013

*SunTrust:*
William H. Jordan
Michael L. Brown
Van A. Anderson
Alston & Bird LLP
1201 West Peachtree St,
Atlanta, GA 30309

*First Tennessee:*
Irene Freidel
Jennifer J. Nagle
K&L Gates LLP
One Lincoln Street
Boston, MA  02111
*-and-*
Christopher S. Anulewicz
Geremy Gregory
Balch & Bingham LLP
30 Ivan Allen, Jr. Blvd., N.W.
Suite 700
Atlanta, GA  30308

*GMAC:*
H. Wayne Phears
McGuire Woods LLP
Suite 2100, Promenade II
1230 Peachtree Street NE
Atlanta, GA 30309

*New Freedom:*
Thomas Barton
Aaron P.M. Tady
Coles Barton LLP
9 Lumpkin Street, Suite 200
Lawrenceville, GA  30046

*PNC:*
M. Robert Thornton
Christopher C. Burris
Catherine M. O'Neil
Jonathan R. Chally
King & Spalding
1180 Peachtree Street, N.E.
Atlanta, GA  30309

*Wells Fargo:*
Linda Klein
Charles T. Huddleston
Baker, Donelson, Bearman,
   Caldwell & Berkowitz, PC
Suite 1600, Monarch Plaza
3414 Peachtree Rd., NE
Atlanta, GA  30326
*-and-*
Amy P. Williams
K & L Gates, LLP
214 North Tryon Street, 47th Floor
Charlotte, NC 28202
*-and-*
Robert J. Sherry
K & L Gates, LLP
1717 Main Street, Suite 2800
Dallas, TX  75201

I certify I have served this document on the following via e-mail:

*United States of America:*                 *-and-*
Alan S. Gale                                Paris Wynn
United States Department of Justice         Assistant U.S. Attorney
P.O. Box 261                                600 U.S. Courthouse
Ben Franklin Station                        75 Spring Street, S.W.
Washington, DC  20044                       Atlanta, GA  30303
  *Alan.Gale@usdoj.gov*                         *Paris.Wynn@usdoj.gov*

This 17th day of December, 2012.


BY: s/  James E. Butler, Jr.
JAMES E. BUTLER, JR.
  Georgia Bar No. 099625
LEIGH MARTIN MAY
  Georgia Bar No. 473389
BRANDON L. PEAK
  Georgia Bar No. 141605
Butler, Wooten & Fryhofer, LLP
2719 Buford Highway
Atlanta, Georgia 30324
(404) 321-1700
(404) 321-1713 Fax