# Exhibit 1

OMB Approved No. 2900 0021
Respondent Burden: 10 minutes

# Department of Veterans Affairs
## NOTICE OF DEFAULT
*(Chapter 37, Title 38, U.S.C.)*

PRIVACY ACT INFORMATION: This form provides information which is required by 38 U.S.C. 3732(a) or 3720 so that appropriate action can be taken if default is not cured. Responses may be disclosed outside VA only if the disclosure is authorized under the Privacy Act, including the routine uses identified in the VA system of records, 55VA26, Loan Guaranty Home, Condominium and Manufactured Home Loan Applicant Records and Paraplegic Grant Applicant Records VA, published in the Federal Register.

| DATE OF THIS NOTICE | TYPE | VA LOAN NUMBER (NOTE: *Loan number must be numeric, 12 digits*) | INSTRUCTIONS: Please type or print. Note the special instructions for "VA Loan No." and Items 1 4 and 7, as these entries will be used for VA coding purposes. For 38 CFR 36.4600 Loans, code a "4" in the block titled "TYPE." |
|---|---|---|---|

## HOLDER'S NOTICE

| To (Complete Regional Office/Center Address) DEPARTMENT OF VETERANS AFFAIRS LOAN GUARANTY DIVISION | HOLDER'S NAME, ADDRESS AND TELEPHONE NO. | PURPOSE OF LOAN *(Check One)* ☐ HOME (1) ☐ HOME CONDO (1) ☐ HOME REFIN. (5) ☐ MANUFACTURED HOME (8) |
|---|---|---|
| | SERVICING AGENT'S NAME, ADDRESS AND TELEPHONE NO. *(Complete only if different from holder shown above)* | SERVICER CODE *(6 Digits)* |

## DESCRIPTION OF DELINQUENT

| NOTE: Enter number only without spaces, dashes, etc. DO NOT ENTER MORE THAN 14 CHARACTERS | 1. SERVICER LOAN NO. | 2. DATE OF FIRST UNCURED DEFAULT EXAMPLE: Enter 05 01 93 for May 1, 1993 ▶ MONTH DAY YEAR | 3A. SOCIAL SECURITY NO. *(Present Owner)* |
|---|---|---|---|
| Enter last name, Comma, first name and middle initial ▶ | 3B. NAME OF PRESENT OWNER | NOTE Item 3B: Do not enter more than 25 characters in this area | 5. COUNTY OR PARISH *(Property location)* |
| 4. ADDRESS OF PRESENT OWNER *(Entries in Items A and B MUST be limited to 25 characters)* | A. NUMBER AND STREET OR RURAL ROUTE | | 6. PROPERTY ADDRESS *(If different than Item 4)* |
| | B. CITY AND STATE | C. ZIP CODE ▶ | |

| 7. DATE OF FIRST PAYMENT *(Per loan instruments)* EXAMPLE: Enter 06 01 93 for June 1, 1993 ▶ MONTH DAY YEAR | 8. ORIGINAL VETERAN'S NAME AND PRESENT ADDRESS *(If different than Items 3B and 4 above)* | 9. AMOUNT OF EACH INSTALLMENT PRINCIPAL AND INTEREST $ TAX AND INSURANCE OTHER TOTAL $ |
|---|---|---|
| 10. OTHER DEFAULT (Specify, real estate, taxes, insurance, special assessments, etc.) | 11. AMOUNT OF DEFAULT — PRINCIPAL $ / INTEREST / TAX AND INSURANCE / TOTAL $ | 12. INTEREST RATE AND OUTSTANDING LOAN BALANCE A. INTEREST RATE / B. DATE / C. AMOUNT |

## HOLDER'S LOAN SERVICING

| 13. CONTACT(S) WITH MORTGAGOR | TYPE | NUMBER | 14. DATES OF PROPERTY INSPECTIONS | 15. CONDITION OF PROPERTY | 16. PROPERTY OCCUPIED BY |
|---|---|---|---|---|---|
| | LETTER/WIRE | | | | ☐ ORIGINAL VETERAN  ☐ TENANT |
| | FACE TO FACE | | | | |
| | TELEPHONE | | | | ☐ TRANSFEREE  ☐ VACANT |

| 17. | A. MONTHLY INCOME | B. MONTHLY OBLIGATIONS | C. BORROWER'S ATTITUDE TOWARD DEFAULT | D. PLACE OF EMPLOYMENT | E. WORK TELEPHONE NUMBER | F. HOME TELEPHONE NUMBER |
|---|---|---|---|---|---|---|
| BORROWER | | | | | | |
| SPOUSE | | | | | | |

| 18. IS FORBEARANCE WARRANTED? | 19. REASON FOR DEFAULT |
|---|---|

20. SUMMARY OF LOAN SERVICING *(Must give complete details to support conclusion that forbearance is or is not warranted. Include repayment schedules or other arrangements, etc.)*

| 21. NAME AND TITLE OF AUTHORIZED OFFICIAL *(Type or Print)* | ☐ HOLDER  ☐ SERVICING AGENT | 22. SIGNATURE OF AUTHORIZED OFFICIAL |
|---|---|---|

RESPONDENT BURDEN: VA may not conduct or sponsor, and respondent is not required to respond to this collection of information unless it displays a valid OMB Control Number. Public reporting for this collection of information is estimated to average 10 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. If you have comments regarding this burden estimate or any other aspect of this collection of information, call 1 800 827 1000 for mailing information on where to send your comments

VA FORM **26-6850** JUL 1996 — EXISTING STOCKS OF VA FORM 26 6850, APR 1994, WILL BE USED. — **SERVICER'S COPY 2**