# Exhibit 2

OMB Approved no  2900-0362
Respondent Burden: 1 hour

## VA DEPARTMENT OF VETERANS AFFAIRS

### CLAIM UNDER LOAN GUARANTY
(Chapter 37, Title 38, U.S.C.)

NOTE:  Use this form only in connection with loans guaranteed under Sections 501, 502, 503, 505 and 507 of the Serviceman's Readjustment Act of 1944 as amended or Section 3710 (formerly 1810) of the Title 38, U.S.C.  Submit this original form with authorized signature to the appropriate Regional Loan Center.
SEE THE SUPPORTING DOCUMENTS REQUIRED LISTING AND INSTRUCTIONS BELOW.

RESPONDENT BURDEN:  Public reporting burden for this collection of information is estimated to average 1 hour per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information.  Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden to the VA Clearance Officer (723), 810 Vermont Ave., NW, Washington DC 20420; and to the Office of Management and Budget,  Paperwork Reduction Project (2900 0362), Washington, DC 20503. Do not send requests for benefits to these addresses.

### SUPPORTING DOCUMENTS REQUIRED

A.  A Certified Statement of Account. This should be a copy of the payment history or equivalent from the inception of the loan or at minimum from the date of default or the date of the first advance that is claimed in Item 12, if it is earlier than the date of default.  A key for reading the payment history must also be included.

B.  Copy of paid receipts/invoices for items claimed in Items 12 and 13.

C.  Bankruptcy docket report or equivalent (if applicable).

D.  Copies of all deeds transferring title from the original veteran obligor through the owner holding title at liquidation.  Put the social security number or taxpayer identification number of each obligor not listed in Items 2A through 2D on the corresponding deed.

E.  Copy of foreclosure document showing amount bid at sale when property is not conveyed to VA (e.g. Trustee, Sheriff, or Foreclosure Deed).

INSTRUCTIONS:  The amounts shown in Item 11 are subject to VA audit. The amount listed in Item 11H will be increased by an amount equal to the interest on the total eligible indebtedness from the date to which interest was paid to the date the liquidation was completed (or other date established by VA under applicable regulations). If VA declines to specify an amount as a credit to the debt incident to a foreclosure sale, the claim is subject to the limitation that the amount payable shall in no event exceed VA's liability under the guaranty.  The earliest advance listed in Item 12 should be the partial amount actually advanced when the escrow account first becomes depleted.  This will normally occur prior to the Loan Termination date in Item 4, therefore, the amount in 11C should normally be zero if an advance is listed in Item 12.

### PURSUANT TO THE REGULATIONS ISSUED UNDER TITLE 38, U.S.C., THE UNDERSIGNED SUBMITS A CLAIM FOR PAYMENT OF THE GUARANTY, AS SET FORTH BELOW

1.  NAME AND ADDRESS OF CLAIMANT

| 2A.  NAME(S) AND ADDRESS(ES) OF ORIGINAL VETERAN-OBLIGOR AND CO-OBLIGOR | 2B.  SOCIAL SECURITY OR TAXPAYER IDENTIFICATION NUMBER(S) OF ORIGINAL VETERAN OBLIGOR AND CO OBLIGOR |
|---|---|
| 2C.  NAME AND ADDRESS(ES) OF THE LAST TITLE HOLDER(S) | 2D.  SOCIAL SECURITY OR TAXPAYER IDENTIFICATION NUMBER(S) OF LAST TITLE HOLDER(S) |

| 3A.  VA LOAN NUMBER | 3B.  HOLDER'S LOAN NUMBER | 4.  DATE OF LOAN TERMINATION | |
|---|---|---|---|
| | | A.  SALE DATE | B.  VOLUNTARY CONVEYANCE DATE DEED RECORDED |

### 5. PAYMENTS

| A.  AMOUNT OF EACH PAYMENT (P&I) | B.  TOTAL PAYMENTS RECEIVED | C.  AMOUNT APPLIED TO INTEREST | D.  AMOUNT APPLIED TO PRINCIPAL |
|---|---|---|---|
| $ | $ | $ | $ |

### 6. PREPAYMENT(S) TO PRINCIPAL *(Include no-bid avoidance write-off(s))*

| A.  AMOUNT | B.  DATE | A.  AMOUNT | B.  DATE |
|---|---|---|---|
| $ | | $ | |
| $ | | $ | |
| $ | | $ | |
| $ | | $ | |

| 7.  ORIGINAL LOAN AMOUNT | 8.  PERCENT OF GUARANTY | 9.  DATE INTEREST COLLECTED TO | 10.  DATE OF FIRST UNCURED DEFAULT |
|---|---|---|---|
| $ | | | |

VA FORM
JULY 2001
**26-1874 (Revision Pending)**

## 11. STATUS OF LOAN ACCOUNT

| | |
|---|---|
| A.  PRINCIPAL BALANCE ON DATE INTEREST WAS LAST PAID BY THE OBLIGOR | $ |
| B.  ADVANCES PRIOR TO THE DATE IN ITEM 4 (*Itemize in Item 12*) | +$ |
| C.  BALANCE IN T&I ACCOUNT ON DATE IN ITEM 4 (*If negative enter "0"*) | $ |
| D.  SUBTOTAL | $ |
| E.  ADVANCES PAID AFTER DATE IN ITEM 4 (*Itemize in Item 12*) | +$ |
| F.  LIQUIDATION EXPENSES (*Itemize in Item 13*) | +$ |
| G.  MISCELLANEOUS CREDITS (*Rents, Insurance refund, any remaining subsidy buydown funds, etc.) (Attach an itemized listing of all  miscellaneous credits.*) | $ |
| H.  TOTAL AMOUNT CLAIMED (*VA will increase amount claimed by amount of interest due from date interest is collected from borrower to interest cutoff date, sale date, or confirmation of sale*) ( *See instructions*) | $ |
| I.  PROCEEDS OF LIQUIDATION [  ]  OR SPECIFIED AMOUNT [  ]   (*Whichever is greater*) (*Check applicable box and give amount*) | $ |

| 12. ITEMIZED ADVANCES | | | 13. ITEMIZED LIQUIDATION EXPENSES | | |
|---|---|---|---|---|---|
| A.  DATE | B.  PURPOSE | C.  AMOUNT | A.  DATE | B.  PURPOSE | C.  AMOUNT |
| | | $ | | | $ |
| | | $ | | | $ |
| | | $ | | | $ |
| | | $ | | | $ |
| | | $ | | | $ |
| | | $ | | | $ |
| | | $ | | | $ |
| | | $ | | | $ |
| | | $ | | | $ |
| | | $ | | | $ |
| | | $ | | | $ |
| | | $ | | | $ |
| | | $ | | | $ |
| | | $ | | | $ |

The undersigned hereby certifies that the information contained herein is true, accurate and complete, that this is a correct and valid claim, and that payment therefore has not been received.  The undersigned further certifies that it is the owner of the loan identified in Item 3A and that the Certificate of Guaranty or Endorsement of Guaranty issued by the Secretary of Veteran Affairs in respect to such loan will be surrendered or cancelled in accordance with 38 CFR 36.4333 upon full payment of this claim.  If the undersigned fails or is unable to comply with the requirements of 38 CFR 36.4333 upon full payment of this claim, it agrees to indemnify the Department of Veterans Affairs to the extent of any loss which may be sustained by reason of such failure or inability

14.  NAME AND TELEPHONE NUMBER OF OFFICIAL WHOSE SIGNATURE APPEARS BELOW

| 15.  OFFICIAL SIGNATURE AND TITLE | 16.  DATE |
|---|---|
| | |

PENALTY: Federal statutes provide severe penalties for any fraud, intentional misrepresentation, or criminal connivance or conspiracy in making any claim upon or against the Government of the United States, or any department or officer thereof, and obtaining or aiding to obtain the payment or approval of such claim.

VA FORM
JULY 2001
26-1874 (Revision Pending)