# Exhibit 3

**Relators' Interrogatory No. 3**

Please provide the following information regarding each IRRRL which was issued, originated, or funded by you *and for which* loan a Notice of Default ("NOD") or Electronic Default Notification ("EDN") was issued anytime from 2000 to the present. This information should be provided in searchable electronic form, such as an excel spreadsheet or data that can be imported into a spreadsheet. For the information to be usable, the format should include a separate column for each of the below categories of information. Please use the format reflected in Exhibit A hereto. Please explain how you calculated the numbers provided.

a) VA case number (also referred to as the Mortgage Insurance Case Number);

b) Borrower name;

c) Property address;

d) State in which the property is located;

e) Closing/settlement agent and/or closing attorney;

f) Settlement date;

g) Total amount of loan:

h) Origination fee;

i) Amounts stated on Lines 1100-1113 of the HUD (separate each aforementioned HUD line into a separate column);

j) Date the NOD or EDN for the IRRRL was sent to the VA;

k) Date the Notice of Intent for Foreclosure, if any, was sent to the VA;

l) Amount the Government paid as a result of the guaranty of the IRRRL;

m) Amount the Government paid for administrative expenses on the IRRRL;

n) Amount the Government paid for refunding on the IRRRL (including both pre and post refunding); and

o) Amount the Government paid for purchasing the property by conveyance and any other additional costs incurred because of such conveyance.