# Exhibit 4

**Relators' Document Request No. 21**

HUDs for each IRRRL for which you were the originating or funding lender and for which a Notice of Default ("NOD") or Electronic Default Notification ("EDN") was issued anytime from 2000 to the present.

**Relators' Document Request No. 24**

For each loan in the HUDs produced in response to Request No. 21 above, all drafts of those HUDs transferred between you and the closing agent/attorney or settlement agent where the preliminary HUD contains a dollar value for line 1107 of the HUD (where the attorneys fees should be listed) and the final, executed HUD has no dollar value listed for attorneys fees on line 1107, including but not limited to the "Preliminary HUD" and the "Approved Preliminary HUD."

**Relators' Document Request No. 25**

For each loan in the HUDs in response to Request No. 21 above, all drafts of those HUD documents transferred between you and the closing agent/attorney or settlement agent where the preliminary HUD contains a dollar value for line 1101 of the HUD (where a settlement or closing fee should be listed) and the final, executed HUD has no dollar value listed for settlement or closing fees on line 1101, including but not limited to the "Preliminary HUD" and the "Approved Preliminary HUD."

**Relators' Document Request No. 26**

For each loan in the HUDs produced in response to Request No. 21 above, all documents including but not limited to the disbursement ledger, log, or report reflecting or relating to all payments, without regard to which line on the HUDs the payment was reflected, made to the closing agent or attorney or title insurance company and/or reflecting the reason for those payments.

**Relators' Document Request No. 28**

For each IRRRL in the HUDs produced in response to Request No. 21 above, all "Notice of Default" ("NODs") documents, also known as VA Form 26-6850, "Electronic Default Notifications" ("EDNs"), and/or any electronic or other reporting to the VA of the same or similar information.

**Relators' Document Request No. 32**

For each IRRRL in the HUDs produced in response to Request No. 21 above, the complete VA Loan Electronic Reporting Interface ("VALERI") reports, print outs, or screen saves of the available information for that loan and/or any electronic reporting to the VA of the same or similar information.

**Relators' Document Request No. 112**

For each IRRRL in the HUDs produced in response to Request No. 21 above, all certifications provided pursuant to 38 C.F.R. § 36.4340 (k) and/or any electronic or other reporting to the VA of the same or similar information.