IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.*, <br> VICTOR E. BIBBY and BRIAN J. <br> DONNELLY, <br><br>     RELATORS/PLAINTIFFS, <br><br> v. <br><br> WELLS FARGO BANK, NATIONAL <br> ASSOCIATION (INC.), individually and <br> as s/b/m with WELLS FARGO <br> HOME MORTGAGE, INC., et al. <br><br>     DEFENDANTS. <br> _____ | CIVIL ACTION FILE NO. <br><br> 1:06-CV-0547-AT |

## [PROPOSED] ORDER

This case comes before the Court on Wells Fargo's Motion for an Order Implementing a Partially Phased Discovery Process. Having reviewed the Parties' filings and having given the matter due consideration, the Court hereby **GRANTS** the Motion. Wells Fargo has demonstrated that immediate briefing on the question of whether a Notice of Default or Electronic Default Notification constitutes a claim under the Civil False Claims Act may significantly increase the efficiency of discovery and the potential resolution of this case. Wells Fargo also has demonstrated that a stay of discovery requests that seek the identification of individual IRRRL loans as to which no VA guaranty claim was filed or the

production of documents concerning such loans pending a determination of this question is appropriate. Accordingly, Relators should serve whatever targeted discovery is necessary to aid them in addressing this question within 14 days of the entry of this Order. If Relators agree with Wells Fargo that no discovery is needed on this issue, they shall so notify the Court within 5 days of this Order. Wells Fargo shall file its motion for partial summary judgment addressing this question within 14 days after Relators notify the Court that they will not seek discovery on the issue or within 14 days after Relators notify the Court that they have completed the necessary targeted discovery, whichever occurs first. All discovery that would require the identification of or the production of documents concerning IRRRLs as to which no guaranty claim has been filed with the VA is stayed pending further Order of the Court.

**IT IS SO ORDERED** this \_\_ day of _____, 2013.

_____
**The Honorable Amy Totenberg
United States District Judge**