# EXHIBIT B

# VA SERVICER GUIDE, JULY 2009

U.S. Department of Veterans Affairs
Veterans Benefits Administration
VA Loan Electronic Reporting Interface
VA Servicer Guide

**FINAL**
Version 1.2



July 2009

VA prefers that you consider home retention options prior to considering alternatives to foreclosure. The preferred order for considering home retention options is:

- Repayment plan.
- Special forbearance.
- Loan modification.

When you complete and report one of these three options, and the loan reinstates, you report the reinstatement to VA to receive an incentive.

If you and the borrower cannot resolve the delinquency through a home retention option, you may assess alternatives to foreclosure. VA prefers that you consider alternatives to foreclosure options in the following order:

- Compromise sale.
- Deed-in-lieu of foreclosure (DIL).

When alternatives to foreclosure are not possible, the loan should be referred for foreclosure as quickly as possible. VA encourages you to continue to pursue loss mitigation options even after initiating the foreclosure process. If a loss mitigation option looks promising, VA would expect you to postpone the foreclosure action. Refer to Chapter 7, Foreclosure, section 7.3.3.2, Postpone or Cancel a Foreclosure Sale, for more information on foreclosure action postponements.

Throughout the loss mitigation process, you must comply with reporting requirements, as outlined in 38 CFR 36.4817. Late reporting is a regulatory infraction that may affect your servicer performance rating.

Refer to Table 3 for a list of loss mitigation events, their respective means of submission, and their due dates. Detailed information on the data elements and timeframes for the submission of loss mitigation events can be found in Annex 4, Event Reporting Requirements and Post-Audit Documents.

**Table 3: Timeframes for Reporting Loss Mitigation Events**

| Loss Mitigation Events | Means of Submission | Event Due Date |
| --- | --- | --- |
| Repayment Plan Approved | Automated via your service bureau or manually through Servicer Web Portal | By the seventh calendar day of the month following the month in which the servicer approved the repayment plan |
| Special Forbearance Approved | Automated via your service bureau or manually through Servicer Web Portal | By the seventh calendar day of the month following the month in which the servicer approved the special forbearance agreement |
| Loan Modification Approved | Automated via your service bureau or manually through Servicer Web Portal | By the seventh calendar day of the month following the month in which the servicer approved the loan modification |

### 5.2.7  VA Pays Incentives for Approved Loss Mitigation Options

(38 CFR 36.4819)

VA pays incentives for successful home retention options and alternatives to foreclosure. Each of the loss mitigation options has a VA-specified incentive amount. VA publishes incentive amounts annually in the Federal Register.

This section provides an overview of the following topics regarding incentive payments:

- Eligibility for incentive payment.
- Determination of incentive amount.
- Payment timing and frequency.

#### 5.2.7.1 Eligibility for Incentive Payment

VA pays incentives based on a tier ranking system that rewards servicers who consistently follow guidelines and meet VA criteria. Servicers in Tiers One, Two, and Three are eligible for incentive payments for defaults cured through a home retention option or alternative to foreclosure. Servicers in Tier Four do not receive incentive payments.

VA is in the process of gathering data to develop the tier ranking system. Until then, all servicers will receive Tier Two incentive payment amounts.

You are generally eligible for incentive payments if all of the following apply:

- You are in Tiers One, Two, or Three.
- You reported the EDN.
- You reported the Default Cured/Loan Reinstated event (for repayment plans, special forbearances and loan modifications) or you filed a claim (for compromise sales and deeds-in-lieu).
- Your loss mitigation option adhered to VA regulations and guidelines.

#### 5.2.7.2 Determination of Incentive Amount

VA determines appropriate incentive amounts for each loss mitigation option annually and publishes the amounts in the Federal Register. The list of incentive amounts also can be viewed by accessing the VA published regulations on the VA VALERI website at http://homeloans.va.gov/pdf/2008-02-01_FinalRegulations_VALERI.pdf.[34] VALERI calculates the incentive payment amount after the servicer reports the Default Cured/Loan Reinstated event (for home retention options), or after the servicer files their claim (for alternatives to foreclosure). VALERI calculates the incentive payment amount based upon the loss mitigation option that was completed, and the servicer's tier ranking at the time the incentive payment is calculated. All servicers receive Tier Two incentive payment amounts until VA develops the four-tiered ranking system.

---

[34] Updated link to regulations on 7/2009.

### 5.2.7.3 Payment Timing and Frequency

VA only pays one incentive per reportable default because the incentive is not paid until the loan reinstates or an alternative to foreclosure claim is paid. It is possible to receive more than one incentive payment per loan. You may receive more than one incentive payment on one loan if: (1) the loan defaults on more than one occasion and (2) you successfully complete a loss mitigation option on each default. VA does not charge any portion of an incentive to the veteran. Incentive payments will not reduce the guaranty.

Incentives for repayment plans, special forbearances, and loan modifications are paid when they are certified. Incentives for compromise sales and DILs are paid with the final claim payment.

### 5.2.8   Servicer Receives Incentive Payments

VALERI posts a notice in the Servicer Web Portal when the incentive payment has been issued. To view the notice, you access the Incentive Payment Status Report. If you have not received payment within 14 days of the VA Financial Management System (FMS) transaction date, or have any questions regarding your payment, you may contact the VA technician assigned to the loan to resolve the issue.

You may file an incentive payment appeal if you believe you were entitled to a payment that you did not receive or that you were entitled to a higher payment. Refer to Chapter 12, Appeals, for more information on filing incentive payment appeals.