## THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA *ex rel.,* | * | |
| VICTOR E. BIBBY and BRIAN J. | * | CIVIL ACTION FILE NO. |
| DONNELLY, | * | |
| | * | 1:06-CV-0547-AT |
| RELATORS/PLAINTIFFS, | * | |
| | * | |
| vs. | * | |
| | * | |
| WELLS FARGO BANK, N.A., | * | |
| | * | |
| DEFENDANT. | * | |

### DEFENDANT WELLS FARGO BANK N.A.'S CERTIFICATE OF SERVICE OF DISCOVERY

COMES NOW Defendant Wells Fargo Bank, N.A., ("Defendant") and hereby files with the Court this Certificate of Service of Discovery for the following served on January 29, 2013 via Electronic mail and First Class U.S. Mail addressed to counsel for Relators:

1.   *First Set of Interrogatories and First Request for Production of Documents to Relators.*

Respectfully submitted this 29th day of January, 2013.

Respectfully Submitted,

s/Charles T. Huddleston
Charles T. Huddleston

Georgia Bar No. 373975
Baker, Donelson, Bearman,
  Caldwell & Berkowitz, P.C.
3414 Peachtree Road
Suite 1600
Atlanta, GA  30376


s/Amy Pritchard Williams
Amy Pritchard Williams
K&L Gates LLP
Hearst Tower, 47th Floor
214 North Tryon Street
Charlotte, NC  28202


s/Robert J. Sherry
Robert J. Sherry
K&L Gates LLP
1717 Main Street
Suite 2800
Dallas, TX  75201

**_Attorneys for Defendant Wells Fargo
Bank, National Association_**

2

## **CERTIFICATION OF FONT**

I hereby certify that the foregoing document has been prepared in 14-point

Times New Roman font and complies with LR 5.1(B), NDGa.

This 29th day of January, 2013.

/s/Charles T. Huddleston
Charles T. Huddleston
Georgia Bar No. 373975

**BAKER, DONELSON, BEARMAN,**
**CALDWELL & BERKOWITZ, PC**
Suite 1600, Monarch Plaza
3414 Peachtree Rd. NE
Atlanta, Georgia 30326
Phone: 404-577-6000
Fax: 404-221-6501
Email: chuddleston@bakerdonelson.com

<u>**CERTIFICATE OF SERVICE**</u>

I have this day served upon all necessary parties of record a copy of the

foregoing **WELLS FARGO BANK, N.A.'S CERTIFICATE OF SERVICE OF**

**<u>DISCOVERY</u>** by the ECF online filing system with U.S. District Court for the

Northern District of Georgia .

I certify I have served this document on the following via e-mail:

| | |
|---|---|
| *United States of America:* | *-and-* |
| Alan S. Gale | Paris Wynn |
| United States Department of Justice | Assistant U.S. Attorney |
| P.O. Box 261 | 600 U.S. Courthouse |
| Ben Franklin Station | 75 Spring Street, S.W. |
| Washington, D.C. 20044 | Atlanta, GA 30303 |
| *Alan.Gale@usdoj.gov* | *Paris.Wynn@usdoj.gov* |

This 29th day of January, 2013.

/s/Charles T. Huddleston
Charles T. Huddleston
Georgia Bar No. 373975

**BAKER, DONELSON, BEARMAN,**
**CALDWELL & BERKOWITZ, PC**
Suite 1600, Monarch Plaza
3414 Peachtree Rd. NE
Atlanta, Georgia 30326
Phone: 404-577-6000
Fax: 404-221-6501
Email: chuddleston@bakerdonelson.com