**K&L GATES**

K&L Gates LLP
Hearst Tower, 47th Floor
214 North Tryon Street
Charlotte, NC 28202

T 704.331.7400     www.klgates.com

February 18, 2013

Amy Pritchard Williams
D 704.331.7429
F 704.353.3129
amy.williams@klgates.com

The Honorable Amy Totenberg
c/o Ms. Amy McConochie
Courtroom Deputy Clerk
2321 United States Courthouse
75 Spring Street
Atlanta, GA 30303-3309

Re: *United States of America ex rel., Victor E. Bibby and Brian J. Donnelly v. Wells Fargo Bank, N.A.*, United States District Court for the Northern District of Georgia, Atlanta Division, Civil Action File No. 1:06-CV-0547-AT

Dear Judge Totenberg:

As the Court is aware, I am lead counsel for Wells Fargo Bank, N.A. in the above captioned case. Pursuant to Local Rule 83.1.E(3), I am writing to request that no conference or hearing be held in the case during the week of April 1 – April 5, 2013. I plan to be out of town for a family vacation that week. I appreciate the Court's consideration of this request.

Sincerely yours,

Amy Pritchard Williams

aw

cc: Charles T. Huddleston
    Robert J. Sherry
    James E. Butler, Jr.
    Brandon L. Peak
    Anna W. Howard
    Marlan B. Wilbanks
    Tyrone M. Bridges
    Mary Louise Cohen
    Timothy P. McCormack
    Leigh Martin May