

**U.S. Department of Justice**

United States Attorney
Northern District of Georgia

*Suite 600 Richard Russell Building   Telephone (404)581-6000*

---

*75 Spring Street, S.W.*          *Fax (404)581-6181*
*Atlanta, Georgia  30303*

February 26, 2013

Amy McConochie
Courtroom Deputy
2388 U.S. Courthouse
75 Spring Street, S.W.
Atlanta, Georgia 30303

    Re:  <u>United States of America ex rel., Victor E. Bibby, et al v. Wells Fargo Bank, NA, (Inc.), et al. Civil Action No. 1:06-cv-0547-AT</u>

Dear Ms. McConochie:

    This letter is to notify the Court pursuant to LR 83.1(E)(3), NDGa, that Attorney for the United States, Paris A. Wynn will be out of the office March 4, 2013 thru March 14, 2013.

                                Sincerely,

                                SALLY QUILLIAN YATES
                                UNITED STATES ATTORNEY


                              /s/ Paris A. Wynn
                              PARIS A. WYNN
                              ASSISTANT UNITED STATES ATTORNEY