IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA *ex rel.*, VICTOR E. BIBBY and BRIAN J. DONNELLY, | * * * | CIVIL ACTION FILE NO. |
| | * | 1:06-CV-0547-AT |
| RELATORS/PLAINTIFFS, | * * | |
| v. | * * | |
| WELLS FARGO BANK, NATIONAL ASSOCIATION | * * * * | |
| DEFENDANT. | * | |

**DEFENDANT WELLS FARGO BANK, N.A.'S AMENDED INITIAL DISCLOSURES**

COMES NOW, Defendant Wells Fargo Bank, N.A., and amends its Initial Disclosures by substituting in place of Attachment A, its Amended Attachment A, which is attached hereto.

Respectfully submitted this 26th day of February, 2012.

s/ Charles T. Huddleston
Charles T. Huddleston
State Bar No. 373975
Baker, Donelson, Bearman, Caldwell & Berkowitz, P.C.
3414 Peachtree Road, Suite 1600
Atlanta, Georgia 30326
(404) 221.6536

(404) 238.9622 (facsimile)
chuddleston@bakerdonelson.com

s/ Amy Pritchard Williams
Amy Pritchard Williams
Admitted Pro Hac Vice
K&L GATES LLP
214 North Tryon Street
Charlotte, North Carolina 28202
(704) 331.7429
(704) 353.3129 (facsimile)
amy.williams@klgates.com

***Counsel for Defendant Wells Fargo Bank, N.A.***

**CERTIFICATION OF FONT**

I hereby certify that the foregoing document has been prepared in 14-point Times New Roman font and complies with LR 5.1(B), NDGa.

This 26th day of February, 2012.

/s/Charles T. Huddleston
Charles T. Huddleston
Georgia Bar No. 373975

**BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC**
Suite 1600, Monarch Plaza
3414 Peachtree Rd. NE
Atlanta, Georgia 30326
Phone: 404-577-6000
Fax: 404-221-6501
Email: chuddleston@bakerdonelson.com

**CERTIFICATE OF SERVICE**

I have this day served upon all necessary parties of record with a copy of the foregoing **DEFENDANT WELLS FARGO BANK, N.A.'S AMENDED INITIAL DISCLOSURES** by the ECF online filing system with U.S. District Court for the Northern District of Georgia.

I certify I have served this document on the following via e-mail:

*United States of America:*
Alan S. Gale
United States Department of Justice
P.O. Box 261
Ben Franklin Station
Washington, D.C. 20044
*Alan.Gale@usdoj.gov*

*-and-*

Paris Wynn
Assistant U.S. Attorney
600 U.S. Courthouse
75 Spring Street, S.W.
Atlanta, GA 30303
*Paris.Wynn@usdoj.gov*

This 26th day of February, 2012.

/s/Charles T. Huddleston
Charles T. Huddleston
Georgia Bar No. 373975

**BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC**
Suite 1600, Monarch Plaza
3414 Peachtree Rd. NE
Atlanta, Georgia 30326
Phone: 404-577-6000
Fax: 404-221-6501
Email: chuddleston@bakerdonelson.com

## Amended Attachment A

**A. Current Wells Fargo Employees (all may be contacted via Wells Fargo's Counsel)**

Richard Brown

Knowledge about the VA audits of Wells Fargo IRRRLs and records relating to such VA audits.

Dan Conners

Knowledge about the Wells Fargo post-closing VA allowable fee review process, including related records.

Beverly Crockett

Knowledge about the Wells Fargo post-closing VA allowable fee review processes and results and related records.

Ted Foster

Knowledge about Wells Fargo interactions with the VA on fee issues from 2008 to the present.

Tracy Engel

Knowledge about Wells Fargo VA fee guidance, including interactions with the VA on VA fee issues.

Donna French

Knowledge about the Wells Fargo VA loan closing practices related to the Virginia Beach, Virginia fulfillment center.

Tonya Gustafson

Knowledge about Wells Fargo VA fee guidance, including interactions with the VA on VA fee issues.

Jacqueline Hill

Knowledge about Wells Fargo's retail home loan program and the oversight and leadership offered by Wells Fargo's management.

Charity Hodge

Knowledge about the way VA handled issues pertaining to unallowable fees on home loans and the VA audit process.

Jane LeJeune

Knowledge about how Wells Fargo internally evaluates loan closers.

Diane Kobayashi

Knowledge about Wells Fargo-VA interactions, especially related to RLC, national and IRRRL audits and related records; knowledge also about the creation of the VA post-closing VA allowable fee review process.

Kurt Lofrano

Knowledge about Wells Fargo-VA interactions, especially related to RLC, national and IRRL audits. Also knowledge of the QA group reviews of VA loans for allowable fees.

Stacey Pettus

Knowledge about the creation and implementation of the post-closing VA allowable fee review process.

Suzanne Rizby

Knowledge about the 2003 VA national audit and other VA audit practices.

Jeff Roy

Knowledge about Wells Fargo's processes to obtain VA guaranties on IRRRL loans; knowledge about the creation and implementation of the post-closing VA allowable fee review process.

Tamera Tait

Knowledge about the QA reviews of VA loans for potential unallowable fees

Sandra Thomas

Knowledge about Wells Fargo's post-closing unallowable fee review process.

Rhea Zembower

Knowledge about efforts beginning in or about Q4 2009 to address certain VA allowable fee issues, including interactions with Wells Fargo management and the VA on such matters and the creation and implementation of revised processes in response to RESPA changes and other matters

**B. Non-Wells Fargo Employees or Former Wells Fargo Employees**

Fred Boynton

Morris Hardwick Schneider LLP
7000 Central Pkwy, Suite 300
Atlanta, GA 30328
(770) 392-0500

Knowledge about Morris Hardwick's closing practices, including with Wells Fargo, other lenders and with Veterans Mortgage

Jennifer Frank

Morris Hardwick Schneider LLP
3343 Aspen Grove Drive, Suite 240
Franklin, TN 37067
(615) 503-9901

Knowledge about Morris Hardwick's closing practices, including with Wells Fargo, other lenders and with Veterans Mortgage.

Cara Heiden

Represented by attorneys at K&L Gates LLP; contact through counsel.

Retired Wells Fargo senior manager. Knowledge about additional Wells Fargo efforts to address VA borrower closing charges from approximately October 2009 until her retirement from Wells Fargo.

Mary Mains

Represented by attorneys at K&L Gates LLP; contact through counsel.

Retired Wells Fargo employee. Knowledge about VA national, IRRRL, and RLC audits pertaining to Wells Fargo loans.

Randolph Schneider

Morris Hardwick Schneider LLP
7000 Central Pkwy, Suite 300
Atlanta, GA 30328
(770) 392-0500

Knowledge about Morris Hardwick's closing practices, including with Wells Fargo, other lenders and with Veterans Mortgage.

Jeff London

VA official; contact through VA Department Counsel

Knowledge about VA fee rules and practices; knowledge about VA-Wells Fargo interactions over a number of years, including related to fee matters in 2009 and 2010.

Bill White

VA official; contact through VA Department Counsel

Knowledge about VA fee rules and practices; knowledge about VA-Wells Fargo interactions over a number of years.

Christal Hardaway

[Address unknown]

Knowledge about U.S. Financial / Veterans Mortgage closing practices and interactions with title companies that also did business with Wells Fargo.

Reserve the right to rely on any witnesses identified by the Relators.