THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA *ex rel.*, VICTOR E. BIBBY and BRIAN J. DONNELLY, | * * * * | CIVIL ACTION FILE NO. 1:06-CV-0547-AT |
| RELATORS/PLAINTIFFS, | * * | |
| vs. | * * | |
| WELLS FARGO BANK, N.A., | * * | |
| DEFENDANT. | * | |

### DEFENDANT WELLS FARGO BANK N.A.'S CERTIFICATE OF SERVICE OF DISCOVERY RESPONSES

COMES NOW Defendant Wells Fargo Bank, N.A., ("Defendant") and hereby files with the Court this Certificate of Service of Discovery Responses for the following served on March 28, 2013 via Electronic mail and First Class U.S. Mail addressed to Counsel for Relators:

1. *Wells Fargo Bank, N.A.'s Responses to Relators' First Requests for Admission;*
2. *Wells Fargo Bank, N.A.'s Responses to Relators' Second Requests for Admission; and*
3. *Wells Fargo Bank, N.A.'s Responses to Relators' First Requests for Production of Documents.*

Respectfully submitted this 28th day of March, 2013.

Respectfully Submitted,

s/Charles T. Huddleston
Charles T. Huddleston
Georgia Bar No. 373975
Baker, Donelson, Bearman,
 Caldwell & Berkowitz, P.C.
3414 Peachtree Road
Suite 1600
Atlanta, GA  30376


s/Amy Pritchard Williams
Amy Pritchard Williams
K&L Gates LLP
Hearst Tower, 47th Floor
214 North Tryon Street
Charlotte, NC  28202


s/Robert J. Sherry
Robert J. Sherry
K&L Gates LLP
1717 Main Street
Suite 2800
Dallas, TX  75201

***Attorneys for Defendant Wells Fargo Bank, National Association***

## **CERTIFICATION OF FONT**

I hereby certify that the foregoing document has been prepared in 14-point Times New Roman font and complies with LR 5.1(B), NDGa.

This 28th day of March, 2013.

/s/Charles T. Huddleston
Charles T. Huddleston
Georgia Bar No. 373975

**BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, PC**
Suite 1600, Monarch Plaza
3414 Peachtree Rd. NE
Atlanta, Georgia 30326
Phone: 404-577-6000
Fax: 404-221-6501
Email: chuddleston@bakerdonelson.com

## **CERTIFICATE OF SERVICE**

I have this day served upon all necessary parties of record a copy of the foregoing **WELLS FARGO BANK, N.A.'S CERTIFICATE OF SERVICE OF DISCOVERY RESPONSES** by the ECF online filing system with U.S. District Court for the Northern District of Georgia .

I also certify I have served this document on the following via e-mail:

| | |
|---|---|
| *United States of America:* | -and- |
| Alan S. Gale | Paris Wynn |
| United States Department of Justice | Assistant U.S. Attorney |
| P.O. Box 261 | 600 U.S. Courthouse |
| Ben Franklin Station | 75 Spring Street, S.W. |
| Washington, D.C. 20044 | Atlanta, GA 30303 |
| Alan.Gale@usdoj.gov | Paris.Wynn@usdoj.gov |

This 28th day of March, 2013.

/s/Charles T. Huddleston
Charles T. Huddleston
Georgia Bar No. 373975

**BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, PC**
Suite 1600, Monarch Plaza
3414 Peachtree Rd. NE
Atlanta, Georgia 30326
Phone: 404-577-6000
Fax: 404-221-6501
Email: chuddleston@bakerdonelson.com

4