# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

**1:06-cv-00547-AT ( 1:12/cv/4293/CV**
**US ex rel. Victor E. Bibby and Brian J. Donnelly, Relators Plaintiffs**
**v. Wells Fargo Bank, N.A. ( Mortgage Investors Corp.**
**Honorable Amy Totenberg**

Minute Sheet for proceedings held In Open Court on 04/12/2013.

TIME COURT COMMENCED: 2:10 P.M.
TIME COURT CONCLUDED: 3:45 P.M.     COURT REPORTER: Elise Evans
TIME IN COURT: 1:35                 DEPUTY CLERK: Amy McConochie
OFFICE LOCATION: Atlanta

ATTORNEY(S) PRESENT:
Joel Wooten representing Brian J. Donnelly
Joel Wooten representing Victor E. Bibby
Anna Howard representing Brian J. Donnelly
Anna Howard representing Victor E. Bibby
Charles Huddleston representing Wells Fargo Bank, National Association (Inc.)
Emily Shingler representing United States of America Ex Rel
Leigh May representing Brian J. Donnelly
Leigh May representing Victor E. Bibby
Brandon Peak representing Brian J. Donnelly
Brandon Peak representing Victor E. Bibby
Matthew Rosenkoff representing Mortgage Investors Corporation (Ohio)
David Souders representing Mortgage Investors Corporation (Ohio)
Ty Bridges representing Brian J. Donnelly
Ty Bridges representing Victor E. Bibby
Amy Williams representing Wells Fargo Bank, National Association (Inc.)
Paris Wynn representing United States of America Ex Rel

PROCEEDING CATEGORY: Status Conference

MINUTE TEXT:
The Court heard from counsel as to the progress of discovery.

The Court will hold another status conference at the end of June or in early July, based on availability of counsel and the Court.