# EXHIBIT 1

**Wynn, Paris (USAGAN)**

| | |
|---|---|
| **From:** | Wynn, Paris (USAGAN) |
| **Sent:** | Thursday, February 21, 2013 4:07 PM |
| **To:** | 'Williams, Amy' (Amy.Williams@klgates.com); chuddleston@bakerdonelson.com; Jim Butler (jim@butlerwooten.com); MBW@wilbanks-bridgeslaw.com; kieval@thewbkfirm.com; Brandon Peak <Brandon@butlerwooten.com> (Brandon@butlerwooten.com) |
| **Cc:** | Gale, Alan (CIV) (Alan.Gale@usdoj.gov) |
| **Subject:** | Bibby -- VA Information |

Counsel:

Please forward this email to other members of your litigation teams as appropriate, as I am sure that I've left some folks off.

With reference to Judge Totenberg's 2/6/13 inquiries regarding the possibility of streamlining and/or coordinating the process by which the parties can request and obtain information from the VA – as an initial step – it would be extremely helpful to the VA and this office if you could identify what information (i.e., documents and/or testimony topics) you feel that you need. In doing so, we ask that you (1) be mindful of the fact that the VA is a non-party; and (2) exercise courtesy and judgment in ensuring that the information sought is plainly relevant to the claims and/or defenses at issue in the underlying litigation – as opposed to submitting a "wish list."

In other words, please tell us what you need, and be reasonable.

Some of you have already drafted an submitted "requests." Please feel free to revise and resubmit these as appropriate, or let me know whether we should consider these pre-existing requests for the purposes of this email's "request."

Once we receive this information, we can more intelligently determine what areas of streamlining and/or coordination exists.

As you are aware, and as noted by the Supreme Court in <u>Touhy v. Ragen</u>, 340 U.S. 462 (1951), under the federal "housekeeping statute," 5 U.S.C. § 301, a federal agency is authorized to promulgate rules regarding the disclosure of agency information, including the procedures for responding to requests for documents and testimony. The VA has enacted such regulations, and routinely applies them upon receipt of requests for agency information.

The instant request and undertaking does not constitute any waiver whatsoever of these regulations (or any other right or prerogative of the VA) – or the VA's right to insist that such regulations are complied with, but is rather an effort to determine if other procedures are available that would be less burdensome to all parties, as well as the VA, which is a non-party.

Paris A. Wynn*
Assistant U.S. Attorney
600 Richard B. Russell Bldg.
75 Spring Street, SW

1

Atlanta, Georgia 30303
Email: Paris.Wynn@usdoj.gov
Telephone: (404) 581-6302
Facsimile: (404) 581-6181

*Admitted to practice pursuant to
**Local Rule 83.1(A)(3).**