EXHIBIT 3



**WEINER
BRODSKY
KIDER**PC

February 15, 2013

<u>**Via Email and U.S. Mail**</u>

Paris A. Wynn, AUSA
600 Richard B. Russell Bldg.
75 Spring Street, SW
Atlanta, Georgia 30303
Paris.Wynn@usdoj.gov

Re: *United States, ex rel. Bibby, et al., v. Mortgage Investors Corp.*, No. 1:12-cv-04020-AT
(N.D. Ga.)

Dear Mr. Wynn:

My firm represents Mortgage Investors Corporation ("Mortgage Investors") in the *Bibby qui tam* litigation. I am sorry that we didn't get a chance to meet after the Scheduling Conference last week, but my client appreciates the Department of Justice's offer of assistance in obtaining the information from the Department of Veterans' Affairs ("VA") that we and Relators need in order to know which loans are allegedly at issue.

As the VA is aware, Mortgage Investors does not actively service loans and does not own the servicing rights to loans originated prior to March 2011 (with the exception of around 100 loans). As a non-servicing lender, Mortgage Investors does not have access to VALERI and can retrieve only the very limited information that is sometimes available through WebLGY. Accordingly, Mortgage Investors does not know which loans had Notices of Default issued or Claims made.

Toward that end, I am writing to request information concerning any Interest Rate Reduction Refinance Loans ("IRRRLs") originated by Mortgage Investors, which have gone into default and/or resulted in submission of a claim to the VA since 2000. Mortgage Investors requires this information promptly in order to respond to discovery propounded by Relators.


**WEINER
BRODSKY
KIDER**PC

Paris A. Wynn, AUSA                    2                    February 15, 2013

The specific information we need at this stage is as follows:

1.      A list of all IRRRLs originated by Mortgage Investors for which a claim has been submitted to the VA, anytime from 2000 to the present, including: (1) the loan number; (2) the borrower name; (3) the address of the property; (4) the VA case number; and (5) the amount and date of the claim.

2.      A list of all IRRRLs originated by Mortgage Investors for which a Notice of Default ("NOD") or Electronic Default Notification ("EDN") was issued anytime from 2000 to the present, including: (1) the loan number; (2) the borrower name; (3) the address of the property; (4) the VA case number; (5) the date on which the NOD or EDN was sent to the VA; and (5) the complete VA Loan Electronic Reporting Interface ("VALERI") reports available for such loans.

3.      With respect to each loan listed in response to the questions above, all "Notice of Default" ("NODs") documents, also known as VA Form 26-6850; "Electronic Default Notifications" ("EDNs"), and/or any electronic or other reporting to the VA of the same or similar information; all "Notice of Default and Intention to Foreclose" documents, also known as VA Form 26-6850(a), and/or any electronic or other reporting to the VA of the same or similar information; all "Claim Under Loan Guaranty" documents, also known as VA Form 26-1874, and/or any electronic or other reporting to the VA of the same or similar information; all "Status of Loan Account- Foreclosure or Other Liquidation" documents, also known as VA Form 26-567 and/or VA Form FL26-567, and/or any electronic or other reporting to the VA of the same or similar information; and all "Status of Loan Account- Foreclosure or Other Liquidation" documents, also known as VA Form 26-567 and/or VA Form FL26-567, and/or any electronic or other reporting to the VA of the same or similar information.

Thank you for your assistance in this matter. If at all possible, it would be helpful for the VA to prioritize a response to items 1 and 2 and provide that information as soon as it is available, even if it is still gathering the information requested in items 3 and 4. That would enable Mortgage Investors to respond to additional discovery concerning those loans in the interim. Mortgage Investors will require additional information from the VA in the future as it prepares its defense, but we wanted to request this information without delay.



**WEINER BRODSKY KIDER**PC

Paris A. Wynn, AUSA                    3                    February 15, 2013

Again, thank you for your assistance.  Please feel free to call me at your convenience, or to put me in touch with the appropriate person at the VA who can provide this information.

Sincerely,

Michael Y. Kieval