THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA *ex rel.*, | * | |
| VICTOR E. BIBBY and BRIAN J. | * | CIVIL ACTION FILE NO. |
| DONNELLY, | * | |
| | * | 1:06-CV-547-AT |
| RELATORS/PLAINTIFFS, | * | |
| | * | |
| vs. | * | |
| | * | |
| WELLS FARGO BANK, N.A., | * | |
| individually and as s/b/m with | * | |
| WELLS FARGO HOME MORTGAGE, | * | |
| INC., *et al.,* | * | |
| | * | |
| DEFENDANTS. | * | |

### RELATORS'/PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL OF CITIMORTGAGE, INC.

Pursuant to FED. R. CIV. P. 41(a), Relators file this Notice of Voluntary Dismissal with prejudice of Defendant CitiMortgage, Inc. (õCMIö).  Relators have settled their claims against CMI.  The United States of America provides herewith, pursuant to 31 U.S.C. § 3730(b)(1), its written consent to dismissal, with prejudice, of CMI only from Civil Action No. 1:06-cv-0547-AT.  The Clerk of the Court is requested to enter the dismissal of CMI with prejudice.

Respectfully submitted this ___ day of _____, 2013.

| | |
|---|---|
| BUTLER, WOOTEN & FRYHOFER, LLP | WILBANKS & BRIDGES, LLP |
| BY: s/ James E. Butler, Jr. | |
| JAMES E. BUTLER, JR. | BY: s/ Marlan B. Wilbanks |
|   jim@butlerwooten.com | MARLAN B. WILBANKS |
|   Georgia Bar No. 099625 |   mbw@wilbanks-bridgeslaw.com |
| LEIGH MARTIN MAY |   Georgia Bar No. 758223 |
|   leigh@butlerwooten.com | TY M. BRIDGES |
|   Georgia Bar No. 473389 |   tmb@wilbanks-bridgeslaw.com |
| BRANDON L. PEAK |   Georgia Bar No. 081500 |
|   brandon@butlerwooten.com | 3414 Peachtree Street, N.E., Ste. 1075 |
|   Georgia Bar No. 141605 | Atlanta, Georgia 30326 |
| SAMANTHA A. DiPOLITO | (404) 842-1075 |
|   samantha@butlerwooten.com | (404) 842-0559 Fax |
|   Georgia Bar No. 203011 | |
| 2719 Buford Highway | PHILLIPS & COHEN |
| Atlanta, Georgia 30324 | |
| (404) 321-1700 | BY: s/ Mary Louise Cohen |
| (404) 32101713 Fax | MARY LOUISE COHEN |
| |   mlc@phillipsandcohen.com |
| |   DC Bar No. 298299 |
| | TIMOTHY McCORMACK |
| |  tmccormack@phillipsand cohen.com |
| |   DC Bar No. 493692 |
| | 2000 Massachusetts Avenue, N.W. |
| | Washington, DC 20036 |
| | (202) 833-4567 |
| | (202) 833-1815 Fax |
| | |
| | Attorneys for Relators/Plaintiffs |

2

## UNITED STATES' NOTICE OF CONSENT TO DISMISSAL

The United States of America respectfully informs the Court that, pursuant to 31 U.S.C. § 3730(b)(1), the Attorney General consents to the dismissal, with prejudice to the United States and with prejudice to Relators, of Civil Action No. 1:06-cv-0547-AT against only Defendant CitiMortgage, Inc.

>Respectfully submitted,
>
>SALLY QUILLIAN YATES
>UNITED STATES ATTORNEY
>
>*/s/ Paris A. Wynn*
>PARIS A. WYNN
>ASSISTANT U.S. ATTORNEY
>Georgia Bar No. 933549
>
>600 Richard B. Russell Federal Bldg.
>75 Spring Street, S.W.
>Atlanta, Georgia 30303
>Telephone: (404) 581-6224
>Facsimile: (404) 581-6181
>
>Attorneys for United States of America

## CERTIFICATE OF COMPLIANCE

Pursuant to Local Rules 5.1(B) and 7.1(D), I hereby certify that the foregoing filing complies with the applicable font and size requirements and is formatted in Times New Roman, 14 point font.

                                        s/ James E. Butler, Jr.
                                        JAMES E. BUTLER, JR.
                                          jim@butlerwooten.com
                                          Georgia Bar No. 099625
                                      Butler, Wooten & Fryhofer, LLP
                                      2719 Buford Highway
                                      Atlanta, Georgia  30324
                                      (404) 321-1700
                                      (404) 321-1713 Fax

## CERTIFICATE OF SERVICE

     This is to certify that on May 9, 2013, I electronically filed RELATORS¢/PLAINTIFFS¢ NOTICE OF VOLUNTARY DISMISSAL OF CITIMORTGAGE, INC. with the Clerk of the Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

*Bank of America Corporation:*
Nancy H. Baughan
Robert M. Brennan
Scott E. Zweigel
Parker, Hudson, Rainer
    & Dobbs, LLP
1500 Marquis Two Tower
285 Peachtree Center Avenue, N.E.
Atlanta, GA  30303
-and-
Jonathan Rosenberg
William J. Sushon
Asher L. Rivner
O¢Melveny & Myers LLP
7 Times Square
New York, NY  10036

*CitiMortgage:*
Christopher J. Willis
Burt M. Rublin
Diana L. Spagnuola
Ballard Spahr LLP
999 Peachtree Street, Suite 1000
Atlanta, GA 30309

*Countrywide and Bank of America, N.A.*
Richard K. Hines V
Nelson Mullins Riley & Scarborough
201 17th Street, Suite 1700
Atlanta, Ga. 30363
-and-
Robert J. Conlan, Jr.
Mark P. Guerrera
Mark D. Hopson
Sean C. Griffin
Meghan D. Berroya
Sidley Austin LLP
1501 K Street, N.W.
Washington, DC  20005
-and-
Douglas A. Axel
Sidley Austin LLP
555 West Fifth Street
Los Angeles, CA  90013

*SunTrust:*
William H. Jordan
Michael L. Brown
Alston & Bird LLP
1201 West Peachtree St,
Atlanta, GA 30309

*First Tennessee:*
Irene Freidel
Jennifer J. Nagle
K&L Gates LLP
One Lincoln Street
Boston, MA  02111
-and-
Christopher S. Anulewicz
Geremy Gregory
Balch & Bingham LLP
30 Ivan Allen, Jr. Blvd., N.W.
Suite 700
Atlanta, GA  30308

*GMAC:*
H. Wayne Phears
McGuire Woods LLP
Suite 2100, Promenade II
1230 Peachtree Street NE
Atlanta, GA 30309

*New Freedom:*
Thomas Barton
Aaron P.M. Tady
Coles Barton LLP
9 Lumpkin Street, Suite 200
Lawrenceville, GA  30046

*PNC:*
M. Robert Thornton
Christopher C. Burris
Catherine M. O∅Neil
Jonathan R. Chally
King & Spalding
1180 Peachtree Street, N.E.
Atlanta, GA  30309

*Wells Fargo:*
Linda Klein
Charles T. Huddleston
Baker, Donelson, Bearman,
   Caldwell & Berkowitz, PC
Suite 1600, Monarch Plaza
3414 Peachtree Rd., NE
Atlanta, GA  30326
-and-
Amy P. Williams
K & L Gates, LLP
214 North Tryon Street, 47th Floor
Charlotte, NC 28202
-and-
Robert J. Sherry
K & L Gates, LLP
1717 Main Street, Suite 2800
Dallas, TX  75201

I certify I have served this document on the following via e-mail:

*United States of America:*
Alan S. Gale
United States Department of Justice
P.O. Box 261
Ben Franklin Station
Washington, DC  20044
  *Alan.Gale@usdoj.gov*

-and-
Paris Wynn
Assistant U.S. Attorney
600 U.S. Courthouse
75 Spring Street, S.W.
Atlanta, GA  30303
  *Paris.Wynn@usdoj.gov*

This 9th day of May, 2013.

        BY: s/ James E. Butler, Jr.
        JAMES E. BUTLER, JR.
          Georgia Bar No. 099625
        LEIGH MARTIN MAY
          Georgia Bar No. 473389
        BRANDON L. PEAK
          Georgia Bar No. 141605
        Butler, Wooten & Fryhofer, LLP
        2719 Buford Highway
        Atlanta, Georgia 30324
        (404) 321-1700
        (404) 321-1713 Fax