THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA *ex rel.*, VICTOR E. BIBBY and BRIAN J. DONNELLY, | * * * * | CASE NOS. |
| | * | 1:06-CV-00547-AT |
| RELATORS/PLAINTIFFS, | * * | |
| | * | and |
| vs. | * * | 1:12-CV-04020-AT |
| WELLS FARGO BANK, N.A., | * * | |
| DEFENDANT. | * | |

\* \* \* \* \* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.*, VICTOR E. BIBBY and BRIAN J. DONNELLY, | * * * * |
| RELATORS/PLAINTIFFS, | * * |
| vs. | * * |
| MORTGAGE INVESTORS CORP., | * * |
| DEFENDANT. | * |

## CONSENT PROTECTIVE ORDER REGARDING VA DOCUMENTS

As the Parties and the United States are in agreement, and for good cause shown, **IT IS HEREBY ORDERED THAT**:

1. The U.S. Department of Veterans' Affairs ("VA") is ordered to make

available to the Parties those materials that it indicated – in the May 3, 2013 Status Report filed in Case No. 1:06-cv-0547-AT – that it would make available to the Parties were it ordered to do so by the Court.[1]

2. Several categories of the documents requested may contain veteran names, addresses, loan numbers, and other information that may constitute private and/or personal identifying information that is subject to the Privacy Act of 1974, 5 U.S.C. § 552, and/or 38 U.S.C. § 5701 ("Veteran Information").

3. The aforementioned statutes are intended to govern the disclosure of personal, private and/or veteran information, and are intended to protect, *inter alia*, the privacy interests of citizens and veterans. In furtherance of these interests, VA acts to protect, and does not voluntarily disclose, personal, private and/or veteran information.

4. However, having weighed these interests against the Parties' need for the requested materials in the underlying litigation, the Court is ordering that such materials be provided to the Parties, subject to the protections and limitations set

---

[1] On May 3, 2013 the United States filed a Status Report Re: The Court's Suggestions Concerning the Possibility of Coordinating and/or Streamlining the Process by Which the Parties Can Seek Information From the Non-Party U.S. Department of Veterans Affairs ("Status Report"). (See Docket Entry No. 354.) With reference to the Status Report, the Court is directing the VA to make available to the Parties those documents that VA – in the Status Report – represented would be made available, were it ordered to do so, and were adequate protections in place. Herein, the Status Report is incorporated by reference.

forth and referenced herein.

5. All documents provided by VA shall be available to all Parties in the above-captioned cases.

6. All material provided by VA in connection with the above-captioned cases, is designated as "confidential" pursuant to, and shall be subject to the terms of, the protective orders entered in the above-captioned cases on January 17, 2013, including the requirement that such material or documents only be used in connection with the above-captioned cases.

7. All material or documents provided by VA in connection with this Order shall be destroyed by all Parties once the above-captioned cases, including any appeals, are completed.

8. Absent leave of the Court, the Parties shall not contact anyone whose Veteran Information may be contained in the documents produced by VA, with reference to, or through the direct or indirect use of, the documents or Veteran Information produced by VA.

9. However, nothing in this Order shall preclude the Parties' counsel from: (1) communicating with a veteran who initiates contact with such counsel upon his/her own volition; (2) contacting and/or communicating with past or present clients – whose Veteran Information happens to be contained in the

documents produced by the VA – about matters unrelated to either their Veteran Information or the underlying actions; or (3) contacting and/or communicating with past or present clients about loans and/or documents that have already been discussed with, or had already been in the possession of, counsel.

10. The VA shall be entitled to reimbursement from the Parties for any unusual and/or or excessive cost it incurs in responding to their Requests. If the VA intends to seek reimbursement for costs incurred in providing any material, it shall alert the Parties in advance, and specify the requests giving rise to the costs and the amount of the costs incurred as a result of each request.

11. This Consent Protective Order shall not operate as a waiver of any Party's rights to seek additional documents or take discovery from the VA.

12. The Court retains jurisdiction over the Parties and the VA for enforcement of the provisions of this Order following the conclusion of the action, and the Parties and VA stipulate and agree to remain bound by the contents of this Consent Protective Order.

SO ORDERED this 10th day of June, 2013.

HON. AMY TOTENBERG
Judge, United States District Court

Respectfully submitted,

BY: /s/ Leigh Martin May
James E. Butler, Jr.
jim@butlerwooten.com
Georgia Bar No. 099625
Leigh Martin May
leigh@butlerwooten.com
Georgia Bar No. 473389
Brandon L. Peak
brandon@butlerwooten.com
Georgia Bar No. 141605
BUTLER, WOOTEN & FRYHOFER, LLP
2719 Buford Highway
Atlanta, Georgia 30324
(404) 321-1700
(404) 32101713 Fax
*Attorneys for Relators*

BY: /s/ Ty M. Bridges
Marlan B. Wilbanks
mbw@wilbanks-bridgeslaw.com
Georgia Bar No. 758223
Ty M. Bridges
tmb@wilbanks-bridgeslaw.com
Georgia Bar No. 081500
WILBANKS & BRIDGES, LLP
3414 Peachtree Street, N.E., Ste. 1075
Atlanta, Georgia 30326
(404) 842-1075
(404) 842-0559 Fax
*Attorneys for Relators*

BY: /s/ Mary Louise Cohen
Mary Louise Cohen
mlc@phillipsandcohen.com
DC Bar No. 298299
Timothy McCormack
tmccormack@phillipsand cohen.com
DC Bar No. 493692
PHILLIPS & COHEN
2000 Massachusetts Avenue, N.W.
Washington, DC 20036
(202) 833-4567
(202) 833-1815 Fax
*Attorneys for Relators*


BY: /s/ Charles T. Huddleston
Charles T. Huddleston
chuddleston@bakerdonelson.com
Georgia Bar No. 373975
Linda Klein
lklein@bakerdonelson.com
Georgia Bar No. 425069
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, PC
Suite 1600, Monarch Plaza
3414 Peachtree Rd., NE
Atlanta, GA 30326
404-577-6000
404-221-6501 (Fax)
*Attorneys for Wells Fargo*

By: /s/ Amy P. Williams
Amy P. Williams
amy.williams@klgates.com
NC Bar No. 19233
Admitted Pro Hac Vice
K&L Gates LLP
Hearst Tower, 47th Floor
214 North Tryon Street
Charlotte, NC 28202
Robert J. Sherry
Robert.Sherry@klgates.com
Admitted Pro Hac Vice
K&L Gates LLP
1717 Main Street
Suite 2800
Dallas, TX 75201
*Attorneys for Wells Fargo*


By: /s/ Michael Y. Kieval
Mitchel H. Kider
kider@thewbkfirm.com
Admitted Pro Hac Vice
David M. Souders
souders@thewbkfirm.com
Admitted Pro Hac Vice
Michael Y. Kieval
kieval@thewbkfirm.com
DC Bar No. 974274
Admitted Pro Hac Vice
WEINER BRODSKY KIDER PC
1300 19th Street, NW, Fifth Floor
Washington, DC 20036
(202) 628-2000
(202) 628-2011 Fax
*Attorneys for Defendant Mortgage Investors Corporation*

By: /s/ Matthew R. Rosenkoff
Matthew R. Rosenkoff
mrosenkoff@taylorenglish.com
Georgia Bar No. 842117
TAYLOR ENGLISH DUMA LLP
1600 Parkwood Circle – Suite 400
Atlanta, Georgia 30339
(770) 434-6868
(770) 434-7376 Fax
*Attorneys for Defendant Mortgage Investors Corporation*


By: _____
Alan S. Gale
United States Department of Justice
P.O. Box 261
Ben Franklin Station
Washington, DC 20044


By:_____
Paris A. Wynn
Assistant U.S. Attorney
Georgia Bar No. 933549
U.S. Attorney's Office
600 Richard B. Russell Federal Bldg.
75 Spring Street, S.W.
Atlanta, GA 30303
404-581-6302
404-581-6181 Fax
paris.wynn@usdoj.gov
*Attorney for the United States*

By: _____
Matthew R. Rosenkoff
mrosenkoff@taylorenglish.com
Georgia Bar No. 842117
TAYLOR ENGLISH DUMA LLP
1600 Parkwood Circle – Suite 400
Atlanta, Georgia 30339
(770) 434-6868
(770) 434-7376 Fax
*Attorneys for Defendant Mortgage Investors Corporation*

By: /s/ Alan Gale (P.W.)
Alan S. Gale
United States Department of Justice
P.O. Box 261
Ben Franklin Station
Washington, DC 20044

By: /s/ Paris A. Wynn
Paris A. Wynn
Assistant U.S. Attorney
Georgia Bar No. 933549
U.S. Attorney's Office
600 Richard B. Russell Federal Bldg.
75 Spring Street, S.W.
Atlanta, GA 30303
404-581-6302
404-581-6181 Fax
paris.wynn@usdoj.gov
*Attorney for the United States*