James E. Butler, Jr., P.C.*
Joel O. Wooten, Jr.
George W. Fryhofer III **
Leigh Martin May
Brandon L. Peak

John C. Morrison
Tedra C. Hobson
Mary K. Weeks
Jeb Butler
Anna W. Howard

Of Counsel
Michael L. Thurmond
Kate S. Cook
** admitted in AL & GA
** admitted in GA, MA, & TX



Butler, Wooten & Fryhofer LLP

June 11, 2013

Amy McConochie
Courtroom Deputy
2388 U.S. Courthouse
75 Spring Street, S.W.
Atlanta, Georgia 30303

   Re: *United States of America ex rel., Victor E. Bibby and Brian J. Donnelly v. Wells Fargo Bank, N.A.*, United States District Court for the Northern District of Georgia Atlanta Division, Civil Action File No. 1:06-CV-0547-AT

Dear Ms. McConochie:

  As the Court is aware, I am lead counsel for Relators in the above referenced case. Pursuant to Local Rule 83.1.E(3), I am writing to request that no conference or hearing be held in the case during July 11 - July 26, 2013 as I plan to be out of town.

         Sincerely,

         BUTLER, WOOTEN & FRYHOFER, LLP

         James E. Butler, Jr.

JEB/krm
cc: Amy P. Williams, Esq.
   Robert J. Sherry, Esq.
   Charles T. Huddleston, Esq.
   Linda A. Klein, Esq.
   Paris Wynn, Esq.
   Alan S. Gale, Esq.

**REPLY TO Columbus:**
105 13th Street • Columbus, GA 31901 • 706.322.1990 • 1.800.233.4086 • FAX 706.323.2962
P.O. Box 2766 • Columbus, GA 31902

Atlanta Office
2719 Buford Highway • Atlanta, GA 30324 • 404.321.1700 • 1.800.242.2962 • FAX 404.321.1713
www.butlerwooten.com

