

**K&L GATES LLP**
HEARST TOWER, 47TH FLOOR
214 NORTH TRYON STREET
CHARLOTTE, NC 28202
T +1 704 331 7400   F +1 704 331 7598  klgates.com

June 17, 2013

Amy Pritchard Williams
amy.williams@klgates.com

T +1 704 331 7429
F +1 704 353 3129

Amy McConochie
Courtroom Deputy
2388 U.S. Courthouse
75 Spring Street, S.W.
Atlanta, GA 30303

Re:   *United States of America ex rel., Victor E. Bibby and Brian J. Donnelly v. Wells Fargo Bank, N.A.,* United States District Court for the Northern District of Georgia, Atlanta Division, Civil Action File No. 1:06-CV-0547-AT

Dear Ms. McConochie:

As the Court is aware, I am lead counsel for Defendant Wells Fargo Bank, N.A. in the above-referenced case. Pursuant to Local Rule 83.1.E(3), I am writing to request that no conference or hearing be held in the case during the time period of July 15-19, 2013 and July 31-August 5, 2013 as I plan to be out of town on those dates.

Sincerely,

Amy Pritchard Williams

cc:   James E. Butler, Jr., Esq.
Robert J. Sherry, Esq.
Charles T. Huddleston, Esq.
Linda A. Klein, Esq.
Paris Wynn, Esq.
Alan S. Gale, Esq.