James E. Butler, Jr., P.C.*  John C. Bell, Jr. Of Counsel
Joel O. Wooten, Jr.  Tedra C. Hobson  Michael L. Thurmond
George W. Fryhofer III **  Mary K. Weeks  Kate S. Cook
Leigh Martin May  Jeb Butler  * admitted in AL & GA
Brandon L. Peak  Anna W. Howard  ** admitted in GA, MA, & TX



Butler, Wooten & Fryhofer LLP

June 19, 2013

Amy McConochie
Courtroom Deputy
2388 U.S. Courthouse
75 Spring Street, S.W.
Atlanta, Georgia 30303

    Re: *United States of America ex rel., Victor E. Bibby and Brian J. Donnelly, et. al v. Wells Fargo Bank, N.A.*, United States District Court Northern District of Georgia Atlanta Division, Civil Action File No. 1:06-CV-0547-AT

Dear Ms. McConochie:

    As the Court is aware, I am lead counsel for Relators in the above referenced case. Pursuant to Local Rule 83.1.E(3), I am writing to request that no conference or hearing be held in the case during August 2 through August 12, 2013, as I plan to be out of town.

                    Sincerely,

                    BUTLER, WOOTEN & FRYHOFER, LLP

                    James E. Butler, Jr.

JEB/krm
cc:   Amy P. Williams, Esq.
       Robert J. Sherry, Esq.
       Charles T. Huddleston, Esq.
       Linda A. Klein, Esq.
       Paris Wynn, Esq.
       Alan S. Gale, Esq.

**REPLY TO Columbus:**
105 13th Street • Columbus, GA 31901 • 706.322.1990 • 1.800.233.4086 • FAX 706.323.2962
P.O. Box 2766 • Columbus, GA 31902

Atlanta Office
2719 Buford Highway • Atlanta, GA 30324 • 404.321.1700 • 1.800.242.2962 • FAX 404.321.1713
www.butlerwooten.com

