# THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA *ex rel.*, VICTOR E. BIBBY and BRIAN J. DONNELLY, | * * * * | CIVIL ACTION FILE NO. 1:06-CV-0547-AT |
| RELATORS/PLAINTIFFS, | * * | |
| vs. | * * | |
| WELLS FARGO BANK, N.A., individually and as s/b/m with WELLS FARGO HOME MORTGAGE, INC., | * * * * * | |
| DEFENDANTS. | * | |

## RULE 5.4 CERTIFICATE OF SERVICE

Pursuant to Local Rule 5.4, I hereby certify that I have this day served the following parties with a copy of RELATORS' FIRST SUPPLEMENTAL RESPONSES TO DEFENDANT WELLS FARGO'S FIRST SET OF INTERROGATORIES AND FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO RELATORS by electronic mail and by depositing a copy of same in the United States Mail with adequate postage affixed thereon, in envelopes addressed as follows:

Amy P. Williams
K & L Gates, LLP
214 North Tryon Street, 47th Floor
Charlotte, NC 28202

Robert J. Sherry
K & L Gates, LLP
1717 Main Street, Suite 2800
Dallas, TX  75201

Linda Klein
Charles T. Huddleston
Baker, Donelson, Bearman,
  Caldwell & Berkowitz, PC
Suite 1600, Monarch Plaza
3414 Peachtree Rd., NE
Atlanta, GA  30326

*[signatures continued on next page]*

Respectfully submitted this 30th day of August, 2013.

| | |
|---|---|
| BUTLER, WOOTEN & FRYHOFER, LLP | WILBANKS & BRIDGES, LLP |
| BY: s/ Brandon L. Peak | BY: s/ Marlan B. Wilbanks |
| JAMES E. BUTLER, JR.<br>  jim@butlerwooten.com<br>  Georgia Bar No. 099625<br>LEIGH MARTIN MAY<br>  leigh@butlerwooten.com<br>  Georgia Bar No. 473389<br>BRANDON L. PEAK<br>  brandon@butlerwooten.com<br>  Georgia Bar No. 141605<br>ANNA W. HOWARD<br>  anna@butlerwooten.com<br>  Georgia Bar No. 178754<br>2719 Buford Highway<br>Atlanta, Georgia  30324<br>(404) 321-1700<br>(404) 32101713 Fax | MARLAN B. WILBANKS<br>  mbw@wilbanks-bridgeslaw.com<br>  Georgia Bar No. 758223<br>TY M. BRIDGES<br>  tmb@wilbanks-bridgeslaw.com<br>  Georgia Bar No. 081500<br>3414 Peachtree Street, N.E., Ste. 1075<br>Atlanta, Georgia 30326<br>(404) 842-1075<br>(404) 842-0559 Fax<br><br>PHILLIPS & COHEN<br><br>BY: s/ Mary Louise Cohen<br>MARY LOUISE COHEN<br>  mlc@phillipsandcohen.com<br>  DC Bar No. 298299<br>TIMOTHY McCORMACK<br>  tmccormack@phillipsand cohen.com<br>  DC Bar No. 493692<br>2000 Massachusetts Avenue, N.W.<br>Washington, DC 20036<br>(202) 833-4567<br>(202) 833-1815 Fax<br><br>Attorneys for Relators/Plaintiffs |

## CERTIFICATE OF COMPLIANCE

Pursuant to Local Rules 5.1(B) and 7.1(D), I hereby certify that the foregoing filing complies with the applicable font and size requirements and is formatted in Times New Roman, 14 point font.

s/  Brandon L. Peak
JAMES E. BUTLER, JR.
  jim@butlerwooten.com
  Georgia Bar No. 099625
LEIGH MARTIN MAY
  leigh@butlerwooten.com
  Georgia Bar No. 473389
BRANDON L. PEAK
  brandon@butlerwooten.com
  Georgia Bar No. 141605
ANNA W. HOWARD
  anna@butlerwooten.com
  Georgia Bar No. 178754
Butler, Wooten & Fryhofer, LLP
2719 Buford Highway
Atlanta, Georgia  30324
(404) 321-1700
(404) 321-1713 Fax

## **CERTIFICATE OF SERVICE**

      This is to certify that on August 30, 2013, I electronically filed RULE 5.4 CERTIFICATE OF SERVICE with the Clerk of the Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

*Bank of America Corporation:*
Nancy H. Baughan
Robert M. Brennan
Scott E. Zweigel
Parker, Hudson, Rainer
    & Dobbs, LLP
1500 Marquis Two Tower
285 Peachtree Center Avenue, N.E.
Atlanta, GA  30303
*-and-*
Jonathan Rosenberg
William J. Sushon
Asher L. Rivner
O'Melveny & Myers LLP
7 Times Square
New York, NY  10036

*CitiMortgage:*
Christopher J. Willis
Burt M. Rublin
Diana L. Spagnuola
Ballard Spahr LLP
999 Peachtree Street, Suite 1000
Atlanta, GA 30309

*Countrywide and Bank of America, N.A.*
Richard K. Hines V
Nelson Mullins Riley & Scarborough
201 17th Street, Suite 1700
Atlanta, Ga. 30363
*-and-*
Robert J. Conlan, Jr.
Mark P. Guerrera
Mark D. Hopson
Sean C. Griffin
Meghan D. Berroya
Sidley Austin LLP
1501 K Street, N.W.
Washington, DC  20005
*-and-*
Douglas A. Axel
Sidley Austin LLP
555 West Fifth Street
Los Angeles, CA  90013

*SunTrust:*
William H. Jordan
Michael L. Brown
Van A. Anderson
Alston & Bird LLP
1201 West Peachtree St,
Atlanta, GA 30309

*First Tennessee:*
Irene Freidel
Jennifer J. Nagle
K&L Gates LLP
One Lincoln Street
Boston, MA  02111
-and-
Christopher S. Anulewicz
Geremy Gregory
Balch & Bingham LLP
30 Ivan Allen, Jr. Blvd., N.W.
Suite 700
Atlanta, GA  30308

*GMAC:*
H. Wayne Phears
McGuire Woods LLP
Suite 2100, Promenade II
1230 Peachtree Street NE
Atlanta, GA 30309

*New Freedom:*
Thomas Barton
Aaron P.M. Tady
Coles Barton LLP
9 Lumpkin Street, Suite 200
Lawrenceville, GA  30046

*PNC:*
M. Robert Thornton
Christopher C. Burris
Catherine M. O'Neil
Jonathan R. Chally
King & Spalding
1180 Peachtree Street, N.E.
Atlanta, GA  30309

*Wells Fargo:*
Linda Klein
Charles T. Huddleston
Baker, Donelson, Bearman,
  Caldwell & Berkowitz, PC
Suite 1600, Monarch Plaza
3414 Peachtree Rd., NE
Atlanta, GA  30326
-and-
Amy P. Williams
K & L Gates, LLP
214 North Tryon Street, 47th Floor
Charlotte, NC 28202
-and-
Robert J. Sherry
K & L Gates, LLP
1717 Main Street, Suite 2800
Dallas, TX  75201


I certify I have served this document on the following via e-mail:

*United States of America:*
Alan S. Gale
United States Department of Justice
P.O. Box 261
Ben Franklin Station
Washington, DC  20044
  *Alan.Gale@usdoj.gov*

-and-
Paris Wynn
Assistant U.S. Attorney
600 U.S. Courthouse
75 Spring Street, S.W.
Atlanta, GA  30303
  *Paris.Wynn@usdoj.gov*

This 30th day of August, 2013.

                BY: s/ Brandon L. Peak
                JAMES E. BUTLER, JR.
                  Georgia Bar No. 099625
                LEIGH MARTIN MAY
                  Georgia Bar No. 473389
                BRANDON L. PEAK
                  Georgia Bar No. 141605
                ANNA W. HOWARD
                  Georgia Bar No. 178754
                Butler, Wooten & Fryhofer, LLP
                2719 Buford Highway
                Atlanta, Georgia 30324
                (404) 321-1700
                (404) 321-1713 Fax