IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA ex rel., VICTOR E. BIBBY and BRIAN J. DONNELLY, | : : : : | |
| Relators/Plaintiffs, | : : | CIVIL ACTION NO. 1:06-CV-0547-AT |
| v. | : : | |
| WELLS FARGO BANK, N.A., individually and as s/b/m with WELLS FARGO HOME MORTGAGE, INC., et al., | : : : : : | |
| Defendants. | : | |

## **ORDER**

This matter is before the Court on Relators' Motion to Seal. In their Motion to Compel Defendant Wells Fargo Bank, N.A., Relators seek to file Exhibits A, F, G, H, I, J, K, N, and O under seal pursuant to the Consent Protective Order and Confidentiality Agreement in this case. After reviewing these Exhibits, the Court is unable to discern the basis for their designation as confidential. Exhibits F, N, and O have sensitive information redacted, and the remaining Exhibits do not appear to contain any non-public, confidential, or proprietary information. Therefore, the Court **DIRECTS** Defendant to explain the confidentiality designation under the Consent Protective Order and

Confidentiality Agreement for Exhibits A, F, G, H, I, J, K, N, and O within five (5) days of the date of this Order.

It is so ORDERED this 3rd day of October.

_____
Amy Totenberg
United States District Judge