# THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA *ex rel.,* | * | |
| VICTOR E. BIBBY and BRIAN J. DONNELLY, | * | CIVIL ACTION FILE NO. |
| | * | |
| | * | 1:06-CV-547-AT |
| RELATORS/PLAINTIFFS, | * | |
| | * | |
| vs. | * | |
| | * | |
| WELLS FARGO BANK, N.A., | * | |
| individually and as s/b/m with WELLS | * | |
| FARGO HOME MORTGAGE, | * | |
| INC., *et al*, | * | |
| | * | |
| DEFENDANTS. | * | |

## NOTICE OF PRESENTATION OF WELLS FARGO BANK, N.A.'S MOTION TO FILE DOCUMENTS UNDER SEAL

The undersigned counsel for Defendant Wells Fargo Bank, N.A. ("Wells Fargo") hereby certifies Defendant Wells Fargo's Motion to File Response and Exhibit Under Seal has been presented to Judge Amy Totenberg. This Motion pertains to Defendant Wells Fargo Bank, N.A.'S Response to the Court's Order (DOC. 370) that Defendant Explain Certain Confidentiality Designations and Exhibit A to the Response.

Respectfully submitted this 8th day of October, 2013.

/s/ **Charles T. Huddleston**
Charles T. Huddleston
Georgia Bar No. 373975
1256 Pasadena Ave., NE
Atlanta, Georgia  30306
(678) 468-8351
cthuddleston@gmail.com


/s/ **Amy Pritchard Williams**
Amy Pritchard Williams
K&L GATES LLP
214 North Tryon Street
Charlotte, North Carolina 28202
(704) 331.7429
(704) 353.3129 (facsimile)
amy.williams@klgates.com


Attorneys for Defendant Wells Fargo Bank, National Association

## **CERTIFICATION OF FONT**

I hereby certify that the foregoing document has been prepared in 14-point Times New Roman font and complies with LR 5.1(B), NDGa.

This 8th day of October, 2013.

/s/ Amy Pritchard Williams
Amy Pritchard Williams
K&L GATES LLP
214 North Tryon Street
Charlotte, North Carolina  28202
(704) 331.7429
(704) 353.3129 (facsimile)
amy.williams@klgates.com

Attorneys for Defendant Wells Fargo Bank, National Association

## CERTIFICATE OF SERVICE

I have on October 8, 2013, electronically filed the NOTICE OF PRESENTATION OF WELLS FARGO BANK, N.A.'S MOTION TO FILE DOCUMENTS UNDER SEAL with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

JAMES E. BUTLER, JR.
  jim@butlerwooten.com
LEIGH MARTIN MAY
  leigh@butlerwooten.com
BRANDON L. PEAK
  brandon@butlerwooten.com
ANNA W. HOWARD
  anna@butlerwooten.com
BUTLER, WOOTEN &
FRYHOFER, LLP
2719 Buford Highway
Atlanta, Georgia  30324

MARLAN B. WILBANKS
  mbw@wilbanks-bridgeslaw.com
TY M. BRIDGES
  tmb@wilbanks-bridgeslaw.com
WILBANKS & BRIDGES, LLP
3414 Peachtree Street, N.E., Ste. 1075
Atlanta, Georgia  30326
Attorneys for Relators/Plaintiffs

MARY LOUISE COHEN
  mlc@phillipsandcohen.com
TIMOTHY McCORMACK
  tmccormack@phillipsandcohen.com
PHILLIPS & COHEN
2000 Massachusetts Avenue, N.W.
Washington, DC  20036

Attorneys for Relators/Plaintiffs

PARIS WYNN
  Paris.Wynn@usdoj.gov
Assistant U.S. Attorney
600 U.S. Courthouse
75 Spring Street, S.W.
Atlanta, GA 30303

Attorney for United States of America

          /s/ Amy Pritchard Williams
          Amy Pritchard Williams