THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA *ex rel.*, | * | |
| VICTOR E. BIBBY and BRIAN J. | * | CIVIL ACTION FILE NO. |
| DONNELLY, | * | |
| | * | 1:06-CV-547-AT |
|    RELATORS/PLAINTIFFS, | * | |
| | * | |
| vs. | * | |
| | * | |
| WELLS FARGO BANK, N.A., | * | |
| individually and as s/b/m with | * | |
| WELLS FARGO HOME MORTGAGE, | * | |
| INC., *et al.*, | * | |
| | * | |
|    DEFENDANTS. | * | |

**RELATORS' MOTION FOR AN AWARD OF THE MAXIMUM
RELATORS' SHARE**

Relators file this motion pursuant to 31 U.S.C. § 3730(d)(2) and respectfully request that the Court award the Relators 30% of the amount recovered from Defendant Wells Fargo in *U.S. ex rel. Victor E. Bibby and Brian J. Donnelly v. Wells Fargo Bank, N.A.* Relators' brief in support of this motion is Attachment 1 hereto.

The Government takes the position that Relators are entitled to no more than the minimum 25% of the recovery from Wells Fargo. The Government has paid Relators the minimum 25% of the recovery from Wells Fargo by agreement

between the Government and Relators, without prejudice to Relators' right to seek a relator's share above 25%.

For the reasons stated in Relators' brief in support of this motion, Relators request that the Court order the Government to pay Relators an additional 5% of the recovery from Wells Fargo so that, in total, Relators are awarded 30% under 31 U.S.C. § 3730(d)(2).

Relators request that the Court conduct an *in camera* evidentiary hearing in connection with this Motion so that Relators can present evidence and testimony in support of their Motion. Certain evidence and testimony which Relators wish to present to the Court may implicate the Government's investigation while this case was under seal and/or the joint prosecution privilege maintained between the Government and Relators.

*[signatures continued on next page]*

Respectfully submitted this 15th day of September, 2017.

| | |
|---|---|
| BUTLER WOOTEN & PEAK LLP | WILBANKS & GOUINLOCK, LLP |
| | |
| BY: s/ James E. Butler, Jr. | BY: s/ Marlan B. Wilbanks |
| JAMES E. BUTLER, JR. | MARLAN B. WILBANKS |
|   jim@butlerwooten.com |   mbw@wilbanksgouinlock.com |
|   Georgia Bar No. 099625 |   Georgia Bar No. 758223 |
| BRANDON L. PEAK | TY M. BRIDGES |
|   brandon@butlerwooten.com |   tmb@wilbanksgouinlock.com |
|   Georgia Bar No. 141605 |   Georgia Bar No. 081500 |
| JOSEPH M. COLWELL | 3414 Peachtree Street, N.E., Ste. 1075 |
|   joseph@butlerwooten.com | Atlanta, Georgia 30326 |
|   Georgia Bar No. 531527 | (404) 842-1075 |
| ROBERT H. SNYDER | (404) 842-0559 Fax |
|   rob@butlerwooten.com | |
|   Georgia Bar No. 404522 | |
| 2719 Buford Highway | PHILLIPS & COHEN |
| Atlanta, Georgia 30324 | |
| (404) 321-1700 | |
| (404) 321-1713 Fax | BY: s/ Mary Louise Cohen |
| | MARY LOUISE COHEN |
| |   mlc@phillipsandcohen.com |
| |   DC Bar No. 298299 |
| | 2000 Massachusetts Avenue, N.W. |
| | Washington, DC 20036 |
| | (202) 833-4567 |
| | (202) 833-1815 Fax |
| | |
| | Attorneys for Relators/Plaintiffs |

3

## CERTIFICATE OF COMPLIANCE

Pursuant to Local Rules 5.1(B) and 7.1(D), I hereby certify that the foregoing filing complies with the applicable font and size requirements and is formatted in Times New Roman, 14 point font.

                                        s/ James E. Butler, Jr.
                                        JAMES E. BUTLER, JR.
                                          Georgia Bar No. 099625
                                        BRANDON L. PEAK
                                          Georgia Bar No. 141605
                                        JOSEPH M. COLWELL
                                          Georgia Bar No. 531527
                                        ROBERT H. SNYDER, JR.
                                          Georgia Bar No. 404522
                                        Butler Wooten & Peak LLP
                                        2719 Buford Highway
                                        Atlanta, Georgia  30324
                                        (404) 321-1700
                                        (404) 321-1713 Fax

## CERTIFICATE OF SERVICE

      This is to certify that on September 15, 2017, I electronically filed RELATORS' MOTION FOR AN AWARD OF THE MAXIMUM RELATORS' SHARE with the Clerk of the Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

Amy P. Williams
Troutman Sanders LLP
301 South College Street, Suite 3400
Charlotte, NC  28202

Lawrence C. Lanpher
Soyong Cho
Robert W. Manoso
K & L Gates, LLP
1601 K Street, N.W.
Washington, DC  20006

Charles T. Huddleston
Nelson Mullins Riley &
  Scarborough LLP
201 17th Street, N.W., Suite 1700
Atlanta, GA  30363

      I certify I have served this document on the following via e-mail:

*United States of America:*
Alan S. Gale
United States Department of Justice
P.O. Box 261
Ben Franklin Station
Washington, DC  20044
  *Alan.Gale@usdoj.gov*

*-and-*
Paris Wynn
Assistant U.S. Attorney
600 U.S. Courthouse
75 Spring Street, S.W.
Atlanta, GA  30303
  *Paris.Wynn@usdoj.gov*

This 15th day of September, 2017.

        BY: s/ James E. Butler, Jr.
        JAMES E. BUTLER, JR.
         Georgia Bar No. 099625
        BRANDON L. PEAK
         Georgia Bar No. 141605
        JOSEPH M. COLWELL
         Georgia Bar No. 531527
        ROBERT H. SNYDER, JR.
         Georgia Bar No. 404522
        Butler Wooten & Peak LLP
        2719 Buford Highway
        Atlanta, Georgia 30324
        (404) 321-1700
        (404) 321-1713 Fax