# EXHIBIT B

**THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA *ex rel.*, VICTOR E. BIBBY and BRIAN J. DONNELLY, | * | CIVIL ACTION FILE NO. |
| | * | 1:06-CV-547-AT |
| RELATORS/PLAINTIFFS, | * | |
| | * | |
| vs. | * | |
| | * | |
| WELLS FARGO BANK, N.A., individually and as s/b/m with WELLS FARGO HOME MORTGAGE, INC., *et al.*, | * | |
| | * | |
| DEFENDANTS. | * | |

**AFFIDAVIT OF BRANDON L. PEAK**

County of Muscogee

State of Georgia

Personally appeared before the undersigned attesting officer, duly authorized to administer oaths, Brandon L. Peak, who being first duly sworn, deposes and states as follows:

1. My name is Brandon L. Peak. I am more than twenty-one (21) years of age, am under no legal or mental disability, and have personal knowledge of the matters stated herein.

2. I am a partner of Butler Wooten & Peak LLP and one of the attorneys for the Relators Victor Bibby and Brian Donnelly in the above-referenced case. My firm and I have represented the Relators in this case since 2011.

3. This affidavit is submitted in support of Relators' Motion for an Award of Relators' Share, requesting the Court to award Brian Donnelly and Victor Bibby the maximum 30% relator's share from the Wells Fargo recovery.

4. As counsel for Relators, I am familiar with the time records that were kept by Relators' counsel in this matter. I reviewed those records extensively during the course of our negotiations with Wells Fargo on the matter of Relators' statutory attorney's fees and expenses claim under the False Claims Act.

5. From my review of those records, I am aware that Relators' counsel and staff spent approximately 33,014 hours prosecuting the Wells Fargo case from its inception through its conclusion.

6. I am also familiar with the expense records that detail the expenses incurred by Relators' counsel prosecuting the Wells Fargo case. Relators' counsel incurred $1,137,533.80 in expenses in the Wells Fargo case.

7. I am also familiar with Wells Fargo's document productions in this case. I am aware that Wells Fargo produced, in total, 1,106,803 documents in this case, which consisted of 4,124,460 individual pages.

8. Relators and their counsel were the only ones to conduct a review of the documents produced by Wells Fargo for the prosecution of this case. I am aware of no review conducted by the Government of the Wells Fargo documents that were produced for the purposes of prosecuting this case and building the evidence against Wells Fargo.

SIGNATURE ON FOLLOWING PAGE

Further Affiant sayeth not.

This 14th day of September, 2017.

BRANDON L. PEAK

I, Beth J. Telgenhoff, a notary public for the county and state, certify that Brandon L. Peak, whose name is signed to the foregoing instrument and who is known to me, acknowledged before me on this day that, being informed of the contents of the instruments, he executed the same voluntarily.

Sworn to and subscribed before me this 14th day of September, 2017.

Notary Public

BETH J TELGENHOFF
MY COMMISSION EXPIRES
NOTARY
PUBLIC
NOVEMBER 30, 2020
DEKALB COUNTY, GEORGIA