# EXHIBIT C

James E. Butler, Jr., P.C.*  
Joel O. Wooten, Jr.  
George W. Fryhofer III **  
Leigh Martin May  
Brandon L. Peak  

John C. Morrison III  
Tedra C. Hobson  
Mary K. Weeks  
Jeb Butler  
Anna W. Howard  
Morgan E. Duncan  

Of Counsel:  
Michael L. Thurmond  
*admitted in AL & GA  
** admitted in GA, MA, & TX  


Butler, Wooten & Fryhofer LLP

December 17, 2013

*VIA E-MAIL and U.S. MAIL*

Paris Wynn, Esq.  
U.S. Attorney's Office  
600 Richard B. Russell Bldg.  
75 Spring Street, SW  
Atlanta, Georgia 30303  

Re: *United States of America ex rel., Victor E. Bibby and Brian J. Donnelly v. Wells Fargo Bank, N.A.*, United States District Court for the Northern District of Georgia Atlanta Division, Civil Action File No. 1:06-CV-0547-AT

Dear Paris:

When Relators originally requested information from the VA, it was Relators' approach to ask the VA to produce limited information and not to request information that could be readily obtained from each defendant. Relators tailored their request for information based on this approach.

In earlier discovery hearings, MIC reported that it could not access VALERI. Because of this, Relators requested the VA to produce information that was later produced in the form of a spreadsheet that contained detailed information relating to the VA's payments to MIC.

Relators' approach to Wells Fargo was different because WF did not initially raise the same objections as MIC regarding VALERI. WF is now raising objections and expressing difficulties about getting information from VALERI. It appears that it will be extremely helpful for both parties if the VA can create a spreadsheet similar to the one created for MIC for Wells Fargo.

Please let me know the VA's thoughts on this matter. Relators would be extremely thankful for your cooperation on this request.

Sincerely,

BUTLER, WOOTEN & FRYHOFER LLP

Leigh Martin May

LMM/bt
**REPLY TO Atlanta:**  
2719 Buford Highway • Atlanta, GA 30324 • 404.321.1700 • 1.800.242.2962 • FAX 404.321.1713  
Columbus Office  
105 13th Street • Columbus, GA 31901 • 706.322.1990 • 1.800.233.4086 • FAX 706.323.2962  
P.O. Box 2766 • Columbus, GA 31902  
www.butlerwooten.com



Paris Wynn, Esq.
December 17, 2013
Page 2

*Via E-Mail:*
cc: Alan S. Gale, Esq.
James E. Butler, Jr., Esq.
Brandon L. Peak, Esq.
Anna W. Howard, Esq.
Joseph Colwell, Esq.
Marlan B. Wilbanks, Esq.
Tyrone M. Bridges, Esq.
Mary Louise Cohen, Esq.
Timothy P. McCormack, Esq.
Amy P. Williams, Esq.
Robert J. Sherry, Esq.
Charles T. Huddleston, Esq.